**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION**

**BARRY MCMILLIAN**                                                                                  **PLAINTIFF**

**v.**                                                                  **CIVIL ACTION NO.: 1:24CV199-GHD-RP**

**CITY OF ABERDEEN, MISSISSIPPI, et al.**                                           **DEFENDANTS**

<u>**ORDER LIFTING STAY**</u>

On October 7, 2025, the court stayed proceedings in this matter related to the non-party EEOC's Motion to Squash Plaintiff's Subpoena Duces Tecum due to the lapse in appropriations. On November 12, 2025, funding was restored to the department, so a stay is no longer necessary. As such, the stay is hereby lifted.

The Plaintiff had filed a response to the EEOC's motion at the time of the stay. As such, the EEOC must file any reply no later than November 20, 2025.

**SO ORDERED AND ADJUDGED** on this the 17th day of November 2025.


 _/s/ Roy Percy_____
UNITED STATES MAGISTRATE JUDGE