# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
### ABERDEEN DIVISION

**BARRY MCMILLIAN**                                                             **PLAINTIFF**

**VS.**                                          **CIVIL ACTION NO.: 1:24-cv-00199-GHD-RP**

**CITY OF ABERDEEN, MISSISSIPPI, ET AL.**                    **DEFENDANTS**

## <u>NOTICE OF INTENT TO SERVE SUBPOENA DUCES TECUM</u>

**NOTICE** is hereby given that Defendant, City of Aberdeen, Mississippi, intends to have a Subpoena *Duces Tecum* issued and served upon the following entity:

Monroe Regional Hospital
ATTN: MEDICAL RECORDS CUSTODIAN
2200 5th Street North
Columbus, MS 39705

A copy of the Subpoena *Duces Tecum* is attached as Exhibit "A." The Subpoena *Duces Tecum* requires said entity to provide copies of certain documents and materials to be produced on or before December 16, 2025.

<u>November 25, 2025</u>                       <u>*/s/ Loden P. Walker*</u>
Date                                                     Signature

                                                         <u>LODEN P. WALKER, MB #105996</u>
                                                         Typed Name & Bar Number

                                                          Attorney for: <u>Defendant, City of Aberdeen,</u>
                                                          <u>Mississippi</u>

                                                          G. Todd Butler MB #102907
                                                          Loden P. Walker, MB #105996
                                                          PHELPS DUNBAR, LLP
                                                          1905 Community Bank Way, Suite 200
                                                          Flowood, Mississippi 39232
                                                          Telephone: (601) 352-2300
                                                          <u>todd.butler@phelps.com</u>
                                                          <u>loden.walker@phelps.com</u>

## CERTIFICATE OF SERVICE

I, Loden P. Walker, do hereby certify on this day, I filed the foregoing NOTICE using the Court's CM/ECF system, which sent notification to all counsel of record in this matter.

THIS, the 25th day of November 2025.

/s/ Loden P. Walker
LODEN P. WALKER