IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

BARRY MCMILLIAN     PLAINTIFF

VS.     CIVIL ACTION NO.: 1:24-cv-00199-GHD-RP

CITY OF ABERDEEN, MISSISSIPPI, ET AL.     DEFENDANTS

### NOTICE OF INTENT TO SERVE SUBPOENA DUCES TECUM

**NOTICE** is hereby given that Defendant, City of Aberdeen, Mississippi, intends to have a Subpoena *Duces Tecum* issued and served upon the following entity:

Monroe Regional Hospital
ATTN: MEDICAL RECORDS CUSTODIAN
502 Jackson Street, Suite 5
Tupelo, MS 38804

A copy of the Subpoena *Duces Tecum* is attached as Exhibit "A." The Subpoena *Duces Tecum* requires said entity to provide copies of certain documents and materials to be produced on or before December 16, 2025.

| | |
|---|---|
| November 25, 2025 | /s/ Loden P. Walker |
| Date | Signature |

LODEN P. WALKER, MB #105996
Typed Name & Bar Number

Attorney for: Defendant, City of Aberdeen, Mississippi

G. Todd Butler MB #102907
Loden P. Walker, MB #105996
PHELPS DUNBAR, LLP
1905 Community Bank Way, Suite 200
Flowood, Mississippi 39232
Telephone: (601) 352-2300
todd.butler@phelps.com
loden.walker@phelps.com

PD.56470506.1

## CERTIFICATE OF SERVICE

I, Loden P. Walker, do hereby certify on this day, I filed the foregoing NOTICE using the Court's CM/ECF system, which sent notification to all counsel of record in this matter.

THIS, the 25th day of November 2025.

/s/ Loden P. Walker
LODEN P. WALKER

PD.56470506.1