AO 88B (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT

Northern District of Mississippi

Aberdeen Division

| | |
|---|---|
| BARRY MCMILLIAN | ) |
| *Plaintiff* | ) |
| v. | ) |
| CITY OF ABERDEEN, MISSISSIPPI, ET AL. | ) |
| *Defendants* | ) |

Civil Action No.  1:24-CV-00199-GHD-RP

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:    Rehab Solutions PLLC, 1893 South Eason Boulevard, Tupelo, MS  38804

☐ *Production:*  **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material:

**See Exhibit "A" attached hereto.**

| | |
|---|---|
| Place:    **Phelps Dunbar Law Firm, Attention: Debra Hardwick, P.O. Box 320159, Flowood, MS  39232** | Date and Time: **12/16/2025  9:00 a.m.** |

☐ *Inspection of Premises:*  **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

Place:                                                                       Date and Time:

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date:    11/25/25

| CLERK OF COURT | OR | |
|---|---|---|
| _____ | | _____ |
| *Signature of clerk or Deputy Clerk* | | *Attorney Signature* |

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*  _____

**Defendant, City of Aberdeen, Mississippi** _____ , who issues or requests this subpoena, are:

**Loden P. Walker; MB #105996; Phelps Dunbar, LLP, 1905 Community Bank Way, Suite 200, Flowood, MS  39232; 601-352-2300; Loden.Walker@phelps.com**

Exhibit "A"

PD.56472176.1

**SUBPOENA DUCES TECUM**
**EXHIBIT "A"**

Any and all protected and sensitive health information, including certified copies of any and all medical records, including x-rays, prescription records, and any other diagnostic studies, and any results of such studies, relating to any examinations, treatments and/or any other services provided to Barry McMillian by any hospital (both in–patient and out-patient), clinics, physicians, and/or any other health care providers, **and all medical/doctor bills for services, including receipts for payment for services rendered;** (and to obtain at their expense, photostatic copies of such records as they may desire).