## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
## ABERDEEN DIVISION

**BARRY MCMILLIAN**                                                                           **PLAINTIFF**

**VS.**                                         **CIVIL ACTION NO.: 1:24-cv-00199-GHD-RP**

**CITY OF ABERDEEN, MISSISSIPPI, ET AL.**                    **DEFENDANTS**

### NOTICE OF INTENT TO SERVE SUBPOENA DUCES TECUM

**NOTICE** is hereby given that Defendant, City of Aberdeen, Mississippi, intends to have a Subpoena *Duces Tecum* issued and served upon the following entity:

Surgery Clinic of Tupelo
ATTN: MEDICAL RECORDS CUSTODIAN
499 Gloster Creed, Suite S1
Tupelo, MS 38801

A copy of the Subpoena *Duces Tecum* is attached as Exhibit "A." The Subpoena *Duces Tecum* requires said entity to provide copies of certain documents and materials to be produced on or before December 16, 2025.

November 25, 2025                            /s/ *Loden P. Walker*
Date                                                          Signature

                                                            LODEN P. WALKER, MB #105996
                                                            Typed Name & Bar Number

                                                            Attorney for: Defendant, City of Aberdeen, Mississippi

                                                            G. Todd Butler MB #102907
                                                            Loden P. Walker, MB #105996
                                                            PHELPS DUNBAR, LLP
                                                            1905 Community Bank Way, Suite 200
                                                            Flowood, Mississippi 39232
                                                            Telephone: (601) 352-2300
                                                            loden.walker@phelps.com

## CERTIFICATE OF SERVICE

I, Loden P. Walker, do hereby certify on this day, I filed the foregoing NOTICE using the Court's CM/ECF system, which sent notification to all counsel of record in this matter.

THIS, the 25th day of November 2025.

/s/ Loden P. Walker
LODEN P. WALKER

PD.56470595.1