# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
### ABERDEEN DIVISION

**BARRY MCMILLIAN**                                                                           **PLAINTIFF**

**VS.**                           **CIVIL ACTION NO.: 1:24-cv-00199-GHD-RP**

**CITY OF ABERDEEN, MISSISSIPPI, ET AL.**             **DEFENDANTS**

### NOTICE OF INTENT TO SERVE SUBPOENA DUCES TECUM

**NOTICE** is hereby given that Defendant, City of Aberdeen, Mississippi, intends to have a Subpoena *Duces Tecum* issued and served upon the following entity:

Baptist Memorial Hospital
ATTN: MEDICAL RECORDS CUSTODIAN
2520 5th Street North
Columbus, MS 39705

A copy of the Subpoena *Duces Tecum* is attached as Exhibit "A." The Subpoena *Duces Tecum* requires said entity to provide copies of certain documents and materials to be produced on or before December 16, 2025.

November 25, 2025                              */s/ Loden P. Walker*
Date                                                     Signature

                                                     LODEN P. WALKER, MB #105996
                                                     Typed Name & Bar Number

                                                     Attorney for: Defendant, City of Aberdeen, Mississippi

                                                     G. Todd Butler MB #102907
                                                     Loden P. Walker, MB #105996
                                                     PHELPS DUNBAR, LLP
                                                     1905 Community Bank Way, Suite 200
                                                     Flowood, Mississippi 39232
                                                     Telephone: (601) 352-2300
                                                     loden.walker@phelps.com

## CERTIFICATE OF SERVICE

I, Loden P. Walker, do hereby certify on this day, I filed the foregoing NOTICE using the Court's CM/ECF system, which sent notification to all counsel of record in this matter.

THIS, the 25th day of November 2025.

                                             */s/ Loden P. Walker*
                                             LODEN P. WALKER