## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
## ABERDEEN DIVISION

**BARRY MCMILLIAN**                                                              **PLAINTIFF**

**VS.**                                         **CIVIL ACTION NO.: 1:24-cv-00199-GHD-RP**

**CITY OF ABERDEEN, MISSISSIPPI, ET AL.**                     **DEFENDANTS**

### NOTICE OF INTENT TO SERVE SUBPOENA DUCES TECUM

**NOTICE** is hereby given that Defendant, City of Aberdeen, Mississippi, intends to have a

Subpoena *Duces Tecum* issued and served upon the following entity:

> Monroe Regional Hospital
> ATTN: MEDICAL RECORDS CUSTODIAN
> 400 South Chestnut Street
> Aberdeen, MS 39730

A copy of the Subpoena *Duces Tecum* is attached as Exhibit "A." The Subpoena *Duces*

*Tecum* requires said entity to provide copies of certain documents and materials to be produced on

or before December 16, 2025.

| | |
|---|---|
| November 25, 2025 | /s/ Loden P. Walker |
| Date | Signature |

LODEN P. WALKER, MB #105996
Typed Name & Bar Number

Attorney for:  Defendant, City of Aberdeen,
Mississippi

G. Todd Butler MB #102907
Loden P. Walker, MB #105996
PHELPS DUNBAR, LLP
1905 Community Bank Way, Suite 200
Flowood, Mississippi 39232
Telephone: (601) 352-2300
loden.walker@phelps.com

## CERTIFICATE OF SERVICE

I, Loden P. Walker, do hereby certify on this day, I filed the foregoing NOTICE using the Court's CM/ECF system, which sent notification to all counsel of record in this matter.

THIS, the 25th day of November 2025.

*/s/ Loden P. Walker*
LODEN P. WALKER

PD.56470682.1