## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
## ABERDEEN DIVISION

**BARRY MCMILLIAN**                                                                                               **PLAINTIFF**

**VS.**                                      **CIVIL ACTION NO.: 1:24-cv-00199-GHD-RP**

**CITY OF ABERDEEN, MISSISSIPPI, ET AL.**                      **DEFENDANTS**

### NOTICE OF INTENT TO SERVE SUBPOENA DUCES TECUM

**NOTICE** is hereby given that Defendant, City of Aberdeen, Mississippi, intends to have a Subpoena *Duces Tecum* issued and served upon the following entity:

Verona Family Medicine and Urgent Care
ATTN: MEDICAL RECORDS CUSTODIAN
5024 Raymond Avenue
Tupelo, MS 38801

A copy of the Subpoena *Duces Tecum* is attached as Exhibit "A." The Subpoena *Duces Tecum* requires said entity to provide copies of certain documents and materials to be produced on or before December 16, 2025.

| | |
|---|---|
| November 25, 2025 | /s/ *Loden P. Walker* |
| Date | Signature |
| | |
| | LODEN P. WALKER, MB #105996 |
| | Typed Name & Bar Number |
| | |
| | Attorney for: Defendant, City of Aberdeen, Mississippi |
| | |
| | G. Todd Butler MB #102907 |
| | Loden P. Walker, MB #105996 |
| | PHELPS DUNBAR, LLP |
| | 1905 Community Bank Way, Suite 200 |
| | Flowood, Mississippi 39232 |
| | Telephone: (601) 352-2300 |
| | loden.walker@phelps.com |

PD.56470744.1

## CERTIFICATE OF SERVICE

I, Loden P. Walker, do hereby certify on this day, I filed the foregoing NOTICE using the Court's CM/ECF system, which sent notification to all counsel of record in this matter.

THIS, the 25th day of November 2025.

*/s/ Loden P. Walker*
LODEN P. WALKER