# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
## ABERDEEN DIVISION

BARRY MCMILLIAN                                  PLAINTIFF

VS.                                CIVIL ACTION NO.: 1:24-cv-00199-GHD-RP

CITY OF ABERDEEN, MISSISSIPPI, ET AL.            DEFENDANTS

## NOTICE OF INTENT TO SERVE SUBPOENA DUCES TECUM

**NOTICE** is hereby given that Defendant, City of Aberdeen, Mississippi, intends to have a Subpoena *Duces Tecum* issued and served upon the following entity:

Aberdeen School District
ATTN: HUMAN RESOPURCES DEPARTMENT
100 West Commerce Street
Aberdeen, Mississippi 39730

A copy of the Subpoena *Duces Tecum* is attached as Exhibit "A." The Subpoena *Duces Tecum* requires said entity to provide copies of certain documents and materials to be produced on or before December 16, 2025.

November 25, 2025                  /s/ *Loden P. Walker*
Date                                   Signature

                                           LODEN P. WALKER, MB #105996
                                           Typed Name & Bar Number

                                           Attorney for: Defendant, City of Aberdeen, Mississippi

                                           G. Todd Butler MB #102907
                                           Loden P. Walker, MB #105996
                                           PHELPS DUNBAR, LLP
                                           1905 Community Bank Way, Suite 200
                                           Flowood, Mississippi 39232
                                           Telephone: (601) 352-2300
                                           todd.butler@phelps.com
                                           loden.walker@phelps.com

## CERTIFICATE OF SERVICE

I, Loden P. Walker, do hereby certify on this day, I filed the foregoing NOTICE using the Court's CM/ECF system, which sent notification to all counsel of record in this matter.

THIS, the 25th day of November 2025.

*/s/ Loden P. Walker*
LODEN P. WALKER