AO 88B (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
Northern District of Mississippi
Aberdeen Division

| | |
|---|---|
| BARRY MCMILLIAN ) | |
| *Plaintiff* ) | Civil Action No. 1:24-CV-00199-GHD-RP |
| v. ) | |
| CITY OF ABERDEEN, MISSISSIPPI, ET AL. ) | |
| *Defendants* ) | |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: Aberdeen School District, 100 West Commerce Street, Aberdeen, Mississippi 39730

☐ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material:

**See Exhibit "A" attached hereto.**

| Place: Phelps Dunbar Law Firm, Attention: Debra Hardwick, P.O. Box 320159, Flowood, MS 39232 | Date and Time: **12/16/2025 9:00 a.m.** |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date: 11/25/25

*CLERK OF COURT*                                                  OR    _____

_____                                                     _____
*Signature of clerk or Deputy Clerk*                                             *Attorney Signature*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* _____
**Defendant, City of Aberdeen, Mississippi** _____, who issues or requests this subpoena, are:

Loden P. Walker; MB #105996; Phelps Dunbar, LLP, 1905 Community Bank Way, Suite 200, Flowood, MS 39232; 601-352-2300; Loden.Walker@phelps.com

Exhibit "A"

PD.56472466.1

**SUBPOENA DUCES TECUM**
**EXHIBIT "A"**

Please produce a complete copy of any and all employment records concerning Barry McMillian, including but not limited to, any and all personnel records, applications for employment, pre-employment physical, alcohol and drug testing results, job description, earnings, W2's, 1099's, payroll records, loans and benefits history, employee health records, medical insurance application and medical claims records, on the job accident reports, incident statements, witness statements, workers compensation records, independent contractor records, or other records that you may have in any way pertaining to Mr. McMillian's employment or for which he received compensation from your company.