IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

BARRY MCMILLIAN                                            PLAINTIFF

VS.                               CIVIL ACTION NO.: 1:24-cv-00199-GHD-RP

CITY OF ABERDEEN, MISSISSIPPI, ET AL.                   DEFENDANTS

## NOTICE OF INTENT TO SERVE SUBPOENA DUCES TECUM

**NOTICE** is hereby given that Defendant, City of Aberdeen, Mississippi, intends to have a Subpoena *Duces Tecum* issued and served upon the following entity:

    Mississippi Department of Employment Security
    1235 Echelon Parkway
    Jackson, MS 39215

A copy of the Subpoena *Duces Tecum* is attached as Exhibit "A." The Subpoena *Duces Tecum* requires said entity to provide copies of certain documents and materials to be produced on or before December 16, 2025.

| | |
|---|---|
| November 25, 2025 | /s/ Loden P. Walker |
| Date | Signature |
| | |
| | LODEN P. WALKER, MB #105996 |
| | Typed Name & Bar Number |
| | |
| | Attorney for: Defendant, City of Aberdeen, Mississippi |

                                                   G. Todd Butler MB #102907
                                                   Loden P. Waler, MB #105996
                                                   PHELPS DUNBAR, LLP
                                                   905 Community Bank Way, Suite 200
                                                   Flowood, Mississippi 39232
                                                   Telephone: (601) 352-2300
                                                   todd.butler@phelps.com
                                                   loden.walker@phelps.com

## CERTIFICATE OF SERVICE

I, Loden P. Walker, do hereby certify on this day, I filed the foregoing NOTICE using the Court's CM/ECF system, which sent notification to all counsel of record in this matter.

THIS, the 25th day of November 2025.

/s/ Loden P Walker
LODEN P. WALKER