AO 88B (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
### Northern District of Mississippi
### Aberdeen Division

| | |
|---|---|
| BARRY MCMILLIAN ) | |
| *Plaintiff* ) | Civil Action No. 1:24-CV-00199-GHD-RP |
| v. ) | |
| CITY OF ABERDEEN, MISSISSIPPI, ET AL. ) | |
| *Defendants* ) | |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: Mississippi Department of Employment Security, LPC, 1235 Echelon Parkway, P. O. Box 1699, Jackson, MS 39215

☒ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material:

**See Exhibit "A" attached hereto.**

| Place: Phelps Dunbar Law Firm, Attention: Debra Hardwick, P.O. Box 320159, Flowood, MS 39232 | Date and Time: **12/16/2025 9:00 a.m.** |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date: 11/25/25

CLERK OF COURT     OR

_____     _____
*Signature of clerk or Deputy Clerk*     *Attorney Signature*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* **Defendant, City of Aberdeen, Mississippi.**, who issues or requests this subpoena, are:

Loden P. Walker; MB #105996; Phelps Dunbar, LLP, 1905 Community Bank Way, Suite 200; Flowood, MS 39232; 601-352-2300; loden.walker@phelps.com

Exhibit "A"

PD.56473045.1

## EXHIBIT "A"

Please produce a complete copy of any and all records including, but not limited to, any notes, e-mails, correspondence, memoranda, reports, logs, testimony, documents, unemployment benefit statements, previously collected benefit payment amounts, weekly benefit check amounts, estimated weekly benefit amount, and/or electronically stored data related to Barry McMillian from January 1, 2020 until the present date.

Additionally, please provide an executed Declaration of Records Custodian attached hereto or provide your own Declaration or Affidavit that substantially recites the same information.