IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**BARRY MCMILLIAN**                  **PLAINTIFF**

**VS.**             **CIVIL ACTION NO.: 1:24-cv-00199-GHD-RP**

**CITY OF ABERDEEN, MISSISSIPPI, ET AL.**        **DEFENDANTS**

## NOTICE OF INTENT TO SERVE SUBPOENA DUCES TECUM

**NOTICE** is hereby given that Defendant, City of Aberdeen, Mississippi, intends to have a Subpoena *Duces Tecum* issued and served upon the following entity:

U.S. Department of Labor Wage and Hour Division
100 West Capitol Street, Suite 725
Jackson, MS 39296

A copy of the Subpoena *Duces Tecum* is attached as Exhibit "A." The Subpoena *Duces Tecum* requires said entity to provide copies of certain documents and materials to be produced on or before December 16, 2025.

| | |
|---|---|
| November 25, 2025 | /s/ Loden P. Walker |
| Date | Signature |
| | |
| | LODEN P. WALKER, MB #105996 |
| | Typed Name & Bar Number |
| | |
| | Attorney for: Defendant, City of Aberdeen, Mississippi |

G. Todd Butler MB #102907
Loden P. Waler, MB #105996
PHELPS DUNBAR, LLP
905 Community Bank Way, Suite 200
Flowood, Mississippi 39232
Telephone: (601) 352-2300
todd.butler@phelps.com
loden.walker@phelps.com

PD.56481303.1

## CERTIFICATE OF SERVICE

I, Loden P. Walker, do hereby certify on this day, I filed the foregoing NOTICE using the Court's CM/ECF system, which sent notification to all counsel of record in this matter.

THIS, the 25th day of November 2025.

/s/ Loden P Walker
LODEN P. WALKER