# Proof of Delivery

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

**Tracking Number**
1ZY4872X0294291699

**Service**
UPS 2nd Day Air®

**Shipped / Billed On**
11/27/2025

**Delivered On**
12/02/2025 1:34 P.M.

**Delivered To**
100 W CAPITOL ST
725
JACKSON, MS, 39269, US

**Received By**
WAGE

**Reference Number(s)**
04969-1477, 4, N/A

Please print for your records as photo and details are only available for a limited time.

Sincerely,

UPS

Tracking results provided by UPS: 12/02/2025 4:16 P.M. EST