AO 88B (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
Northern District of Mississippi
Aberdeen Division

| | |
|---|---|
| BARRY MCMILLIAN ) | |
| *Plaintiff* ) | Civil Action No. 1:24-CV-00199-GHD-RP |
| v. ) | |
| CITY OF ABERDEEN, MISSISSIPPI, ET AL. ) | |
| *Defendants* ) | |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:   Mississippi Department of Employment Security, LPC, 1235 Echelon Parkway, P. O. Box 1699, Jackson, MS 39215

☑ *Production:* YOU ARE COMMANDED to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material:

See Exhibit "A" attached hereto.

| Place: Phelps Dunbar Law Firm, Attention: Debra Hardwick, P.O. Box 320159, Flowood, MS 39232 | Date and Time: 12/16/2025 9:00 a.m. |
|---|---|

☐ *Inspection of Premises:* YOU ARE COMMANDED to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date:   11/25/25

| *CLERK OF COURT* | OR | *[signature]* |
|---|---|---|
| Signature of clerk or Deputy Clerk | | Attorney Signature |

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*

Defendant, City of Aberdeen, Mississippi.                    , who issues or requests this subpoena, are:

Loden P. Walker; MB #105996; Phelps Dunbar, LLP, 1905 Community Bank Way, Suite 200; Flowood, MS 39232; 601-352-2300; loden.walker@phelps.com

PD.56473045.1

## EXHIBIT "A"

Please produce a complete copy of any and all records including, but not limited to, any notes, e-mails, correspondence, memoranda, reports, logs, testimony, documents, unemployment benefit statements, previously collected benefit payment amounts, weekly benefit check amounts, estimated weekly benefit amount, and/or electronically stored data related to Barry McMillian from January 1, 2020 until the present date.

Additionally, please provide an executed Declaration of Records Custodian attached hereto or provide your own Declaration or Affidavit that substantially recites the same information.

AO 88B (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (page 2)

Civil Action No. 1:24-CV-00199-GHD-RP

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This subpoena for *(name of individual and title if any)* _____

was received by me on *(date)* _____.

☑ I served the subpoena by delivering a copy to the named person as follows: Via UPS to Miss. Department of Employment Security on *(date)* 12/02/2025 ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 12/02/2025

_Debra Hendrick_
Server's signature

Debra Hardwick, Paralegal
Printed name and title

1905 Community Bank Way, Suite 200, Flowood, MS 39232
Server's address

Additional information regarding attempted service, etc:

PD.56472034.1