# Proof of Delivery

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

**Tracking Number**
1ZY4872X0299982246

**Service**
UPS 2nd Day Air®

**Shipped / Billed On**
11/27/2025

**Delivered On**
12/02/2025 11:01 A.M.

**Delivered To**
5024 RAYMOND AVE
TUPELO, MS, 38801, US

**Received By**
BAILEY

**Delivery Location**
Inside Delivery

**Reference Number(s)**
04969-1477, 4, N/A

Please print for your records as photo and details are only available for a limited time.

Sincerely,

UPS

Tracking results provided by UPS: 12/02/2025 4:20 P.M. EST