AO 88B (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT

### Northern District of Mississippi
### Aberdeen Division

| | | |
|---|---|---|
| BARRY MCMILLIAN | ) | |
| *Plaintiff* | ) | Civil Action No. 1:24-CV-00199-GHD-RP |
| v. | ) | |
| CITY OF ABERDEEN, MISSISSIPPI, ET AL. | ) | |
| *Defendants* | ) | |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:     Monroe Regional Hospital, 400 South Chestnut Street, Aberdeen, Mississippi 39730

☐ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material:

See Exhibit "A" attached hereto.

| Place: **Phelps Dunbar Law Firm, Attention: Debra Hardwick, P.O. Box 320159, Flowood, MS 39232** | Date and Time: 12/16/2025 9:00 a.m. |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date:    11/25/25

| *CLERK OF COURT* | OR | |
|---|---|---|
| _____ | | _____ |
| *Signature of clerk or Deputy Clerk* | | *Attorney Signature* |

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* _____

**Defendant, City of Aberdeen, Mississippi** _____, who issues or requests this subpoena, are:

**Loden P. Walker; MB #105996; Phelps Dunbar, LLP, 1905 Community Bank Way, Suite 200, Flowood, MS 39232; 601-352-2300; Loden.Walker@phelps.com**

PD.56472387.1

**SUBPOENA DUCES TECUM**
**EXHIBIT "A"**

Any and all protected and sensitive health information, including certified copies of any and all medical records, including x-rays, prescription records, and any other diagnostic studies, and any results of such studies, relating to any examinations, treatments and/or any other services provided to Barry McMillian by any hospital (both in–patient and out-patient), clinics, physicians, and/or any other health care providers, and all medical/doctor bills for services, including receipts for payment for services rendered; (and to obtain at their expense, photostatic copies of such records as they may desire).

AO 88B (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (page 2)

Civil Action No.   1:24-CV-00199-GHD-RP

## PROOF OF SERVICE

### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This subpoena for *(name of individual and title if any)* _____

was received by me on *(date)* _____ .

☑ I served the subpoena by delivering a copy to the named person as follows: Via UPS

to Monroe Regional Hospital

_____ on *(date)* 12/02/2025 ; or

☐ I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 12/02/2025

_____
*Server's signature*

Debra Hardwick, Paralegal
*Printed name and title*

1905 Community Bank Way, Suite 200, Flowood, MS  39232
*Server's address*

Additional information regarding attempted service, etc:

PD.56472034.1