# Proof of Delivery

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

**Tracking Number**
1ZY4872X0293988644

**Service**
UPS 2nd Day Air®

**Shipped / Billed On**
11/27/2025

**Delivered On**
12/03/2025 11:38 A.M.

**Delivered To**
1424 E MAIN ST
TUPELO, MS, 38804, US

**Received By**
ROGERS

**Delivery Location**
Inside Delivery

**Reference Number(s)**
04969-1477, 4, N/A

Please print for your records as photo and details are only available for a limited time.

Sincerely,

UPS

Tracking results provided by UPS: 12/04/2025 10:17 A.M. EST