# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# ABERDEEN DIVISION

**BARRY MCMILLIAN**                                                              **PLAINTIFF**

**vs.**                                     **CIVIL ACTION NO.: 1:24-CV-199-GHD-RP**

**CITY OF ABERDEEN, MISSISSIPPI**
**AND JOHN DOES 1-20**                                               **DEFENDANTS**

## NOTICE OF SERVICE OF DISCOVERY

Notice is hereby given that, on the date entered below, Defendant the City of Aberdeen responded to Plaintiff Barry McMillian's Interrogatories and Requests for Production.

<u>December 8, 2025</u>                               <u>*/s/ Loden P. Walker*</u>
Date                                                Signature

                                                        <u>Loden P. Walker, MB #105996</u>
                                                        Typed Name & Bar Number
                                                         Attorney for:   Defendant
                                                          G. Todd Butler, MB #10297
                                                          Loden P. Walker, MB #105996
                                                          1905 Community Bank Way, Suite 200
                                                          Flowood, Mississippi 39232
                                                          Post Office Box 320159
                                                          Flowood, Mississippi 39232
                                                          Telephone: 601-352-2300
                                                          Telecopier: 601-360-9777
                                                          todd.butler@phelps.com
                                                          loden.walker@phelps.com

## **CERTIFICATE OF SERVICE**

    I, Loden P. Walker, do hereby certify that I have this day electronically filed the above and foregoing *NOTICE OF SERVICE* with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

    Dated: December 8, 2025.

                                                 */s/ Loden P. Walker*
                                                 Loden P. Walker