# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# ABERDEEN DIVISION

**BARRY MCMILLIAN**                                                               **PLAINTIFF**

**vs.**                                                 **CIVIL ACTION NO.: 1:24-CV-199-SA-RP**

**CITY OF ABERDEEN, MISSISSIPPI**
**AND JOHN DOES 1-20**                                                    **DEFENDANTS**

## NOTICE OF SERVICE OF
## DEFENDANT'S SUPPLEMENTAL PRE-DISCOVERY DISCLOSURES

     Notice is hereby given that, on the date entered below, Defendant City of Aberdeen, Mississippi disclosed to Plaintiff Barry McMillian information required by L.U.CIV.R. 26(a).

January 5, 2026                                   */s/ Loden P. Walker*
Date                                                       Signature

                                                                      Loden P. Walker, MB #105996
                                                                      Typed Name & Bar Number
                                                                      Attorney for: Defendant
                                                                       G. Todd Butler, MB #102907
                                                                       Loden P. Walker, MSB #105996
                                                                       1905 Community Bank Way, Suite 200
                                                                       Flowood, Mississippi 39232
                                                                       Telephone: 601-352-2300
                                                                       Telecopier: 601-360-9777
                                                                       todd.butler@phelps.com
                                                                       loden.walker@phelps.com

## **CERTIFICATE OF SERVICE**

I, Loden P. Walker, do hereby certify that I have this date electronically filed the above and foregoing *NOTICE OF SERVICE* with the Clerk of the Court which gave notice to the following:

DeMoreo Reddick
Reddick Law Firm, PLLC
P.O. Box 465
Okolona, MS 38860
662-436-4641 (t)
reddicklawfirm@yahoo.com

***Attorney for Plaintiff Barry McMillian***

So certified, this the 5th day of January 2026.

                                                */s/ Loden P. Walker*
                                                Loden P. Walker