DNotice (N.D.Miss.1990)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# ABERDEEN DIVISION

**BARRY MCMILLIAN**                                                                                             **PLAINTIFF**

**VS.**                             **CIVIL ACTION NO. 1:24-CV-199-GHD-RP**

**THE CITY OF ABERDEEN**                                                 **DEFENDANTS**

**TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

*Place*
U.S. FEDERAL BLDG.
Oxford, MS

*Room No.*

*Date and Time*
January 16, 2026, at 10:00 a.m.

*Type of Proceeding*

### TELEPHONIC STATUS CONFERENCE
### UNITED STATES MAGISTRATE JUDGE ROY PERCY

**Parties are instructed to call the conference line at 662-305-1900, Conference ID 893 630 365**

<u>DANIEL B. MCHUGH</u>
Clerk of Court

<u>/s/ Rebekah Capps</u>
Courtroom Deputy

Date: January 14, 2026

**CONTACT REBEKAH CAPPS AT 662-234-3114 IF YOU HAVE ANY QUESTIONS**