### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF MISSISSIPPI
### ABERDEEN DIVISION

**BARRY MCMILLIAN**                                                              **PLAINTIFF**

**v.**                                                  **CIVIL ACTION NO. 1:24-CV-199-GHD-RP**

**THE CITY OF ABERDEEN, et al.**                                    **DEFENDANTS**

## <u>ORDER</u>

As agreed by the parties following a status conference held before the undersigned on this date, the case management deadlines are reset as follows:

    Discovery: April 13, 2026;

    Dispositive Motions: May 8, 2026.

The Settlement Conference will be reset by separate notice.

    **SO ORDERED**, this the 16th day of January, 2026.

                                                     /s/ Roy Percy
                                                     UNITED STATES MAGISTRATE JUDGE