# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI

# CIVIL MINUTES

Case No 1:24CV199-GHD-RP    Held:  OXFORD / TELEPHONIC
Style: MCMILLIAN V. THE CITY OF ABERDEEN
Date/Time Began 01/16/26 at 10:00 a.m.   Date/Time Ended:  01/16/26 at 10:05 a.m.

Total Time:  5 minutes

PRESENT:  Honorable **ROY PERCY, MAGISTRATE JUDGE**

_____           _____
Deputy Clerk                                     Court Reporter

Attorneys for Plaintiff(s):            Attorneys for Defendant(s):
DeMoreo Reddick                         Loden Walker

PROCEEDINGS: Status Conference
Held    X    Not Held_____    Canceled _____    Reset _____

Docket Entry:

Status conference held. Scheduling deadlines to be extended, and settlement conference to be reset for 4/13/26 at 2:00 p.m.

DANIEL B. MCHUGH, CLERK

/s/ Rebekah Capps
By:_____
Courtroom Clerk