## UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

### NOTICE

BARRY MCMILLIAN

V.  CASE NO. 1:24-CV-199-GHD-RP

THE CITY OF ABERDEEN

---

**TAKE NOTICE** that a proceeding in this case has been **RESET** for the place, date, and time set forth below:

---

**Place**
FEDERAL BLDG.
Oxford, MS.

**Room No.**
911 Jackson Ave., Suite 242

**Date and Time**
**April 13, 2026, at 2:00 p.m.**

---

**Type of Proceeding**

### SETTLEMENT CONFERENCE

### BEFORE UNITED STATES MAGISTRATE JUDGE ROY PERCY
CONFIDENTIAL SETTLEMENT MEMO DUE APRIL 6, 2026

---

DANIEL B. MCHUGH, Clerk of Court

By: /s/ Rebekah Capps
Courtroom Deputy

Date: January 16, 2026

**CONTACT REBEKAH CAPPS AT 234-3114 IF YOU HAVE ANY QUESTIONS**