IN THE UNITED STATES DISTRCIT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**BARRY MCMILLIAIN**                                                                        **PLAINTIFF**

**VS.**                            **CIVIL ACTION NO.: 1:24-CV-199-SA-RP**

**THE CITY OF ABERDEEN**
**AND JOHN DOES 1-20**                                                **DEFENDANTS**

<u>**SUBPOENA FOR THE DEPOSITION OF CAROLYN ODOM**</u>

STATE OF MISSISSIPPI

TO ANY PROCESS SERVER OR TO ANY LAWFUL OFFICER OF MONROE COUNTY, MISSISSIPPI, OR ANY LAWFUL OFFICER OF THE STATE OF MISSISSIPPI, GREETINGS:

**WE COMMAND YOU TO SUMMON:**

**Carolyn Odom**
**1021 Murphree Circle**
**Aberdeen, MS 39730**

      Pursuant to the Federal Rules of Civil Procedure you, Carolyn Odom, are commanded to be and personally appear, on February 26, 2026 at 11:00 a.m., at the City Hall Boardroom, 125 W Commerce St., Aberdeen, MS 39730.  You are summoned to give a deposition in front of the aforementioned parties and a court reporter in the above styled case.  You are summoned to bring all records regarding this matter, which is in reference to a matter or incident that occurred on or around December 5, 2023, in which you were a party.

      WITNESS MY HAND AND SEAL OF SAID COURT, THIS THE 13th DAY OF

EXHIBIT "A"

FEBRUARY, 2026.

CLERK OF THE COURT:

_____     OR     /s/ DeMoreo Reddick, Esq._____
CLERK OF COURT                                        DEMOREO REDDICK, ESQ.
                                                                    ATTORNEY'S SIGNATURE


OF COUNSEL:

REDDICK LAW FIRM, PLLC
DEMOREO REDDICK, ESQ.
ATTORNEY FOR THE PLAINTIFF
MS BAR NO.: 103747
P.O. BOX 465
OKOLONA, MS 38860
PH: 662-436-4641
FAX: 662-256-3582

## **CERTIFICATE OF SERVICE**

I, DeMoreo Reddick, attorney for the Plaintiff, hereby certify that the foregoing document has been delivered to all counsel of record, either by depositing a copy of same in the United States mail, first class postage prepaid, by hand delivery, or electronic delivery, this the 13th day of February, 2026.

/s/ DeMoreo Reddick, Esq.
DEMOREO REDDICK, ESQ.