IN THE UNITED STATES DISTRCIT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**BARRY MCMILLIAIN**                                         **PLAINTIFF**

VS.                                             **CIVIL ACTION NO.: 1:24-CV-199-SA-RP**

**THE CITY OF ABERDEEN
AND JOHN DOES 1-20**                                          **DEFENDANTS**

## NOTICE TO SERVE SUBPOENA

TO:      ALL COUNSEL OF RECORD

**PLEASE TAKE NOTICE** that Barry McMillian, Plaintiff in the above-referenced case, by and through counsel, will issue a Subpoena to:

     **Edward Haynes
     707 West Vine St.
     Aberdeen, MS 39730**

a copy of which is attached hereto as Exhibit "A".

Respectfully submitted this, the 13th day of February, 2026.

                                               By:     /s/ DeMoreo Reddick, Esq.
                                                        DEMOREO REDDICK, ESQ.
                                                        COUNSEL FOR THE PLAINTIFF

OF COUNSEL:

REDDICK LAW FIRM, PLLC
DEMOREO REDDICK, ESQ.
MS BAR NO.: 103747
P.O. BOX 465
OKOLONA, MS 38860

PH: 662-436-4641
FAX: 662-256-3582

## **CERTIFICATE OF SERVICE**

  I, DeMoreo Reddick, attorney for the Plaintiff, hereby certify that the foregoing document has been delivered to all counsel of record, either by depositing a copy of same in the United States mail, first class postage prepaid, by hand delivery, or electronic delivery, this the 13th day of February, 2026.

                /s/ DeMoreo Reddick, Esq.
                DEMOREO REDDICK, ESQ.