**IN THE UNITED STATES DISTRCIT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION**

**BARRY MCMILLIAIN**                                                   **PLAINTIFF**

**VS.**                            **CIVIL ACTION NO.: 1:24-CV-199-SA-RP**

**THE CITY OF ABERDEEN
AND JOHN DOES 1-20**                                           **DEFENDANTS**

**SUBPOENA FOR THE DEPOSITION OF TRIRON BROWN**

**STATE OF MISSISSIPPI**

**TO ANY PROCESS SERVER OR TO ANY LAWFUL OFFICER OF MONROE COUNTY, MISSISSIPPI, OR ANY LAWFUL OFFICER OF THE STATE OF MISSISSIPPI, GREETINGS:**

**WE COMMAND YOU TO SUMMON:**

**Triron Brown
513 Oak Dr.
Aberdeen, MS 39730**

       Pursuant to the Federal Rules of Civil Procedure you, Triron Brown, are commanded to be and personally appear, on February 26, 2026 at 10:00 a.m., at the City Hall Boardroom, 125 W Commerce St., Aberdeen, MS 39730. You are summoned to give a deposition in front of the aforementioned parties and a court reporter in the above styled case. You are summoned to bring all records regarding this matter, which is in reference to a matter or incident that occurred on or around December 5, 2023, in which you were a party.

       WITNESS MY HAND AND SEAL OF SAID COURT, THIS THE 13th DAY OF

EXHIBIT "A"

FEBRUARY, 2026.

CLERK OF THE COURT:

_____   OR   /s/ DeMoreo Reddick, Esq._____
CLERK OF COURT                               DEMOREO REDDICK, ESQ.
                                             ATTORNEY'S SIGNATURE


OF COUNSEL:

REDDICK LAW FIRM, PLLC
DEMOREO REDDICK, ESQ.
ATTORNEY FOR THE PLAINTIFF
MS BAR NO.: 103747
P.O. BOX 465
OKOLONA, MS 38860
PH: 662-436-4641
FAX: 662-256-3582

## **CERTIFICATE OF SERVICE**

    I, DeMoreo Reddick, attorney for the Plaintiff, hereby certify that the foregoing document has been delivered to all counsel of record, either by depositing a copy of same in the United States mail, first class postage prepaid, by hand delivery, or electronic delivery, this the 13th day of February, 2026.

                                                                              /s/ DeMoreo Reddick, Esq.
                                                                              DEMOREO REDDICK, ESQ.