# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# ABERDEEN DIVISION

**BARRY McMILLIAN**                                              **PLAINTIFF**

**VS.**                                 **CIVIL ACTION NO.: 1:24-CV-199-GHD-RP**

**CITY OF ABERDEEN**                                **DEFENDANT**

## NOTICE OF DEPOSITION

**PLEASE TAKE NOTICE** that counsel for Defendant the City of Aberdeen will take the deposition of Plaintiff Barry McMillian on Friday, February 27, 2026, beginning at 10:00 a.m., at the Monroe County Circuit Court, 301 S Chestnut Steet, Aberdeen, MS 39730. The deposition will be taken by means of stenography and/or videography before an official court reporter and notary public who is authorized to administer oaths.

This deposition will be taken for all purposes pursuant to the Federal Rules of Civil Procedure and will continue from day to day until completed. You are hereby invited to attend and take part in this deposition.

This, the 23rd day of February, 2026.

PD.60831707.1

Respectfully submitted,

**PHELPS DUNBAR, LLP**

BY: */s/ Loden P. Walker*_____
     G. Todd Butler, MB #102907
     Loden P. Walker, MB #105996
     1905 Community Bank Way, Ste. 200
     Flowood, Mississippi 39232
     Post Office Box 320159
     Flowood, Mississippi 39232
     Telephone: 601-352-2300
     Telecopier: 601-360-9777
     Email: todd.butler@phelps.com
           loden.walker@phelps.com

**ATTORNEYS FOR DEFENDANT**

## **CERTIFICATE OF SERVICE**

I, Loden P. Walker, do hereby certify that I have this day electronically filed the above and foregoing *NOTICE* with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to counsel of record.

Dated: February 23, 2026.

                                                */s/ Loden P. Walker*
                                                Loden P. Walker

PD.60831707.1