# IN THE UNITED STATES DISTRCIT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# ABERDEEN DIVISION

**BARRY MCMILLIAN**                                                 **PLAINTIFF**

**VS.**                                                   **CIVIL ACTION NO.: 1:24-CV-199-SA-RP**

**THE CITY OF ABERDEEN**
**AND JOHN DOES 1-20**                                        **DEFENDANTS**

## NOTICE TO TAKE DEPOSITION OF EDWARD HAYNES

TO:     **EDWARD HAYNES**

       PLEASE TAKE NOTE that the undersigned counsel for the Plaintiff will take the deposition of **EDWARD HAYNES,** before a court reporter, on **February, 26, 2026 at 1:30 p.m.** at the Aberdeen City Hall Boardroom, 125 W Commerce St, Aberdeen, MS 39730, pursuant to the Federal Rules of Civil Procedure, the Mississippi Rules of Civil Procedure, and all applicable statutes, pursuant to agreement as to time and place of the deposition. The deposition will continue from day to day until completed. You are notified to appear and take such part in the examination as you deem proper.

                                                  By:     /s/ DeMoreo Reddick, Esq.
                                                           DEMOREO REDDICK, ESQ.
                                                           COUNSEL FOR THE PLAINTIFF

OF COUNSEL:

DEMOREO REDDICK, ESQ.
MS BAR NO.: 103747
P.O. BOX 465

OKOLONA, MS 38860
PH: 662-436-4641
FAX: 662-256-3582

## **CERTIFICATE OF SERVICE**

    I, DeMoreo Reddick, attorney for the Plaintiff, hereby certify that the foregoing document has been delivered to all counsel of record, either by depositing a copy of same in the United States mail, first class postage prepaid, by hand delivery, or electronic delivery, this the 24th day of February, 2026.

                                                   /s/ DeMoreo Reddick, Esq.
                                                   DEMOREO REDDICK, ESQ.