IN THE UNITED STATES DISTRCIT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**BARRY MCMILLIAIN**                                               **PLAINTIFF**

**VS.**                             **CIVIL ACTION NO.: 1:24-CV-199-SA-RP**

**THE CITY OF ABERDEEN
AND JOHN DOES 1-20**                                      **DEFENDANTS**

### SUBPOENA FOR THE DEPOSITION OF TRIRON BROWN

**STATE OF MISSISSIPPI**

**TO ANY PROCESS SERVER OR TO ANY LAWFUL OFFICER OF MONROE COUNTY, MISSISSIPPI, OR ANY LAWFUL OFFICER OF THE STATE OF MISSISSIPPI, GREETINGS:**

**WE COMMAND YOU TO SUMMON:**

**Triron Brown
513 Oak Dr.
Aberdeen, MS 39730**

      Pursuant to the Federal Rules of Civil Procedure you, Triron Brown, are commanded to be and personally appear, on February 26, 2026 at 10:00 a.m., at the City Hall Boardroom, 125 W Commerce St., Aberdeen, MS 39730. You are summoned to give a deposition in front of the aforementioned parties and a court reporter in the above styled case. You are summoned to bring all records regarding this matter, which is in reference to a matter or incident that occurred on or around December 5, 2023, in which you were a party.

      WITNESS MY HAND AND SEAL OF SAID COURT, THIS THE 13th DAY OF

EXHIBIT "A"

FEBRUARY, 2026.

CLERK OF THE COURT:

_____   OR   /s/ DeMoreo Reddick, Esq.
CLERK OF COURT                              DEMOREO REDDICK, ESQ.
                                            ATTORNEY'S SIGNATURE

OF COUNSEL:

REDDICK LAW FIRM, PLLC
DEMOREO REDDICK, ESQ.
ATTORNEY FOR THE PLAINTIFF
MS BAR NO.: 103747
P.O. BOX 465
OKOLONA, MS 38860
PH: 662-436-4641
FAX: 662-256-3582

# SHERIFF'S RETURN

STATE OF MISSISSIPPI
COUNTY OF MONROE

(✓) I personally delivered copies of the summons and complaint on the

___18___ day of ___Feb___, 2026, to ___Triron Brown___.

( ) After exercising reasonable diligence I was unable to deliver copies of the

summons and complaint to _____ within _____

County, Mississippi. I served the summons and complaint on the _____ day of

_____, 2026, at the usual place of abode of _____

by leaving a true and correct copy of the summons and complaint

with_____ who is the _____ (wife,

husband, son, daughter, or other person), a family member of

_____ above the age 16 and willing to receive the summons

and complaint. And afterwards on the _____ day of _____,

2026, I mailed (first class, postage prepaid) copies to _____

at his/her usual place of abode where the copies were left.

( ) I was unable to serve the summons and complaint.

This _____ day of _____, 2026.

                                   ___Kevin Crook___
                                   Sheriff of ~~Lee~~ Monroe County, MS

                                   BY: ___William Randle Jr___
                                   Deputy Sheriff   M21



IN THE UNITED STATES DISTRCIT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

BARRY MCMILLIAIN                          PLAINTIFF

VS.                        CIVIL ACTION NO.: 1:24-CV-199-SA-RP

THE CITY OF ABERDEEN
AND JOHN DOES 1-20                      DEFENDANTS

### SUBPOENA FOR THE DEPOSITION OF CAROLYN ODOM

**STATE OF MISSISSIPPI**

**TO ANY PROCESS SERVER OR TO ANY LAWFUL OFFICER OF MONROE COUNTY, MISSISSIPPI, OR ANY LAWFUL OFFICER OF THE STATE OF MISSISSIPPI, GREETINGS:**

**WE COMMAND YOU TO SUMMON:**

**Carolyn Odom**
**1021 Murphree Circle**
**Aberdeen, MS 39730**

Pursuant to the Federal Rules of Civil Procedure you, Carolyn Odom, are commanded to be and personally appear, on February 26, 2026 at 11:00 a.m., at the City Hall Boardroom, 125 W Commerce St., Aberdeen, MS 39730. You are summoned to give a deposition in front of the aforementioned parties and a court reporter in the above styled case. You are summoned to bring all records regarding this matter, which is in reference to a matter or incident that occurred on or around December 5, 2023, in which you were a party.

WITNESS MY HAND AND SEAL OF SAID COURT, THIS THE 13th DAY OF

EXHIBIT "A"

## CERTIFICATE OF SERVICE

I, DeMoreo Reddick, attorney for the Plaintiff, hereby certify that the foregoing document has been delivered to all counsel of record, either by depositing a copy of same in the United States mail, first class postage prepaid, by hand delivery, or electronic delivery, this the 13th day of February, 2026.

/s/ DeMoreo Reddick, Esq.
DEMOREO REDDICK, ESQ.

FEBRUARY, 2026.

CLERK OF THE COURT:

_____ OR /s/ DeMoreo Reddick, Esq.
CLERK OF COURT                      DEMOREO REDDICK, ESQ.
                                    ATTORNEY'S SIGNATURE

OF COUNSEL:

REDDICK LAW FIRM, PLLC
DEMOREO REDDICK, ESQ.
ATTORNEY FOR THE PLAINTIFF
MS BAR NO.: 103747
P.O. BOX 465
OKOLONA, MS 38860
PH: 662-436-4641
FAX: 662-256-3582

# SHERIFF'S RETURN

STATE OF MISSISSIPPI
COUNTY OF MONROE

( ) I personally delivered copies of the summons and complaint on the _____ day of _____, 2026, to _____.

(✓) After exercising reasonable diligence I was unable to deliver copies of the summons and complaint to Carolyn Odom within Monroe County, Mississippi. I served the summons and complaint on the 17 day of Feb, 2026, at the usual place of abode of Carolyn Odom by leaving a true and correct copy of the summons and complaint with Adrian Smith who is the Daughter ____ (wife, husband, son, (daughter) or other person), a family member of Carolyn Odom above the age 16 and willing to receive the summons and complaint. And afterwards on the 18 day of Feb, 2026, I mailed (first class, postage prepaid) copies to Carolyn Odom at his/her usual place of abode where the copies were left.

( ) I was unable to serve the summons and complaint.

This _____ day of _____, 2026.

Kevin Crook
Sheriff of ~~Lee~~ Monroe County, MS

BY: William Randle Jr
Deputy Sheriff   M21



## IN THE UNITED STATES DISTRCIT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
## ABERDEEN DIVISION

**BARRY MCMILLIAIN**                             **PLAINTIFF**

**VS.**                       **CIVIL ACTION NO.: 1:24-CV-199-SA-RP**

**THE CITY OF ABERDEEN**
**AND JOHN DOES 1-20**                        **DEFENDANTS**

### SUBPOENA FOR THE DEPOSITION OF EDWARD HAYNES

**STATE OF MISSISSIPPI**

**TO ANY PROCESS SERVER OR TO ANY LAWFUL OFFICER OF MONROE COUNTY, MISSISSIPPI, OR ANY LAWFUL OFFICER OF THE STATE OF MISSISSIPPI, GREETINGS:**

**WE COMMAND YOU TO SUMMON:**

**Edward Haynes**
**707 West Vine St.**
**Aberdeen, MS 39730**

       Pursuant to the Federal Rules of Civil Procedure you, Edward Haynes, are commanded to be and personally appear, on February 26, 2026 at 1:30 p.m., at the City Hall Boardroom, 125 W Commerce St., Aberdeen, MS 39730. You are summoned to give a deposition in front of the aforementioned parties and a court reporter in the above styled case. You are summoned to bring all records regarding this matter, which is in reference to a matter or incident that occurred on or around December 5, 2023, in which you were a party.

       WITNESS MY HAND AND SEAL OF SAID COURT, THIS THE 13th DAY OF

EXHIBIT "A"

FEBRUARY, 2026.

CLERK OF THE COURT:

_____ OR  /s/ DeMoreo Reddick, Esq.
CLERK OF COURT              DEMOREO REDDICK, ESQ.
                            ATTORNEY'S SIGNATURE

OF COUNSEL:

REDDICK LAW FIRM, PLLC
DEMOREO REDDICK, ESQ.
ATTORNEY FOR THE PLAINTIFF
MS BAR NO.: 103747
P.O. BOX 465
OKOLONA, MS 38860
PH: 662-436-4641
FAX: 662-256-3582

## CERTIFICATE OF SERVICE

I, DeMoreo Reddick, attorney for the Plaintiff, hereby certify that the foregoing document has been delivered to all counsel of record, either by depositing a copy of same in the United States mail, first class postage prepaid, by hand delivery, or electronic delivery, this the 13th day of February, 2026.

/s/ DeMoreo Reddick, Esq.
DEMOREO REDDICK, ESQ.

# SHERIFF'S RETURN

STATE OF MISSISSIPPI
COUNTY OF MONROE

(X) I personally delivered copies of the summons and complaint on the __18__ day of __Feb__, 2026, to __Edward Haynes__.

( ) After exercising reasonable diligence I was unable to deliver copies of the summons and complaint to _____ within _____ County, Mississippi. I served the summons and complaint on the _____ day of _____, 2026, at the usual place of abode of _____ by leaving a true and correct copy of the summons and complaint with_____ who is the _____ (wife, husband, son, daughter, or other person), a family member of _____ above the age 16 and willing to receive the summons and complaint. And afterwards on the _____ day of _____, 2026, I mailed (first class, postage prepaid) copies to _____ at his/her usual place of abode where the copies were left.

( ) I was unable to serve the summons and complaint.

This _____ day of _____, 2026.

__Kevin Crook__
Sheriff of ~~Lee~~ Monroe County, MS

BY: __Jillian Randle Jr__ M21
Deputy Sheriff