# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# ABERDEEN DIVISION

**BARRY McMILLIAN**                                                           **PLAINTIFF**

**VS.**                                             **CIVIL ACTION NO.: 1:24-CV-199-GHD-RP**

**CITY OF ABERDEEN**                                         **DEFENDANT**

## AMENDED NOTICE OF DEPOSITION

**PLEASE TAKE NOTICE** that counsel for Defendant the City of Aberdeen will take the deposition of Plaintiff Barry McMillian on Thursday, March 5, 2026, beginning at 1:00 p.m. (or immediately after the deposition of Melissa Moore), in the Board Room, at Aberdeen City Hall, 125 W. Commerce St., Aberdeen, MS 39730. The deposition will be taken by means of stenography and/or videography before an official court reporter and notary public who is authorized to administer oaths.

This deposition will be taken for all purposes pursuant to the Federal Rules of Civil Procedure and will continue from day to day until completed. You are hereby invited to attend and take part in this deposition.

This, the 26th day of February, 2026.

PD.60884395.1

Respectfully submitted,

**PHELPS DUNBAR, LLP**

BY: */s/ Loden P. Walker*
  G. Todd Butler, MB #102907
  Loden P. Walker, MB #105996
  1905 Community Bank Way, Ste. 200
  Flowood, Mississippi 39232
  Post Office Box 320159
  Flowood, Mississippi 39232
  Telephone: 601-352-2300
  Telecopier: 601-360-9777
  Email: todd.butler@phelps.com
    loden.walker@phelps.com

**ATTORNEYS FOR DEFENDANT**

2

PD.60884395.1

## **CERTIFICATE OF SERVICE**

    I, Loden P. Walker, do hereby certify that I have this day electronically filed the above and foregoing *NOTICE* with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to counsel of record.

    Dated: February 26, 2026.

                                                           */s/ Loden P. Walker*
                                                           Loden P. Walker

PD.60884395.1