# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# ABERDEEN DIVISION

**BARRY MCMILLIAN**                                                                         **PLAINTIFF**

**vs.**                                             **CIVIL ACTION NO.: 1:24-CV-199-GHD-RP**

**CITY OF ABERDEEN, MISSISSIPPI**
**AND JOHN DOES 1-20**                                                   **DEFENDANTS**

## NOTICE OF SERVICE OF SUPPLEMENTAL DISCLOSURES

Notice is hereby given that, on the date entered below, Defendant City of Aberdeen, Mississippi disclosed to Plaintiff Barry McMillian information required by L.U.Civ.R. 26(a), including DEF-01821 to DEF-01874.

February 27, 2026                             */s/ Loden P. Walker*
Date                                                      Signature

                                                           Loden P. Walker, MB #105996
                                                           Typed Name & Bar Number
                                                           Attorney for: Defendant
                                                           G. Todd Butler, MB #102907
                                                           Loden P. Walker, MSB #105996
                                                           1905 Community Bank Way, Suite 200
                                                           Flowood, Mississippi 39232
                                                           Telephone: 601-352-2300
                                                           Telecopier: 601-360-9777
                                                           todd.butler@phelps.com
                                                           loden.walker@phelps.com

## **CERTIFICATE OF SERVICE**

I, Loden P. Walker, do hereby certify that I have this date electronically filed the above and foregoing *NOTICE OF SERVICE* with the Clerk of the Court which gave notice to the following:

DeMoreo Reddick
Reddick Law Firm, PLLC
P.O. Box 465
Okolona, MS 38860
662-436-4641 (t)
reddicklawfirm@yahoo.com

*Attorney for Plaintiff Barry McMillian*

So certified, this the 27th day of February 2026.

                                             */s/ Loden P. Walker*
                                             Loden P. Walker