# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# ABERDEEN DIVISION

**BARRY McMILLIAN**                                                                                            **PLAINTIFF**

**VS.**                                             **CIVIL ACTION NO.: 1:24-CV-199-GHD-RP**

**CITY OF ABERDEEN**                                                                      **DEFENDANT**

## AMENDED NOTICE OF DEPOSITION

**PLEASE TAKE NOTICE** that counsel for Defendant the City of Aberdeen will take the deposition of Plaintiff Barry McMillian on Thursday, March 31, 2026, beginning at 1:00 p.m. (or immediately after the prior deponent's deposition scheduled for that day), in the Board Room, at Aberdeen City Hall, 125 W. Commerce St., Aberdeen, MS 39730. The deposition will be taken by means of stenography and/or videography before an official court reporter and notary public who is authorized to administer oaths.

This deposition will be taken for all purposes pursuant to the Federal Rules of Civil Procedure and will continue from day to day until completed. You are hereby invited to attend and take part in this deposition.

This, the 5th day of March, 2026.

                Respectfully submitted,

                **PHELPS DUNBAR, LLP**

BY:   */s/ Loden P. Walker*
       G. Todd Butler, MB #102907
       Loden P. Walker, MB #105996
       1905 Community Bank Way, Ste. 200
       Flowood, Mississippi 39232
       Post Office Box 320159
       Flowood, Mississippi 39232
       Telephone: 601-352-2300
       Telecopier: 601-360-9777
       Email: todd.butler@phelps.com
             loden.walker@phelps.com

       **ATTORNEYS FOR DEFENDANT**

## **CERTIFICATE OF SERVICE**

I, Loden P. Walker, do hereby certify that I have this day electronically filed the above and foregoing *NOTICE* with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to counsel of record.

Dated: March 5, 2026.

                                         */s/ Loden P. Walker*
                                         Loden P. Walker