IN THE UNITED STATES DISTRCIT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**BARRY MCMILLIAIN**                                                  **PLAINTIFF**

**VS.**                                             **CIVIL ACTION NO.: 1:24-CV-199-SA-RP**

**THE CITY OF ABERDEEN**
**AND JOHN DOES 1-20**                                        **DEFENDANTS**

### NOTICE TO SERVE SUBPOENA

TO:      ALL COUNSEL OF RECORD

     **PLEASE TAKE NOTICE** that Barry McMillian, Plaintiff in the above-referenced case, by and through counsel, will issue a Subpoena to:

     **Charles Scott**
     **923 Cheryl St.**
     **Aberdeen, MS 39730**

a copy of which is attached hereto as Exhibit "A".

     Respectfully submitted this, the 13th day of February, 2026.

                                                   By:     /s/ DeMoreo Reddick, Esq.
                                                           DEMOREO REDDICK, ESQ.
                                                           COUNSEL FOR THE PLAINTIFF

OF COUNSEL:

REDDICK LAW FIRM, PLLC
DEMOREO REDDICK, ESQ.
MS BAR NO.: 103747

P.O. BOX 465
OKOLONA, MS 38860
PH: 662-436-4641
FAX: 662-256-3582

## **CERTIFICATE OF SERVICE**

I, DeMoreo Reddick, attorney for the Plaintiff, hereby certify that the foregoing document has been delivered to all counsel of record, either by depositing a copy of same in the United States mail, first class postage prepaid, by hand delivery, or electronic delivery, this the 13th day of February, 2026.

/s/ DeMoreo Reddick, Esq.
DEMOREO REDDICK, ESQ.