**IN THE UNITED STATES DISTRCIT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**ABERDEEN DIVISION**

**BARRY MCMILLIAIN**                                   **PLAINTIFF**


**VS.**                          **CIVIL ACTION NO.: 1:24-CV-199-SA-RP**


**THE CITY OF ABERDEEN**
**AND JOHN DOES 1-20**                              **DEFENDANTS**


<u>**SUBPOENA FOR THE DEPOSITION OF CHARLES SCOTT**</u>

**STATE OF MISSISSIPPI**

**TO ANY PROCESS SERVER OR TO ANY LAWFUL OFFICER OF MONROE**
**COUNTY, MISSISSIPPI, OR ANY LAWFUL OFFICER OF THE STATE OF**
**MISSISSIPPI, GREETINGS:**

**WE COMMAND YOU TO SUMMON:**

**Charles Scott**
**923 Cheryl Dr.**
**Aberdeen, MS 39730**

Pursuant to the Federal Rules of Civil Procedure you, Charles Scott, are commanded to be and personally appear, on March 31st, 2026 at 10:00 a.m., at the City Hall Boardroom, 125 W Commerce St., Aberdeen, MS 39730. You are summoned to give a deposition in front of the aforementioned parties and a court reporter in the above styled case. You are summoned to bring all records regarding this matter, which is in reference to a matter or incident that occurred on or around December 5, 2023, in which you were a party.

WITNESS MY HAND AND SEAL OF SAID COURT, THIS THE 13th DAY OF

FEBRUARY, 2026.

CLERK OF THE COURT:

_____     OR     /s/ DeMoreo Reddick, Esq._____
CLERK OF COURT                                    DEMOREO REDDICK, ESQ.
                                                              ATTORNEY'S SIGNATURE

OF COUNSEL:

REDDICK LAW FIRM, PLLC
DEMOREO REDDICK, ESQ.
ATTORNEY FOR THE PLAINTIFF
MS BAR NO.: 103747
P.O. BOX 465
OKOLONA, MS 38860
PH: 662-436-4641
FAX: 662-256-3582

## <u>CERTIFICATE OF SERVICE</u>

I, DeMoreo Reddick, attorney for the Plaintiff, hereby certify that the foregoing document has been delivered to all counsel of record, either by depositing a copy of same in the United States mail, first class postage prepaid, by hand delivery, or electronic delivery, this the 10th day of March, 2026.


/s/ DeMoreo Reddick, Esq.
DEMOREO REDDICK, ESQ.