**IN THE UNITED STATES DISTRCIT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**ABERDEEN DIVISION**

**BARRY MCMILLIAN**                                                                                **PLAINTIFF**

**VS.**                                                       **CIVIL ACTION NO.: 1:24-CV-199-SA-RP**

**THE CITY OF ABERDEEN**
**AND JOHN DOES 1-20**                                                                   **DEFENDANTS**

---

**NOTICE TO TAKE DEPOSITION OF MELISSA MOORE**

---

TO:   **MELISSA MOORE**
      Through her attorney
      of record, Loden Walker
      Phelps Dunbar LLP
      1905 Community Bank Way
      Suite 200
      Flowood, MS 39232

PLEASE TAKE NOTE that the undersigned counsel for the Plaintiff will take the

deposition of **MELISSA MOORE,** before a court reporter, on **March 31, 2026, at 10:00 a.m.** at

the Aberdeen City Hall Boardroom, 125 W Commerce St, Aberdeen, MS 39730, pursuant to the

Federal Rules of Civil Procedure, the Mississippi Rules of Civil Procedure, and all applicable

statutes, pursuant to agreement as to time and place of the deposition.  The deposition will

continue from day to day until completed. You are notified to appear and take such part in the

examination as you deem proper.

By:    /s/ DeMoreo Reddick, Esq.
       DEMOREO REDDICK, ESQ.

COUNSEL FOR THE PLAINTIFF

OF COUNSEL:

DEMOREO REDDICK, ESQ.
MS BAR NO.: 103747
P.O. BOX 465
OKOLONA, MS 38860
PH: 662-436-4641
FAX: 662-256-3582

**<u>CERTIFICATE OF SERVICE</u>**

I, DeMoreo Reddick, attorney for the Plaintiff, hereby certify that the foregoing document has been delivered to all counsel of record, either by depositing a copy of same in the United States mail, first class postage prepaid, by hand delivery, or electronic delivery, this the 30th day of March, 2026.

/s/ DeMoreo Reddick, Esq.
DEMOREO REDDICK, ESQ.