## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
## ABERDEEN DIVISION

**BARRY MCMILLIAN**                                                          **PLAINTIFF**

**vs.**                                              **CIVIL ACTION NO.: 1:24-CV-199-GHD-RP**

**CITY OF ABERDEEN, MISSISSIPPI**
**AND JOHN DOES 1-20**                                                       **DEFENDANTS**


### NOTICE OF SERVICE OF SUPPLEMENTAL DISCLOSURES

Notice is hereby given that, on the date entered below, Defendant City of Aberdeen, Mississippi disclosed to Plaintiff Barry McMillian information required by L.U.CIV.R. 26(a), including DEF-01875 to DEF-01990.


April 9, 2026                                 */s/ Loden P. Walker*
Date                                          Signature

                                              Loden P. Walker, MB #105996
                                              Typed Name & Bar Number
                                              Attorney for:   Defendant
                                               G. Todd Butler, MB #102907
                                               Loden P. Walker, MSB #105996
                                               1905 Community Bank Way, Suite 200
                                               Flowood, Mississippi 39232
                                               Telephone: 601-352-2300
                                               Telecopier: 601-360-9777
                                               todd.butler@phelps.com
                                               loden.walker@phelps.com


PD.61452041.1

## <u>CERTIFICATE OF SERVICE</u>

I, Loden P. Walker, do hereby certify that I have this date electronically filed the above

and foregoing *NOTICE OF SERVICE* with the Clerk of the Court which gave notice to the

following:

DeMoreo Reddick
Reddick Law Firm, PLLC
P.O. Box 465
Okolona, MS 38860
662-436-4641 (t)
reddicklawfirm@yahoo.com

**Attorney for Plaintiff Barry McMillian**


So certified, this the 9th day of April, 2026.


 */s/ Loden P. Walker*
Loden P. Walker

PD.61452041.1