# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
### ABERDEEN DIVISION

## CIVIL MINUTES

Case No 1:24-CV-199-GHD-RP     Held:  OXFORD
Style: MCMILLIAN V. THE CITY OF ABERDEEN
Date/Time Began 04/13/26 at 2:00 p.m.   Date/Time Ended:   04/13/26 at 4:20 p.m.

       Total Time:  2 hours and 20 minutes

PRESENT:  Honorable **ROY PERCY, MAGISTRATE JUDGE**

_____                   _____
      Deputy Clerk                                           Court Reporter

Attorneys for Plaintiff(s):                   Attorneys for Defendant(s):
Moreo Reddick                                    Loden Walker

PROCEEDINGS: Settlement Conference
Held     X     Not Held_____ Canceled _____ Reset _____

_____

Docket Entry:

Settlement conference held. Case did not settle.

                       DANIEL B. MCHUGH, CLERK

                           /s/ Rebekah Capps
                 By:_____
                       Courtroom Clerk