# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
### ABERDEEN DIVISION

**BARRY MCMILLIAN**                                                              **PLAINTIFF**

**vs.**                                               **CIVIL ACTION NO.: 1:24-CV-199-GHD-RP**

**CITY OF ABERDEEN, MISSISSIPPI**
**AND JOHN DOES 1-20**                                                        **DEFENDANTS**

## MOTION FOR SUMMARY JUDGMENT

Defendant the City of Aberdeen moves to summarily dismiss Plaintiff Barry McMillian's Amended Complaint under Federal Rule of Civil Procedure 56. The contemporaneously filed memorandum in support explains in detail the bases for the requested relief, including that Plaintiffs cannot establish a prima facie case of retaliation, demonstrate pretext, or satisfy the substantive requirements of his claims.

In addition to the memorandum, Defendant offers the following exhibits in support:

Exhibit A –   Excerpts of Barry McMillian Deposition Transcript;

Exhibit B –   September 21, 2021 Board Minutes;

Exhibit C –   March 7, 2022 EEOC Charge of Discrimination;

Exhibit D –   December 5, 2023 Board Minutes;

Exhibit E –   Interoffice Memorandum;

Exhibit F –   Excerpts of Melissa Moore Deposition Transcript;

Exhibit G –   Triron Brown Witness Statement;

Exhibit H –   Excerpts of Triron Brown Deposition Transcript;

Exhibit I –   Employee Disciplinary Report;

Exhibit J –   Excerpts of Edward Haynes Deposition Transcript;

Exhibit K –   Suspension Letter;

Exhibit L – Employer Behavior Policy;

Exhibit M – Acknowledgment Receipt of Employee Handbook;

Exhibit N – November 2023 Timeclock Record;

Exhibit O – Excerpts of Shea Cain Deposition Transcript;

Exhibit P – Excerpts of Carolyn Odom Deposition Transcript;

Exhibit Q – Release from Light Duty Letter;

Exhibit R – October 2023 Time Sheets;

Exhibit S – November 2023 Time Sheets;

Exhibit T – FMLA and Sick Leave Policies; and

Exhibit U – Request for Leave.

For the reasons articulated in the supporting memorandum, Defendant the City of Aberdeen's motion for summary judgment should be granted in full.

Dated: May 8, 2026.

Respectfully submitted,

**PHELPS DUNBAR, LLP**

BY: _/s/ Loden P. Walker_
G. Todd Butler, MB #102907
Loden P. Walker, MSB #105996
1905 Community Bank Way, Suite 200
Flowood, Mississippi 39232
Post Office Box 320159
Flowood, Mississippi 39232
Telephone: 601-352-2300
Telecopier: 601-360-9777
todd.butler@phelps.com
loden.walker@phelps.com

**ATTORNEYS FOR DEFENDANT
CITY OF ABERDEEN**

2

## <u>CERTIFICATE OF SERVICE</u>

I, Loden P. Walker, do hereby certify that I have this date electronically filed the above

and foregoing *MOTION FOR SUMMARY JUDGMENT* with the Clerk of the Court which gave

notice to the following:

DeMoreo Reddick
Reddick Law Firm, PLLC
P.O. Box 465
Okolona, MS 38860
662-436-4641 (t)
reddicklawfirm@yahoo.com

***Attorney for Plaintiff Barry McMillian***


So certified, this the 8th day of May, 2026.


*/s/ Loden P. Walker*_____
Loden P. Walker

3

PD.61792197.1