**292**

## MINUTES, BOARD OF ALDERMEN, BOOK NO. 19

DEMENT-MERIDIAN 61-2994

**REGULAR BOARD MEETING**
**CITY HALL BOARD ROOM**
September 21, 2021
5:00 P.M.

BE IT REMEMBERED THAT THE MAYOR AND BOARD OF ALDERMEN/ALDERWOMEN MET IN THE ABERDEEN CITY HALL BOARD ROOM WITH THE FOLLOWING MEMBERS PRESENT:

MAYOR CHARLES SCOTT, ALDERMAN ROBERT DEVAULL, ALDERWOMAN LADY B. GARTH, ALDERMAN EDWARD HAYNES, ALDERWOMAN CAROLYN ODOM, ALDERMAN JOHN ALLEN, MELISSA MOORE, CITY CLERK, BARBARA VASSER, DEPUTY CITY CLERK, AND CITY ATTORNEY ROBERT FAULKS.

Invocation: Mayor Charles Scott.

ROLL CALL.

A motion was made by Alderwoman Odom to approve the proposed Minutes dated September 7, 2021. Attorney Faulks advised that his draft of the proposed Minutes dated September 7, 2021 had not been included in the Mayor/Aldermen/Alderwomen packets. Attorney Faulks also advised that he had not been provided a copy of the proposed Minutes dated September 14, 2021 for review. Approval of the Minutes dated September 7 and 14, 2021 was tabled until the next Board Meeting.

A motion was made by Alderwoman Odom, seconded by Alderman Allen to pay all bills submitted by proper vendors as recorded on the Docket of Claims dated September 21, 2021. On a roll call vote, Alderman Devaull, Alderman Haynes, Alderwoman Odom and Alderman Allen voted "Aye". Alderwoman Garth voted "Nay".

A motion was made by Alderman Allen, seconded by Alderman Haynes to authorize payment in the amount of $28,448.00 to West Central Insurance Agency, Aberdeen, MS, being the cost of premiums for building property insurance for the City of Aberdeen. On a roll call vote, Alderman Devaull, Alderman Haynes, Alderwoman Odom and Alderman Allen voted "Aye". Alderwoman Garth voted "Nay".

A motion was made by Alderman Allen, seconded by Alderman Devaull to retain attorney Brad Davis, of the Watkins & Eager law firm, as proposed in a Letter of Engagement. The law firm will assist the City of Aberdeen regarding submission of the required annual continuing disclosure information to the Municipal Securities Rulemaking Board in connection with outstanding City Bonds. On a roll call vote, Alderman Devaull, Alderman Haynes, Alderwoman Odom and Alderman Allen voted "Aye". Alderwoman Garth voted "Nay".

A motion was made by Alderman Allen, seconded by Alderman Devaull to issue a Temporary Beer Retailer's Permit to the Bukka White Blues Festival. On a roll call vote, Alderman Devaull, Alderman Haynes, Alderwoman Odom and Alderman Allen voted "Aye". Alderwoman Garth voted "Nay".

A motion was made by Alderman Haynes, seconded by Alderman Allen to "table" the discussion concerning a proposed professional consulting services contract with Dustin Dabbs, Dabbs Corporation. The proposed agreement would involve work concerning a comprehensive plan, and proposed work on subdivision and zoning ordinances, and the adoption of building codes. On a roll call vote, all present voted "Aye".

A motion was made by Alderman Allen, seconded by Alderman Haynes to authorize Dustin Dabbs to develop construction and repair project specifications and to develop cost estimates on several City projects and to obtain quotes for these projects. On a roll call vote, all present voted "Aye'.

A motion was made by Alderwoman Odom, seconded by Alderman Devaull to authorize a contract with JHW Studio, Becker, MS for the repainting of the Welcome to Historic Aberdeen signs in the amount of $1,040.00. On a roll call vote, all present voted "Aye".

EXHIBIT B

DEF-00001

**293**

## MINUTES, BOARD OF ALDERMEN, BOOK NO. 19

DEMENT-MERIDIAN 61-2994

**REGULAR BOARD MEETING**
**September 21, 2021**
**Page 2**

A motion was made by Alderman Haynes, seconded by Alderman Devaull to approve the write-off of delinquent Public Utilities unpaid charges in the amount of $15,272.82 and to refer the debts to debt collection. On a roll call vote, all present voted "Aye".

A motion was made by Alderwoman Odom, seconded by Alderman Devaull to authorize a proposed Water Line Extension Infrastructure Project / Shopping Mall on Highway 8, Aberdeen, MS. Modernization Act funds will be used to pay for the project. On a roll call vote, Alderman Devaull, Alderman Haynes, Alderwoman Odom and Alderman Allen voted "Aye". Alderwoman Garth voted "Nay".

A motion was made by Alderwoman Odom, seconded by Alderman Devaull to appoint Jennifer Rollison to serve as an Aberdeen Election Commissioner. On a roll call vote, Alderman Devaull, Alderwoman Odom and Alderman Allen voted "Aye". Alderwoman Garth and Alderman Haynes voted "Nay".

A motion was made by Alderwoman Odom, seconded by Alderman Devaull to appoint Lee Turnage to serve as an Aberdeen Election Commissioner. On a roll call vote, Alderman Devaull, Alderwoman Odom and Alderman Allen voted "Aye". Alderwoman Garth and Alderman Haynes voted "Nay".

A motion was made by Alderwoman Odom, seconded by Alderman Devaull to appoint Dorothy Wilson Overton to serve as an Aberdeen Election Commissioner. On a roll call vote, Alderman Devaull, Alderwoman Garth, Alderwoman Odom and Alderman Allen voted "Aye". Alderman Haynes "recused".

A motion was made by Alderman Devaull, seconded by Alderwoman Odom to authorize a payment to the Mississippi State Department of Health in the amount of $8,844.00 for the annual Water Quality Analysis Fee (WQAF), which payment is due by October 27, 2021. On a roll call vote, all present voted "Aye".

A motion was made by Alderman Devaull, seconded by Alderman Allen to post and advertise for persons interested in employment as a Police Officer and employment as a Water Department Water Department Laborer. On a roll call vote, Alderman Devaull, Alderwoman Garth, Alderwoman Odom and Alderman Allen voted "Aye". Alderman Haynes voted "Nay".

A motion was made Alderwoman Odom, seconded by Alderman Devaull to employ Derrick Davis as a Meter Reader and Groundsman for the Aberdeen Electric Department at a rate of pay of $14.50 per hour. On a roll call vote, Alderman Devaull, Alderwoman Garth, Alderwoman Odom and Alderman Allen voted "Aye". Alderman Haynes voted "Nay".

A motion was made by Alderman Allen, seconded by Alderman Devaull to authorize the sale of City surplus real property described as PPIN: 6001 / Parcel Id: 107M-35-005-017.00 to Lann Hardware which submitted a sealed bid of $5,000 and which the Board determined to be fair market value, and to correct a statement in prior July 20, 2021 Board Minutes that all bids for the property had been rejected. The City shall retain all mineral rights that it owns, together with the right of ingress and egress to remove same. On a roll call vote, Alderman Devaull, Alderman Haynes, Alderwoman Odom and Alderman Allen voted "Aye". Alderwoman Garth voted "Nay".

A motion was made by Alderwoman Odom, seconded by Alderman Allen to approve Attorney Faulks to conduct a title search regarding the collateral of Harvey Hogan, which Hogan is proposing to secure payment of a UDAG Loan that Hogan has requested in the amount of $52,500.00. On a roll call vote, Alderman Devaull, Alderman Haynes, Alderwoman Odom and Alderman Allen voted "Aye". Alderwoman Garth voted "Nay".

EXHIBIT B

DEF-00002

**294**

## MINUTES, BOARD OF ALDERMEN, BOOK NO. 19

DEMENT-MERIDIAN 61-2994

**REGULAR BOARD MEETING**
**September 21, 2021**
**Page 3**

**Mayor Report:** Mayor Scott informed the Board that the City of Aberdeen has been approved for a Department of Homeland Security Grant in the amount of $130,720.00. The Zoom Meeting will be held on Tuesday, September 28, 2021 @ 9:30 a.m.

Tina Robbins informed the Board of the following events scheduled during the months of October thru December 2021.

1. Open House - November 7, 2021
2. Christmas Parade - December 7, 2021
3. Scarecrow Trail - October 1-16, 2021
4. Prairie Arts RCDC Pop-Up Shop - October 2, 2021
5. Movie Night at Newberger Park - October 8, 2021
6. Bukka White Festival - October 15-16, 2021
7. Southern Best Catfish Tournament - October 16, 2021

Mayor Scott discussed an Access Family Health Services and Aberdeen Park and Recreation Department program. Access Family Health Services will provide COVID19 vaccinations to anyone who attends the Knights Football Game on Saturday, September 25, 2021. Access Family Health Services will also administer COVID19 vaccinations to anyone who attends the Aberdeen "A" Game on October 1, 2021.

Mayor Scott stated the Aberdeen Park and Recreation Department and the Aberdeen Public Utilities Department are working together to save money, replacing light bulbs in the Park and Recreation Department gym.

**Aldermen/Alderwomen Input:**

**Alderman Devaull** Alderman Devaull stated there are a few pot holes in his Ward that have not been repaired due to the weather. Alderman Devaull stated the City cemeteries should be maintained because of the new mowing contract with Clean Cut Lawn Care LLC (Richard Caradine). Alderman Devaull had received several calls about speed bumps spikes, but this has been taken care of per information from Tohona Larthridge. The log cabin on Highway 145 looks like a mess, and the old IGA Building also needs to be cleaned up.

**Alderwoman Garth** stated Public Works Director Boone wanted Garth to ask City Accountant Crump and bring to the attention of this Board about Boone being promised money by the previous Board for attending certain classes. Crump commented, "I'm not sure if he was promised anything, but I know he attended." Alderwoman Garth asked Crump to check into this matter. Alderwoman Garth asked whether Terry Morgan had received two hours over-time compensation. Crump said she would also check on this. Alderwoman Garth claimed that Alderman Devaull had moved into a new home, and stated that Alderman Devaull should vacate his seat. Alderwoman Garth also stated she had a copy of Mississippi Code Section 21-3-9 and pictures, and told Alderman Devaull if he accepted another dime from the City, there would be consequences.

**Alderman Haynes:** Alderman Haynes thanked the persons that supported the Henry Randle Memorial Garden ceremony last week, and added the Randle family thanks each of you for your support. Alderman Haynes asked City employees to please make sure the grass is mowed at Newberger Park for movie night on October 8, 2021, and also please contact all the businesses on Highway 145 and ask them to take care of the Islands in front of their business. Alderman Haynes stated the holes on Canal and Hickory Streets have been repaired. Alderman Haynes also asked citizens to "turn your mower blades inside, and not allow the grass to blow in the streets which causes drainage issues".

EXHIBIT B

DEF-00003

Case: 1:24-cv-00166-GHD-RP Doc #: 116-2 Filed: 05/05/25 4 of 5 PageID #: 815

DEMENT-MERIDIAN 61-2994

**REGULAR BOARD MEETING**
**September 21, 2021**
**Page 4**

**Alderwoman Odom:** Alderwoman Odom wanted to check and see if the lights that were out on Big John Road have been taken care of. We need more speed bumps on the north end of Big John Road, and there are flooding instances in her Ward. Mayor Scott stated "they're using weed killer and it's causing erosion in the sewers and the flooding".

**Alderman Allen:** Alderman Allen stated there's still a problem on West Jefferson Street and Davis Drive. The drainage system need to be looked at because of the flooding. On West Parkway and Ridgeway Drives, the potholes are washed out. Dustin Dabbs suggested using a video crew to assess the damages. Alderman Allen reminded the Board about the Letter of Engagement from Attorney Brad Davis with the Watkins & Eager firm, and the requirement of the annual disclosures to be submitted for any outstanding City of Aberdeen bonds. The disclosures are to be filed on or before September 30, 2021. Attorney Faulks advised the Board that the letter of engagement states that the legal fees would be capped at $2,500.00, not $25,000.00 per year.

**Citizen's Input:**

Em Walters addressed the Mayor and Board on behalf of the Bukka White Blues Festival, and requested issuance of a Temporary Beer Retailer's Permit to the Bukka White Blues Festival to sell beer in a cup. The Bukka White Blues Festival has received the State of Mississippi beer permit.

Dustin Dabbs addressed the Mayor and Board regarding the Building Codes that need to be updated, and the Subdivision and Zoning Ordinances that also need to be updated. Dabbs discussed the City Maps. Dabbs stated they can produce a Zoning Map that can be put on the City website.

Mayor Scott opened the sealed bid for the sale of City property PPIN: 6001 / Parcel Id: 107M-35-005-017.00.

Harvey Hogan addressed the Board about opening a dine-in restaurant on Highway 145 North, Aberdeen, MS and a UDAG loan request. Hogan said he had been informed by Building Inspector Roy Haynes that Hogan would be required to meet certain requirements upon inspection.

A motion was made by Alderman Allen to enter into a closed determination to determine whether to go into Executive Session.

A motion was made by Alderman Allen, seconded by Alderwoman Odom to go into Executive Session to discuss potential litigation involving Richard Walker's home sewage backup, and to discuss the prospective employment of Barry McMillian as a Groundsman\ Meter Reader. On a roll call vote, all present voted "Aye".

The Mayor and Board announced to the public that the Board was entering into Executive Session to discuss potential litigation involving Richard Walker's home sewage backup, and to discuss the prospective employment of Barry McMillian as a Groundsman\ Meter Reader. On a roll call vote, all present voted "Aye".

EXHIBIT B

DEF-00004

**296**

DEMENT-MERIDIAN 61-2994

**REGULAR BOARD MEETING**
**September 21, 2021**
**Page 5**

A motion was made by Alderman Devaull, seconded by Alderwoman Odom to come out of Executive Session. On a roll call vote, all present voted "Aye".

A motion was made was made by Alderman Haynes, seconded by Alderman Devaull to employ Barry McMillian as a Groundman\ Meter Reader in the Aberdeen Public Utilities at a pay rate of $14.50 per hour. On a roll call vote, all present voted "Aye".

A motion was made by Alderwoman Garth, seconded by Alderman Haynes to authorize the employee pay increases adopted in the Budget for the Electric Department Public Utilities which had been adopted in June 2021. On a roll call vote, Alderman Devaull, Alderwoman Garth, Alderman Haynes and Alderman Allen voted "Aye". Alderwomen Odom voted "Nay".

A motion was made by Alderwoman Odom, seconded by Alderman Devaull to authorize a pay raise for employee Markeen Griffin in the amount of $1.00 per hour for completion of required training. On a roll call vote, Alderman Devaull, Alderwoman Odom and Alderman Allen voted "Aye". Alderman Haynes voted "Nay". Alderwoman Garth "recused".

A motion was made by Alderwoman Garth, seconded by Alderman Haynes to authorize the following City employees/officials to attend the following meetings or classes, and pay all necessary expenses according to state guidelines: Tina Robbins - September 29-30 2021 / Oxford MS/ Room rate $99.00 per night; and October 18-20, 2021/ Sweetwater, TN - Registration fee $95.00 On a roll call vote, all present voted "Aye".

Mayor Scott assured the Board that proposed contracts for additional police services or school resource officers with the School and Aberdeen Housing Authority will be signed.

Mayor Scott stated that the Richard Walker claim would be assessed by Water Department Supervisor Jason Roberson, and the City liability insurance company will be contacted.

A motion was made by Alderwoman Odom, seconded by Alderman Allen to adjourn until the October 5, 2021 Board Meeting. On a roll call vote, all present voted "Aye".

_____
Charles Scott, Mayor

Attest:

_____
Barbara Vasser, Deputy City Clerk

_____
Janet Parks, Administrative Assistant

EXHIBIT B

DEF-00005