EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | EEOC | 423-2022-00047 |

| Not Applicable | and EEOC |
|---|---|
| State or local Agency, (if any) | |

| Name (indicate Mr., Ms., Mrs.) | Home Phone | Year of Birth |
|---|---|---|
| Barry L. Memillian | (662) 319-7491 | 1976 |

**Street Address**

P. O. Box 375

Aberdeen, MS 39730

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| CITY OF ABERDEEN | 15 - 100 Employees | (662) 369-4118 |

**Street Address**

125 W COMMERCE ST

ABERDEEN, MS 39730

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| | | |

**Street Address**

| DISCRIMINATION BASED ON | DATE(S) DISCRIMINATION TOOK PLACE | |
|---|---|---|
| | Earliest | Latest |
| Race | 09/27/2021 | 09/27/2021 |
| | | Continuing Action |

THE PARTICULARS ARE (if additional paper is needed, attach extra sheet(s)):

I was approved by the Board of Alderman to be hired by the city as a Groundmen/Meter Reader in the Electrical Department with a starting pay of $14.50, and a start date of September 28, 2021. On September 27, I was contacted by the Manager, that I had passed a mandatory drug test. Later that same day, the manager notified me that he had spoken to the Comptroller and was informed that due to budget constraints, i could not start on the date that I was originally given, however, that I would be guaranteed the next available position in the Electrical Department. I believe that I have been discriminated against because of my race (African American) in violation of Title VII of the Civil Rights Act of 1964, as amended. The Respondent has yet to contact me regarding my new start date but has since hired 3 white males to work in that department.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| *Barry L. McMillian* | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) |
| Date 3-7-2022 Charging Party Signature | |

EXHIBIT C