November 30, 2023

Mayor Scott asked me to come over to his office to sit in on a meeting with a city employee. When I entered Mayor Scott's Office, I seen Triron Brown and Marcus Collins sitting in chairs on the opposite side of Mayor Scott's desk, and he was sitting behind his desk in a chair. I had a seat in a chair to the right of Mayor Scott and to the left of Triron Brown.

Mayor Scott proceeded to share with Triron Brown the time he punched in and out for work on Monday, November 27, 2023, and how it coincides with the time that Barry McMillian clocked in and out. Mr. Brown stated that if we are discussing clocking employees in and out, we need to have everybody up here. Mr. Brown stated that everybody is clocking each other in and out and has been doing it for a long time. I expressed to Mr. Brown that clocking an employee in and out and they're not at work is illegal, and it's stealing money from the city. Mr. Brown proceeded to say that he doesn't steal. I don't need to steal; I have plenty of money. Mr. Collins told Mr. Brown that no one is accusing you of stealing.

Mayor Scott asked Mr. Brown if he wanted to share information about November 27, 2023, as it relates to Mr. McMillian. Mr. Brown shared with Mayor Scott, Mr. Collins and me that he clocked Mr. McMillian in and out that day, but he only did it that one time. Mr. Collins stated he had a talk with Mr. Brown and told him to stay clear about any trouble and messy situations. Mayor Scott told Mr. Brown that he has two options for him: the first option is to send him home until the next Board Meeting on Tuesday; the second option is to wait and talk to the Board on Tuesday. Mayor Scott asked Mr. Brown to write a statement of omissions. Mr. Brown said he wasn't going to write anything.

Mr. Brown stated that he didn't want to go through all that because he knows how it works and the penalty for clocking an employee in and out on time clock, especially when they're not at work. Mr. Brown said I'll just turn my city equipment and clothes in and go home.

Mr. Collins stated that he doesn't want to lose Mr. Brown because he is a good worker, fast learner and eager to learn new things all the time. Mr. Collins told Mr. Brown that he can see him running the Water Department one day. Mr. Brown agreed to write the statement of admitting to clocking Barry McMillian in and out on November 27, 2023. Mayor Scott shared with Mr. Brown that he will ask the Board for suspension of three days no pay, but until then you're being sent home until Tuesday. Mr. Brown said okay, and Mr. Collins agreed.

I, Melissa Moore witnessed the conversation.

DEF-01875