Jriuron Brown Statement of emotion

I clocked Mr. Barry Mcmillian In and out 7:00 : 1530    Jriuron Brown  11-30-23

EXHIBIT G

DEF-01934