IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

BARRY MCMILLIAN                                          PLAINTIFF

VS.                        CIVIL ACTION NO.: 1:24-CV-199-SA-RP

THE CITY OF ABERDEEN
AND JOHN DOES 1-20                                      DEFENDANTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

DEPOSITION OF TRIRON BROWN

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

TAKEN AT THE ABERDEEN CITY HALL BOARDROOM
125 WEST COMMERCE STREET
ABERDEEN, MISSISSIPPI 39730
ON FEBRUARY 26, 2026
BEGINNING AT APPROXIMATELY 10:10 A.M.

APPEARANCES NOTED HEREIN

Reported by:    VALERA H. KNIGHT, CCR #1039
                P.O. BOX 82
                TAYLOR, MS 38673
                (662) 816-9863
                valeraknight@gmail.com

EXHIBIT H

APPEARANCES:

Representing the Plaintiff:
DEMOREO REDDICK, ESQ.
Ms Bar No.:  103747
P.O. Box 465
Okolona, MS 38860
Telephone:  662-436-4641
Telecopier:  662-256-3582
reddicklawfirm@yahoo.com

Also Present:  Barry McMillian, Plaintiff

Representing the Defendants:
LOGAN P. WALKER, ESQ.
PHELPS DUNBAR LLP
1905 Community Bank Way, Suite 200
Flowood, Mississippi 39232
Telephone:  601-352-2300
Telecopier:  601-360-9777
loden.walker@phelps.com

EXHIBIT H

A.   I think so -- not from my knowledge, I don't remember.

Q.   You can't recall?

A.   No, sir.

Q.   Johnny McMillian?

A.   Yes, sir, he was working back then.

Q.   So at least you and Johnny were there?

A.   Uh-huh.

Q.   Did you clock Barry in on November 27, 2023?

A.   If I did, it was by accident.

Q.   Did you clock Barry out on November 27, 2023?

A.   Uh-huh.

Q.   You did?

A.   (Deponent moved head up and down.)

Q.   Okay.  Have you - this is changing the subject.  It is the last question that I have.

Have you ever known -- like in your opinion, have you known Mayor Scott to be racist to black individuals?

A.   I mean, when he came around, he kind of somewhat had an attitude a lot when it came down to people, you know.

Q.   Was he racist, though?  Did he hate black people?

EXHIBIT H

C E R T I F I C A T E

I, Valera Knight, Court Reporter and Notary Public within and for the State of Mississippi, do hereby certify that the above and foregoing pages contain a full, true and correct transcript of the proceedings had in the afore-named case at the time and place indicated, which proceedings were recorded by me to the best of my skill and ability.

I also certify that I placed the deponent under oath to tell the truth and that all answers were given under that oath.

I also certify that the deponent has chosen to waive the reading and signing of the deposition.

I further certify that I have no interest, monetary or otherwise, in the outcome of this action.

Witness my hand and seal on this 16th day of March, 2026.

_____
Valera Knight, CCR #1039
My Commission Expires:
March 21, 2029

EXHIBIT H