# Employee Disciplinary Report

Copy To:
☑ Employee
☑ Employee's Personnel Representative
☐ Other _____

Name: **Barry McMillian**

Division _____

Emp. No.: _____

Dept. **Water**

Date of Incident **11-27-23**

Time of Incident **1:30 p.m.**

**Action to be taken:** ☑ **Warning** ☐ **Suspension** ☐ **Dismissal**
This report is to be made part of the official record of the above-mentioned employee.

## Nature of incident:

1. ( ) Unexcused Absence
2. ( ) Tardiness
3. ( ) Drinking on Duty
4. ( ) Insubordination
5. ( ) Dishonesty
6. ( ) Garnishments
7. ( ) Failure to follow instructions
8. ( ) Fighting on Company premises
9. ( ) Leaving without permission
10. ( ) Substandard Work
11. ( ) Housekeeping
12. ( ) Improper Conduct
13. ( ) Reporting under the influence of alcohol
14. ( ) Violation of Safety Rules
15. ( ) Carelessness
16. ( ) Destruction of Company property
17. ( ) Defective and improper work
18. ( ) Theft (Stealing)
19. ( ) Violation of Company Rules of Conduct
20. (✓) Other **Employee Clocked in but wasn't present**

Supervisor's Remarks **Mr. McMillian was Clocked in for work and was not present. Mr McMillian has been warned on numerous occassions. Mr. Millian Refused to sign write up 12-1-23**

Witnesses: _____

Employee's Remarks: _____

☐ PROBATIONARY EMPLOYEE

*Marcus Cole*
Signature of Supervisor                    Date

I have read this report

_____                    _____
Signature of Employee                    Date

THE ABOVE OFFENSE OR OFFENSES HAVE BEEN NOTED AND ARE MADE A PART OF THE ABOVE EMPLOYEE'S PERSONNEL FILE AS OF THIS DATE.

OFFENSE NUMBER  1  2  3  4  5

*Marcus Cole*                    **12-4-23**
Personnel Department                    Date

LAST OFFENSE _____
Date

Additional Remarks: **Please see attached document.**

Copyright 1983, 1988, The Wayside Press, Inc., Mendota, IL 61342
To Reorder Call Career Dynamics Toll Free 1-800-435-5666. In Illinois Call 1-800-447-1115.

EXHIBIT I

DEF-01989

Brown can you clock me in? 27/ 76 1641

Bet I got u

Mon, Nov 27 at 7:55 AM

Thank you

Anytime

Mon, Nov 27 at 11:50 AM

Clock me out right now if you can

We over here fixing this leak on vine street

Read 11/27/23

Okay when you get a chance! Clock me out! Thanks

Ok bet and u welcome

Delivered

EXHIBIT I

DEF-1990