## REST PERIODS

The City entitles its employees to take two (2) 15 minute rest periods, one in the morning and one in the afternoon.

For outside personnel, rest periods are to be taken only as the job permits.

For inside personnel, rest periods are scheduled by the supervisor to ensure all job stations are adequately covered at all times.

Rest periods may not be deducted from a work day, nor can they be used to extend lunch periods. Any employee who skips his/her rest period, loses it. No employee may leave the premises during rest periods without notifying the supervisor.

## BEHAVIOR OF EMPLOYEES

It is the policy of the City that certain rules and regulations regarding employee behavior are necessary for efficient business operations and for the benefit and safety of all employees. Conduct that interferes with operations, discredits the City, or is offensive to customers or coworkers will not be tolerated.

Employees are expected at all times to conduct themselves in a positive manner in order to promote the best interests of the City.

The following is a representation but is not an exclusive list of the kinds of misconduct that can result in disciplinary action. Although the City may impose a lesser penalty, a violation of any one of the following rules may result in immediate discharge.

1. Unacceptable job performance.

2. Carrying or bringing weapons on City property or in City vehicles without proper authorization. This does not apply to the authorized carrying of weapons by law enforcement personnel.

3. The use, possession or sale of intoxicating beverages, marijuana, or hallucinogenic drugs on duty or working under the influence of any of these substances.

4. Stealing, embezzlement, dishonesty, falsification of records or willful misrepresentation of facts.

5. Fighting and physical violence or disturbance on City property or at any place at which work is being performed by or for the City.

6. Destruction, abuse, removal or attempted removal of property or materials of the City or of another employee.

7 Insubordination.

8. Falsifying an employee's timecard or punching another employee's timecard.

9. Absence from work for two (2) consecutive days without notifying your Department Head or Supervisor.

10. Acceptance of money or other valuable consideration given with the intent of influencing an employee in the performance of his/her official duties.

11. Violation of any applicable state or federal statute or code or canon of ethics.

12. An additional violation of any City rule or policy after receipt of two previous written warnings within the preceding twelve months.

Violation of any of the following offenses shall result in discipline which may take the form of a written warning, a written warning and a suspension without pay for up to five days, or termination. These offenses include, but are not limited to:

1. Failure to call in or report an absence to your supervisor on the day the absence begins.

2. Excessive tardiness.

3. Excessive absenteeism.

4. Violation of, or refusal to comply with, an established law or regulation when such conduct impairs the effectiveness of the City or brings it into public disrepute.

5. Improper use of a position or of authority for personal gain or advantage.

6. Discourtesy, improper conduct or abusive language to the public or another employee.

7. Failure to punch a timecard.

Page 37

EXHIBIT L

DEF-00090

8. Failure to report for work or leaving work without a satisfactory reason.
9. Willful and negligent violation of safety rules.
10. Excessive garnishments or levies, or attachments resulting from more than one debt during a one year period.
11. Failure to follow the chain of command.

## EMPLOYEE PERFORMANCE STANDARDS

We feel that all employees want to do a good job, become proficient in their position, and look forward to positions of increased responsibility and rewards. Below is a list of items that, if followed, should aid you in the realization of these goals. Adherence to each item cannot guarantee a promotion or prevent termination for economic reasons.

1. Read and understand your job description
2. Perform your job at equal to or above performance standards.
3. Be ready to start work at the appointed time.
4. Understand and adhere to the safety rules.
5. Cooperate and aid other employees in their tasks.
6. Always treat the public with respect and assist them with their problems.
7. Continuously improve our quality of service.

A list of items that are considered unacceptable conduct are reflected in BEHAVIOR OF EMPLOYEES.

## PERSONAL APPEARANCE OF EMPLOYEES

It is the policy of the City that each employee's dress, grooming, and personal hygiene should be appropriate to the work situation.

Employees are expected at all times to present a professional, business-like image to the public. Favorable personal appearance, like proper maintenance of work areas, is an ongoing requirement of employment with the City. (See MAINTENANCE OF WORK AREAS.) Radical departures from conventional dress or personal grooming and hygiene standards are not permitted.

The personal appearance of office workers and any employees who have regular contact with the public is governed by the following standards:

1. Employees are expected to dress in a manner that is normally acceptable in similar business establishments. The wearing of suggestive attire or of jeans, athletic clothing, shorts, sandals, T-shirts, novelty buttons, baseball caps, and similar items of casual attire is not permitted as they do not present a business-like appearance

2. Hair should be clean, combed, and neatly trimmed or arranged. Shaggy, unkempt hair is not permissible regardless of length.

3. Sideburns, mustaches, and beards should be neatly trimmed.

The personal appearance of employees who do not regularly meet the public is governed by the requirements of safety and comfort, but should still be as neat and business-like as working conditions permit.

Certain employees may be required to meet special dress, grooming and/or hygiene standards depending on the nature of their jobs. (See UNIFORMS.)

At its discretion, the City may allow employees to dress in a more casual fashion than is normally required. On such occasions, employees are still expected to present a neat appearance and are not permitted to wear ripped or disheveled clothing, athletic wear, or similarly inappropriate clothing.

Any employee who does not meet the standards of this policy will be required to take corrective action, which may include leaving the premises. Non-exempt employees (those employees subject to the minimum wage and overtime requirements of the Fair Labor Standards Act) will not be compensated for any work time missed because of failure to comply with this policy. Violations of this policy will result in disciplinary action. (See BEHAVIOR OF EMPLOYEES and DISCIPLINARY PROCEDURE.)

EXHIBIT L

DEF-00091