# This Book is property of the City of Aberdeen, Mississippi and has been issued to:

_____

I have received, read and understand the rules and regulations in this personnel policy effective September 1, 1998.

Signature _Denny L McMill_ _____

Date _10 - 11 - 2021_ _____

EXHIBIT M                                                              DEF-00035