**Name:** BMCMIELIAN  **Dept:** WATER  **Shift:** WATER  Daily totals

| Date | Week | (IN) | (OUT) | (IN) | (OUT) | (IN) | (OUT) | (IN) | (OUT) | Regular Hours | OT Hours | Other Hours | Notes |
|------|------|------|-------|------|-------|------|-------|------|-------|---------------|----------|-------------|-------|
| 11/15 | WED | 7:02 | 15:33 | | | | | | | 8.52 | | | |
| 11/16 | THU | 6:32 | 15:00 | | | | | | | 8.47 | | | |
| 11/17 | FRI | 7:10 | 15:30 | | | | | | | 8.33 | | | |
| 11/18 | SAT | | | | | | | | | | | | Scheduled Off |
| 11/19 | SUN | | | | | | | | | | | | Scheduled Off |
| 11/20 | MON | | | | | | | | | | | | Absent |
| 11/21 | TUE | 7:02 | | | | | | | | MP | | | |
| 11/22 | WED | 7:01 | | | | | | | | MP | | | |
| 11/23 | THU | | | | | | | | | | | | Absent |
| 11/24 | FRI | | | | | | | | | | | | Absent |
| 11/25 | SAT | | | | | | | | | | | | Scheduled Off |
| 11/26 | SUN | | | | | | | | | | | | Scheduled Off |
| 11/27 | MON | 7:00 | 13:30 | | | | | | | 6.50 | | | |
| 11/28 | TUE | 7:03 | 15:30 | | | | | | | 8.45 | | | |
| | | | | | | | | | TOTAL: | 40.27 | | | |

| Work Total (hrs): | Overtime (hrs) | Other (hrs): | Total (hrs): |
|---|---|---|---|
| | | | |

Employee Signature:      Manager Signature:      Date:

EXHIBIT N

DEF-01830