Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION


BARRY MCMILLIAN                                    PLAINTIFF

VERSUS          CIVIL ACTION NO. 1:24-CV-199-SA-RP

THE CITY OF ABERDEEN
AND JOHN DOES 1-20                                DEFENDANTS


************************************************

DEPOSITION OF SHEA CAIN

************************************************

APPEARANCES NOTED HEREIN




DATE: FEBRUARY 25, 2026

PLACE: ABERDEEN CITY HALL BOARDROOM
125 WEST COMMERCE STREET
ABERDEEN, MISSISSIPPI

TIME: 1:32 PM




REPORTED BY: DANA GORDON
CCR #1908


REPORTING BY DANA, LLC
Post Office Box 1362
Brandon, Mississippi 39043
(601)-506-3440
DanaDMoulder@gmail.com

EXHIBIT O

APPEARANCES:


          DEMOREO J. REDDICK, ESQ.
          Reddick Law Firm, PLLC
          Post Office Box 465
          Okolona, Mississippi 38860-0465
          reddicklawfirm@yahoo.com
          (662)-436-4641

          COUNSEL FOR PLAINTIFF


          LODEN P. WALKER, ESQ.
          CHANNING J. CURTIS, ESQ.
          Phelps Dunbar, LLP
          1905 Community Bank Way, Suite 200
          Flowood, Mississippi 39232
          loden.walker@phelps.com
          channing.curtis@phelps.com
          (601)-352-2300

          COUNSEL FOR DEFENDANTS



ALSO PRESENT: BARRY MCMILLIAN

EXHIBIT O

Q. Okay. Do you remember what information you were given in reference to him?

A. That he was the one that clocked Mr. McMillian in using Mr. McMillian's last four of his Social Security number. And that's how he accessed the time clock to, in fact, clock Mr. McMillian in when he was out of town and not at duty.

Q. Okay. And in reference to the work file, do you remember what Mr. McMillian's work file was; had he ever been disciplined before at the time of his termination?

A. I don't -- I -- I can't recall. I apologize. I mean, we could get that information. It's easily readily available but I don't remember a write-up -- I don't remember a write-up from the time I came home until the day he was terminated. It could be -- or come on rather, and the date he was terminated. I don't know.

Q. Okay. And what about the same for Mr. Triron Brown and his work file? Has he ever been disciplined through --

A. I do not remember. I do not recall whether Mr. Brown had been formally written up

EXHIBIT O

Shea Cain -- February 25, 2026

Page 31

questions about what documents I saw that night, then I will have to tell you, sir, I don't recall.

Q.    Okay.

A.    I will tell you that I made an informed decision to terminate Mr. McMillian based on what I was told in this boardroom by the people that reported it and by the city attorney, and we collectively as a board decided to terminate Mr. McMillian that night.

Q.    All right.  Did you read any documents that night?

A.    I don't recall.

Q.    Okay.  So you just stated that you looked over documents and things of that nature to make a conclusion --

A.    Oh, I've seen --

Q.    -- just in general to make your decision.

A.    Oh, no, I've seen -- I've seen lots of documents concerning him.  You know --

Q.    You're on a tangent.

A.    But what I'm telling you --

Q.    Hold on.  Hold on.

THE COURT REPORTER:  Y'all got to --

REPORTING BY DANA, LLC
DanaDMoulder@gmail.com

EXHIBIT O

Shea Cain -- February 25, 2026

Page 124

Q. Okay. I think we went over this document earlier.

A. We did. Yes, sir, we did. Uh-huh.

Q. All right. Just to -- from your stance, do you believe the City of Aberdeen retaliated against Mr. McMillian by terminating him for him filing this charge right here, this EEOC charge 423-2022-00047 on Exhibit 11?

A. Is this the situation with Mr. LaMarcus Thompson and the racism?

Q. Yes. In the electric department, yes.

A. Oh, no, absolutely not.

Q. Okay. So your position for the record is that you don't -- I guess just you can put it in your own words.

Do you think the City of Aberdeen retaliated against Mr. McMillian in reference to him filing that EEOC charge that I just mentioned?

A. Well, if we were going to retaliate --

Q. By terminating him?

A. -- if we were going to terminate him for that reason, being malicious and vicious and

REPORTING BY DANA, LLC
DanaDMoulder@gmail.com

EXHIBIT O

Page 126

allegedly.

A.    Okay.

Q.    But just -- so just for the record, so in reference to my client getting terminated on December 5, 2023, it is your contention that it had nothing to do with him filing this EEOC lawsuit from --

MR. WALKER:  I guess this will be the third time he answers this.

A.    Absolutely, not.  That right there is malicious prosecution, is what that is.  Quote me.

BY MR. REDDICK:

Q.    Okay.

A.    That's what that is.

Q.    All right.  And what about --

A.    And like I told you, I wasn't here when it happened, but I was made privy to it as a member of this board.  'Cause I knew I was the one who was going to have to defend it.

Q.    Okay.  And what about the FMLA, do you know why the mayor refused my client --

A.    I have no knowledge of Barry L McMillian requesting FMLA.  I've already stated that for the record today.

EXHIBIT O

CERTIFICATE OF COURT REPORTER

I, Dana Gordon, Court Reporter and Notary Public in and for the County of Rankin, State of Mississippi, hereby certify that the foregoing pages contain a true and correct transcript of the testimony of the witness, as taken by me in the aforementioned matter at the time and place heretofore stated, as taken by stenotype and later reduced to typewritten form under my supervision to the best of my skill and ability by means of computer-aided transcription.

I further certify that under the authority vested in me by the State of Mississippi that the witness was placed under oath by me to truthfully answer all questions in this matter.

I further certify that I have no interest, monetary or otherwise, in the final outcome of this matter.

I further certify that this transcript is the work product of this court reporting agency and any unauthorized reproduction and/or transfer of it will be in violation.

DANA GORDON, #1908

My Commission Expires: June 12, 2028