SURGERY CLINIC OF TUPELO
499 GLOSTER CREEK SUITE S1
TUPELO MS 38801-4600
Department Phone: 662-377-6470
Department Fax: 662-377-6475

November 8, 2023

RE: Barry L McMillian
    DOB: 10/26/1976

To Whom It May Concern:

Barry McMillian is released to return back to work full duty with no restrictions as of 11/8/2023. If you have any questions or concerns, please don't hesitate to call.

Sincerely,

Terry Wesley Pinson, MD

EXHIBIT Q                                                                 DEF-01979