EMPLOYEE DAILY TIME    DATE: 10-4 - 10-17    WATER DEPARTMENT

NAME: B. MCMILLIAN

| DAY | DATE | REG HRS | STD BY | O.T. | VAC HRS | HOLIDAY | SICK LV | TOTAL HRS |
|---|---|---|---|---|---|---|---|---|
| WEDNESDAY | 10-4 | 8 | | | | | | |
| THURSDAY | 10-5 | 8 | | | | | | |
| FRIDAY | 10-6 | 8 | | | | | | |
| SATURDAY | 10-7 | | | | | | | |
| SUNDAY | 10-8 | | | | | | | |
| MONDAY | 10-9 | | | | | | 8 | No leave |
| TUESDAY | 10-10 | 8 | | | | | | |
| WEDNESDAY | 10-11 | 8 | | | | | | |
| THURSDAY | 10-12 | 8 | | | | | | |
| FRIDAY | 10-13 | 8 | | | | | | |
| SATURDAY | 10-14 | | | 4 | | | | |
| SUNDAY | 10-15 | | | | | | | |
| MONDAY | 10-16 | 8 | | | | | | |
| TUESDAY | 10-17 | 8 | | | | | | |
| | | REG HRS | STD BY | O.T. | VAC HRS | HOLIDAY | SICK LV | TOTAL HRS |
| | | 72 | | 4 | | | 8 | 84 |

### CURRENT PAY PERIOD

| | |
|---|---|
| GRAND TOTAL HOURS | 8 |
| REGULAR HOURS | 72 |
| STANDBY HOURS | |
| OVERTIME HOURS (O.T.) | 4 |
| VACATION HOURS | |
| HOLIDAY HOURS | |
| SICK LEAVE HOURS | 8 |

| | |
|---|---|
| TOTAL HOURS | 84 |

72-e
4-OT
76

X No leave
available

SIGN: _Marcus Coll___    DATE: 10/17/23

CITY OF ABERDEEN WATER & WASTEWATER DEPARTMENT

EXHIBIT R

EMPLOYEE DAILY TIME        DATE: 10-18 - 10-31        WATER DEPARTMENT

NAME:  B. MCMILLIAN

| DAY | DATE | REG HRS | STD BY | O.T. | VAC HRS | HOLIDAY | SICK LV | TOTAL HRS |
|---|---|---|---|---|---|---|---|---|
| WEDNESDAY | 10-18 | 8 | | | | | | |
| THURSDAY | 10-19 | 8 | | 4 | | | | |
| FRIDAY | 10-20 | 8 | | | | | | |
| SATURDAY | 10-21 | | | | | | | |
| SUNDAY | 10-22 | | | | | | | |
| MONDAY | 10-23 | 8 | | 2 | | | | |
| TUESDAY | 10-24 | 8 | | 2 | | | | |
| WEDNESDAY | 10-25 | 8 | | 4 | | | | |
| THURSDAY | 10-26 | | | | | | 8 | |
| FRIDAY | 10-27 | | | | | | 8 | |
| SATURDAY | 10-28 | | | | | | | |
| SUNDAY | 10-29 | | | | | | | |
| MONDAY | 10-30 | 8 | | | | | | |
| TUESDAY | 10-31 | 8 | | | | | | |
| | | REG HRS | STD BY | O.T. | VAC HRS | HOLIDAY | SICK LV | TOTAL HRS |
| | | 64 | | 12 | | | 16 | 92 |

> Donated

**CURRENT PAY PERIOD**

| | |
|---|---|
| GRAND TOTAL HOURS | 92 |
| REGULAR HOURS | 64 |
| STANDBY HOURS | |
| OVERTIME HOURS (O.T.) | 12 |
| VACATION HOURS | |
| HOLIDAY HOURS | |
| SICK LEAVE HOURS | 16 |

| | |
|---|---|
| TOTAL HOURS | 92 |

64-R
12-OT
16-SIL
92

SIGN: _Marcus Cole_        DATE: 10/31/23

CITY OF ABERDEEN WATER & WASTEWATER DEPARTMENT

EXHIBIT R

DEF-01825