EMPLOYEE DAILY TIME    DATE: 11-15-11-28    WATER DEPARTMENT

NAME: B. MCMILLIAN

| DAY | DATE | REG HRS | STD BY | O.T. | VAC HRS | HOLIDAY | SICK LV | TOTAL HRS |
|---|---|---|---|---|---|---|---|---|
| WEDNESDAY | 11-15 | 8 | | 1 | | | | |
| THURSDAY | 11-16 | 8 | | 4 | | | | |
| FRIDAY | 11-17 | 8 | | 1 | | | | |
| SATURDAY | 11-18 | | | | | | | |
| SUNDAY | 11-19 | | | | | | | |
| MONDAY | 11-20 | 8 No pay per Mayor | | | | | | |
| TUESDAY | 11-21 | 8 | | 2 | | | | |
| WEDNESDAY | 11-22 | 8 | | 2 | | | | |
| THURSDAY | 11-23 | | | | | 8 | | |
| FRIDAY | 11-24 | | | | | 8 | | |
| SATURDAY | 11-25 | | | | | | | |
| SUNDAY | 11-26 | | | | | | | |
| MONDAY | ✱ 11-27 | 8 6 | | | | | 4 2 | |
| TUESDAY | 11-28 | 8 | | 1 | | | | |
| | | REG HRS | STD BY | O.T. | VAC HRS | HOLIDAY | SICK LV | TOTAL HRS |
| | | 56 54 | | 10 11 | | 16 | 4 2 | 82 83 |

54-R
11-OT
16-H
2-SIL
83

**CURRENT PAY PERIOD**

| | |
|---|---|
| GRAND TOTAL HOURS | 82 |
| REGULAR HOURS | 56 |
| STANDBY HOURS | |
| OVERTIME HOURS (O.T.) | 10 |
| VACATION HOURS | |
| HOLIDAY HOURS | 16 |
| SICK LEAVE HOURS | |

| | |
|---|---|
| TOTAL HOURS | 82 83 |

SIGN: Marc Cole    DATE: 11/28/23

CITY OF ABERDEEN WATER & WASTEWATER DEPARTMENT

EXHIBIT S        DEF-01829

DEF-01831

EMPLOYEE DAILY TIME     DATE : 11-29-12        WATER DEPARTMENT

NAME:   B. MCMILLIAN

| DAY | DATE | REG HRS | STD BY | O.T. | VAC HRS | HOLIDAY | SICK LV | TOTAL HRS |
|-----|------|---------|--------|------|---------|---------|---------|-----------|
| WEDNESDAY | 11-29 | 8 | | 1 | | | | |
| THURSDAY | 11-30 | 8 | | 1 | | | | |
| FRIDAY | 12-1 | 8 | | 1 | | | | |
| SATURDAY | 12-2 | | | | | | | |
| SUNDAY | 12-3 | | 2 | 2 | | | | |
| MONDAY | 12-4 | 4 | | | | | | |
| TUESDAY | 12-5 | Term 10 | | | | | | |
| WEDNESDAY | 12-6 | | | | | | | |
| THURSDAY | | | | | | | | |
| FRIDAY | | | | | | | | |
| SATURDAY | | | | | | | | |
| SUNDAY | | | | | | | | |
| MONDAY | | | | | | | | |
| TUESDAY | | | | | | | | |
| | | REG HRS | STD BY | O.T. | VAC HRS | HOLIDAY | SICK LV | TOTAL HRS |
| | | 28 | 2 | 5 | | | | 35 |

*(handwritten notes in left margin)*

## CURRENT PAY PERIOD

| | |
|---|---|
| GRAND TOTAL HOURS | |
| REGULAR HOURS | 28 |
| STANDBY HOURS | 2 |
| OVERTIME HOURS (O.T.) | 5 |
| VACATION HOURS | |
| HOLIDAY HOURS | |
| SICK LEAVE HOURS | |

| | |
|---|---|
| TOTAL HOURS | |

*(handwritten)*
30 l
5-0T
35

SIGN: _____        DATE: ___/___/___

CITY OF ABERDEEN WATER & WASTEWATER DEPARTMENT

EXHIBIT S