absences will lead to discipline, up to and including termination. (See ATTENDANCE AND PUNCTUALITY.)

If the absence is due to illness or injury of the employee or a family member, written certification from the health care provider of the ill or injured employee or family member verifying the need for leave is required for certain shorter absences. (See MEDICAL PROCEDURES and LEAVES OF ABSENCE.) Employees are prohibited from falsifying the reason for an absence. Employees who violate this policy will be subject to disciplinary action, up to and including termination, and compensation for the absence will be stopped immediately.

Compensation during authorized absences will not be granted prospectively, i.e., in advance, before days of paid sick leave or vacation have been accrued.

## LEAVES OF ABSENCE

It is the policy of the City to grant employees extended leaves of absence under certain circumstances. Except as stated below, employees will not receive compensation during a leave of absence. (For policies regarding absences of short duration, see ATTENDANCE AND PUNCTUALITY and SHORT TERM ABSENCES.)

Employees generally are eligible for leaves of absence if they have completed at least one year of service, or as specified by law. The granting and duration of each leave of absence and the compensation received by the employee, if any, during the leave of absence will be determined by the City in conjunction with applicable federal and state law. The following types of leaves will be considered:

### Family and Medical Leave

In accordance with the leave rights provided by the Family and Medical Leave Act ("FMLA"), the city provides for up to twelve (12) weeks of unpaid medical or parental leave per year to eligible employees. "Eligible employees" are those who have been employed by the City for at least twelve (12) months and have worked at least 1250 hours during the 12 month period preceding their request for FMLA leave.

(a) Medical Leave - Eligible employees may take FMLA leave to care for their spouse, son, daughter or parent who has a serious medical condition. Similarly, an employee may take leave because of a serious health condition that makes the employee unable to perform the functions of his/her position.

(b) Parental Leave - An eligible employee may take FMLA leave because of the birth, adoption or placement for foster care of a son or daughter. This leave must be taken within twelve (12) months of the child's birth, adoption or placement for foster care. Employees must give at least thirty (30) days advance notice of the need for such leave except in emergencies and such notice should then be given as soon as practicable.

Employees may request paid leave, to the extent it is available, for all or part of the unpaid medical or parental leave. It is the City's policy that any employee requesting unpaid FMLA leave must use any other accrued paid leave available under the City's leave policies (i.e., vacation, sick days, sick leave, etc.) Similarly, any employee requesting leave under any of the City's other leave policies will be required to use FMLA leave if they qualify for such leave. Stacking of FMLA leave with leave available under other policies is not permitted.

Employees must make arrangements with the City Clerk in advance of any FMLA leave with respect to the employee's job benefits and their obligations to keep benefits and insurance in force.

FMLA leave may be taken intermittently or on a reduced leave schedule when medically necessary to care for a seriously ill family member or when the employee is seriously ill and unable to work. Appropriate and sufficient medical certification must be provided to the City before such leave may be taken. The City reserves the right to transfer employees taking intermittent leave or working a reduced leave schedule to an alternative position.

Any request for FMLA leave must be made in writing to the Department Head and must be approved by the Board of Aldermen. Employees will be required to support any request for FMLA medical leave with appropriate medical certification from an authorized health care provider. Employees on leave may also be required to report from time to time on the status of their leave and their intent to return to work.

Employees must provide appropriate medical authorizations or fitness-for-duty certificates prior to

Page 34

EXHIBIT T

DEF-00087

their return to work. Upon an employee's timely return to work from FMLA leave, the employee will be returned to their former job or an equivalent job.

FMLA leave is not available to all employees; therefore, check with the City Clerk if you wish to utilize this leave to see if you are eligible. The City Clerk can provide additional information regarding the Family and Medical Leave Act.

*Comment - The FMLA allows a covered employer to require an employee requesting FMLA leave to use all accrued paid leave as part of FMLA leave. This prevents an employee from "double dipping" by using 12 weeks of FMLA leave and then using other available leave such as vacation and sick leave.*

### Sick Leave

Each full-time employee of the City is eligible to earn sick leave. The following policy will govern the amount of sick leave allowed except for leave governed by the Family and Medical Leave Act.

Sick leave will be granted when you are incapacitated from the performance of your duties by sickness, maternity, or injury, including injuries suffered on the job. Up to three (3) days of such leave also can be used when there is a death of a member of your immediate family. Immediate family includes your parent, grandparent, spouse, sibling, child, step-parent, step-child, grandchild, son or daughter-in-law, mother or father-in-law or brother or sister-in-law. After using all of your available sick leave, you must then use all accrued vacation days prior to using available unpaid leave under the City's Family and Medical Leave policy.

Sick leave will be based on a five-day work week, and overtime will not be used to add extra time to accumulated sick leave. Sick leave will be accrued at the rate of one (1) day or eight (8) hours for each calendar month of continuous service in which the employee has worked. Sick leave will not accrue while you are on unpaid leave. No payment will be made for unused sick leave upon termination of employment except in the case of an employee who presents medical evidence of a physical condition which prohibits further service as a City employee. Such an employee may be paid for not more than eighty (80) days of earned sick leave. Upon termination of employment, all accumulated sick leave up to the limit allowed by law, will be credited toward the employee's state retirement fund.

Sick leave will not be allowed in advance of being earned. The payroll department must be notified in writing on the City's leave request form of any sick time lost or time lost for any reason.

To qualify for sick leave, you or someone acting for you must notify your Department Head within two hours after your normal starting time on the day of the illness.

Employees absent due to illness for more than three (3) days will be required to have a doctor's excuse to verify the nature of the illness. At the discretion of the Department Head, a doctor's excuse may be required for illnesses of less than three (3) days.

You will be charged for sick leave in increments of one (1) hour.

Each Department must keep accurate records of leave accumulated and used by the employees of the department. Departments will submit their information to the accounting department when payroll time sheets are turned in. For accounting purposes, the employee's anniversary date is the date of employment into a full-time position.

Abuse of sick days may result in disciplinary action.

### Occupational Injury Leave

You will be granted leave without pay if you are injured on the job in the performance of your duties and have no accrued sick leave and have used all available leave under the City's Family and Medical Leave Policy. The City may require a doctor's certificate to substantiate the necessity for leave or continuation of leave.

### Civic Leave

You will be granted civic leave if you are summoned for jury duty, or subpoenaed to attend Court as a witness. You will be paid the difference between jury pay or witness fee and eight hours at your regular rate of pay for each day of jury duty. You must submit a copy of any summons or subpoena to your Department Head. When you return to work, you must provide a statement of attendance and the amount

Page 35

EXHIBIT T

DEF-00088