## City of Aberdeen Water Dept.
## Request for Leave

Employee Name: _Derry  L.  McMill..._

**(Try not to take Vacation when some one else has requested off the same time)**

## Type of Leave Requested
(Check one)

____ Vacation                    ____ Military

__✓__ Illness (self)              ____ Funeral

____ Illness (family)            ____ Excused

Number of days/hours requested: _____ Day(s) or Hours: _____

Start leave (day): _____ Time of day: _____

End leave (day): _____ Time of day: _____

Return to work day: _____

Employee signature: _Derry McMill_

************************************************************************

Approved by Supervisor: _____

NOT approved by Supervisor: _____

Remarks: _____

Supervisor signature: _____

Date: _11_ / _29_ / _2023_    Disapproved
                              Mayor [signature]
                              Nov 29 2023
                              Failure to follow procedure

EXHIBIT U

DEF-01987