**IN THE UNITED STATES DISTRCIT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**ABERDEEN DIVISION**

**BARRY MCMILLIAN**                                      **PLAINTIFF**

**VS.**                                      **CIVIL ACTION NO.: 1:24-CV-199-GHD-RP**

**THE CITY OF ABERDEEN**
**AND JOHN DOES 1-20**                                      **DEFENDANTS**

---

### PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME

---

COMES NOW Plaintiff, Barry McMillian, by and through counsel in the above-entitled action, and files this Unopposed Motion for Extension of Time to respond to Defendant's Motion for Summary Judgment [110], and in support thereof would respectfully show unto the Court as follows:

1.      On May 18, 2026, Defendant, the City of Aberdeen., filed its Motion for Summary Judgment, thereby making Plaintiffs' response and brief due on May 22, 2026.

2.      Due to counsel's schedule and current deadlines, the undersigned respectfully requests an extension, through and including June 5, 2026, in which to file Plaintiff's response and brief.

3.      Due to Plaintiff's counsel's schedule above, he is in need of additional time within which to file Plaintiff's response and brief in opposition to Defendant's Motion for Summary Judgment, and, therefore, requests an extension – up to and including June 5, 2026– within which to file his response and brief.  Plaintiff's counsel has agreed with opposing counsel to file the response and brief on June 5, 2026.

4.      Defense counsel, Loden Walker, has courteously represented to undersigned counsel for Plaintiff that they do not oppose the relief requested in the instant motion.

5.      Because of the simple and self-explanatory nature of the instant motion, Plaintiff requests that he be relieved of any obligation to file a supporting memorandum.

WHEREFORE, PREMISES CONSIDERED, Plaintiff respectfully requests that this Court enter an Order granting him an extension – up to and including June 5, 2026 – within which to file his response and brief in opposition to Defendant's Motion for Summary Judgment [110].

RESPECTFULLY SUBMITTED, this the 18th day of May, 2026.

By:     /s/ DeMoreo Reddick, Esq.
        DEMOREO REDDICK, ESQ.
        COUNSEL FOR THE PLAINTIFF

OF COUNSEL:

DEMOREO REDDICK, ESQ.
MS BAR NO.: 103747
P.O. BOX 465
OKOLONA, MS 38860
PH: 662-436-4641
FAX: 662-256-3582

**<u>CERTIFICATE OF SERVICE</u>**

I, DeMoreo Reddick, attorney for the Plaintiff, hereby certify that the foregoing

document has been delivered to all counsel of record, either by depositing a copy of same in the

United States mail, first class postage prepaid, by hand delivery, or electronic delivery, this the

18th day of May, 2026.


/s/ DeMoreo Reddick, Esq.
DEMOREO REDDICK, ESQ.