IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

BARRY MCMILLIAN                                                        PLAINTIFF

v.                                                        Civil Action No. 1:24CV199-GHD-RP

CITY OF ABERDEEN, MISSISSIPPI; et al.                      DEFENDANTS

ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME

Presently before the Court is the Plaintiff's unopposed Motion [112] for additional time to file a response in opposition to the Defendant's pending motion for summary judgment [110]. Upon due consideration, the Court finds that the motion should be granted. The Plaintiff is granted until June 5, 2026, to file any response in opposition to the subject motion.

IT IS THEREFORE hereby ORDERED that the Plaintiff's Unopposed Motion for Extension of Time [112] to file a response in opposition to the Defendant's pending motion for summary judgment [110] is GRANTED. The Plaintiff is granted until June 5, 2026, to file any response in opposition to the subject motion.

SO ORDERED, this, the 20th day of May 2026.

_____
SENIOR U.S. DISTRICT JUDGE