## IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF MISSISSIPPI ABERDEEN DIVISION

**BARRY MCMILLIAN**                                                                 **PLAINTIFF**

**vs.**                                          **CIVIL ACTION NO.: 1:24-CV-199-GHD-RP**

**CITY OF ABERDEEN, MISSISSIPPI**
**AND JOHN DOES 1-20**                                                 **DEFENDANTS**

## PLAINTIFF'S RESPONSE IN OPPOSITION TO THE DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Here comes the Plaintiff, Barry McMillian ("McMillian"), by and through his Counsel, and files this response in opposition to the Defendant City of Aberdeen's ("The City") Motion for Summary Judgment, with a memorandum that will be filed contemporaneously herewith.

In support of this response, the Plaintiff presents the following Exhibits:

1. **Exhibit A**: Plaintiff's Amended Civil Complaint;

2. **Exhibit B**: Transcript and Excerpts of Water Department Lead Man Marcus Collins' Deposition;

3. **Exhibit C**: Formal Sentencing Order for Marcus Collins' Prior Embezzlement Conviction;

4. **Exhibit D**: Transcript and Excerpts of Alderwoman Carolyn Odom's Deposition;

5. **Exhibit E**: Transcript and Excerpts of Plaintiff Barry McMillian's Deposition;

6. **Exhibit F**: Transcript and Excerpts of City Clerk Melissa Moore's Deposition;

7. **Exhibit G**: Transcript and Excerpts of Alderman Shea Cain's Deposition;

8. **Exhibit H**: Transcript and Excerpts of Alderman Edward Haynes' Deposition;

9. **Exhibit I**: Transcript and Excerpts of Coworker Triron Brown's Deposition;

10. **Exhibit J**: Plaintiff Barry McMillian's Medical Records for when he was off due to Medical reasons'

11. **Exhibit K**: Plaintiff's Original March 7, 2022 EEOC Charge of Discrimination (No. 423-2022-00047);

12. **Exhibit L**: Telecommunication Logs / Cell Phone Records tracking Plaintiff's 6:24 AM call to Marcus Collins;

13. **Exhibit M**: Formal Written Disciplinary Report / Notice of Termination issued to the Plaintiff.

14. **Exhibit N**: Municipal Master Time Sheet 1 / Clock Ledger Electronic Audit Trail;

15. **Exhibit O**: Master Daily Ledger / Time Sheet Number 2 containing handwritten "No pay per Mayor" directive;

16. **Exhibit P**: Signed Voluntary Donation of Time Slip executed by coworker Triron Brown;

17. **Exhibit Q**: Water Department Operational Overtime Calendars for Fall 2023;

18. **Exhibit R**: Plaintiff Barry McMillian's Formal Request Document for Sick Leave;

19. **Exhibit S**: Municipal Emergency Overtime Call Out Logs / Trouble Call Sheet Entries;

20. **Exhibit T**: Signed Written Statement by Acting Supervisor Johnny McMillian;

21. **Exhibit U**: Original Administrative Order and Merits Ruling from the Mississippi Department of Employment Security (MDES);

22. **Exhibit V**: Executive Document signed by Mayor Charles Scott explicitly denying Plaintiff's FMLA leave;

23. **Exhibit W**: Formal EEOC Position Statement executed and submitted by City Attorney Walter H. Zinn, Jr.;

24. **Exhibit X**: Signed Executive Veto Document by Mayor Charles Scott disapproving Triron Brown's donation of time;

25. **Exhibit Y**: Written Verification of McMillian's Request for Sick Leave being denied by Mayor Charles Scott;

26. **Exhibit Z**: Official Response to the EEOC Brief submitted by City Attorney Walter Zinn, Jr.;

27. **Exhibit AA**: The City of Aberdeen Employee Handbook pgs. 39-40 detailing the Progressive Disciplinary Policy;

28. **Exhibit BB**: Redacted text message to Tiron Brown that came from the EEOC;

29. **Exhibit CC**: United States Department of Labor, Wage and Hour Division Final Compliance and Investigation Report (Case ID: 1988735);

30. **Exhibit DD**: Plaintiff's Verified Formal Sworn Responses to Defendant's First Set of Interrogatories;

31. **Exhibit EE**: Certified Patient and Surgical Overnight Admission Logs from North Mississippi Health Services;

32. **Exhibit FF**: Plaintiff's Medical Records showing that the City caused him to have to anxiety medication;

33. **Exhibit GG**: Formal Written Notice / Mandate executed by Mayor Charles Scott ordering the Plaintiff home and informing to the call to the City of Aberdeen's board meeting that was on December 5, 2023;

34. **Exhibit HH**: Federal Compliance Framework Sheet detailing FMLA Employee Rights and Responsibilities guidelines;

35. **Exhibit II**: Signed Official Municipal Board Minutes from the City of Aberdeen's December 5, 2023 Executive Meeting;

36. **Exhibit JJ**: Final Affirming Board of Review Order issued by the Mississippi Department of Employment Security (MDES);

37. **Exhibit KK**: Coerced Initial Written Fact Statement signed by coworker Triron Brown;

38. **Exhibit LL**: Electronic Time Card Punches and Missing Punch ("MP") Records for Triron Brown;

39. **Exhibit MM**: Transcript and Excerpts of Water Department Acting Supervisor Johnny McMillian's Deposition.

## CONCLUSION

For the reasons stated her and in the contemporaneous memorandum, genuine disputes of material fact exist in the record for every required element of the Plaintiff's Title VII and 42 U.S.C. § 1981 retaliation claims, Family and Medical Leave Act (FMLA) interference claim, and FMLA retaliation claim. Therefore, this Honorable Court should allow these disputed matters to remain intact and allows this case to be heard for a trial on the merits. Accordingly, under Federal Rule of Civil Procedure 56, summary judgment must be denied, and these matters must proceed to a trial on the merits.

RESPECTFULLY SUBMITTED, this the 5th day of June 2026.

By: /s/ DeMoreo Reddick, Esq.
DEMOREO REDDICK, ESQ.
COUNSEL FOR THE PLAINTIFF

OF COUNSEL:

DEMOREO REDDICK, ESQ.
MS BAR NO.: 103747

P.O. BOX 465
OKOLONA, MS 38860
PH: 662-436-4641
FAX: 662-256-3582

<u>**CERTIFICATE OF SERVICE**</u>

I, DeMoreo Reddick, attorney for the Plaintiff, hereby certify that the foregoing document has been delivered to all counsel of record, either by depositing a copy of same in the United States mail, first class postage prepaid, by hand delivery, or electronic delivery, this the 5th day of June, 2026.

/s/ DeMoreo Reddick, Esq.
DEMOREO REDDICK, ESQ.