## IN THE CIRCUIT COURT OF LOWNDES COUNTY, MISSISSIPPI

AUGUST TERM, 2020

STATE OF MISSISSIPPI

VS.

MARCUS COLLINS



NO.: 2017-0324-CR1H

### SENTENCING ORDER
### *MDOC PROBATION*

This cause came on this day for hearing by the Court and the Defendant, MARCUS COLLINS, appearing in person and represented by counsel, CHANCE FAIR, announced to the Court that he/she wished to withdraw his/her plea of not guilty entered on a previous day and now enter a plea of guilty to the charge of EMBEZZLEMENT $1000.00 < $5000.00. Said plea of guilty was accepted by the Court after the Court had satisfied itself by interrogation of the Defendant of the following:

1.    That the plea of guilty was voluntary and was made freely on the part of the Defendant without any threats or promises;

2.    That the Defendant understood the consequences of his/her act of pleading guilty to the charge; that he/she understood that he/she was waiving the right to a trial by jury; that he/she was waiving the requirement of the State to prove the case against him/her beyond a reasonable doubt; that he/she was waiving the right to be confronted by the witnesses against him; and that he/she was waiving the constitutional right that protects him/her from compulsory incrimination;





(GP2)

Exhibit C

that the Defendant pay all costs herein, a fine in the amount of $750.00 and restitution in the amount of $5,086.77 to Reily's Auto Parts of Columbus, MS.

The suspension of said sentence is based upon the following conditions:

(a)     Defendant shall hereafter commit no offense against the laws of this or any State of the United States;

(b)     Avoid injurious or vicious habits;

(c)     Avoid persons or places of disreputable character;

(d)     Report to the Department of Corrections, as directed by it;

(e)     Permit the field officer to visit him/her at home, or elsewhere;

(f)     Work faithfully at suitable employment, so far as possible;

(g)     Remain within the State of Mississippi, unless authorized to leave on proper application, therefore;

(h)     Support his/her dependents;

(i)     That he/she does hereby waive extradition to the State of Mississippi from any jurisdiction in or outside of the United States where he/she may be found and also agree that he/she will not contest any effort by any jurisdiction to return him/her to the State of Mississippi;

(j)     Shall pay to the Department of Corrections with certified check or money order until discharged from supervision a monthly supervision fee in an amount set forth by Statute;

(k)     That he/she does not use beer or alcohol or any type of illegal drug at any time;



FILED

AUG 1 8 2020

Jennie Barksdale
Circuit Clerk

(GP2)

3.    That the Defendant fully understood the nature of the charge against him/her and admitted the commission of the offense.

4.    That the Defendant understood the maximum penalty that the Court could impose on his/her plea of guilty;

5.    That he/she understood that under the laws of the State of Mississippi he/she would have no right to appeal to the Supreme Court after a plea of guilty;

6.    That the Defendant's attorney had fully advised the Defendant of all his/her constitutional rights;

7.    That the Defendant is satisfied with the services of his/her attorney and believes he/she has represented his/her best interest and advised him/her properly before entering the plea of guilty;

8.    That the Defendant understood that the Court was not bound by agreements, if any, between the Defendant or his/her counsel and the State and it's counsel.

The Court finds that the plea of guilty of the Defendant was intelligently and understandingly made. The Court further finds that the plea of guilty was freely and voluntarily made. A pre-sentence investigation has been conducted, a copy of which has been furnished to the Defendant and his/her counsel, and there was held a hearing in accordance with the Mississippi Uniform Rules of Circuit Court.

IT IS THEREFORE ORDERED that the Defendant is sentenced to serve a term of FIVE (5) years in the custody of the Mississippi Department of Corrections, with FIVE (5) years suspended, to be served on FIVE (5) years of MDOC supervised probation. It is the further order of this Court



FILED

AUG 1 8 2020

(GP2)

Circuit Clerk

(l)    Submit, as provided in Section 1 of House Bill 354, 1983 Regular Session, to any type of breath, saliva, or urine chemical analysis test, the purpose of which is to detect the possible presence of alcohol or a substance prohibited or controlled by any law of the State of Mississippi or the United States;

(m)    Restitution/Fine/Costs/Fees are to be paid at the rate of $200.00 per month beginning October 1, 2020 and payable by the 1st day of each month until fully paid.

(n)    _____

_____

_____

_____

_____;

(o)    The Defendant shall submit him/herself to any alcohol/drug counseling program deemed necessary by the Mississippi Department of Corrections;

It is further Ordered that the interrogation to the Defendant by the Court as above described be transcribed by the Court Reporter and placed in the Court file of this proceeding.

SO ORDERED this the ___18T___ day of ___Aug.___, 20_20_.

_____
CIRCUIT COURT JUDGE

FILED

DEC 1 1 2023

DANA L SLOAN
CIRCUIT CLERK
MONROE CO. MS
BY:_____

FILED

AUG 18 2020

Jerusa Barksdale
Circuit Clerk

(GP2)