SURGERY CLINIC OF TUPELO
499 GLOSTER CREEK SUITE S1
TUPELO MS 38801-4600
Department Phone: 662-377-6470
Department Fax: 662-377-6475

October 4, 2023

RE: Barry L McMillian
DOB: 10/26/1976

To Whom It May Concern:

It is my medical opinion that Barry McMillian may return to work with following restrictions no heavy lifting over 25 pounds and will need to be close to the restroom. If you have any questions or concerns, please don't hesitate to call.

Sincerely,

Terry Wesley Pinson, MD

Exhibit J

SURGERY CLINIC OF TUPELO
499 GLOSTER CREEK SUITE S1
TUPELO MS 38801-4600
Department Phone: 662-377-6470
Department Fax: 662-377-6475

November 14, 2023

RE: Barry L McMillian
    DOB: 10/26/1976

To Whom It May Concern:

Barry McMillian received a release to return back to work on 11/8/2023; however, his effective date to return to work was 10/11/2023 with no restrictions. If you have any questions or concerns, please don't hesitate to call.

Sincerely,


Terry Wesley Pinson, MD

SURGERY CLINIC OF TUPELO
499 GLOSTER CREEK SUITE S1
TUPELO MS 38801-4600
Department Phone: 662-377-6470
Department Fax: 662-377-6475

September 20, 2023

RE: Barry L McMillian
    DOB: 10/26/1976

To whom it may concern:

Barry McMillian will be having surgery performed on 9/21/2023.
If you have any questions or concerns, please don't hesitate to call.

Sincerely,

Terry Wesley Pinson, MD

SURGERY CLINIC OF TUPELO
499 GLOSTER CREEK SUITE S1
TUPELO MS 38801-4600
Department Phone: 662-377-6470
Department Fax: 662-377-6475

September 27, 2023

RE: Barry L McMillian
    DOB: 10/26/1976

To Whom It May Concern:

It is my medical opinion that Barry McMillian may return back to work on 10/02/2023 with the following restrictions may not lift anything over 15 lbs and will need to be close to a restroom. If you have any questions or concerns, please don't hesitate to call.

Sincerely,

Terry Wesley Pinson, MD