EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form | EEOC | 423-2022-00047 |

| Not Applicable | and EEOC |
|---|---|
| State or local Agency, if any | |

| Name (indicate Mr., Mrs., Mrs.) | Home Phone | Year of Birth |
|---|---|---|
| Barry L. Memillian | (662) 319-7491 | 1976 |

Street Address

P. O. Box 375

Aberdeen, MS 39730

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| CITY OF ABERDEEN | 15 - 100 Employees | (662) 369-4118 |

Street Address

125 W COMMERCE ST

ABERDEEN, MS 39730

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| | | |

Street Address

| DISCRIMINATION BASED ON | DATE(S) DISCRIMINATION TOOK PLACE | |
|---|---|---|
| | Earliest | Latest |
| Race | 09/27/2021 | 09/27/2021 |
| | | Continuing Action |

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I was approved by the Board of Alderman to be hired by the city as a Groundmen/Meter Reader in the Electrical Department with a starting pay of $14.50, and a start date of September 28, 2021. On September 27, I was contacted by the Manager, that I had passed a mandatory drug test. Later that same day, the manager notified me that he had spoken to the Comptroller and was informed that due to budget constraints, I could not start on the date that I was originally given, however, that I would be guaranteed the next available position in the Electrical Department. I believe that I have been discriminated against because of my race (African American) in violation of Title VII of the Civil Rights Act of 1964, as amended. The Respondent has yet to contact me regarding my new start date but has since hired 3 white males to work in that department.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY - When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief SIGNATURE OF COMPLAINANT |
| *Berry L. McMillion* | |
| Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day year) |
| Date 3-7-2022 | |

Exhibit K

**EXHIBIT**

11

EMN 2/25/24

# Exhibit "A"

**U.S. Department of Justice**

Civil Rights Division

---

KC:MLB:KLF
DJ 170-40-142

*Employment Litigation Section    4CON*
*150 M Street, NE*
*Washington, DC 20530*
*www.usdoj.gov crt emp*

## NOTICE OF RIGHT TO SUE WITHIN 90 DAYS

**VIA EMAIL**                                             August 7, 2024

Mr. Barry L. McMillian
c/o Louis Watson, Esquire
Law Office of Watson & Norris
4209 Lakeland Dr., Suite 365
Flowood, MS 39232

> Re:    Barry L. McMillian v. City of Aberdeen,
>        MS, et al., EEOC Charge No. 423-2022-00047

Dear Mr. McMillian:

It has been determined that the Department of Justice will not file suit on the above-referenced charge of discrimination that was referred to us by the Equal Employment Opportunity Commission (EEOC). This should not be taken to mean that the Department of Justice has made a judgment as to whether or not your charge is meritorious.

You are hereby notified that conciliation in this matter was unsuccessful by the EEOC. You are further notified that you have the right to institute a civil action under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. Section 2000e et seq., against the above-named respondent. If you choose to commence a civil action, such suit must be filed in the appropriate court within 90 days of your receipt of this Notice.

If you or your attorney have any questions concerning this matter or wish to inspect the investigative file, please feel free to address your inquiry to: Eszean McDuffy, Area Director, EEOC, Dr. A. H. McCoy Federal Building, 100 W. Capitol St., Ste. 338, Jackson, MS 39269.

Sincerely,

Kristen Clarke
Assistant Attorney General
Civil Rights Division

By:        *Meredith L. Burrell*

Meredith L. Burrell
Principal Deputy Chief
Employment Litigation Section

cc:    Barry L. McMillian
       City of Aberdeen c/o Walter Howard Zinn, Jr., Esquire
       EEOC, Jackson Area Office

# Exhibit "B"