Exhibit L



