# Employee Disciplinary Report

Copy To:
- [x] Employee
- [x] Employee's Personnel Representat
- [ ] Other _____

Name: Barry McMillian

Division _____

Emp. No.: _____

Dept. Water

Date of Incident 12-27-23

Time of Incident 1:30 p.m.

**Action to be taken:** [x] Warning  [ ] Suspension  [ ] Dismissal

This report is to be made part of the official record of the above-mentioned employee.

## Nature of Incident:

1. ( ) Unexcused Absence
2. ( ) Tardiness
3. ( ) Drinking on Duty
4. ( ) Insubordination
5. ( ) Dishonesty
6. ( ) Garnishments
7. ( ) Failure to follow instructions
8. ( ) Fighting on Company premises
9. ( ) Leaving without permission
10. ( ) Substandard Work
11. ( ) Housekeeping
12. ( ) Improper Conduct
13. ( ) Reporting under the influence of alcohol
14. ( ) Violation of Safety Rules
15. ( ) Carelessness
16. ( ) Destruction of Company property
17. ( ) Defective and improper work
18. ( ) Theft (Stealing)
19. ( ) Violation of Company Rules of Conduct
20. (✓) Other Employee Clocked in but wasn't present

Supervisor's Remarks: Mr. McMillian was clocked in for work and was not present. Mr. McMillian has been warned on numerous occasions. Mr. McMillian Refused to sign write up 12-1-23

Witnesses: _____

Employee's Remarks: _____

[ ] PROBATIONARY EMPLOYEE

_Marcus Cole_
Signature of Supervisor

Date _____

I have read this report

_____
Signature of Employee

Date _____

THE ABOVE OFFENSE OR OFFENSES HAVE BEEN NOTED AND ARE MADE A PART OF THE ABOVE EMPLOYEE'S PERSONNEL FILE AS OF THIS DATE.

OFFENSE NUMBER  1  2  3  4  5

_Marcus Cole_
Personnel Department

Date 12-4-23

LAST OFFENSE _____
Date

Additional Remarks: Please see attached document.

_____

©Copyright 1983, 1988, The Wayside Press, Inc., Mendota, IL 61342
To Reorder Call Career Dynamics Toll Free 1-800-435-6866. In Illinois Call 1-800

DOCKET NO (b)(6), (b)(7)(C)
EMP. EXHIBIT NO: 2

Exhibit M

EXHIBIT
3
Collins 02/25/26