**EMPLOYEE DAILY TIME**   DATE: 11·15 - 11·28      **WATER DEPARTMENT**

**NAME:  B. MCMILLIAN**

| DAY | DATE | REG HRS | STD BY | O.T. | VAC HRS | HOLIDAY | SICK LV | TOTAL HRS |
|---|---|---|---|---|---|---|---|---|
| WEDNESDAY | 11-15 | 8 | | 1 | | | | |
| THURSDAY | 11-16 | 8 | | 4 | | | | |
| FRIDAY | 11-17 | 8 | | 1 | | | | |
| SATURDAY | 11-18 | | | | | | | |
| SUNDAY | 11-19 | | | | | | | |
| MONDAY | 11-20 | ~~8~~ No pay for Mayor | | | | | | |
| TUESDAY | 11-21 | 8 | | 2 | | | | |
| WEDNESDAY | 11-22 | 8 | | 2 | | | | |
| THURSDAY | 11-23 | | | | | 8 | | |
| FRIDAY | 11-24 | | | | | 8 | | |
| SATURDAY | 11-25 | | | | | | | |
| SUNDAY | 11-26 | | | | | | | |
| MONDAY | * 11-27 | ~~8~~ 6 | | | | | 4 2 | |
| TUESDAY | 11-28 | 8 | | 1 | | | | |

| | REG HRS | STD BY | O.T. | VAC HRS | HOLIDAY | SICK LV | TOTAL HRS |
|---|---|---|---|---|---|---|---|
| | ~~56~~ 54 | | (8)11 | | 16 | 4 2 | ~~82~~ 83 |

**CURRENT PAY PERIOD**

| | |
|---|---|
| GRAND TOTAL HOURS | 82 |
| REGULAR HOURS | 56 |
| STANDBY HOURS | |
| OVERTIME HOURS (O.T.) | 10 |
| VACATION HOURS | |
| HOLIDAY HOURS | 16 |
| SICK LEAVE HOURS | |

| | |
|---|---|
| TOTAL HOURS | ~~82~~ 83 |

54-R
11-OT
16-H
2-SIL
———
83

Exhibit O

SIGN: _Marc Cole_      DATE: 11/28/23

**CITY OF ABERDEEN WATER & WASTEWATER DEPARTMENT**

EXHIBIT
6
MCollins 02/25/26

DOCKET NO: (b)(6), (b)(7)(C)
EMP. EXHIBIT NO: 13