11·28·2023

I Triron Brown donote Berry McMillan

4 hours sick time. Thanks

x <u>Triron Brown</u>

Exhibit P

EXHIBIT

5

Collins 2/25/26

ENGAD 800-631-6898

DOCKET NO. (b)(6), (b)(7)(C)
EMP. EXHIBIT NO: 15