# Nov. 2023 ON CALL WATER DEPT.

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|--------|--------|---------|-----------|----------|--------|----------|
|        |        |         | 1 BURTON  | 2 JOHNNY | 3 COLLINS | 4 BROWN |
| 5 BURTON | 6 JOHNNY | 7 COLLINS | 8 BROWN | 9 BURTON | 10 JOHNNY | 11 COLLINS |
| 12 BROWN | 13 BURTON | 14 JOHNNY | 15 COLLINS | 16 BROWN | 17 BURTON | 18 JOHNNY |
| 19 COLLINS | 20 BROWN | 21 BURTON | 22 JOHNNY | 23 COLLINS | 24 BROWN | 25 BURTON |
| 26 JOHNNY | 27 COLLINS | 28 BROWN | 29 BURTON | 30 JOHNNY |  |  |

## On call

Marcus Collins 662-436-7011
Triron Brown 662-436-1527
Greg Burton 662-661-0038
Barry MCMillian 662-436-6016
Johnny MCMillian 662-661-0037

## NO RECONNECTS AFTER 5 P.M. IF THEY HAVEN'T PAID BY 5:00 P.M. THEY WILL HAVE TO STAY OFF UNTIL THE NEXT DAY



EXHIBIT

7

MCollins 2/25/26