Exhibit R

## City of Aberdeen Water Dept.
### Request for Leave

Employee Name: _Derry L. M. M. Jl._

**(Try not to take Vacation when some one else has requested off the same time)**

### Type of Leave Requested
(Check one)

_____ Vacation            _____ Military

___✓ Illness (self)          _____ Funeral

_____ Illness (family)      _____ Excused

Number of days/hours requested: _____ Day(s) or Hours: _____

Start leave (day): _____ Time of day: _____

End leave (day): _____ Time of day: _____

Return to work day: _____

Employee signature: _Deryl M. McMill_

******************************************************************************

Approved by Supervisor: _____

NOT approved by Supervisor: _____

Remarks: _____

Supervisor signature: _____

Date: _11 / 29 / 2023_

EXHIBIT
8
McCollins 02/25/26

DOCKET NO: _____
EMP. EXHIBIT NO: _14_