Exhibit S

# City of Aberdeen
# Overtime Call Out
# Trouble Call

## Circle One: Animal  Electric   Park and Rec  Public Works
### Street   (Water)   Other _____
(If Water or Sewer Call, See Back)

Date: 1 / 6 / 2 3     Time: 4  0 0 _____

Address: ████ (b)(6), (b)(7)(C) ████ _____

Name: ████ (b)(6), (b)(7)(C) ████ _____

Phone Number: _____

Type of Trouble: _____

_____

Employee(s) Contacted: ~~Meadows~~ Pam/ M'Millan ~~EE~~

Type of work done: _____

_____

Time dispatched/called: 4:05 _____

Time Finished: _____

Overtime hours: _____

Comp. Time: _____

Dispatcher – Print/Signature
_____ Wilson   Meadows _____

Employee(s)

Print/Signature: _____

Dept. Head Signature: _____

_____

EXHIBIT
9
Wollins 02/25/26

# City of Aberdeen
# Overtime Call Out
# Trouble Call

Circle One: Animal Electric Park and Rec Public Works

Street Water Other _____

(If Water or Sewer Call, See Back)

Date: ___ / ___ / ___ Time: _____

Address: (b)(6), (b)(7)(C)

Name: (b)(6), (b)(7)(C)

Phone Number: (b)(6), (b)(7)(C)

Type of Trouble: _____

_____

Employee(s) Contacted: _____

Type of work done: _____

_____

Time dispatched/called: _____

Time Finished: _____

Overtime hours: _____

Comp. Time: _____

Dispatcher -- Print/Signature

_____

Employee(s)

Print/Signature: _____

Dept. Head Signature:

_____