City of Aberdeen Water Dept.
Request for Leave

Employee Name: _Derry L. McM.Ile_

**(Try not to take Vacation when some one else has requested off the same time)**

### Type of Leave Requested
(Check one)

____ Vacation                    ____ Military
__✓_ Illness (self)              ____ Funeral
____ Illness (family)            ____ Excused

Number of days/hours requested: _____ Day(s) or Hours: _____

Start leave (day): _____ Time of day: _____

End leave (day): _____ Time of day: _____

Return to work day: _____

Employee signature: _Doryl McM.Il_

**************************************************************

Approved by Supervisor: _____

NOT approved by Supervisor: ____

Remarks: _____ _____

Supervisor signature: _____

Date: _11_ / _29_ / _2023_    Disapproved
Mayor Suffer
Nov 29 2023 Failure to follow procedure

Exhibit V



EXHIBIT
18