# WALTER HOWARD ZINN, JR.

## ATTORNEY AT LAW

February 29, 2024

U.S. Equal Employment Opportunity Commission Jackson Area Office
Dr. A.H. McCoy Federal Building
100 West Capital Street, Suite 338
Jackson, Mississippi 39269

RE: Position Statement for Charge # 423-2024-00292

Please accept the following Position Statement on behalf of the City of Aberdeen, Monroe County, Mississippi, (hereinafter "Aberdeen").

Aberdeen is committed to fostering an environment of equal opportunity and one that respects the rights of all employees and citizens. The City shall not discriminate on the basis of race, color, religion, creed, gender, gender expression, age, nationality, disability, marital status, sexual orientation or military status in any of its activities or operations.

Aberdeen denies any and all allegations of retaliation. At the scheduled Regular Board Meeting on December 5, 2023, the Board of Alderpersons voted to terminate the employment of Mr. Barry McMillian.

An investigation was conducted by Mayor Charles Scott. As a part of the investigation, interviews were conducted with the Supervisor of the Department, and department employees. After his investigation, Mayor Scott prepared a presentation of records and notes for the upcoming board meeting on December 5, 2023.

The Mayor brought before the board his findings at the December 5, 2023 board meeting. The board voted unanimously to discuss this matter during closed determination. This was announced to the public and the board then voted to enter into executive session.

During executive session, the Mayor and Board discussed the investigation and the Mayor's findings. After presentation of notes from the inquiry of employees and review of supportive documents, the Board made a determination of the following findings:

1.     That Barry McMillian attempted to be paid for unearned time.

Exhibit W



**EXHIBIT**

15

P.O. Box 1021 Pontotoc, MS 38863.     (b)(6), (b)(7)(C)     662.586.1450

2.      That fraudulent entries were made for Barry McMillian's employee daily time.
3.      That Triron Brown assisted McMillian by making false entries for McMillian's daily time sheets.
4.      That Barry McMillian's leave was not authorized.

The City of Aberdeen believed in good faith that Mr. McMillian's termination was for cause and was not arbitrary or capricious, nor in violation of a constitutional right of Mr. McMillian.

If the City can be of any further assistance with your investigation, please do not hesitate to contact me at the information provided.

Respectfully submitted,


/s/ Walter H. Zinn, Jr.
Walter Howard Zinn, Jr., Esq.

P.O. Box 1021 Pontotoc, MS 38863.    (b)(6), (b)(7)(C)    662.586.1450