4 hours sick time Thanks

Trayon Brown

Disapproved
Mayor Scott
NOV 29, 2023
Failure to follow
procedure

Exhibit X

