City of Aberdeen Water Dept.
Request for Leave

Employee Name: _Derry L. McM.Ile_

**(Try not to take Vacation when some one else has requested off the same time)**

Type of Leave Requested
(Check one)

____ Vacation            ____ Military
__✓__ Illness (self)        ____ Funeral
____ Illness (family)     ____ Excused

Number of days/hours requested: _____ Day(s) or Hours: _____

Start leave (day): _____ Time of day: _____

End leave (day): _____ Time of day: _____

Return to work day: _____

Employee signature: _Derry McMille_

••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••

Approved by Supervisor: _____

NOT approved by Supervisor: ____

Remarks: _____ ____

Supervisor signature: _____

Date: _11_ / _29_ / _2023_    _Disapproved_
_Mayor _____
_Nov 29 2023_
_Failure to follow procedure_

**Exhibit Y**



EXHIBIT
18