**Charging Party: Barry L. McMillian**
**Respondent: CITY OF ABERDEEN**
**Charge No.: 423-2024-00292**

1. Submit copies of all written rules, policies and procedures relating to the issue(s) raised in the charge. If not available in written form, provide a detailed explanation of the rules, policies, and procedures.

**RESPONSE:** Please the City of Aberdeen, MS Employee Handbook.

2. Provide copies of all documents (hard copy and/or electronic) maintained for the Charging Party.

**RESPONSE:** Please see attachments. Please advise of any particular desired information that is missing.

3. Provide copies of all documents associated with the investigation conducted by Mayor Charles Scott. Please include all interview notes.

**RESPONSE:** Please see attachments.

4. Provide a copy of the presentation of records and notes presented at the December 5, 2023, board meeting.

**RESPONSE:** Please see attachments.

5. Provide notes from the inquiry of employees, review of documents, the Board determination.

**RESPONSE:** Please see attachments, including City of Aberdeen minutes for December 5, 2023 Regular Board Meeting.

6. Provide copies of all documents maintained for Triron Brown.

**RESPONSE:** Please see attachment.

7. Provide a copy of the employee Handbook.

**RESPONSE:** Please see attachments.

8. The charging party asserts that he was not allowed to give his version of events that occurred.

Exhibit Z



Please explain why Charging Party was not allowed to testify on his behalf, but Triron Brown was.

**RESPONSE:** The charging party was given an opportunity to discuss this matter at the time of investigation and after initial engagement, refused to continue participation in the investigation. Triron Brown briefly spoke with the board to confirm previous findings regarding the investigation and his role in the misconduct. Mississippi is an at-will employment state. Mississippi law further provides that no person is "entitled" to speak at a board meeting. Notwithstanding the aforementioned, former Mayor Charles Scott directed the board meeting in question.

9. What are the procedures for Call-outs to work, for being late? What is the preferred method of communication (text message, phone call, voicemail, or email)?

**RESPONSE:** Please see Aberdeen Handbook pg. 18.

10. Was this incident the first occasion of Charging Party violating the policy that he is being accused of violating?

**RESPONSE:** According to Water Supervisor, Marcus Collins, as reflected in a statement in his departmental right up, there were multiple incidents.

11. Does the City have a Progressive Discipline Policy in place?

**RESPONSE:** The City of Aberdeen handbook references different aspects of "progressive disciplinary" procedures throughout the employee handbook. More specifically, the City of Aberdeen has an adopted Progressive Discipline policy found on pages 39-40 of the handbook.

12. What are the procedures for overtime?

**RESPONSE:** Please see Handbook pgs. 16-18.

>    1. How is overtime granted? Provide Overtime policy.
>
>    **RESPONSE:** See Handbook pg. 16-18.
>
>    2. Was Charging Party ever denied overtime? If so, please explain.
>
>    **RESPONSE:** At this time, we have not discovered any documented denials.

13. What is the policy on donating leave?

**RESPONSE:** The City handbook does not prohibit employees donating leave and believes the donation of leave time amongst co-workers is also a reflection of intra-departmental relations. While this is a relevant inquiry, the decision as to rejecting a request leave, disregarding the obvious technical errors of the request, the handbook specifically addresses the procedure for

requesting the respective leave. Generally speaking, following said procedure would not have barred the donation of leave.

14. What hours were Charging Party scheduled to work each day?

RESPONSE: The Charging Party was regularly scheduled to work the hours of 7am – 3:30pm five (5) days a week.

15. According to Barry McMillian timesheet from Pay Dates 11-15-2023 to 11-28-2023, it shows that on page 1 he was written in for 8 hours. Who was the person responsible for writing those 8 hours on the time sheet? The time sheet also shows that Mayor Charles Scott corrected it with "Did not Clock in" and Charging Party was granted four hours of sick leave. By whom, and when was the mayor aware that Charging Party did not report to work on November 27, 2023?

RESPONSE: This response will require further engaging the former Mayor, Charles Scott, which has not been done at this juncture. City requests additional time to supplement this request.

Issue: WAGES/COMPENSATION

1. Describe and furnish company policy on wage and salary determination and factors affecting wages and salary increases.

RESPONSE: Please see Handbook pgs. 9 ("Hiring"); pgs. 18 ("Upgrade Pay"); pgs. 19 ("Employment Classification"); pgs. 22-24 ("Salary Administration"). Notwithstanding these policies, a positions wage and salary determination is made during the budgeting process. This determination is proposed by the respective Department head and approved by the City Council.

2. Submit documents which describe how your organization determined an individual employee's salary or wage for the charging party's job classification during the relevant period. Provide:

      a. all documents reflecting the minimum and the maximum rates of pay for each position,

      b. all documents reflecting the effect of seniority on pay rates, and

      c. all documents reflecting the effect of merit increases or evaluations in the pay rates.

RESPONSE: Please see previous answer. Please see provided budget documents.

3. Supply a copy of the payroll records for the relevant periods for each individual employed in the charging party's job classification or department, and for all comparative individuals listed by the charging party. Include:

      a. name, (*enter relevant basis*), position, hire date,

    b. the amount of overtime worked by each individual within the relevant period, including the overtime pay rate, if applicable.

**RESPONSE:** A copy of the budget for the charging party's job classification is attached. The payroll records for the same classification.

4. If the payroll records supplied in response to Question #3 above reflect that the charging party received lower pay than did others within the charging party's job classification, explain in detail the reason for the pay differential.

RESPONSE: Any pay differential is a reflection of time at the job, qualifications and certifications obtained.

Issue: DISCIPLINE

1. Submit copies of and explain all written rules relating to employee duties, conduct, and discipline for the charging party's job classification or department during the relevant period. Explain how an employee learns the contents of the rules and disciplinary procedure. If the disciplinary system is progressive, explain its structure, penalties, and mode of operation.

**RESPONSE:** The City of Aberdeen employee handbook largely addresses this question as previously responded to regarding conduct and discipline. Employees are to acknowledge and sign that they have received and read the handbook policy. Furthermore, orientation is provided by the department as to the duties for a job classification. Please see previous response regarding progressive disciplinary system.

2. Submit copies of all records considered in taking this most recent disciplinary action against the charging party. If an action is not documented by a written record, state the offense and the resulting action, and explain why it was not recorded. For each disciplinary action taken against the charging party for the relevant period, explain in detail when, how, and by whom the charging party was notified of each action; the nature of the action; dates; and reasons why action was taken.

State the name, (*enter relevant basis*) and position of the person responsible for taking each action.

**RESPONSE:** Write-ups and evaluations are typically performed within the particular department. In some instances, an investigation may be launched by the Mayor and Board of Alderpersons. In this particular instance, the investigation was launched by the former Mayor Charles Scott. Marcus Collins has served as the Department Supervisor for the charging party.

3. List all employees who received disciplinary action during the relevant period in the charging party's job classification or department. Include employee's name, (*enter relevant basis*); position, date of hire, whether probationary or not. For each person listed, describe each

disciplinary action by:

    a. date of the disciplinary action(s): **12/5/23**
    b. reason for disciplinary action(s): **Mr. Brown was suspended for his role in misconduct regarding the charging party.**
    c. type of disciplinary action(s) taken: **Mr. Brown was suspended for three (3) days without pay.**
    d. disciplinary record of employee prior to the instant issue: **Mr. Brown did not have any disciplinary measure in**
    e. person imposing the penalty; include name, position title: **The penalty was imposed by the Board of Alderpersons. The minutes have been provided with the RFI response.**

Submit all documents which relate to any and all of the above disciplinary actions taken against the individuals listed above.

RESPONSE: The only identified employee disciplined in the charging party's job classification or department has been Mr. Triron Brown.

Issue: DISCHARGE

1. If the charging party was discharged, submit the following:

a. date of discharge: **Vote to terminate occurred at the December 5, 2023 regular board meeting.**
b. reason(s) for discharge: **Charging Party was discharged for misconduct, including but not limited to fraudulent entries on timecard and failure to follow procedures on leave and absences.**
c. statement of whether the charging party had any right of appeal, and whether the charging party made use of any appeal rights: **Yes, under Mississippi Uniform Civil Rules of Circuit and County Court practices; and Miss. Code Ann. 11-51-75. An appeal has been filed, and the charging party currently has retained an attorney. The cause number for this matter is 2023-395 before Monroe County Circuit Court.**
d. person recommending the discharge, including name. (*enter relevant basis*) and position: **Charles Scott, Mayor made the recommendation for discharge after suspending the charging party with pay.**
e. person making final decision to discharge the charging party, including name. (*enter relevant basis*) and position. **According to the Special Charter of Aberdeen, Mississippi, the City Council (which includes the Board of Alderpersons and the Mayor, if a tie), makes a final decision to discharge a party.**

Submit all documents that state, describe, reference or relate to the discharge of the charging party, including all performance appraisals, attendance records, disciplinary records and other relevant documents, as applicable.

**RESPONSE:** Please see provided attachments.

2. Explain your discharge procedures in effect at the time of the alleged violation. If the procedures are in writing, submit a copy.

**RESPONSE:** Please see Handbook pgs. 20-21.

3. Submit copies of all written rules relating to employee duties and conduct. Explain how employees learn the contents and rules.

**RESPONSE:** Please see response to question "1" under section titled "Discipline".

4. List all employees who committed the same or substantially similar offense(s) that the charging party committed. For each person include the following:

a. name and (*enter relevant basis*): **Triron Brown**
b. position: **Laborer**
c. date of hire:
d. date of offense: **On or about November 27, 2023**
e. explanation of offense: **At the request of the charging party, Brown clocked the charging party in for work, fraudulently entering unearned time.**
f. action taken as result of offense or
g. if no action was taken, explanation of no action: **Employee was suspended for three (3) days.**
h. name, (*enter relevant basis*), position of all decision-makers. **See December 5, 2024 minutes.**
Submit all documents that state, describe, reference or relate to the requested information.

5. List all the employees discharged within the relevant period. For each employee, include employees name, (*enter relevant basis*) position, reason for and date of discharge, and a copy of the separation notice.

**RESPONSE:** **This question appears to have been asked before. Is this request for all discharged or terminated employees? Can you clarify the time period in question?**