## UNIFORMS

Uniforms are to be worn by all "outside" employees and certain other employees to insure that every employee can be easily recognized as a neat business-like appearing member of our organization. It is the responsibility of each uniformed employee to insure that he/she is properly dressed in a clean pressed and serviceable uniform, paying special attention to details such as tucked shirts, squared hats, etc

Shortly after employment begins, employees requiring uniforms will receive the basic issue Future reissue or exchange will be allowed on a one for one basis at the discretion of the Department Head

Employees will be responsible for the uniform and items issued to him/her, and will be required to return all issued items upon termination or have pay deducted from his/her final paycheck to cover replacement costs of the item(s)

Uniforms are to wear on the job only. Uniforms or any portion of the uniform are not to be worn off the job by the employee or by anyone else

## FINANCIAL RESPONSIBILITY

Your personal financial business is just that...yours. It is not the City's desire to become involved in your business. However, certain Federal and State laws governing garnishments, child support payments, tax levies, etc may require us to withhold parts of your earnings to comply with court orders. The City urges its employees to handle their personal affairs in a responsible manner in order to avoid such situations Repeated cases of garnishment and tax levy activity will not be tolerated and, if not corrected, will result in termination.

## INTERDEPARTMENTAL RELATIONS

Mutual courtesy creates a feeling of fellowship and friendliness throughout our organization which makes our work more pleasant for all of us.

When assistance is needed from another department, each employee is expected to clear the request for assistance through his/her supervisor. Then the request can be presented to the other department, but done so with courtesy and consideration

If you are a supervisor or Department Head, please don't let personality conflicts disturb the delicate balance of harmonious interdepartmental relations simply because you find fault with another supervisor's ways of handling his/her position. Such an attitude hurts you, it hurts the supervisor you find fault with, but MOST IMPORTANTLY, SUCH AN ATTITUDE HURTS THE EMPLOYEE(S) UNDER YOUR SUPERVISION

## PROGRESSIVE DISCIPLINARY POLICY

It is the policy of the City that all employees are expected to comply with the City's standards of behavior and performance and that any noncompliance with these standards must be remedied

(1)     Under normal circumstances, the City endorses a policy of progressive discipline in which it attempts to provide employees with notice of deficiencies and an opportunity to improve. It does, however, retain the right to administer discipline in any manner it sees fit. This policy does not modify the status of employees as employees-at-will or in any way restrict the City's right to bypass the disciplinary procedures suggested.

(2)     The normal application of progressive discipline should be:

(a)     If an employee is not meeting City standards of behavior or performance, the employee's Department Head should take the following action

(I)     Meet with the employee to discuss the matter;

(ii)     Inform the employee of the nature of the problem and the         action necessary to correct it; and

(iii)     Prepare a memo for the Department Head's own records indicating that the meeting has taken place. This memo will be considered as a record of an Oral Warning


EXHIBIT

20

(b)     If there is a second occurrence, the Department Head should hold another meeting with the employee and take the following action:

(i)     Issue a written reprimand to the employee;

(ii)     Warn the employee that a third incident will result in more severe disciplinary action, and

(iii)     Forward the written reprimand, with any additional comments as appropriate, to the Personnel Officer for inclusion in the employee's personnel file.

(c)     If there are additional occurrences, the Department Head should take the following action, depending on the severity of the conduct:

(i)     Issue a written reprimand or warning;

(ii)     Suspend the employee without pay for up to five working days; or

(iii)     Suspend the employee indefinitely and recommend termination.

After taking action under Comment (2)(c) above, the Department Head should prepare and forward to the Board of Aldermen a written report describing the occurrences, indicating the timing between the occurrences, and summarizing the action taken or recommended and its justification

(3)     The progressive disciplinary procedures described in Comment (2), above, may also be applied to an employee who is experiencing a series of unrelated problems involving job performance and/or behavior.

(4)     In cases involving serious misconduct, or any time the Department Head determines it is necessary, such as a major breach of policy or violation of law, the procedures contained in Comment (2), above, may be disregarded. The Department Head should suspend the employee immediately and, if appropriate, recommend termination of the employee. An investigation of the incidents leading up to the suspension should be conducted to determine what further action, if any, should be taken. (See Comment (6), below.) Employees suspended from work will not receive or accrue any employee benefits during the suspension, unless the Board of Aldermen grants an exception

(5)     The Board of Aldermen under normal circumstances should review and approve all recommendations for termination before any final action is taken.

(6)     At any investigation interview conducted for the purposes of determining the facts involved in any suspected violation of City rules and regulations, the following procedures normally should apply.

(a)     Prior to the interview, the employee who is suspected of violating City rules and regulations should be told in general terms what the interview is about.

(b)     The employee may have a coworker present at the interview, provided he so requests and such interview covers issues affecting other employees.

(7)     If a disciplined employee works a full year without further action being instituted under this policy, the next failure to meet behavior or performance standards may be treated as a first occurrence under this policy. However, the City may still consider all past disciplinary actions in evaluating the employee.

## CONFLICT OF INTEREST

It is the policy of the City that employees are not to participate in any activity, practice or act which conflicts with the interest of the City.

Employees are expected to represent the City in a positive and ethical manner, and have an obligation to avoid conflicts of interest. Employees are not to engage in any conduct which is disloyal, disruptive or damaging to the City.

Employees are not to accept gifts except those of nominal value, from any person or firm doing or seeking to do business with the City.

The meaning of gifts for purposes of this policy includes, but is not limited to, the acceptance of lavish entertainment, free long distance travel and lodging, etc.

Employees are not to give, offer or promise anything of value to anyone in connection with any transaction of the City.

Exhibit AA