Brown can you clock me in? 27

(b)(6), (b)(7)(C)

Bet I got u

Mon, Nov 27 at 7:55 AM

Thank you

Anytime

Mon, Nov 27 at 11:50 AM

Clock me out right now if you can

We over here fixing this leak on vine street

Read 11/27/23

Okay when you get a chance! Clock me out! Thanks

Ok bet and u welcome

Delivered

Exhibit BB



EXHIBIT

22

T. Brown