## WHISARD Compliance Action Report

### U.S. Department of Labor
Wage and Hour Division

| | | | |
|---|---|---|---|
| Case ID: | **1988735** | Originating District: | **Jackson MS District Office** |
| Local Filing Number: | **2024-208-05348** | Investigating. District: | **Jackson MS District Office** |
| WHMIS Case Number: | | Lead Investigator: | **Austin, Valtressia** |
| Registration Date: | **12/11/2023** | | |
| Assignment Date: | **12/11/2023** | | |

### Employer Information

Trade Name: **City of Aberdeen, Public Works Department**

Address: **125 W. Commerce Street ABERDEEN MS 39730**

Legal Name: **City of Aberdeen**

EIN: **64-6000001**

County: **Monroe**

NAICS Code: **09890**

No. Of Employees: **97**

### Investigation Information

| | | | |
|---|---|---|---|
| Period Investigated From: | **11/18/2023** | BNPI: | |
| To: | **3/30/2024** | Reinvestigation: | ☐ |
| Investigation Type: | (b)(7)(E) | Recurring Violation: | ☐ |
| Investigation Tool: | **Full Investigation** | Future Compliance Agreed: | ☑ |
| Compliance Status: | **Refusal to Remedy/Resolve (RTR)** | Involved in AG: | ☐ |

### Recommended Action:

| | | | |
|---|---|---|---|
| BWFS: | ☐ | RO/NO Review: | ☐ |
| CMP: | ☐ | Follow Up Investigation: | ☐ |
| Litigation: | ☐ | Other Action: | ☐ |
| Civil Action: | ☐ | Denial of Future Certificate: | ☐ |
| Criminal Action: | ☐ | BW Payment Deadline: | |
| Submit For Opinion: | ☐ | Trailer forms attached: | ☐ |

### CL

| Violation / Compliance Status | Violations | | CMPs* |
|---|---|---|---|
| **No Violation found for this act / Compliance (no violations found)** | | $0.00 | $0.00 |

EXHIBIT
23
*Melissa Moore*

| | | |
|---|---|---|
| Date: 5/22/2024 6:00:06 PM | Case ID: 1988735 | Page 1 |

Exhibit CC

## WHISARD Compliance Action Report

### FLSA

| Violation / Compliance Status | Violations | EEs ATP | BWs Computed | BWs Agreed | LDs Computed | LDs Agreed | CMPs* |
|---|---|---|---|---|---|---|---|
| **No Violation found for this act / Compliance (no violations found)** | | | | | $0.00 | $0.00 | |
| **FLSA Totals:** | 0 | 0 | $0.00 | $0.00 | $0.00 | $0.00 | |

### FMLA

| Violation / Compliance Status | Violations | EEs ATP | BWs Computed | BWs Agreed | LDs Computed | LDs Agreed | CMPs* |
|---|---|---|---|---|---|---|---|
| **Discrimination (e.g. disciplinary action) / Refusal to Remedy/Resolve (RTR)** | 1 | 0 | $0.00 | $0.00 | $0.00 | $0.00 | |
| **FMLA Totals:** | 0 | 1 | $0.00 | $0.00 | $0.00 | $0.00 | |

*\* CMPs computed do not necessarily indicate CMPs assessed.*

| | | | |
|---|---|---|---|
| Unduplicated Employees Found: | **0** | Unduplicated Employees Agreed: | **0** |
| Total Amount BWs Computed: | **$0.00** | Total Amount BWs Agreed: | **$0.00** |
| Total Amount LDs Computed: | **$0.00** | Total Amount LDs Agreed: | **$0.00** |

### Conclusions & Recommendations:

*84 hrs. 203 (s)(x). FC hd on 05/07/2024 w/ Walter Zinn, City Atty to discuss viols fnd in Sec. 825.220(c) ee was terminated while on FMLA leave. The er did not have an FMLA policy for ees to follow; therefore, the ee was termd from employment. EE qual for FMLA for self. FMLA provs expld. Atty was presented w/ resolutions to resolve the case; No adm settlement was agreed to. EE notif of 107(a) rights by ltr. R adm clg w/ NFA. P: HRG, 825, 516, 541, 785, 778, FSs #28D & #44, WH-1421, p (FLSA, FMLA, EPPA)*

VALTRESSIA AUSTIN
Digitally signed by VALTRESSIA AUSTIN
Date: 2024.05.22 18:00:40 -05'00'

WHI Signature:_____ Date:_____

EDWARD HOUSTON
Digitally signed by EDWARD HOUSTON
Date: 2024.05.31 16:45:26 -05'00'

Reviewed By:_____ Date:_____

| | | |
|---|---|---|
| Date: 5/22/2024 6:00:08 PM | Case ID: 1988735 | Page 2 |

City of Aberdeen d/b/a
City of Aberdeen Public Works
Case # 1988735

## FMLA NARRATIVE REPORT

*City of Aberdeen d/b/a*
*City of Aberdeen Public Works*
*125 W. Commerce Street*
*Aberdeen, MS 39730*
*662-369-8588*
*EIN# 64-6000001*

**REASON FOR INVESTIGATION:** *This case was assigned in response to a complaint from Mr. Barry McMillian, 905 High Extension, Aberdeen, MS 39730, 662-436-6016. Mr. McMillian gave written PTUN* (WH 3, McMillian WPTUN).

*Mr. McMillian alleged that he was discriminated and retaliated against during his employment for using FMLA leave. Mr. McMillian alleged that he asked for FMLA leave and told his supervisor, Mr. Marcus Collins. Mr. McMillian stated the Mr. Collins would talk to Ms. Moore concerning the leave. Mr. McMillian stated that when he was out on leave for 3 weeks due to surgery that he had for himself on September 21, 2023. The doctor told him that he needed additional time. When he was able to return to work, he would have to be on light duty. The doctor's office provided Ms. Moore an excuse from the doctor on October 11, 2023. Ms. Moore was informed by the doctor that Mr. McMillian would be on "light duty" and to not lift anything over 15 lbs. Ms. Moore notified Mr. Collins, Supervisor of the restrictions and to go to the field. Mr. McMillian added that the subject employer continued to call the doctor's office to see when he could return to work. Mr. McMillian returned to work on October 11, 2023. Mr. McMillian added that he did not receive any forms (Designation Notice or Rights and Responsibilities) from the subject employer. Mr. McMillian used all his sick leave and vacation days. Employees donated days to Mr. McMillian during this time* (McMillian Barry interview, WH 53, Requested forms for complaint, (b)(6);(b)(7)(C) Interview).

*The subject employer was represented by Mr. Walter Zinn, City Attorney, for Mayor Charles Scott and the Board of Alderman, City of Aberdeen, 662-586-1450. Mr. Zinn's email address is* walterhowardzinn@gmail.com

*On May 13, 2024, Mr. McMillian came to the Jackson DO to discuss the case findings with District Director Audrey Hall, Assistant District Director, Edward Houston and WHI Valtressia Austin. A telephone discussion was held with District Director Audrey Hall, Assistant District Director Edward Houston and WHI Valtressia Austin with Attorney Zinn to discuss the remedy to settle the case. After the discussion, District Director Audrey Hall gave a deadline date of May 15, 2024 to Attorney Zinn to respond* (Investigator Notes),

*On May 17, 2024, District Director Audrey Hall, responded to Mr. McMillian's request to provided him his 107(a) FMLA rights. District Director Hall advised Mr. McMillian that once an attorney is retain, the Jackson DO Wage and Hour office will no longer pursue his allegations. Mr.*

1

City of Aberdeen d/b/a
City of Aberdeen Public Works
Case # 1988735

*McMillian acknowledged that he understood. District Director Audrey Hall prepared and mailed to Mr. McMillan the letter stating his 107(a) rights* (107a FMLA rights letter).

**MODO:** *The MODO for the subject employer is the Jackson MS District Office. There was no MODO request made for the subject employer.*

**COVERAGE:** *The subject employer is a local government which is comprised of several departments under the city government. The departments are City Clerk, Court Clerk, City Inspector, Finance, Public Works Department which includes the Water Department, Police Department, Public Safety, Public Utilities, and Parks and Recreation. The city of Aberdeen is located in Monroe County. During the time of this investigation, the city of Aberdeen is governed by Mayor Charles Scott and a Board of Alderman which consist of five members. Mr. John S. Cain, Alderman, Ward 5, Board President; Mr. Edward Haynes, Jr. Alderman, Ward 3, Vice-President; Carolyn Odom, Alderwoman, Ward 4, Treasurer; Lady B, Garth, Alderwoman, Ward 2, Secretary; Mr. Nicholas Holliday, Alderman, Ward 1, Board member and Walter Zinn, City Attorney, Board Member. The home office is located at 125 West Commerce Street, Aberdeen, MS 39730, 662-369-8588. The subject employer employs 97 employees. The employees at the subject location are eligible for FMLA because they are employed by a public agency and are covered by the FMLA provisions regardless of the number of employees. The agency is not subject to the coverage threshold of 50 employees carried on the payroll each day for 20 or more calendar workweeks in the current or preceding calendar year. However, the employees of the public agency must meet all the requirements of eligibility, including the requirement that the employer employs 50 employees at the worksite or within 75 miles. The subject employer did not identify how they determine the FMLA leave for qualified employees* (FMLA Initial Conference Notes, Initial Conference Notes, Initial Conference notes from ADD Houston, City Administration and Board of Aldermen)

**HISTORY:** *There was no history found on the subject employer.*

**EE ELIGIBILITY:** *Mr. McMillian began employment with the subject employer on August 21, 2021, and was employed until December 5, 2023. Mr. McMillian worked at least 40 hours a week. Mr. McMillian was eligible for FMLA leave once he communicated the need to be off work for surgery that was scheduled on September 21, 2023. Mr. McMillian's request for FMLA leave was due to the serious health condition for self* (McMillian Barry interview).

**QUALIFYING CONDITION: 825.112(a) (3) –** *Mr. McMillian qualified for FMLA for a serious health condition of himself.*

**NOTIFICATION:** *The subject employer does not have a process identified for employees to follow for FMLA request* (FMLA Initial Conference Notes, Initial Conference notes from ADD Houston, FMLA and Employee Handbook)

**PERIOD OF INVESTIGATION:** *November 18, 2023 to March 30, 2024*

2

City of Aberdeen d/b/a
City of Aberdeen Public Works
Case # 1988735

## STATUS OF COMPLIANCE:

**EMPLOYER NOTICE REQUIREMENTS – 825.300 –** The City of Aberdeen does not *use the required Wage and Hour forms (WH-381, WH-382, WH-380-E and WH-380-F) to provide to eligible employees who request FMLA leave* (FMLA and Employee Handbook).

**825.300(a)** – *The subject employer displays the FMLA poster on the bulletin board at City Hall. The subject employer uses the poster as notification. If an employee request to be off from work, the employee will contact their immediate supervisor. Once the request is made, the supervisor will contact Ms. Melissa Moore, City Clerk* (FMLA Policy Review Checklist, FMLA Initial Conference Notes).

*The General Notice included the correct and up-to-date information for military family leave (NDAA).*

**825.300 (b):** *The subject employer does not provide the form WH-381 (Notice of Eligibility) within 5 business days.*

**825.300 (c):** *The subject employer does not provide the form WH-381 (Notice of Rights and Responsibilities) within 5 business days.*

**825.300 (d):** *The subject employer does not provide the form WH-382 (Designation Notice) within 5 business days.*

**825.302 Employee Notice Requirements:** The subject employer does not have a process for employees to follow to request FMLA for a reason as stated in the provisions for Family and Medical Leave.

**DISPOSITION:** *The final conference was held on May 7, 2024, at the City Hall, Aberdeen, MS in the Board Room with Mayor Charles Scott (outgoing); Mayor Johnny "Dwight" Stevens (incoming); Melissa Moore, City Clerk; Walter Zinn, City Attorney; James Ivory, Alderman (newly elected) and WHI Valtressia Austin* (Final Conference Notes).

*Attorney Walter Zinn, City Attorney, was the spokesperson during the Final Conference.*

*The conference began with a discussion of the provisions of the Family and Medical Leave Act and the certification requirements. WHI Austin explained to Mayor Charles Scott that the City of Aberdeen is a covered employer. The employees at the subject location are eligible for FMLA because they are employed by a public agency and are covered by the FMLA provisions regardless of the number of employees. The agency is not subject to the coverage threshold of 50 employees carried on the payroll each day for 20 or more calendar workweeks in the current or preceding calendar year. However, the employees of the public agency must meet all the*

3

City of Aberdeen d/b/a
City of Aberdeen Public Works
Case # 1988735

*requirements of eligibility, including the requirement that the employer employs 50 employees at the worksite or within 75 miles. The subject employer did not identify how they determine the FMLA leave for qualified employees.*

*WHI Austin explained that the required poster must be posted in a conspicuous place where the employees are employed.*

*Attorney Zinn was advised of the notification requirements, general and specific notices. WHI Austin stated that the written guidelines must contain information on employee benefits, leave rights, and FMLA entitlements. If there is no written guidance, the employer must provide guidance to all employees. WHI Austin added that the FMLA Fact Sheet can be used for general notification and the appendix can be used as a template to prepare specific notification for employees.*

*There was a comment stated at this point by Attorney Zinn.*

*Next, WHI Austin discussed the violation alleged. WHI stated that the affected employee was not granted FMLA leave and was terminated from employment with the City of Aberdeen, Public Works Department. Mr. McMillian was terminated while on FMLA leave per 825.220 (c) which prohibits an employer from discrimination or retaliating against an employee or prospective employee for having exercised or attempted to exercise their FMLA rights.*

*At this point, Attorney Zinn stated that the city has gone over the FMLA provisions with the employees. The notices are posted. The city may pass to settle this case and go to a higher level.*

*Next, future compliance was discussed and assured by Attorney Walter Zinn, Melissa Moore, and Mayor Scott. The Handy Reference Guide, Fact Sheets #44 & #28D were attached to the appointment letter that was emailed on February 20, 2024. WHI presented Ms. Moore with a Handy Reference Guide, posters (FMLA, FLSA and EPPA) during the site visit on March 6, 2024. The additional WH-Publication presented to all attendees were 541, 516, 778, 785, WH-1417 (FMLA), Handy Reference Guide, Fact Sheet #28D and posters (MW, EPPA and FMLA), WH-1421 (Employer's Guide to the Family and Medical Leave Act and CL-1330.*

*Mayor Scott stated that the following steps will be taken to ensure compliance for the future-*

1. *Develop and go through the FMLA policy to update all documents and keep everything up to date.*
2. *Train the supervisors on the steps to follow for FMLA as well as the employees.*
3. *Make sure that all paperwork is filled out.*
4. *Ensure that all new hires receive the FMLA policy. Ms. Janet Parks handles all new hires.*
5. *Request on site training.*
6. *Approval has been given to adopt updates to reflect FMLA provisions.*
7. *Keep the notices up to date.*

4

City of Aberdeen d/b/a
City of Aberdeen Public Works
Case # 1988735

**8. Contact Wage and Hour and/or WHI Austin for compliance issues or questions.**

*There were no comments made by Attorney Zinn at this point.*

*WHI discussed with Attorney Zinn to prepare an administrative settlement to present to Mr. McMillian. If Mr. McMillian accepts, the WH-58s will be used to serve as proof of payment.*

*On May 13, 2024, Mr. McMillian came to the Jackson DO to discuss the case findings with District Director Audrey Hall, Assistant District Director, Edward Houston and WHI Valtressia Austin. A telephone discussion was held with District Director Audrey Hall, Assistant District Director Edward Houston and WHI Valtressia Austin with Attorney Zinn to discuss the remedy to settle the case. After the discussion, District Director Audrey Hall gave a deadline date of May 15, 2024 to Attorney Zinn to respond.*

*On May 17, 2024, District Director Audrey Hall, responded to Mr. McMillian's request to provided him his 107(a) FMLA rights. District Director Hall advised Mr. McMillian that once an attorney is retain, the Jackson DO Wage and Hour office will no longer pursue his allegations. Mr. McMillian acknowledged that he understood. District Director Audrey Hall prepared and mailed to Mr. McMillan the letter stating his 107(a) rights (107a FMLA rights letter).*

**COMPLAINT UPDATE:** *Mr. McMillian was contacted on May 7, 2024, to inform him of the case status. On May 16, 2024, District Director Audrey Hall issued a letter to Mr. McMillian to advise him of his private right of action under Section 107(a) under the Family and Medical Leave Act.*

**RECOMMENDATION:** *Based on Attorney Zinn's refusal to comply and settle the case administratively and due to a letter prepared and mailed to Mr. McMillian regarding his 107(a) rights under the Family and Medical Leave, I recommend that this case is closed administratively with no further action.*

*All correspondences should be mailed to-*

*Mr. Walter Zinn*
*City Attorney*
*City of Aberdeen*
*125 W. Commerce Street*
*Aberdeen, MS 39730*
*662-369-8580*

VALTRESSIA AUSTIN
Digitally signed by VALTRESSIA AUSTIN
Date: 2024.05.22 17:08:47 -05'00'

*Valtressia Austin*
*WHI*

5

City of Aberdeen d/b/a
City of Aberdeen Public Works
Case # 1988735

6

**U.S. Department of Labor**

U.S. Department of Labor
Wage and Hour Division
100 West Capitol Street, Suite 725
Jackson, Mississippi 39269-1602
Telephone / Fax (601) 965-7393
(b)(6);(b)(7)(C) @dol.gov



April 3, 2024

Melissa Moore
City Clerk
City of Aberdeen
125 W. Commerce Street
Aberdeen, MS 39730

Email: mmoore@ci.aberdeen.ms.us

***Re: Family and Medical Leave Act (FMLA)***

Dear Ms. Moore:

As a result of the investigation that was conducted. Attached are the calculations for you to review in reference to **Mr. Barry McMillian.** The documents attached are as follows: **WH-55 (Wage Transcription and Computation Sheet); Back Wage Disbursement Pay Evidence Instructions (BCDS); WH-56 (Summary of Unpaid Wages)** Please review each form. Once reviewed, sign the BCDS form and the WH-56 and return the forms to me by COB on or before **April 19, 2024.** The back wage payment date stated on the BCDS form is **April 26, 2024.**

Also, attached is the **WH-58 (Receipt for Payment of Back Wages).** This form is to be completed in triplicate copies and distributed as follows: **1** copy to the employee; **1** copy to the Wage and Hour Division and **1** copy to the employer.

If you have any questions, please contact me at the above telephone number or email address.

Sincerely,

VALTRESSIA AUSTIN

Digitally signed by VALTRESSIA AUSTIN
Date: 2024.04.03 16:07:26 -05'00'

Valtressia B. Austin
WHI

**Attachments:**

**WH-55 (Wage Transcription and Computation Sheet)**
**Back Wage Disbursement and Pay Evidence Instructions (BCDS)**
**WH-56 (Summary of Unpaid Wages)**
**WH-58 Receipt for Payment of Back Wages)**

**Wage Transcription and Computation Sheet**

**U.S. DEPARTMENT OF LABOR**
**Wage and Hour Division**



| Establishment/Employer | City of Aberdeen | | | | | | | Date 4/2/2024 | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Employee | Barry McMillian | | | | | | | Social Security No. | | | | | | | |
| Address | 905 High Extension | | | | | | | Aberdeen, MS 39730 | | | | | | | |
| | | | | | | | | (Zip Code) | | | | | | | |
| Occupation | Meter Reader | | | | | | | | | | | | | | |

| Year and Workweek Ending | Hours Worked | | | | | | | | Rate of Pay | Rate x HRS x wks = bms due | | | | Amount Due Employee | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | SU | M | TU | W | TH | F | S | Total | | | | | | | | | |
| 11/18/23 | | | | | | | | 40 / 44 | $13.00 | | | | | | | | |
| ↑ | | | | | | | | | | | | | | | | | |
| | | 21 weeks | | | | | | | | | | | | | | | |
| | | worked 40 hours each week | | | | | | | | | | | | | | | |
| | | Worked every other week. 44 hours | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| ↓ | | | | | | | | | | | | | | | | | |
| 3/30/24 | | | | | | | | | | | | | | | | | |
| | | Calculations: | | | | | | | | | | | | | | | |
| | | 10 weeks x $13.00 x 40 hours = | | | | | | | | | | 5 | 2 | 0 | 0 | 00 | |
| | | 11 weeks x $13.00 x 44 hours = | | | | | | | | | | 6 | 2 | 9 | 2 | 00 | |
| | | $13.00/hour x .5 (additional half-time) x 4 hours x 11 weeks = | | | | | | | | | | | 2 | 8 | 6 | 00 | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | 1 | 1 | 7 | 7 | 8 | 00 | |

Investigator Val Arrah

$11,778.00

Form WH-55
Rev. Aug. 1996
A-

# U. S. Department of Labor

Wage and Hour Division
100 W. Capitol Street, Suite 725
Jackson, MS 39269



**City of Aberdeen**
125 W. Commerce Street
Aberdeen, MS 39730
Case #1988735

## BACK WAGE DISBURSEMENT AND PAY EVIDENCE INSTRUCTIONS

As provided in the Acts enforced by the Wage and Hour Division, the Administrator of the Wage and Hour Division is authorized to supervise the payment of back wages. This document contains specific instructions on providing evidence of payment to the Wage and Hour Division.

---

### IMPORTANT DATES TO REMEMBER

- Date payment must be made: **4/26/2024**

- Date preliminary evidence of back wages paid: **5/3/2024**

- Date evidence of payment must be received by the Jackson, MS District Office: **5/10/2024**

- Date unlocated employee list and final check due in Jackson, MS District Office: **5/26/2024**

---

1. Per our agreement, your firm will make full back wage payment on or before: **4/26/2024**

   - At the same time, you should send to the **Jackson, MS District Office** a list of employees being paid and include their social security numbers, gross and net amounts, and check numbers. This should be received in our office within seven (7) days of the payment of back wages. **5/3/2024**

2. Send the evidence of payment to the **Jackson, MS District Office** no later than: **5/10/2024**

   Evidence of payment includes:

   - Signed WH-58 Receipt Form
   - For any person for whom you do not have a signed WH-58, a copy of the front and back of the cancelled check, or a bank record if the employee was paid through electronic funds transfer (EFT).
   - A list showing employees who have not been paid due to unknown addresses or otherwise. This list should include each employee's last known address, social security number, and what attempts you have made to locate the person.

3. Send the Wage and Hour Division a check for all unpaid employees on or before: **5/26/2024**

The check should be made payable to "Wage and Hour Division - Labor" for the total NET amount due all unpaid employees. For each employee whose back wages are included in this check, send a list showing the employee's name, social security number, and the gross and net amounts due. If any employee is located within the statutory time period, the U. S. Department of Labor will process payments to such employee. (Include the case ID# on the check.)

- NOTE: Section 16(c) of the Fair Labor Standards Act provides, in part: "Any such sums not paid to an employee because of inability to do so within a period of three years shall be covered into the Treasury of the United States." Therefore, it is the policy of the Wage and Hour Division to deposit back wages due unlocated employees into the U. S. Treasury.

- Any defaulted balance shall be subject to the assessment of interest and penalty interest at rates determined by the U. S. Treasury as required by the Debt Collection Improvement Act of 1996 (Public Law 104-134) published by the Secretary of Treasury in the Federal Register. Other delinquent charges and administrative costs shall be also assessed.

- In the event of default, the Department intends to pursue additional action that may include, but is not limited to, administrative offset, referral of the account to credit reporting agencies, private collection agencies, U. S. Treasury's Debt Management Service, and/or the Department of Justice.

**All payment evidence should be sent to the attention of Vondakay Hardin.**
**If you have any questions, please contact Vondakay Hardin at (601) 965-7396 or by email at hardin.vondakay@dol.gov.**

Approved by the following parties:

City of Aberdeen
By Its Officer

UNITED STATES DEPARTMENT OF LABOR
WAGE AND HOUR DIVISION

Signature _____
Name: _____
Title: _____
Date: _____

Signature _____
Name: _____
Title: _____ Investigator _____
Date: _____

Summary of Unpaid Wages

**U.S. Department of Labor**
Wage and Hour Division



| Office Address: | Jackson MS District Office<br>US Dept. of Labor, ESA, Wage & Hour Div.<br>100 West Capitol Street, Suite 725<br>McCoy Federal Building<br>Jackson, MS 39269-1602<br>601-965-5416 | | Investigator:<br>Valtressia Austin | | | Date:<br>4/3/2024 |
|---|---|---|---|---|---|---|
| | | | Employer Fed Tax ID Number: | | 64-6000001 | |

| 1. Name | 2. Address | 3. Period Covered by Work Week Ending Dates | 4. Act(s) | 5. BWs Due | Total |
|---|---|---|---|---|---|
| 1. McMillian, Barry | 905 High Extension<br>ABERDEEN, MS 39730 | 11/18/2023<br>to<br>3/30/2024 | FMLA | $11,778.00 | $11,778.00 |

| I agree to pay the listed employees the amount due shown above by 4/26/2024 | Employer Name and Address:<br>City of Aberdeen<br>125 W. Commerce Street<br>ABERDEEN MS 39730 | Subtotal: | $11,778.00 | $11,778.00 |
|---|---|---|---|---|
| | | Total: | $11,778.00 | $11,778.00 |
| Signed: | | | | |
| Date: | | | | |

Form WH-56

**U.S. Department of Labor**
**Wage and Hour Division**
**Receipt for Payment of Back Wages, Liquidated Damages,**
**Employment Benefits, or Other Compensation**



I, _McMillian,      Barry_ , have received payment of wages. liquidated damages, employment
    (typed or printed name of employee)
benefits, or other compensation due to me from
                                                          (name and location of the establishment)
          125 W. Commerce Street ABERDEEN MS 39730

for the period beginning with the workweek ending         11/18/2023         through the
workweek ending       3/30/2024       . The amount of the payment I received is shown below.
This payment of wages and other compensation was calculated or approved by the U.S. Department of Labor Wage and Hour
Division (WHD) and is based on the findings of a WHD investigation. This payment is required by the Act(s) indicated below in
the marked box(es):

     ⊠ Family Medical Leave Act ( FMLA )

Gross Amount Back Wages         **$11,778.00** Gross Amount Liquidated Damages         **$0.00**

Legal Deductions from Back Wages                  Other Amount Paid

Net Amount Received                                           (please specify type)

NOTICE TO EMPLOYEE: Your acceptance of this payment of wages and/or other compensation due under the Fair Labor Standards Act
(FLSA) or Family Medical Leave Act (FMLA), based on the findings of the WHD means that you have given up the right you have to bring
suit on your own behalf for the payment of such unpaid minimum wages or unpaid overtime compensation for the period of time indicated
above and an equal amount in liquidated damages, plus attorney's fees and court costs under Section 16(b) of the FLSA or Section 107 of the
FMLA. Generally, a suit for unpaid wages or other compensation, including liquidated damages, must be filed within two years of a violation
of the FLSA or FMLA. Do not sign this receipt unless you have actually received this payment in the amount indicated above.

RETALIATION AND KICKBACKS PROHIBITED: Your employer is prohibited from retaliating against you for accepting payment of
wages you are owed or from requiring you to return or decline payment of the wages owed to you. Your employer is also prohibited from
retaliating against any person who files a complaint with the Wage and Hour Division (WHD) or cooperates with a WHD investigation. Your
employer is also prohibited from interfering with, restraining, or denying the exercise of Family Medical Leave Act (FMLA) rights. You
should contact the WHD immediately if your employer takes any of these actions or fails to comply with the law in the future. Your identity
will be kept confidential to the maximum extent possible under existing law. You may contact the WHD by calling 1-866-487-9243 or 601-965-
4348 .

Signature of employee _____        Date _____
Address _____

I understand that my signature on this receipt and waiver attests to the fact that I have actually received the payment in the amount
indicated above of the wages, liquidated damages, or other compensation due to me, and that I waive my right to bring suit as
described above, and covering the period set forth above.

         EMPLOYER'S CERTIFICATION TO WAGE AND HOUR DIVISION OF THE DEPARTMENT OF LABOR:
I hereby certify that I have on this (Date) _____     paid the above-named
employee in full covering lost or denied wages, liquidated damages, or other compensation as stated above. I further certify that I have not and
will not retaliate against the above-named employee for accepting this payment and I have not and will not ask the employee to return all or
part of this payment to me.

Signature _____        Title _____
      (employer or authorized representative)

          PENALTIES INCLUDING FINES OR IMPRISONMENT ARE PRESCRIBED FOR A FALSE STATEMENT
           OR MISREPRESENTATION UNDER U.S. CODE, TITLE 18, SEC. 1001

**U.S. Department of Labor**
**Wage and Hour Division**
**Receipt for Payment of Back Wages, Liquidated Damages,**
**Employment Benefits, or Other Compensation**



Employee: McMillian, Barry

IMPORTANT TAX INFORMATION: The back wages you received are taxable wages subject to employment taxes (federal income tax withholding, social security tax, Medicare tax, and Additional Medicare Tax). The taxes withheld from your back wages are listed on the line labeled "Legal Deductions from Back Wages." You should receive a Form W-2, Wage and Tax Statement, from your employer reporting these amounts. For more information on the tax treatment of settlement proceeds, see IRS Publication 4345, available at www.irs.gov.

---

**Privacy Act Statement**

**Authority** - This information is being collected under the authority of 29 U.S.C. § 211, a provision of The Fair Labor Standards Act, as well as other applicable Act(s) enforced by the Wage and Hour Division.

**Purposes and Uses** - The primary purpose of the information collected is for use in the determination of compliance under the applicable Act(s). This information may be used to provide assistance or facilitate the processing of an investigation.

**Effects and Nondisclosure** - While you are not required to respond, your cooperation is needed for the Wage Hour Division to make a determination of compliance under the applicable Act(s).

**Information Regarding Disclosure of your Social Security Number (SSN) Under Public Law 93-579, Section 7(b)** - Solicitation of SSNs by the Wage and Hour Division is authorized under provisions of the Executive Order 9397, dated November 22, 1943. Your SSN will be used primarily for issuance of potential moneys due to you which are subject to taxable withholdings. Taxable wages or your back wage payment are subject to employment taxes which consist of federal income tax withholding, social security tax, and Medicare tax

PENALTIES INCLUDING FINES OR IMPRISONMENT ARE PRESCRIBED FOR A FALSE STATEMENT
OR MISREPRESENTATION UNDER U.S. CODE, TITLE 18, SEC. 1001

Date:4/3/2024 4:03:12 PM                Case ID:    1988735                Form WH-58 (Rev. April 2017)

Page 2



**U.S. Department of Labor**
Wage and Hour Division
100 West Capitol Street, Suite 725
Jackson, Mississippi 39269
Telephone Number: (601) 965-4347
Fax Number: (601) 965-5408



May 16, 2024

Mr. Barry McMillian
75555 Woodshire Drive
Horn Lake, MS 38637

Subject: **City of Aberdeen Mississippi #1988735**

Dear Mr. McMillian:

You recently contacted the Wage and Hour Division with a complaint that the above-named employer violated your rights under the Family Medical Leave Act (FMLA). The FMLA requires covered employers to comply with all provisions of the Act. We have completed our investigation, but we were unable to get the City of Aberdeen to pay you for the violations found under the FMLA in the amount of $15,132.00. Nor is the City of Aberdeen willing to reinstate your employment. This does not affect your legal right to bring a private action in federal or state court against your employer under Section 107 of the FMLA to obtain reinstatement and/or recovery of lost wages, employment benefits, and monetary losses under FMLA. The Department of Labor does not encourage or discourage such suits. The decision is entirely up to you.

Since you have retained an attorney to further assist you in this matter, there is nothing more we can do to assist you further. You case will be submitted for review and closed today.

Please keep in mind that reinstatement and/or recovery of lost wages is subject to a two-year statute of limitations unless the employer's actions are willful, which extends the statute of limitations an additional year. Generally, this means that obtaining reinstatement and/or recovery of lost wages, employment benefits, and monetary losses under FMLA more than two years before a lawsuit is filed may not be recoverable.

Please feel free to contact this office at 601-965-7392 if you have any questions regarding this letter.

Sincerely,

Audrey L. Hall
District Director

Enclosure: Family and Medical Leave Act

Cc: Edward Houston, Assistant District Director
Valtressia Austin, Wage and Hour Investigator

**Austin, Valtressia B - WHD**

| | |
|---|---|
| **From:** | Austin, Valtressia B - WHD |
| **Sent:** | Wednesday, May 15, 2024 3:42 PM |
| **To:** | Houston, Edward - WHD |
| **Cc:** | Austin, Valtressia B - WHD; Hall, Audrey L - WHD |
| **Subject:** | City of Aberdeen #1988735 |
| **Attachments:** | 20240515151001345.pdf |

05/15/2024

TO: ADD Houston

RE: City of Aberdeen #1988735

Attached is the revised back wage calculation for Mr. McMillian.

*Valtressia B. Austin, Investigator*

**U.S. Department of Labor**
**Wage and Hour Division**
**100 West Capitol Street, Suite 725**
**Jackson, MS 39269**
**Desk / Fax : 601-965-7393**
**Email:** [ (b)(6); (b)(7)(C) ]**@dol.gov**

1

**Wage Transcription and Computation Sheet**

**U.S. DEPARTMENT OF LABOR**
**Wage and Hour Division**



| Establishment/Employer | City of Aberdeen | | | | | | | | Date 5/14/24 | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Employee | Barry McMillian | | | | | | | | Social Security No. | | | | |
| Address | 905 High Extension | | | | | | Aberdeen MS 39730 | | (Zip Code) | | | | |
| Occupation | Meter Reader | | | | | | | | | | | | |

| Year and Workweek Ending | Su | M | Tu | W | Th | F | S | Total | Rate of Pay | Rate × Hrs × wks = hrs due | | | | | Amount Due Employee | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/18/23 | | | | | | | | 40/44 | $13 | | | | | | | | | |
| ↑ | | | | | | | | | | | | | | | | | | |
| | | | 27 weeks | | | | | | | | | | | | | | | |
| | | | worked 40 hours each week. | | | | | | | | | | | | | | | |
| | | | worked every other week - 44 hours | | | | | | | | | | | | | | | |
| 5/11/24 ↓ | | | | | | | | | | | | | | | | | | |
| | | | Calculation: | | | | | | | | | | | | | | | |
| | | | 13 weeks × $13.00 × 40 hours | | | | | | = | | | | | 6 | 7 | 6 | 0 | 00 |
| | | | 14 weeks × $13.00 × 44 hours | | | | | | = | | | | | 8 | 0 | 0 | 8 | 00 |
| | | | $13.00 × .5 (additional half-time × 4 hours × 14 weeks = | | | | | | | | | | | 3 | 6 | 4 | | 00 |
| | | | | | | | | | | | | | | 1 | 5 | 1 | 3 | 2 | 00 |

Investigator _Val Austin_

$15,132.00

Form WH-55
Rev. Aug.1996
A-