**NORTH MISSISSIPPI**
HEALTH SERVICES

NMMC GENERAL SURGERY - TUPELO
499 GLOSTER CREEK
SUITE S2
TUPELO MS 38801-4600
662-377-6470
Dept Fax: 662-377-6475

February 16, 2026

Patien **Barry McMillian**
t:
Date **10/26/1976**
of
Birth:

To Whom it May Concern:

After careful review of Mr. McMillian's records, there is no indication that FMLA paperwork was completed from January, 2023 to present.

If you have any further questions or concerns, please don't hesitate to call.

Julia Cason, MA

Exhibit EE

## NORTH MISSISSIPPI MEDICAL CENTER
### Short Stay Surgery Unit
### Postoperative Discharge Instructions

MCMILLIAN, BARRY L
10-26-1976   2 M   46y   MTRAN
16017153            003021409
9/21/2023           Pinson, Terry
MSUR2               MTRAN

22

### YOU ARE URGED TO FOLLOW CAREFULLY THE FOLLOWING INSTRUCTIONS:

☑ Make an appointment to see your physician in / on:

10/4 at 10:30 am

☑ Observe the operative areas for signs of excessive bleeding. (Slow, general oozing that saturates the dressing completely or frank bright red bleeding.) In either case, apply pressure to the area, elevate it if possible and contact your physician at once!

☐ Observe the affected extremity for circulation or nerve impairment:

change in color          coldness
numbness or tingling     increased pain

☑ Observe the operative areas for signs of infection:
increased pain          swelling
redness  Temp > 101     foul odor

☑ These signs and symptoms usually become apparent in 36 to 48 hours. If present, contact your physician.

☐ Keep the operative areas clean and dry. Do not remove the dressing unless instructed to do so by your physician.

☐ Keep the operative site elevated for the next 12 to 24 hours.

☐ Apply ice to the operative site as directed.

☐ Avoid stress to the suture line such as pulling, pushing, lifting, bending, stooping, straining, etc.

Rx: _____

### REGARDING ANESTHESIA:

If you had general anesthesia or local anesthesia with sedation, please pay particular attention to the following instructions:

1. Do not drink alcoholic beverages including beer for 24 hours.

2. Do not drive a motor vehicle, operate machinery or power tools for 24 hours.

3. Do not make any important decisions or sign important papers for 24 hours.

4. You may experience light-headedness, dizziness and sleepiness following surgery. Please **DO NOT STAY ALONE**. A responsible adult should be with you for this 24-hour period.

5. Rest at home with moderate activity as tolerated for 24 hours following general anesthesia.

6. Progress slowly to a regular diet unless your physician has instructed you otherwise.

7. Certain anesthetics and pain medications may produce nausea and vomiting in certain individuals. If nausea becomes a problem at home, call your physician. In the meantime, rest or sleep on your side to avoid accidentally inhaling material that you may vomit.

Written info given
Office # 377-6470

- **Continue taking medications which you were taking prior to surgery.**

- **For any questions or problems, contact (662) 377-3000 to page your physician.**

- **If you should experience difficulty in breathing, bleeding that you feel is excessive, persistent nausea or vomiting, any pain that is unusual, swelling or fever over 101° F, please call your physician. If you find that you cannot contact your physician but feel that your signs and symptoms warrant a physician's attention, go to an Emergency Room which is closest to you.**

Other Instructions  May shower tomorrow. Avoid any greasy, spicy, + fried foods. Follow all instructions given by DR. Pinson

I hereby accept, understand and can verbalize these instructions:

Witness _____    Patient or Guardian _____

Date 9/21/23 @    Relationship to Patient _____

Form #30-20-027060 (01/12/10)

ROI - Complete [illegible] Pt Name:
MCMILLIAN, BARRY

# NORTH MISSISSIPPI MEDICAL CENTER
## Tupelo, Mississippi
### History and Physical

MCMILLIAN, BARRY L
10-26-1976   2 M   46y   MTRAN
16017153           003021409
9/21/2023          Pinson, Terry
PAT  MSUR2 [illegible]   MTRAN

Patient Name _____

Physician _____  Procedure Date _____  Time _____

Chief Complaint _____

Diagnosis _____

Procedure _____

Present Illness / Indication for Procedure _____

Type of Anesthesia _____  LMD _____

## PAST HISTORY:

Medications: ❑ None _____

Medication Reactions: ❑ None _____
Allergies: ❑ None _____
Surgeries: ❑ None _____
Hospitalizations: ❑ None _____

## SOCIAL HISTORY:

Tobacco: ❑ None
Alcohol / Chemical: ❑ None _____
Occupation: _____

## FAMILY HISTORY: _____

## MEDICAL HISTORY: ❑ None

| GENERAL | REVIEW OF SYSTEMS |
|---|---|
| Hypertension | HEENT |
| Hepatitis | Cardiovascular |
| MI, CHF, Angina | Respiratory |
| Diabetes | GI |
| Bleeding | GU |
| Asthma, Lung Trouble | Musculoskeletal |
| Kidney Trouble | Neurological |
| Other | CA |

## VITAL SIGNS: B/P: _____ / _____  Pulse _____  Temperature _____

| PHYSICAL EXAM | |
|---|---|
| General: ❑ Normal | Extremities: ❑ Normal |
| HEENT: ❑ Normal | Neurological: ❑ Normal |
| Neck: ❑ Normal | Rectal: ❑ Normal |
| Chest: ❑ Normal | Skin & Lymphatics: ❑ Normal |
| Heart: ❑ Normal | Description of Operative Site: ❑ Normal |
| Abdomen: ❑ Normal | Mental Status: ❑ Normal |
| Pelvic: ❑ Normal | |

Physician Signature _____  Date _09/21/23_ 11:04

orm #30-20-019727 (02/20/09)

| NMMC-Tupelo |
| :---: |
| 830 S. Gloster, Tupelo, Mississippi, USA 38801 |
| Lab Results - Pathology Result - Copath |

| **MCMILLIAN, BARRY L** | | | | Location | MPAU-2322P |
| :--- | :--- | :--- | :--- | :--- | :--- |
| **MRN** | 003021409 | Gender | Male | Visit Type | OPI |
| **Visit #** | 16017153 | DOB | 10/26/1976 | Admit | 9/21/2023 |
| **Attending** | Pinson, Terry | Age | 46y | Discharge | 9/21/2023 |

Final Diagnosis:

GALLBLADDER, RESECTION:

   -CHRONIC CHOLECYSTITIS

***Electronically Signed Out By BELOUSOVA, TATIANA MD*** (9/22/2023
10:10)

CC:
1: 88304

---

**NMMC-Tupelo**
**830 S. Gloster, Tupelo, Mississippi, USA 38801**
**Lab Results - Pathology Result - Copath**

| **MCMILLIAN, BARRY L** | | | | **Location** | MPAU-2322P |
|---|---|---|---|---|---|
| **MRN** | 003021409 | **Gender** | Male | **Visit Type** | OPI |
| **Visit #** | 16017153 | **DOB** | 10/26/1976 | **Admit** | 9/21/2023 |
| **Attending** | Pinson, Terry | **Age** | 46y | **Discharge** | 9/21/2023 |

## Cytology + Pathology

**.Tissue Exam..- CoPath**                                              **1 or more Final Results Received**
  **Ordered: 09/21/2023 12:59**       **Collected: 09/21/2023 12:59**       **Resulted: 09/22/2023 10:11**
  Requested By: Pinson, Terry (MD)

**.Tissue Exam..- CoPath**
  (NOTE)
  .                       DEPARTMENT OF PATHOLOGY
                       NORTH MISSISSIPPI MEDICAL CENTER
                       830 SOUTH GLOSTER, TUPELO, MS 38801


  Surg Path No.   S23-12486
  Patient Name:   MCMILLIAN, BARRY L.
  Hosp No:        003021409
  Gender / DOB:   M / 10/26/1976 (Age: 46)
  Soc. Sec. No:   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
  Location/Room:  M-DROP /
  Collected:      9/21/2023
  Received:       9/21/2023
  Reported:       9/22/2023 10:10
  Fin Class/No:   030 / 16017153
  Physician(s):
  PINSON, TERRY MD


  Federal law requires test results to be immediately sent to your
  patient portal account.However, your Provider may have not had the
  chance to review the test result; therefore, please allow time for your
  Provider to review those results. The Provider or staff will contact
  you, if necessary, to discuss the next steps. If you have concerns
  about your results, please contact your Providers office.

  Specimen:
  GALLBLADDER, RESECTION

  Clinical:

  RUQ PAIN

  Gross Description:

  Received in formalin, labeled with the patient's name, date of birth,
  and "gallbladder" is a 7.8 x 3.8 x 3.1 cm cholecystectomy specimen with
  a 0.2 cm patent and surgically ligated margin at the cystic duct.
  Serosa is pink-gray, relatively smooth. Adventitial surface is intact,
  unremarkable. Wall thickness is up to 0.2 cm, and the mucosal surface
  is dark amber without mass/lesion grossly identified. Lumen contains
  dark yellow bile without calculi grossly identified. Representative
  sections, including the margin at the cystic duct, are submitted in
  cassette A.

  LWA/lds
  09/21/2023

---

**NMMC-Tupelo**
**830 S. Gloster, Tupelo, Mississippi, USA 38801**
**Lab Result Summary - SCM**

| **MCMILLIAN, BARRY L** | | | | **Location** | MPAU-2322P |
|---|---|---|---|---|---|
| **MRN** | 003021409 | **Gender** | Male | **Visit Type** | OPI |
| **Visit #** | 16017153 | **DOB** | 10/26/1976 | **Admit** | 9/21/2023 |
| **Attending** | Pinson, Terry | **Age** | 46y | **Discharge** | 9/21/2023 |

---

### Point of Care Testing

**.Glucose Bedside (Nursing Performed)**      1 or more Final Results Received
   **Ordered: 09/21/2023 09:26**      **Collected: 09/21/2023 09:26**      **Resulted: 09/21/2023 09:38**
   Requested By: Pinson, Terry (MD)

Reference Range

| | | | | |
|---|---|---|---|---|
| Reported Date Time | 09/21/2023 09:37 | | | Final |
| Collected Date Time | 09/21/2023 09:26 | | | Final |
| Glucose, Bedside | 173 | H | [70-110 MG/DL] | Final |
| Meter Number. | S/N:<br>UU14428455 | | | Final |
| Comments, Chem.. | | | | Final |

PERFORMED AT NORTH MS MEDICAL CENTER, 830
SOUTH GLOSTER STREET, TUPELO, MS 38801. (PH:662-
377-3066)(FX:377-3337)
.PERFORMED AT NORTH MS MEDICAL CENTER, 830
SOUTH GLOSTER STREET, TUPELO MS 38801
(PH:662.377.3066) (FX:662.377.3337)

---

Result Indicator: LL = Very abnormally low,    AA = Very abnormal,    A = Abnormal,    H = High,
         HH = Very abnormally high,    L = Abnormally low,    U = Unknown,    N = NA

Terry W. Pinson, MD

MOP/3920588/OP

DD:  09/21/2023 11:57:38 AM DT:  09/21/2023 10:43:44 PM

===================== END OF DOCUMENT / CHANGE LOG FOLLOWS =====================

| Last Edited By | Elec. Signed By |
| --- | --- |
| Terry Pinson,MD #00164 | Terry Pinson,MD #00164 |
| on 09/28/2023 12:57 CT | on 09/28/2023 12:57 CT |
| Revision Number - 2 | |

Case: 1:24-cv-00199-GHD-RP Doc #: 114-31 Filed: 06/05/26 8 of 27 PageID #: 1092

abdomen was prepped and draped in usual sterile fashion. Then, 12 cm below the xiphoid process and 3 cm from the midline in the right upper quadrant, a 5 mm incision was made in the skin. The Optiview port was then used to enter the peritoneal cavity under video direction. Pneumoperitoneum was created. Under video direction, two 5 mm trocars and one 11 mm trocar were placed in their usual positions in the right upper quadrant. The gallbladder was markedly distended. It was grasped and retracted cephalad. Multiple omental adhesions were then taken down from the base of the gallbladder. The cystic duct-infundibular junction categorically identified. The cystic duct was interrupted proximally and distally with metal clips and transected. The cystic artery was meticulously dissected free from surrounding tissues, interrupted proximally and distally with metal clips and transected. The gallbladder was removed from peritoneal attachments of the liver bed using harmonic scalpel. After complete removal of the gallbladder from the liver bed, the area was meticulously inspected and all appeared nice and hemostatic. Clips looked excellent on the cystic duct and cystic artery. Gallbladder was placed in a specimen bag and removed through the 10 mm trocar site under direct video direction. The gallbladder was sent to Pathology for further evaluation. The trocars were reintroduced and pneumoperitoneum recreated. The entire area of dissection was meticulously inspected and all appeared nice and hemostatic. Clips looked excellent on the cystic duct and cystic artery. Pneumoperitoneum was then evacuated with suction filter device. The 10 mm fascial defect was then repaired using 0 Vicryl in interrupted fashion. The skin edge of each wound was closed with 4-0 Vicryl in interrupted subcuticular fashion. Dermabond was placed on each of the wounds. The patient tolerated the procedure well. Sponge and needle counts were all correct. Estimated blood loss less than 10 mL.

Signed electronically

Date of Service: 09/21/2023

OPERATIVE NOTES

DATE OF PROCEDURE: 09/21/2023

PREOPERATIVE DIAGNOSIS(ES):

1.    Chronic cholecystitis.

2.    Biliary dyskinesia.

POSTOPERATIVE DIAGNOSIS(ES):

1.    Chronic cholecystitis.

2.    Biliary dyskinesia.

PROCEDURE(S):  Laparoscopic cholecystectomy.

SURGEON:  Terry W. Pinson, MD

ASSISTANT:  Dr. Lewis.

ANESTHESIA:  General endotracheal anesthesia.

ESTIMATED BLOOD LOSS:  Less than 10 mL.

COMPLICATIONS:  None.

SPECIMEN(S):  Gallbladder.

FINDINGS:  Distended gallbladder.  Normal cystic duct and cystic
artery.

DEVICE(S)/IMPLANT(S):  None.

INDICATIONS:  Mr. Barry McMillian is a 46-year-old male who has had

recurrent right upper quadrant pain radiating to his back.  He has

undergone extensive outpatient evaluation and now presents for

laparoscopic cholecystectomy.  The benefits, risks, and options of

the procedure have been discussed in detail with the patient.  He
understood and requested the procedure.

DESCRIPTION OF PROCEDURE:  On September 21, 2023, he was admitted to

the ambulatory surgery unit and taken to the operating room and
placed in the supine position on the operating table.  After

satisfactory general endotracheal anesthesia, the patient's entire

NMHS Tupelo Hospital
830 South Gloster Street
Tupelo MS 38801-4934

McMillian, Barry
MRN: 003021409, DOB: 10/26/1976, Legal Sex: M
Visit date: 9/17/2025

## 09/17/2025 - Office Visit in Nmmc General Surgery - Tupelo

### Clinical Notes

#### Progress Notes

**Pinson, Terry Wesley, MD at 9/17/2025 1030**

## Subjective

### Chief Complaint

Patient presents with

- follow up abnormal labs

Barry L McMillian is a 48 y.o. male who returns to clinic today for follow up abnormal labs
His hemoglobin A1c is 8.9. As you talk about his diabetes the majority of his symptomatology is related to metformin and then Ozempic. He had delayed gastric emptying causing a lot of bloating and abdominal pain after the Ozempic. The metformin caused a lot of abdominal pain and diarrhea. He currently has not been taking his diabetic medication on a regular basis. I would really like for him to meet with a diabetic specialist. He did have a lot of complications related to diabetes yet and is a very viable dividual. He is very concerned about his overall health and I think he would do very well with appropriate therapy.
HPI

## Objective

Vitals:

| | 09/17/25 1050 |
|---|---|
| BP: | (!) 141/95 |
| Pulse: | 96 |
| Weight: | 185 lb (83.9 kg) |
| Height: | 5' 8" (1.727 m) |

Body mass index is 28.13 kg/m².

## Physical Exam

Constitutional:
  Appearance: He is well-developed.
Eyes:
  Pupils: Pupils are equal, round, and reactive to light.
Cardiovascular:
  Rate and Rhythm: Normal rate and regular rhythm.
Pulmonary:
  Effort: Pulmonary effort is normal.
Abdominal:
  Palpations: Abdomen is soft.
Musculoskeletal:
  General: Normal range of motion.
  Cervical back: Normal range of motion and neck supple.
Skin:
  General: Skin is warm and dry.
  Capillary Refill: Capillary refill takes less than 2 seconds.
Neurological:

NMMC Tupelo Hospital
830 South Gloster Street
Tupelo MS 38801-4934

McWilliams, Barry
MRN: 003021409, DOB: 10/26/1976, Legal Sex: M
Visit date: 9/17/2025

## 09/17/2025 - Office Visit in Nmmc General Surgery - Tupelo (continued)

### Clinical Notes (continued)

Mental Status: He is alert and oriented to person, place, and time.

Psychiatric:

Behavior: Behavior normal.

Thought Content: Thought content normal.

Judgment: Judgment normal.

### Assessment/Plan

48-year-old male with longstanding type 2 diabetes now with a hemoglobin A1c of 8.9, will make an appoint with Dr. Gan Lim for management of his diabetes

Electronically signed by Pinson, Terry Wesley, MD at 9/17/2025 12:01 PM

## 08/27/2025 - Orders Only in Nmmc General Surgery - Tupelo

### Labs

#### Hemoglobin A1C (Discontinued)

Electronically signed by: **Pinson, Terry Wesley, MD on 08/27/25 1055**     Status: **Discontinued**

Mode: Ordering in Verbal with readback mode

Ordering user: McCoy, Makeba, CLPN 08/27/25 1049

Authorized by: Pinson, Terry Wesley, MD

Frequency: Routine  08/27/25 -

Quantity: 1

Communicated by: McCoy, Makeba, CLPN

Ordering provider: Pinson, Terry Wesley, MD

Ordering mode: Verbal with readback

Class: Clinic Collect

Discontinued by: McCoy, Makeba, CLPN 08/27/25 1116 [Entered in Error]

Diagnoses

Esophageal dysphagia [R13.19]

Gastroesophageal reflux disease, unspecified whether esophagitis present [K21.9]

History of Nissen fundoplication [Z98.890]

Surgical followup [Z09]

##### Specimen Information

| ID | Type | Source | Collected By |
|---|---|---|---|
| — | Blood | — | — |

#### Comprehensive Metabolic Panel (Discontinued)

Electronically signed by: **Pinson, Terry Wesley, MD on 08/27/25 1055**     Status: **Discontinued**

Mode: Ordering in Verbal with readback mode

Ordering user: McCoy, Makeba, CLPN 08/27/25 1049

Authorized by: Pinson, Terry Wesley, MD

Frequency: Routine  08/27/25 -

Quantity: 1

Communicated by: McCoy, Makeba, CLPN

Ordering provider: Pinson, Terry Wesley, MD

Ordering mode: Verbal with readback

Class: Clinic Collect

Discontinued by: McCoy, Makeba, CLPN 08/27/25 1116 [Entered in Error]

Diagnoses

Esophageal dysphagia [R13.19]

Gastroesophageal reflux disease, unspecified whether esophagitis present [K21.9]

History of Nissen fundoplication [Z98.890]

Surgical followup [Z09]

NMHS Tupelo Hospital
830 South Gloster Street
Tupelo MS 38801-4934

McMillian, Barry
MRN: 003021409, DOB: 10/26/1976, Legal Sex: M
Visit date: 8/27/2025

**08/27/2025 - Orders Only in Nmmc General Surgery - Tupelo (continued)**

**Labs (continued)**

**Specimen Information**

| ID | Type | Source | Collected By |
|----|------|--------|--------------|
| — | Blood | — | — |

**08/27/2025 - Office Visit in Nmmc General Surgery - Tupelo**

**Clinical Notes**

**Progress Notes**

**Pinson, Terry Wesley, MD at 8/27/2025 1030**

**Subjective**
Chief Complaint
Patient presents with

- follow up dysphagia

Barry L McMillian is a 48 y.o. male who returns to clinic today for follow up dysphagia
As we discussed with him all of his symptomatology became evident that he has been taking Ozempic for quite some time for diabetes. Before this it was metformin. He describes a lot of bloating. He also describes more diarrhea after he eats.
HPI

**Objective**
Vitals:

|  | 08/27/25 1032 |
|--|--|
| BP: | (!) 130/90 |
| Pulse: | 93 |
| Weight: | 179 lb (81.2 kg) |
| Height: | 5' 8" (1.727 m) |

Body mass index is 27.22 kg/m².

**Physical Exam**
Constitutional:
  Appearance: He is well-developed.
Eyes:
  Pupils: Pupils are equal, round, and reactive to light.
Cardiovascular:
  Rate and Rhythm: Normal rate and regular rhythm.
Pulmonary:
  Effort: Pulmonary effort is normal.
Abdominal:
  Palpations: Abdomen is soft.
Musculoskeletal:
  General: Normal range of motion.
  Cervical back: Normal range of motion and neck supple.

NMHS Tupelo Hospital
830 South Gloster Street
Tupelo MS 38801-4934

McMillian, Barry
MRN: 003021409, DOB: 10/26/1976, Legal Sex: M
Visit date: 8/27/2025

## 08/27/2025 - Office Visit in Nmmc General Surgery - Tupelo (continued)

**Clinical Notes (continued)**

Skin:
  General: Skin is warm and dry.
  Capillary Refill: Capillary refill takes less than 2 seconds.
Neurological:
  Mental Status: He is alert and oriented to person, place, and time.
Psychiatric:
  Behavior: Behavior normal.
  Thought Content: Thought content normal.
  Judgment: Judgment normal.

**Assessment/Plan**

48-year-old male who has had persistent dysphagia abdominal bloating now diarrhea after an antireflux procedure toupet type. Will stop all GLP-1's and metformin. We will check a hemoglobin A1c today. I will see him back after his labs are available

Electronically signed by Pinson, Terry Wesley, MD at 8/27/2025 2:47 PM

## 07/30/2025 - Office Visit in Nmmc General Surgery - Tupelo

**Clinical Notes**

> **Progress Notes**
>
> **Pinson, Terry Wesley, MD at 7/30/2025 1015**

**Subjective**

**Chief Complaint**

Patient presents with

- follow up

Barry L McMillian is a 48 y.o. male who returns to clinic today for follow up dysphagia. He states he still has a lot of dysphagia. He states he is lost a lot of weight. He is maintaining his weight at 185 pounds. His BMI is 29. He describes pain as he initiates a swallow. His workup revealed a DeMeester score that was 5. Medicines do not help his dysphagia at all.

**HPI**

**Objective**

Vitals:

07/30/25 1053

NMHS Tupelo Hospital
830 South Gloster Street
Tupelo MS 38801-4934

McMillian, Barry
MRN: 003021409, DOB: 10/26/1976, Legal Sex: M
Visit date: 7/30/2025

## 07/30/2025 - Office Visit in Nmmc General Surgery - Tupelo (continued)

**Clinical Notes (continued)**

BP:       131/88
Pulse:    90
Temp:     97.3 °F (36.3 °C)
Weight:   185 lb (83.9 kg)
Height:   5' 7" (1.702 m)
Body mass index is 28.98 kg/m².

## Physical Exam

Constitutional:
  Appearance: He is well-developed.
Eyes:
  Pupils: Pupils are equal, round, and reactive to light.
Cardiovascular:
  Rate and Rhythm: Normal rate and regular rhythm.
Pulmonary:
  Effort: Pulmonary effort is normal.
Abdominal:
  Palpations: Abdomen is soft.
Musculoskeletal:
  General: Normal range of motion.
  Cervical back: Normal range of motion and neck supple.
Skin:
  General: Skin is warm and dry.
  Capillary Refill: Capillary refill takes less than 2 seconds.
Neurological:
  Mental Status: He is alert and oriented to person, place, and time.
Psychiatric:
  Behavior: Behavior normal.
  Thought Content: Thought content normal.
  Judgment: Judgment normal.

## Assessment/Plan

48-year-old male with persistent dysphagia after laparoscopic toupet.  We will treat him with Diflucan for 2 weeks and also some Questran as he is having a lot of diarrhea.  He has undergone a previous cholecystectomy.

Electronically signed by Pinson, Terry Wesley, MD at 7/30/2025  2:46 PM

## 06/30/2025 - Office Visit in Nmmc General Surgery - Tupelo

NMHS Tupelo Hospital
830 South Gloster Street
Tupelo MS 38801-4934

McMillian, Barry
MRN: 003021409, DOB: 10/26/1976, Legal Sex: M
Visit date: 6/30/2025

## 06/30/2025 - Office Visit in Nmmc General Surgery - Tupelo (continued)

### Clinical Notes

#### Progress Notes

Pinson, Terry Wesley, MD at 6/30/2025 1515

### Subjective

**Chief Complaint**

Patient presents with

- follow up dysphagia

Barry L McMillian is a 48 y.o. male who returns to clinic today for follow up dysphagia
He describes persistent dysphagia and burning.  He describes some abdominal bloating and cramping.  His workup has been unremarkable.  His barium swallow looked outstanding with no evidence of reflux and the contrast easily passing through the wrap.  The wrap is well intact.  Esophageal motility studies were normal.  pH studies were normal with a DeMeester score of 3.2.
HPI

### Objective

Vitals:

|  | 06/30/25 1604 |
|---|---|
| BP: | 120/83 |
| Pulse: | (!) 111 |
| Weight: | 190 lb (86.2 kg) |
| Height: | 5' 10" (1.778 m) |

Body mass index is 27.26 kg/m².

### Physical Exam

Constitutional:
   Appearance: He is well-developed.
Eyes:
   Pupils: Pupils are equal, round, and reactive to light.
Cardiovascular:
   Rate and Rhythm: Normal rate and regular rhythm.
Pulmonary:
   Effort: Pulmonary effort is normal.
Abdominal:
   Palpations: Abdomen is soft.
Musculoskeletal:
   General: Normal range of motion.
   Cervical back: Normal range of motion and neck supple.
Skin:
   General: Skin is warm and dry.
   Capillary Refill: Capillary refill takes less than 2 seconds.
Neurological:
   Mental Status: He is alert and oriented to person, place, and time.
Psychiatric:

NMHS Tupelo Hospital
830 South Gloster Street
Tupelo MS 38801-4934

McMillian, Barry
MRN: 003021409, DOB: 10/26/1976, Legal Sex: M
Visit date: 6/30/2025

## 06/30/2025 - Office Visit in Nmmc General Surgery - Tupelo (continued)

**Clinical Notes (continued)**

Behavior: Behavior normal.
Thought Content: Thought content normal.
Judgment: Judgment normal.

**Assessment/Plan**

48-year-old male with persistent vague symptomatology suggesting we may take his wrap down. With his workup being unremarkable I feel we should get a second opinion over UAB. Will make an appointment UAB to be considered for laparoscopic toupet takedown.

Electronically signed by Pinson, Terry Wesley, MD at 6/30/2025 5:25 PM

**Deaton, Karla, MA at 6/30/2025 1515**

## Subjective
**Chief Complaint**
Patient presents with
- follow up dysphagia

Barry L McMillian is a 48 y.o. male who returns to clinic today for follow up dysphagia

## HPI

## Objective
Vitals:

|  | 06/30/25 1604 |
|---|---|
| BP: | 120/83 |
| Pulse: | (!) 111 |
| Weight: | 190 lb (86.2 kg) |
| Height: | 5' 10" (1.778 m) |

Body mass index is 27.26 kg/m².

## Physical Exam

## Assessment/Plan
Assessment/Plan

NMHS Tupelo Hospital
830 South Gloster Street
Tupelo MS 38801-4934

McMillian, Barry
MRN: 003021409, DOB: 10/26/1976, Legal Sex: M
Visit date: 6/30/2025

## 06/30/2025 - Office Visit in Nmmc General Surgery - Tupelo (continued)

**Clinical Notes (continued)**

Electronically signed by Deaton, Karla, MA at 6/30/2025  5:25 PM

## 05/21/2025 - Office Visit in Nmmc General Surgery - Tupelo

**Clinical Notes**

### Progress Notes

Pinson, Terry Wesley, MD at 5/21/2025 0945

Subjective
Chief Complaint
Patient presents with

- follow up to discuss nissen takedown

Barry L McMillian is a 48 y.o. male who returns to clinic today for persistent dysphagia and possibly takedown his laparoscopic toupet.  He describes worsening dysphagia.  He states his weight has been stable but he does have trouble eating what he would really like to eat.  He has tried medications without any kind of resolution.  His upper endoscopy was unremarkable other than antireflux procedure was intact.  No other abnormalities were demonstrated. HPI

**Review of Systems**
Constitutional: Negative.
HENT: Negative.
Eyes: Negative.
Respiratory: Negative.
Cardiovascular: Negative.
Gastrointestinal:  Positive for nausea and dysphagia with solids.
Musculoskeletal: Negative.
Neurological: Negative.
Psychiatric/Behavioral: Negative.
Endocrine: Negative.
Hematological: Negative.
**Objective**
Vitals:

|  | 05/21/25 1011 |
|---|---|
| BP: | (!) 136/91 |
| Pulse: | 87 |
| Weight: | 189 lb (85.7 kg) |
| Height: | 5' 8" (1.727 m) |

Body mass index is 28.74 kg/m$^2$.

**Physical Exam**

NMHS Tupelo Hospital
830 South Gloster Street
Tupelo MS 38801-4934

McMillian, Barry
MRN: 003021409, DOB: 10/26/1976, Legal Sex: M
Visit date: 5/21/2025

**05/21/2025 - Office Visit in Nmmc General Surgery - Tupelo (continued)**

**Clinical Notes (continued)**

Constitutional:
  Appearance: He is well-developed.
Eyes:
  Pupils: Pupils are equal, round, and reactive to light.
Cardiovascular:
  Rate and Rhythm: Normal rate and regular rhythm.
Pulmonary:
  Effort: Pulmonary effort is normal.
Abdominal:
  Palpations: Abdomen is soft.
Musculoskeletal:
  General: Normal range of motion.
  Cervical back: Normal range of motion and neck supple.
Skin:
  General: Skin is warm and dry.
  Capillary Refill: Capillary refill takes less than 2 seconds.
Neurological:
  Mental Status: He is alert and oriented to person, place, and time.
Psychiatric:
  Behavior: Behavior normal.
  Thought Content: Thought content normal.
  Judgment: Judgment normal.


**Assessment/Plan**

48-year-old male with worsening dysphagia with chest pain associated with a dysphagia when he eats with a normal upper endoscopy after laparoscopic toupet, we will obtain esophageal motility studies Bravo probe and a barium swallow. Return to clinic after the studies are completed.


Electronically signed by Pinson, Terry Wesley, MD at 5/21/2025  2:46 PM


**Imaging**

**Endoscopy**

**Esophageal manometry w impedence (Completed)**

Electronically signed by: **Cason, Julia, MA on 05/21/25 1048**                              Status: **Completed**
Ordering user: Cason, Julia, MA 05/21/25 1048              Ordering provider: Pinson, Terry Wesley, MD
Authorized by: Pinson, Terry Wesley, MD                    Ordering mode: Per protocol: no cosign required
Frequency: Routine  05/21/25 -                             Class: Ancillary Performed
Quantity: 1
Diagnoses
Gastroesophageal reflux disease, unspecified whether esophagitis present [K21.9]

NMMC Tupelo Hospital
830 South Gloster Street
Tupelo MS 38801-4934

McMillian, Barry
MRN: 003021409, DOB: 10/26/1976, Legal Sex: M
Visit date: 5/21/2025

## 05/21/2025 - Office Visit in Nmmc General Surgery - Tupelo (continued)

### Imaging (continued)

#### 96 Hr Bravo pH Monitor (Completed)

Electronically signed by: **Cason, Julia, MA on 05/21/25 1048**　　Status: **Completed**
Ordering user: Cason, Julia, MA 05/21/25 1048　　　　Ordering provider: Pinson, Terry Wesley, MD
Authorized by: Pinson, Terry Wesley, MD　　　　　　　Ordering mode: Per protocol: no cosign required
Frequency: Routine 05/21/25 -　　　　　　　　　　　Class: Ancillary Performed
Quantity: 1
Diagnoses
Gastroesophageal reflux disease, unspecified whether esophagitis present [K21.9]

### Imaging

#### FL Barium Swallow w UGI (Completed)

Electronically signed by: **Cason, Julia, MA on 05/21/25 1032**　　Status: **Completed**
Ordering user: Cason, Julia, MA 05/21/25 1032　　　　Ordering provider: Pinson, Terry Wesley, MD
Authorized by: Pinson, Terry Wesley, MD　　　　　　　Ordering mode: Per protocol: no cosign required
Frequency: Routine 05/21/25 -　　　　　　　　　　　Class: Ancillary Performed
Quantity: 1
Diagnoses
Gastroesophageal reflux disease, unspecified whether esophagitis present [K21.9]

#### Questionnaire

| Question | Answer |
| --- | --- |
| Current height | 5' 8" (1.727 m) |
| Current weight | 189 lb (85.7 kg) |

## 04/23/2025 - Office Visit in Surgery Clinic Of Tupelo

### Clinical Notes

#### Progress Notes

**Pinson, Terry Wesley, MD at 4/23/2025 1030**

**Subjective**

**Chief Complaint**

Patient presents with

- follow up recurrent GERD

Barry L McMillian is a 48 y.o. male who returns to clinic today for follow up recurrent GERD
His upper endoscopy was unremarkable. He describes diarrhea as well. He states he feels a fullness and then has
diarrhea frequently. He has undergone a cholecystectomy in the past.

EGD revealed
Impression:
- Normal examined duodenum.
- Normal stomach.
 - Esophagogastric landmarks identified.
 - Nissen fundoplication was found.
 - No specimens collected.

HPI

NMHS Tupelo Hospital
830 South Gloster Street
Tupelo MS 38801-4934

McMillian, Barry
MRN: 003021409, DOB: 10/26/1976, Legal Sex: M
Visit date: 4/23/2025

**04/23/2025 - Office Visit in Surgery Clinic Of Tupelo (continued)**

**Clinical Notes (continued)**

## Objective

Vitals:

| | 04/23/25 1058 |
|---|---|
| BP: | (!) 144/96 |
| Pulse: | 87 |
| Weight: | 186 lb (84.4 kg) |
| Height: | 5' 9" (1.753 m) |

Body mass index is 27.47 kg/m².

## Physical Exam

Constitutional:
  Appearance: He is well-developed.
Eyes:
  Pupils: Pupils are equal, round, and reactive to light.
Cardiovascular:
  Rate and Rhythm: Normal rate and regular rhythm.
Pulmonary:
  Effort: Pulmonary effort is normal.
Abdominal:
  Palpations: Abdomen is soft.
Musculoskeletal:
  General: Normal range of motion.
  Cervical back: Normal range of motion and neck supple.
Skin:
  General: Skin is warm and dry.
  Capillary Refill: Capillary refill takes less than 2 seconds.
Neurological:
  Mental Status: He is alert and oriented to person, place, and time.
Psychiatric:
  Behavior: Behavior normal.
  Thought Content: Thought content normal.
  Judgment: Judgment normal.

## Assessment/Plan

48-year-old male with recurrent abdominal pain and diarrhea, we will try Questran and also some Carafate return to clinic in 6 weeks

Electronically signed by Pinson, Terry Wesley, MD at 4/23/2025  2:20 PM

NMHS Tupelo Hospital
830 South Gloster Street
Tupelo MS 38801-4934

McMillian, Barry
MRN: 003021409, DOB: 10/26/1976, Legal Sex: M
Visit date: 4/23/2025

**04/23/2025 - Office Visit in Surgery Clinic Of Tupelo (continued)**

Clinical Notes (continued)

## 04/09/2025 - Office Visit in Surgery Clinic Of Tupelo

**Clinical Notes**

**Progress Notes**

Pinson, Terry Wesley, MD at 4/9/2025 1045

Subjective

Chief Complaint

Patient presents with

- recurrent GERD

Barry L McMillian is a 48 y.o. male who returns to clinic today for recurrent GERD
Pt had robotic lap toupet 1-31-23. He describes some episodes of dysphagia. He states he is actually lost weight overall. His weight today is 8 pounds from his weight when he originally presented in 2023.

HPI

**Review of Systems**
Constitutional: Negative.
HENT: Negative.
Eyes: Negative.
Respiratory: Negative.
Cardiovascular: Negative.
Gastrointestinal: Positive for abdominal distention, abdominal pain and heartburn.
Musculoskeletal: Negative.
Neurological: Negative.
Psychiatric/Behavioral: Negative.
Endocrine: Negative.
Hematological: Negative.

**Objective**

Vitals:

04/09/25 0953

BP:         126/88
Pulse:      89
Weight:     190 lb (86.2 kg)
Height:     5' 8" (1.727 m)
Body mass index is 28.89 kg/m².

**Physical Exam**
Constitutional:
    Appearance: He is well-developed.
Eyes:
    Pupils: Pupils are equal, round, and reactive to light.
Cardiovascular:

NMHS Tupelo Hospital
830 South Gloster Street
Tupelo MS 38801-4934

McMillian, Barry
MRN: 003021409, DOB: 10/26/1976, Legal Sex: M
Visit date: 4/9/2025

### 04/09/2025 - Office Visit in Surgery Clinic Of Tupelo (continued)

**Clinical Notes (continued)**

Rate and Rhythm: Normal rate and regular rhythm.

Pulmonary:
 Effort: Pulmonary effort is normal.

Abdominal:
 Palpations: Abdomen is soft.

Musculoskeletal:
 General: Normal range of motion.
 Cervical back: Normal range of motion and neck supple.

Skin:
 General: Skin is warm and dry.
 Capillary Refill: Capillary refill takes less than 2 seconds.

Neurological:
 Mental Status: He is alert and oriented to person, place, and time.

Psychiatric:
 Behavior: Behavior normal.
 Thought Content: Thought content normal.
 Judgment: Judgment normal.

**Assessment/Plan**

48-year-old male 2 years status post robotic assisted laparoscopic antireflux procedure toupet type, we will obtain an upper endoscopy, return to clinic after upper endoscopy

Electronically signed by Pinson, Terry Wesley, MD at 4/9/2025 4:31 PM

**Imaging**

**Endoscopy**

**EGD (Completed)**

| | |
|---|---|
| Electronically signed by: **Deaton, Karla, MA on 04/09/25 1202** | Status: **Completed** |
| Ordering user: Deaton, Karla, MA 04/09/25 1202 | Ordering provider: Pinson, Terry Wesley, MD |
| Authorized by: Pinson, Terry Wesley, MD | Ordering mode: Per protocol: no cosign required |
| Frequency: Routine 04/09/25 - | Class: Ancillary Performed |
| Quantity: 1 | |
| Diagnoses | |

Gastroesophageal reflux disease without esophagitis [K21.9]

**Questionnaire**

| Question | Answer |
|---|---|
| What is the patient's sedation requirement? | Anesthesia |
| Location for procedure: | CDH/DHS |
| Patient Location for Procedure: | Gastroenterology Department |

NMHS Tupelo Hospital
830 South Gloster Street
Tupelo MS 38801-4934

McMillian, Barry
MRN: 003021409, DOB: 10/26/1976, Legal Sex: M
Visit date: 10/4/2023

## 10/04/2023 - Office Visit in Surgery Clinic Of Tupelo

**Clinical Notes**

### Progress Notes

**Pinson, Terry Wesley, MD at 10/4/2023 1030**

Subjective

Chief Complaint

Patient presents with

- postop

Barry L McMillian is a 46 y.o. male who returns to clinic today for postop
Lap chole 9-21-23. Path revealed -CHRONIC CHOLECYSTITIS he is doing very well.  He states he feels much better.  He is having some diarrhea.

HPI

ROS
**Objective**

Vitals:

10/04/23 1059

| | |
|---|---|
| BP: | 126/87 |
| Pulse: | 101 |
| Weight: | 191 lb (86.6 kg) |
| Height: | 5' 10" (1.778 m) |

Body mass index is 27.41 kg/m².

## Physical Exam

Constitutional:
  Appearance: He is well-developed.
Eyes:
  Pupils: Pupils are equal, round, and reactive to light.
Cardiovascular:
  Rate and Rhythm: Normal rate and regular rhythm.
Pulmonary:
  Effort: Pulmonary effort is normal.
Abdominal:
  Palpations: Abdomen is soft.
  Comments: **Incisional sites healing well**
Musculoskeletal:
  General: Normal range of motion.
  Cervical back: Normal range of motion and neck supple.
Skin:
  General: Skin is warm and dry.
  Capillary Refill: Capillary refill takes less than 2 seconds.
Neurological:
  Mental Status: He is alert and oriented to person, place, and time.

NMHS Tupelo Hospital
830 South Gloster Street
Tupelo MS 38801-4934

McMillian, Barry
MRN: 003021409, DOB: 10/26/1976, Legal Sex: M
Visit date: 10/4/2023

**10/04/2023 - Office Visit in Surgery Clinic Of Tupelo (continued)**

Clinical Notes (continued)

Psychiatric:
    Behavior: Behavior normal.
    Thought Content: Thought content normal.
    Judgment: Judgment normal.

**Assessment/Plan**

Doing well status post laparoscopic cholecystectomy, return to clinic as needed, we will add Questran

Electronically signed by Pinson, Terry Wesley, MD at 10/4/2023 1:21 PM

**09/21/2023 - External Results & Documentation in Nmmc Tupelo**

Clinical Notes

Op Note

Pinson, Terry Wesley, MD at 9/21/2023 0000

Date of Service:  09/21/2023

OPERATIVE NOTES

DATE OF PROCEDURE:  09/21/2023

PREOPERATIVE DIAGNOSIS(ES):

1.    Chronic cholecystitis.

2.    Biliary dyskinesia.

POSTOPERATIVE DIAGNOSIS(ES):

1.    Chronic cholecystitis.

2.    Biliary dyskinesia.

PROCEDURE(S):  Laparoscopic cholecystectomy.

SURGEON:  Terry W. Pinson, MD

ASSISTANT:  Dr. Lewis.

NMMC Tupelo Hospital
830 South Gloster Street
Tupelo MS 38801-4934

McMillian, Barry
MRN: 003021409, DOB: 10/26/1976, Legal Sex: M
Visit date: 9/21/2023

## 09/21/2023 - External Results & Documentation in Nmmc Tupelo (continued)

**Clinical Notes (continued)**

ANESTHESIA:  General endotracheal anesthesia.

ESTIMATED BLOOD LOSS:  Less than 10 mL.

COMPLICATIONS:  None.

SPECIMEN(S):  Gallbladder.

FINDINGS:  Distended gallbladder.  Normal cystic duct and cystic artery.

DEVICE(S)/IMPLANT(S):  None.

INDICATIONS:  Mr. Barry McMillian is a 46-year-old male who has had recurrent right upper quadrant pain radiating to his back.  He has undergone extensive outpatient evaluation and now presents for laparoscopic cholecystectomy.  The benefits, risks, and options of the procedure have been discussed in detail with the patient.  He understood and requested the procedure.

DESCRIPTION OF PROCEDURE:  On September 21, 2023, he was admitted to the ambulatory surgery unit and taken to the operating room and placed in the supine position on the operating table.  After satisfactory general endotracheal anesthesia, the patient's entire abdomen was prepped and draped in usual sterile fashion.  Then, 12 cm below the xiphoid process and 3 cm from the midline in the right upper quadrant, a 5 mm incision was made in the skin.  The Optiview port was then used to enter the peritoneal cavity under video direction.  Pneumoperitoneum was created.  Under video direction, two 5 mm trocars and one 11 mm trocar were placed in their usual positions in the right upper quadrant.  The gallbladder was markedly distended.  It was grasped and retracted cephalad.  Multiple omental

NMHS Tupelo Hospital
830 South Gloster Street
Tupelo MS 38801-4934

McMillian, Barry
MRN: 003021409, DOB: 10/26/1976, Legal Sex: M
Visit date: 9/21/2023

**09/21/2023 - External Results & Documentation in Nmmc Tupelo (continued)**

**Clinical Notes (continued)**

adhesions were then taken down from the base of the gallbladder. The cystic duct-infundibular junction categorically identified. The cystic duct was interrupted proximally and distally with metal clips and transected. The cystic artery was meticulously dissected free from surrounding tissues, interrupted proximally and distally with metal clips and transected. The gallbladder was removed from peritoneal attachments of the liver bed using harmonic scalpel. After complete removal of the gallbladder from the liver bed, the area was meticulously inspected and all appeared nice and hemostatic. Clips looked excellent on the cystic duct and cystic artery. Gallbladder was placed in a specimen bag and removed through the 10 mm trocar site under direct video direction. The gallbladder was sent to Pathology for further evaluation. The trocars were reintroduced and pneumoperitoneum recreated. The entire area of dissection was meticulously inspected and all appeared nice and hemostatic. Clips looked excellent on the cystic duct and cystic artery. Pneumoperitoneum was then evacuated with suction filter device. The 10 mm fascial defect was then repaired using 0 Vicryl in interrupted fashion. The skin edge of each wound was closed with 4-0 Vicryl in interrupted subcuticular fashion. Dermabond was placed on each of the wounds. The patient tolerated the procedure well. Sponge and needle counts were all correct. Estimated blood loss less than 10 mL.

Terry W. Pinson, MD

MOP/3920588/OP

NMHS Tupelo Hospital
830 South Gloster Street
Tupelo MS 38801-4934

McMillan, Barry
MRN: 003021409, DOB: 10/26/1976, Legal Sex: M
Visit date: 9/21/2023

**09/21/2023 - External Results & Documentation in Nmmc Tupelo (continued)**

**Clinical Notes (continued)**

```
DD:  09/21/2023 11:57:38 AM DT:  09/21/2023 10:43:44 PM


===================== END OF DOCUMENT / CHANGE LOG FOLLOWS =====================


Last Edited By                        Elec. Signed By
Terry Pinson,MD #00164                Terry Pinson,MD #00164
on 09/28/2023 12:57 CT                on 09/28/2023 12:57 CT
Revision Number - 2


^^^
```

Electronically signed by Pinson, Terry Wesley, MD at 9/28/2023 1:00 PM