MRH Outpatient Pharmacy
502 Jackson Street Suite 1
Aberdeen, MS 39730
(662) 510-4221 Fax: (662) 279-8562

**PATIENT IRS STATEMENT**
Period 01/01/23 to 11/11/25
Tue Nov 11, 2025

Page   1
PID: 2593588
NPI: 1134858269

MCMILLIAN, BARRY L.
905 HIGH EXT STREET
Aberdeen, MS 39730

| Rx Nbr | Rf | Date | Drug | Pat Paid | Doctor |
|--------|-----|--------|------|----------|--------|
| 400011 | 00 | 03/07/23 | ALPRAZOLAM 1 MG TABS | $5.72 | NOLAN, MELISSA |
| 400023 | 00 | 04/06/23 | ALPRAZOLAM 1 MG TABS | $3.50 | HALLMARK, BRENT |
| 400040 | 00 | 05/05/23 | ALPRAZOLAM 1 MG TABS | $3.50 | NOLAN, MELISSA |
| 400072 | 00 | 06/06/23 | ALPRAZOLAM 1 MG TABS | $3.47 | ARMSTRONG, SELENA |
| 400096 | 00 | 07/11/23 | ALPRAZOLAM 1 MG TABS | $0.00 | ARMSTRONG, SELENA |
| 400110 | 00 | 08/08/23 | ALPRAZOLAM 1 MG TABS | $0.00 | NOLAN, MELISSA |
| 400154 | 00 | 09/21/23 | TRAMADOL HCL 50 MG TABS | $0.00 | Pinson, Terry |
| 400166 | 00 | 10/11/23 | ALPRAZOLAM 1 MG TABS | $0.00 | ARMSTRONG, SELENA |
| 400197 | 00 | 11/09/23 | ALPRAZOLAM 1 MG TABS | $0.00 | ARMSTRONG, SELENA |
| 400228 | 00 | 12/11/23 | ALPRAZOLAM 1 MG TABS | $0.00 | HALLMARK, BRENT |
| 400251 | 00 | 01/08/24 | ALPRAZOLAM 1 MG TABS | $5.70 | ARMSTRONG, SELENA |
| 400265 | 00 | 02/08/24 | ALPRAZOLAM 1 MG TABS | $0.00 | ARMSTRONG, SELENA |
| 400291 | 00 | 03/07/24 | ALPRAZOLAM 1 MG TABS | $0.00 | ARMSTRONG, SELENA |
| 400306 | 00 | 03/21/24 | ALPRAZOLAM 1 MG TABS | $7.26 | ARMSTRONG, SELENA |
| 400334 | 00 | 04/23/24 | ALPRAZOLAM 1 MG TABS | $0.00 | ARMSTRONG, SELENA |
| 400370 | 00 | 05/20/24 | ALPRAZOLAM 1 MG TABS | $0.00 | ARMSTRONG, SELENA |
| 400414 | 00 | 06/20/24 | ALPRAZOLAM 1 MG TABS | $0.00 | ARMSTRONG, SELENA |
| 400442 | 00 | 07/22/24 | ALPRAZOLAM 1 MG TABS | $0.00 | ARMSTRONG, SELENA |
| 400472 | 00 | 08/20/24 | ALPRAZOLAM 1 MG TABS | $0.00 | RODGERS, RODNEY |
| 400505 | 00 | 09/17/24 | ALPRAZOLAM 1 MG TABS | $0.00 | RODGERS, RODNEY |
| 400608 | 00 | 11/26/24 | ALPRAZOLAM 1 MG TABS | $0.00 | JAMES, KYMBERLEIGH |
| 400625 | 00 | 12/23/24 | ALPRAZOLAM 1 MG TABS | $0.00 | JAMES, KYMBERLEIGH |
| 400720 | 00 | 02/26/25 | ALPRAZOLAM 1 MG TABS | $7.09 | JAMES, KYMBERLEIGH |
| 400764 | 00 | 03/26/25 | ALPRAZOLAM 1 MG TABS | $4.59 | JAMES, KYMBERLEIGH |
| 400840 | 00 | 05/23/25 | ALPRAZOLAM 1 MG TABS | $7.09 | JAMES, KYMBERLEIGH |
| 400889 | 00 | 06/24/25 | ALPRAZOLAM 1 MG TABS | $7.09 | JAMES, KYMBERLEIGH |
| 400973 | 00 | 08/20/25 | ALPRAZOLAM 1 MG TABS | $4.81 | JAMES, KYMBERLEIGH |
| 401025 | 00 | 09/22/25 | ALPRAZOLAM 1 MG TABS | $2.25 | JAMES, KYMBERLEIGH |
| 401076 | 00 | 10/21/25 | ALPRAZOLAM 1 MG TABS | $2.25 | JAMES, KYMBERLEIGH |

No. Rx's = 29   Total Patient Paid     $64.32

RPh Signature: _____ 11/11/25

Exhibit FF

**MRH MED GRP VERONA**
5024 RAYMOND AVE, TUPELO, MS 388018671 - 0

**Patient Name:** BARRY MCMILLIAN
**MRN:** 1001837
**Note Type:** Clinic Note

**DOB:** 10/26/1976
**Account #:** U0449200

---

**Date of Service:** 09/17/2024
**Patient Name:** MCMILLIAN, BARRY, **DOB:** 10/26/1976, **Age:** 47 years

PMP Reviewed: no

**Allergy List**
No Known Drug Allergies, Medication

| | | | | | | | | Vital Signs: This Visit | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Date/Time | BP (mm/Hg) | BP Position/ Site | MAP (mm/Hg) | Heart Rate | Pulse Site | Resp | Temp (°C) | Temp (°F) | SPO2% | O2 L/min | FiO2 | O2 Device | Blood Sugar | Pain Score | Height (cm) | Height (in) | Weight (kg) | Weight (lbs/ozs) | Scale | BMI | BSA | Head Cir (cm) |
| 09/17/2024 10:40 | 134/82 | Sitting/ Right Arm | 99 | 81 | Pulse Ox | 18 | 36.7 Temporal Scanning | 98.1 Temporal Scanning | 97 % | | | | | | 172.7 cm | 68 in | 86.64 kg | 191.0 | Floor Scale | 29.04 | 2.04 | |

**Chief Complaint:** REFILLS
**Home Meds List:** No Home Medications Available
**Immunization List:** No Immunizations Available

**HPI:**
47 yo male pt presents to clinic for refills of medications. Patient reports that medications work well for him and denies any negative side effects.
Patient reports that he has been urinating more than normal and even throughout the night. Patient does state that he feels as if he is emptying all the way.

---

**Subjective DATA:**

Const: Denies fever, Denies fatigue, Denies chills

CVS: Denies chest pain, Denies chest pressure, Denies heart palpitation, Denies edema

Resp: Denies SOB, Denies cough, Denies wheezing, Denies congestion,

Gastro: Denies pain, Denies nausea, Denies diarrhea, Denies vomiting

Genito: Denies dysuria, +frequency, Denies urgency

Neuro: Denies headache, Denies dizziness, Denies numbness, Denies tingling

---

**Objective DATA:**

**General:** Awake, alert, and oriented. No acute distress noted. Well developed, hydrated, and nourished.

CVS: Heart rate regular. Heart tones s1, s2 present. No murmurs, gallops auscultated.

Resp: Chest wall symmetrical. No signs of respiratory distress. Lung sounds clear in all lobes bilaterally without rhonchi, rales, or wheezing.

Neuro: Awake, alert, and oriented. Normal speech.

Psych: Appropriate mood, and affect. Good judgement and insight. No auditory or visual hallucinations noted. No suicidal or homicidal ideation.

---

**Lab Results: This Visit:** No Labs Available
**Ordered & Completed Meds Table:** No Current Medications Available

---

**Problem List**
Diabetes 2
Anxiety
Frequency of urination

**Discharge Medications**
**Xanax 1MG Oral Tablet**
Farxiga 10MG Oral Tablet
Ozempic 0.25 MG or 0.5 MG Doses 2 MG/3 ML Subcutaneous Solution

---

**TEACHINGS:**
Take medications as prescribed.
S/ sx worsening: RTC or go to the nearest ER.
Medications (use/side effects): Reviewed with patient.

Patient requested refill on Ozempic. Educated cannot use Victoza and ozempic together. Patient to continue using Victoza until patient receives Ozempic. Ozempic will most likely need PA. Patient has already been on Metformin and is unable to take it.
Patient's blood sugar has been elevated. Expressed that excessive urination could be related to elevated blood sugar levels. Added Farxiga to medications. Patient to keep BS log for 2 weeks and rtc.
Refilled needed medications. Patient reports compliance with medications.

---

**REFERRAL:**

---

**MRH MED GRP VERONA**
5024 RAYMOND AVE, TUPELO, MS 388018671 - 0

Patient Name: BARRY MCMILLIAN
MRN: 1001837
Note Type: Clinic Note

DOB: 10/26/1976
Account #: U0449200

FOLLOW UP: 2 weeks

**MRH MED GRP VERONA**
5024 RAYMOND AVE, TUPELO, MS 388018671 - 0

**Patient Name:** BARRY MCMILLIAN
**MRN:** 1001837
**Note Type:** Clinic Note

**DOB:** 10/26/1976
**Account #:** U0439629

**Date of Service:** 08/20/2024
**Patient Name:** MCMILLIAN, BARRY, **DOB:** 10/26/1976, **Age:** 47 years

PMP Reviewed: yes

**Allergy List**
No Known Drug Allergies, Medication

| | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | **Vital Signs: This Visit** | | | | | | | | | | | | | | |
| Date/Time | BP (mm/ Hg) | BP Position/ Site | MAP (mm/ Hg) | Heart Rate | Pulse Site | Resp | Temp (°C) | Temp (°F) | SPO2% | O2 L/ min | FiO2 | O2 Device | Blood Sugar | Pain Score | Height (cm) | Height (in) | Weight (kg) | Weight (lbs/ ozs) | Scale | BMI | BSA | Head Cir (cm) |
| 08/20/2024 11:04 | 132/84 | Sitting/ Right Arm | 100 | 82 | Pulse Ox | 18 | 36.8 Temporal Scanning | 98.2 Temporal Scanning | 98 % | | | | | | 177.8 cm | 70 in | 86.64 kg | 191.0 | Floor Scale | 27.41 | 2.07 | |

**Chief Complaint:** REFILLS
**Home Meds List:** No Home Medications Available
**Immunization List:** No Immunizations Available

**HPI:**
47 yo male pt presents to clinic for refill of Xanax, Protonix, Singular, and Crestor. Patient reports that these work well for him and denies any negative side effects.

**Subjective DATA:**

Const: Denies fever, Denies fatigue, Denies chills

CVS: Denies chest pain, Denies chest pressure, Denies heart palpitation, Denies edema

Resp: Denies SOB, Denies cough, Denies wheezing, Denies congestion.

Gastro: Denies pain, Denies nausea, Denies diarrhea, Denies vomiting

Genito: Denies dysuria, Denies frequency, Denies urgency

Neuro: Denies headache, Denies dizziness, Denies numbness, Denies tingling

**Psych:** Denies depression, +anxiety, Denies insomnia, Denies suicidal ideation

**Objective DATA:**

**General:** Awake, alert, and oriented. No acute distress noted. Well developed, hydrated, and nourished.

CVS: Heart rate regular. Heart tones s1, s2 present. No murmurs, gallops auscultated.

Resp: Chest wall symmetrical. No signs of respiratory distress. Lung sounds clear in all lobes bilaterally without rhonchi, rales, or wheezing.

Neuro: Awake, alert, and oriented. Normal speech.

Psych: Appropriate mood, and affect. Good judgement and insight. No auditory or visual hallucinations noted. No suicidal or homicidal ideation.

**Lab Results: This Visit:** No Labs Available
**Ordered & Completed Meds Table:** No Current Medications Available

**Problem List**
**Hyperlipidemia**
**GERD**
**Anxiety**
**Encounter for therapeutic drug level monitoring**
**Muscle tension**
**Long-term use of medication**

**Discharge Medications**
**Xanax 1MG Oral Tablet**
**Protonix 40 MG Oral Tablet, Delayed Release**
**Rosuvastatin 20MG Oral Tablet**
**Singulair 10MG Oral Tablet**

**TEACHINGS:**
**Take medications as prescribed.**
**S/ sx worsening: RTC or go to the nearest ER.**
**Medications (use/side effects): Reviewed with patient.**

**REFERRAL:**

**FOLLOW UP: 1 month**

Electronically signed by: RODNEY RODGERS, FNP-BC, 08/20/2024 16:48 CDT

**MRH MED GRP VERONA**
5024 RAYMOND AVE, TUPELO, MS 388018671 - 0

Patient Name: BARRY MCMILLIAN
MRN: 1001837
Note Type: Clinic Note

DOB: 10/26/1976
Account #: U0439629

**MRH MED GRP VERONA**
5024 RAYMOND AVE, TUPELO, MS 388018671 - 0

**Patient Name:** BARRY MCMILLIAN
**MRN:** 1001837
**Note Type:** Clinic Note

**DOB:** 10/26/1976
**Account #:** U0439629

**Date of Service:** 08/20/2024
**Patient Name:** MCMILLIAN, BARRY, **DOB:** 10/26/1976, **Age:** 47 years

PMP Reviewed: yes

**Allergy List**
No Known Drug Allergies, Medication

| | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | **Vital Signs: This Visit** | | | | | | | | | | | | | | | |
| Date/Time | BP (mm/ Hg) | BP Position/ Site | MAP (mm/ Hg) | Heart Rate | Pulse Site | Resp | Temp (°C) | Temp (°F) | SPO2% | O2 L/ min | FiO2 | O2 Device | Blood Sugar | Pain Score | Height (cm) | Height (in) | Weight (kg) | Weight (lbs/ ozs) | Scale | BMI | BSA | Head Cir (cm) |
| 08/20/2024 11:04 | 132/84 | Sitting/ Right Arm | 100 | 82 | Pulse Ox | 18 | 36.8 Temporal Scanning | 98.2 Temporal Scanning | 98 % | | | | | | 177.8 cm | 70 in | 86.64 kg | 191.0 | Floor Scale | 27.41 | 2.07 | |

**Chief Complaint:** REFILLS
**Home Meds List:** No Home Medications Available
**Immunization List:** No Immunizations Available

**HPI:**
47 yo male pt presents to clinic for refill of Xanax, Protonix, Singular, and Crestor. Patient reports that these work well for him and denies any negative side effects.

**Subjective DATA:**

Const: Denies fever, Denies fatigue, Denies chills

CVS: Denies chest pain, Denies chest pressure, Denies heart palpitation, Denies edema

Resp: Denies SOB, Denies cough, Denies wheezing, Denies congestion,

Gastro: Denies pain, Denies nausea, Denies diarrhea, Denies vomiting

Genito: Denies dysuria, Denies frequency, Denies urgency

Neuro: Denies headache, Denies dizziness, Denies numbness, Denies tingling

Psych: Denies depression, +anxiety, Denies insomnia, Denies suicidal ideation

**Objective DATA:**

**General:** Awake, alert, and oriented. No acute distress noted. Well developed, hydrated, and nourished.

CVS: Heart rate regular. Heart tones s1, s2 present. No murmurs, gallops auscultated.

Resp: Chest wall symmetrical. No signs of respiratory distress. Lung sounds clear in all lobes bilaterally without rhonchi, rales, or wheezing.

Neuro: Awake, alert, and oriented. Normal speech.

Psych: Appropriate mood, and affect. Good judgement and insight. No auditory or visual hallucinations noted. No suicidal or homicidal ideation.

**Lab Results: This Visit:** No Labs Available
**Ordered & Completed Meds Table:** No Current Medications Available

**Problem List**
**Hyperlipidemia**
**GERD**
**Anxiety**
**Encounter for therapeutic drug level monitoring**
**Muscle tension**
**Long-term use of medication**

**Discharge Medications**
**Xanax 1MG Oral Tablet**
**Protonix 40 MG Oral Tablet, Delayed Release**
**Rosuvastatin 20MG Oral Tablet**
**Singulair 10MG Oral Tablet**

**TEACHINGS:**
**Take medications as prescribed.**
**S/ sx worsening: RTC or go to the nearest ER.**
**Medications (use/side effects): Reviewed with patient.**

**REFERRAL:**

**FOLLOW UP: 1 month**

**MRH MED GRP VERONA**
5024 RAYMOND AVE, TUPELO, MS 388018671 - 0

Patient Name: BARRY MCMILLIAN                                                  DOB: 10/26/1976
MRN: 1001837                                                                   Account #: U0439629
Note Type: Clinic Note

**MRH MED GRP VERONA**
5024 RAYMOND AVE, TUPELO, MS 388018671 - 0

**Patient Name:** BARRY MCMILLIAN
**MRN:** 1001837
**Note Type:** Clinic Note

**DOB:** 10/26/1976
**Account #:** U0429922

**Date of Service:** 07/22/2024
Patient Name: MCMILLIAN, BARRY, DOB: 10/26/1976, Age: 47 years

PMP Reviewed:Yes

**Allergy List**
No Known Drug Allergies, Medication

| | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Vital Signs: This Visit** | | | | | | | | | | | | | | | | | | | | | | |
| Date/Time | BP (mm/Hg) | BP Position/Site | MAP (mm/Hg) | Heart Rate | Pulse Site | Resp | Temp (°C) | Temp (°F) | SPO2% | O2 L/min | FiO2 | O2 Device | Blood Sugar | Pain Score | Height (cm) | Height (in) | Weight (kg) | Weight (lbs/ozs) | Scale | BMI | BSA | Head Cir (cm) |
| 07/22/2024 14:32 | 115/80 | Sitting/ Right Arm | 92 | 94 | Pulse Ox | 18 | 36.8 Temporal Scanning | 98.2 Temporal Scanning | 97 % | | | | | | 177.8 cm | 70 in | 87.09 kg | 192.0 | Floor Scale | 27.55 | 2.07 | |

**Chief Complaint:** SEE PROVIDER
**Home Meds List:** No Home Medications Available
**Immunization List:** No Immunizations Available

**HPI:**
47 year old male came into the clinic today for medication refills on Xanax. Pt states that medication is working well. Reports that last dose was Friday.

Patient states that he hasn't received his Ozempic. States that he needs Trulicity if Ozempic is not approved.

**Subjective DATA:**

Const: Denies fever, Denies fatigue, Denies chills

Skin: Denies rash, Denies itching, Denies pain

ENT: Denies sore throat, Denies sinus congestion, Denies chest congestion, Denies ear pain, Denies nasal drainage

Eyes: Denies pain, Denies itching, Denies drainage

CVS: Denies chest pain, Denies chest pressure, Denies heart palpitation, Denies edema

Resp: Denies SOB, Denies cough, Denies wheezing

Gastro: Denies pain, Denies nausea, Denies diarrhea, Denies vomiting

Genito: Denies dysuria, Denies frequency, Denies urgency

Neuro: Denies headache, Denies dizziness, Denies numbness, Denies tingling

Psych: Reports anxiety that is controlled with medication.

Msk: Denies joint pain, Denies back pain, Denies tenderness

**Objective DATA:**

General: Awake, alert, and oriented. No acute distress noted. Well developed, hydrated, and nourished. VS stable.

CVS: Heart rate regular. Heart tones s1, s2 present. No murmurs, gallops auscultated.

Resp: Chest wall symmetrical. No signs of respiratory distress. Lung sounds clear in all lobes bilaterally without rhonchi, rales, or wheezing.

Neuro: Awake, alert, and oriented. Normal speech.

Psych: Calm in room. Appropriate mood, and affect. Good judgement and insight.

**PLAN:**
Continue current medication. Last drug screen was negative for patient's benzos even though I watched patient take this in clinic. Will continue to monitor. He was recently prescribed oxycodone for a dental procedure.

Will check on PA for Ozempic.

**Problem List**
Anxiety

**Discharge Medications**
Xanax 1MG Oral Tablet

**TEACHINGS:**
Take medications as prescribed.

Electronically signed by: SELENA ARMSTRONG, FNP, 07-24-2024 08:31 CDT

Page 1 of 2

**MRH MED GRP VERONA**
5024 RAYMOND AVE, TUPELO, MS 388018671 - 0

**Patient Name:** BARRY MCMILLIAN
**MRN:** 1001837
**Note Type:** Clinic Note

**DOB:** 10/26/1976
**Account #:** U0429922

S/ sx worsening: RTC or go to the nearest ER.
Medications (use/side effects): Reviewed with patient.

REFERRAL:

FOLLOW UP: 1 month

**MRH MED GRP VERONA**
5024 RAYMOND AVE, TUPELO, MS 388018671 - 0

**Patient Name:** BARRY MCMILLIAN
**MRN:** 1001837
**Note Type:** Clinic Note

**DOB:** 10/26/1976
**Account #:** U0420350

**Date of Service:** 06/20/2024
**Patient Name:** MCMILLIAN, BARRY, **DOB:** 10/26/1976, **Age:** 47 years

PMP Reviewed:NO

**Allergy List**
No Known Drug Allergies, Medication

| | Vital Signs: This Visit | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Date/Time | BP (mm/ Hg) | BP Position/ Site | MAP (mm/ Hg) | Heart Rate | Pulse Site | Resp | Temp (°C) | Temp (°F) | SPO2% | O2 L/ min | FiO2 | O2 Device | Blood Sugar | Pain Score | Height (cm) | Height (in) | Weight (kg) | Weight (lbs/ ozs) | Scale | BMI | BSA | Head Cir (cm) |
| 06/20/2024 14:03 | 121/93 | Sitting/ Right Arm | 102 | 72 | Pulse Ox | 18 | 36.7 Temporal Scanning | 98.1 Temporal Scanning | 99 % | | | | | | 172.7 cm | 68 in | 86.32 kg | 190.5 | Floor Scale | 28.93 | 2.04 | |

**Chief Complaint:** REFILLS
**Home Meds List:** No Home Medications Available
**Immunization List:** No Immunizations Available

**HPI:**
47 year old male who presents to the clinic for medication refills.

Anxiety- Reports that current medication is working well. Denies heart palpitations. Reports last dose was today.

HLD- Reports compliance with medication. Denies myalgias.

Allergies- Reports that current medications are working well. Denies any s/e.

GERD- Reports that Protonix is working well. Denies heartburn or reflux while taking medication.

ED- Reports that current medication works well. Denies any s/e.

**Subjective DATA:**

Const: Denies fever, Denies fatigue, Denies chills

Skin: Denies rash, Denies itching, Denies pain

ENT: Denies sore throat, Denies sinus congestion, Denies chest congestion, Denies ear pain, Denies nasal drainage

Eyes: Denies pain, Denies itching, Denies drainage

CVS: Denies chest pain, Denies chest pressure, Denies heart palpitation, Denies edema

Resp: Denies SOB, Denies cough, Denies wheezing, Denies congestion,

Gastro: Reports GERD that is controlled with medication. Denies pain, Denies nausea, Denies diarrhea, Denies vomiting

Genito: Reports ED that is controlled with medication.Denies dysuria, Denies frequency, Denies urgency

Neuro: Denies headache, Denies dizziness, Denies numbness, Denies tingling

Psych: Reports anxiety that is controlled with medication.

Msk: Denies joint pain, Denies back pain, Denies tenderness

**Objective DATA:**

General: Awake, alert, and oriented. No acute distress noted. Well developed, hydrated, and nourished. VS stable.

Neck: No carotid bruit.

CVS: Heart rate regular. Heart tones s1, s2 present. No murmurs, gallops auscultated.

Resp: Chest wall symmetrical. No signs of respiratory distress. Lung sounds clear in all lobes bilaterally without rhonchi, rales, or wheezing.

Neuro: Awake, alert, and oriented. Normal speech.

Psych: Calm in room. Appropriate mood, and affect. Good judgement and insight.

**PLAN:**
Continue current medications.Labs obtained. Will call with results.

| Lab Results: This Visit | | | | | | |
|---|---|---|---|---|---|---|
| Test | Results | Units | Reference Range | Ordered | Collected | Status |
| Sodium | 137 | 137 | 135-146 | 06/20/2024 21:53 | 06/20/2024 21:52 | final |
| Potassium | 4.0 | mEq/L | 3.5-5.4 | 06/20/2024 21:53 | 06/20/2024 21:52 | final |

Electronically signed by: SELENA ARMSTRONG, FNP, 06/24/2024 10:30 CDT

**MRH MED GRP VERONA**
5024 RAYMOND AVE, TUPELO, MS 388018671 - 0

**Patient Name:** BARRY MCMILLIAN
**MRN:** 1001837
**Note Type:** Clinic Note

**DOB:** 10/26/1976
**Account #:** U0420350

| Lab Results: This Visit | | | | | | |
|---|---|---|---|---|---|---|
| **Test** | **Results** | **Units** | **Reference Range** | **Ordered** | **Collected** | **Status** |
| Chloride | 100 | mEq/L | 95-107 | 06/20/2024 21:53 | 06/20/2024 21:52 | final |
| Carbon Dioxide | 24 | mEq/L | 19-31 | 06/20/2024 21:53 | 06/20/2024 21:52 | final |
| Anion Gap | 13 | mEq/L | 7-23 | 06/20/2024 21:53 | 06/20/2024 21:52 | final |
| Glucose Non-Fasting | 237 H | mg/dL | 70-139 | 06/20/2024 21:53 | 06/20/2024 21:52 | final |
| Urea Nitrogen (BUN) | 11 | mg/dL | 6-20 | 06/20/2024 21:53 | 06/20/2024 21:52 | final |
| Creatinine | 0.79 L | mg/dL | 0.80-1.40 | 06/20/2024 21:53 | 06/20/2024 21:52 | final |
| 2021 CKD-EPI eGFR-cr | 110 | mL/min/1.73m'2 | >59 | 06/20/2024 21:53 | 06/20/2024 21:52 | final |
| BUN/Creatinine Ratio | 14 | ratio | | 06/20/2024 21:53 | 06/20/2024 21:52 | final |
| Calcium Total | 9.3 | mg/dL | 8.5-10.5 | 06/20/2024 21:53 | 06/20/2024 21:52 | final |
| Protein Total | 6.9 | g/dL | 6.1-8.3 | 06/20/2024 21:53 | 06/20/2024 21:52 | final |
| Albumin | 4.5 | g/dL | 3.5-5.2 | 06/20/2024 21:53 | 06/20/2024 21:52 | final |
| Globulin | 2.4 | g/dL | 1.7-4.3 | 06/20/2024 21:53 | 06/20/2024 21:52 | final |
| A/G Ratio | 1.9 | ratio | 0.9-2.8 | 06/20/2024 21:53 | 06/20/2024 21:52 | final |
| Bilirubin Total | 0.2 | mg/dL | 0.0-1.2 | 06/20/2024 21:53 | 06/20/2024 21:52 | final |
| Alkaline Phosphatase | 78 | U/L | 40-118 | 06/20/2024 21:53 | 06/20/2024 21:52 | final |
| AST (SGOT) | 19 | U/L | 9-50 | 06/20/2024 21:53 | 06/20/2024 21:52 | final |
| ALT (SGPT) | 24 | U/L | 5-50 | 06/20/2024 21:53 | 06/20/2024 21:52 | final |
| Cholesterol | 182 | 182 | <200 | 06/20/2024 21:53 | 06/20/2024 21:52 | final |
| Triglycerides | 467 H | mg/dL | 0-149 | 06/20/2024 21:53 | 06/20/2024 21:52 | final |
| HDL Cholesterol | 29 L | mg/dL | >39 | 06/20/2024 21:53 | 06/20/2024 21:52 | final |
| Non HDL Cholesterol | 153 H | mg/dL | <130 | 06/20/2024 21:53 | 06/20/2024 21:52 | final |
| Coronary Risk Ratio | 6.28 H | | <4.97 | 06/20/2024 21:53 | 06/20/2024 21:52 | final |
| COCAINE | NEGATIVE | NEGATIVE | NORMAL: <300 ng/mL | 06/20/2024 21:53 | 06/20/2024 21:52 | final |
| METHAMPHET | NEGATIVE | NEGATIVE | NORMAL: <300 ng/mL | 06/20/2024 21:53 | 06/20/2024 21:52 | final |
| AMPHETAMINES | NEGATIVE | NEGATIVE | NORMAL: <1000 ng/mL | 06/20/2024 21:53 | 06/20/2024 21:52 | final |
| THC | NEGATIVE | NEGATIVE | NORMAL: <50 ng/mL | 06/20/2024 21:53 | 06/20/2024 21:52 | final |
| OPIATES 300 | NEGATIVE | NEGATIVE | NORMAL: <300 ng/mL | 06/20/2024 21:53 | 06/20/2024 21:52 | final |
| OXYCODONE | NEGATIVE | NEGATIVE | NORMAL: <300 ng/mL | 06/20/2024 21:53 | 06/20/2024 21:52 | final |
| BARBITURATES | NEGATIVE | NEGATIVE | NORMAL: <200 ng/mL | 06/20/2024 21:53 | 06/20/2024 21:52 | final |
| BENZO | NEGATIVE | NEGATIVE | NORMAL: <200 ng/mL | 06/20/2024 21:53 | 06/20/2024 21:52 | final |
| BUPRENORPHINE | NEGATIVE | NEGATIVE | NORMAL: <5 ng/mL | 06/20/2024 21:53 | 06/20/2024 21:52 | final |
| NITRITE-UA | NEGATIVE | NEGATIVE | NORMAL: NEGATIVE | 06/20/2024 21:53 | 06/20/2024 21:52 | final |
| OXIDANTS | NORMAL | NORMAL | NORMAL: NEGATIVE | 06/20/2024 21:53 | 06/20/2024 21:52 | final |
| SPEC GRAVITY | 1.015 | 1.015 | NORMAL: 1.003-1.025 | 06/20/2024 21:53 | 06/20/2024 21:52 | final |
| pH | 7.0 | 7.0 | NORMAL: 4.0-9.9 | 06/20/2024 21:53 | 06/20/2024 21:52 | final |
| TEMP | | | | 06/20/2024 21:53 | 06/20/2024 21:52 | final |
| WBC | 3.9 L | x10^3ul | L=4.5 H=10.5 | 06/20/2024 14:36 | 06/20/2024 14:45 | final |
| RBC | 4.67 | x10^6ul | L=4.00 H=6.00 | 06/20/2024 14:36 | 06/20/2024 14:45 | final |
| HEMOGLOBIN | 13.7 L | g/dL | L=14.0 H=18.0 | 06/20/2024 14:36 | 06/20/2024 14:45 | final |
| HEMATOCRIT | 38.0 L | % | L=42.0 H=52.0 | 06/20/2024 14:36 | 06/20/2024 14:45 | final |
| MCV | 81.4 | fL | L=80.0 H=99.0 | 06/20/2024 14:36 | 06/20/2024 14:45 | final |
| MCH | 29.4 | pg | L=27.0 H=31.0 | 06/20/2024 14:36 | 06/20/2024 14:45 | final |
| MCHC | 36 | g/dL | L=33 H=37 | 06/20/2024 14:36 | 06/20/2024 14:45 | final |
| RDW | 10.5 L | % | L=11.5 H=14.5 | 06/20/2024 14:36 | 06/20/2024 14:45 | final |
| PLATELETS | 169 | x10^6ul | L=150 H=450 | 06/20/2024 14:36 | 06/20/2024 14:45 | final |

Electronically signed by: SELENA ARMSTRONG, FNP, 06/24/2024 10:30 CDT

**MRH MED GRP VERONA**
5024 RAYMOND AVE, TUPELO, MS 388018671 - 0

**Patient Name:** BARRY MCMILLIAN
**MRN:** 1001837
**Note Type:** Clinic Note

**DOB:** 10/26/1976
**Account #:** U0420350

| Lab Results: This Visit | | | | | | |
|---|---|---|---|---|---|---|
| **Test** | **Results** | **Units** | **Reference Range** | **Ordered** | **Collected** | **Status** |
| MPV | 9.3 | fL | L=7.4 H=10.4 | 06/20/2024 14:36 | 06/20/2024 14:45 | final |
| %NEUT | 50.2 | % | L=30.0 H=70.0 | 06/20/2024 14:36 | 06/20/2024 14:45 | final |
| %LYMPH | 42.1 | % | L=20.0 H=50.0 | 06/20/2024 14:36 | 06/20/2024 14:45 | final |
| %MONO | 7.7 | % | L=2.0 H=10.0 | 06/20/2024 14:36 | 06/20/2024 14:45 | final |
| %EOS | | | L=0.0 H=5.0 | 06/20/2024 14:36 | 06/20/2024 14:45 | final |
| %BASO | | | L=0.0 H=3.0 | 06/20/2024 14:36 | 06/20/2024 14:45 | final |
| #NEUT | 1.9 | K/uL | L=1.3 H=7.4 | 06/20/2024 14:36 | 06/20/2024 14:45 | final |
| #LYMPH | 1.6 | K/uL | L=0.9 H=5.3 | 06/20/2024 14:36 | 06/20/2024 14:45 | final |
| #MONO | 0.4 | K/uL | L=0.1 H=1.1 | 06/20/2024 14:36 | 06/20/2024 14:45 | final |
| #EOS | | | L=0.0 H=0.3 | 06/20/2024 14:36 | 06/20/2024 14:45 | final |
| #BASO | | | L=0.0 H=0.1 | 06/20/2024 14:36 | 06/20/2024 14:45 | final |
| MANUAL DIFF | | | | 06/20/2024 14:36 | 06/20/2024 14:45 | final |
| HGB A1C | 10.4 H | % | L=4.6 H=6.0 | 06/20/2024 14:39 | 06/20/2024 14:45 | final |

**Problem List**
Hyperlipidemia
Erectile dysfunction
Diabetes 2
GERD
Anxiety
Allergic rhinitis
Long-term current use of benzodiazepine
Encounter for therapeutic drug level monitoring

**Discharge Medications**
Ozempic 0.25 MG or 0.5 MG Doses 2 MG/3 ML Subcutaneous Solution
Xanax 1MG Oral Tablet
Protonix 40 MG Oral Tablet, Delayed Release
Singulair 10MG Oral Tablet
Rosuvastatin 20MG Oral Tablet
Viagra 100MG Oral Tablet

**TEACHINGS:**
Take medications as prescribed.
S/ sx worsening: RTC or go to the nearest ER.
Medications (use/side effects): Reviewed with patient.

**REFERRAL:**

**FOLLOW UP: 1 month**

Electronically signed by: SELENA ARMSTRONG, FNP, 06/24/2024 10:30 CDT

Page 3 of 3

**MRH MED GRP VERONA**
5024 RAYMOND AVE, TUPELO, MS 388018671 - 0

**Patient Name:** BARRY MCMILLIAN
**MRN:** 1001837
**Note Type:** Clinic Note

**DOB:** 10/26/1976
**Account #:** U0410281

---

**Date of Service:** 05/20/2024
**Patient Name:** MCMILLIAN, BARRY, **DOB:** 10/26/1976, **Age:** 47 years

PMP Reviewed:Yes

**Allergy List**
No Known Drug Allergies, Medication

| | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | Vital Signs: This Visit | | | | | | | | | |
| Date/Time | BP (mm/Hg) | BP Position/ Site | MAP (mm/Hg) | Heart Rate | Pulse Site | Resp | Temp (°C) | Temp (°F) | SPO2% | O2 L/min | FiO2 | O2 Device | Blood Sugar | Pain Score | Height (cm) | Height (in) | Weight (kg) | Weight (lbs/ozs) | Scale | BMI | BSA | Head Clr (cm) |
| 05/20/2024 15:00 | 112/84 | Sitting/ Right Arm | 93 | | | | | | | | | | | | | | | | | | | |
| 05/20/2024 14:43 | 152/110 | Sitting/ Right Arm | 124 | | | | 36.9 Temporal Scanning | 98.4 Temporal Scanning | 98 % | | | | | | 177.8 cm | 70 in | 85.73 kg | 189.0 | Floor Scale | 27.12 | 2.06 | |

**Chief Complaint:** REFILLS
**Home Meds List:** No Home Medications Available
**Immunization List:** No Immunizations Available

**HPI:**
47 year old male who presents to the clinic for medication refills.

Anxiety- Reports current medication is working well. Reports that last dose was Friday. Denies palpitations or difficulty sleeping.

Patient reports that he would like to switch from Trulicity to Ozempic. He states that this was more effective for him in the past.

---

**Subjective DATA:**

**Const:** Denies fever, Denies fatigue, Denies chills

Skin: Denies rash, Denies itching, Denies pain

ENT: Denies sore throat, Denies sinus congestion, Denies chest congestion, Denies ear pain, Denies nasal drainage

Eyes: Denies pain, Denies itching, Denies drainage

**CVS:** Denies chest pain, Denies chest pressure, Denies heart palpitation, Denies edema

Resp: Denies SOB, Denies cough, Denies wheezing

**Gastro:** Denies pain, Denies nausea, Denies diarrhea, Denies vomiting

Genito: Denies dysuria, Denies frequency, Denies urgency

Neuro: Denies headache, Denies dizziness, Denies numbness, Denies tingling

**Psych:** Reports anxiety that is controlled with medication.

Msk: Denies joint pain, Denies back pain, Denies tenderness

---

**Objective DATA:**

**General:** Awake, alert, and oriented. No acute distress noted. Well developed, hydrated, and nourished. VS stable.

**CVS:** Heart rate regular. Heart tones s1, s2 present. No murmurs, gallops auscultated.

**Resp:** Chest wall symmetrical. No signs of respiratory distress. Lung sounds clear in all lobes bilaterally without rhonchi, rales, or wheezing.

**Neuro:** Awake, alert, and oriented. Normal speech. Cranial nerves 1-12 grossly intact. No gait abnormalities noted.

**Psych:** Calm in room. Appropriate mood, and affect. Good judgement and insight.

**PLAN:**
Continue xanax. Will continue to monitor.

Will change from Trulicity to Ozempic. Start at 0.25 mg dose once weekly.

Gave patient 0.1 mg clonidine at 1430. Patient's BP improved. Instructed patient to monitor BP at home and bring log into next appt.

| Ordered & Completed Meds Table | | | | | |
|---|---|---|---|---|---|
| Ordered Medication | Start Date/Time | Dosage | Route | Frequency | Status |
| RHC CLONIDINE 0.1 MG TAB | 05/20/2024 14:44 | 0.1 MG | ORAL | X1 | completed |

Electronically signed by: SELENA ARMSTRONG, FNP, 05/28/2024 08:24 CDT

**MRH MED GRP VERONA**
5024 RAYMOND AVE, TUPELO, MS 388018671 - 0

**Patient Name:** BARRY MCMILLIAN
**MRN:** 1001837
**Note Type:** Clinic Note

**DOB:** 10/26/1976
**Account #:** U0410281

---

**Problem List**
Diabetes 2
Anxiety
Long-term current use of benzodiazepine
Elevated blood pressure reading

**Discharge Medications**
Xanax 1MG Oral Tablet
Ozempic 0.25 MG or 0.5 MG Doses 2 MG/3 ML Subcutaneous Solution

---

**TEACHINGS:**
Take medications as prescribed.
S/ sx worsening: RTC or go to the nearest ER.
Medications (use/side effects): Reviewed with patient.

---

**REFERRAL:**

**FOLLOW UP: 1 month or sooner if needed**

---

**MRH MED GRP VERONA**
5024 RAYMOND AVE, TUPELO, MS 388018671 - 0

**Patient Name:** BARRY MCMILLIAN
**MRN:** 1001837
**Note Type:** Clinic Note

**DOB:** 10/26/1976
**Account #:** U0400998

**Date of Service:** 04/22/2024
**Patient Name:** MCMILLIAN, BARRY, **DOB:** 10/26/1976, **Age:** 47 years

PMP Reviewed:Yes

**Allergy List**
No Known Drug Allergies, Medication

| | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Vital Signs: This Visit** | | | | | | | | | | | | | | | | | | | | | | |
| Date/Time | BP (mm/Hg) | BP Position/ Site | MAP (mm/Hg) | Heart Rate | Pulse Site | Resp | Temp (°C) | Temp (°F) | SPO2% | O2 L/min | FtO2 | O2 Device | Blood Sugar | Pain Score | Height (cm) | Height (in) | Weight (kg) | Weight (lbs/ozs) | Scale | BMI | BSA | Head Cir (cm) |
| 04/22/2024 14:00 | 115/80 | Sitting/ Right Arm | 92 | 106 | Pulse Ox | | | | 98 % | | | | | | 177.8 cm | 70 in | 87.54 kg | 193.0 | Floor Scale | 27.69 | 2.08 | |

**Chief Complaint:** REFILLS
**Home Meds List:** No Home Medications Available
**Immunization List:** No Immunizations Available

**HPI:**
47 year old male who presents to the clinic for medication refills.

Anxiety- Reports that xanax works well. Denies any complications. Reports that last dose was Saturday.

**Subjective DATA:**

**Const: Denies fever, Denies fatigue, Denies chills**

Skin: Denies rash, Denies itching, Denies pain

ENT: Denies sore throat, Denies sinus congestion, Denies chest congestion, Denies ear pain, Denies nasal drainage

Eyes: Denies pain, Denies itching, Denies drainage

**CVS: Denies chest pain, Denies chest pressure, Denies heart palpitation, Denies edema**

Resp: Denies SOB, Denies cough, Denies wheezing

Gastro: Denies pain, Denies nausea, Denies diarrhea, Denies vomiting

Genito: Denies dysuria, Denies frequency, Denies urgency

Neuro: Denies headache, Denies dizziness, Denies numbness, Denies tingling

**Psych: Reports anxiety that is controlled with medication.**

Msk: Denies joint pain, Denies back pain, Denies tenderness

**Objective DATA:**

General:  Awake, alert, and oriented. No acute distress noted. Well developed, hydrated, and nourished. VS stable.

CVS: Tachycardia with regular rhythm. Heart tones s1, s2 present. No murmurs, gallops auscultated.

Resp:  Chest wall symmetrical. No signs of respiratory distress. Lung sounds clear in all lobes bilaterally without rhonchi, rales, or wheezing.

Neuro:  Awake, alert, and oriented. Normal speech. Cranial nerves 1-12 grossly intact. No gait abnormalities noted.

Psych: Calm in room. Appropriate mood, and affect. Good judgement and insight.

**PLAN:**
Continue current medication. Ensure that you are taking medication as prescribed.

**Problem List**
Anxiety

**Discharge Medications**
Xanax 1MG Oral Tablet

**TEACHINGS:**
Take medications as prescribed.

Electronically signed by: SELENA ARMSTRONG, FNP, 04/26/2024 14:47 CDT

Page 1 of 2

**MRH MED GRP VERONA**

5024 RAYMOND AVE, TUPELO, MS 388018671 - 0

Patient Name: BARRY MCMILLIAN

MRN: 1001837

Note Type: Clinic Note

DOB: 10/26/1976

Account #: U0400998

S/ sx worsening: RTC or go to the nearest ER.
Medications (use/side effects): Reviewed with patient.

REFERRAL:

FOLLOW UP: 1 month

**MRH MED GRP VERONA**
5024 RAYMOND AVE, TUPELO, MS 388018671 - 0

**Patient Name:** BARRY MCMILLIAN
**MRN:** 1001837
**Note Type:** Clinic Note

**DOB:** 10/26/1976
**Account #:** U0389805

---

**Date of Service:** 03/21/2024
**Patient Name:** MCMILLIAN, BARRY, **DOB:** 10/26/1976, **Age:** 47 years

PMP Reviewed:Yes

**Allergy List**
No Known Drug Allergies, Medication

| Date/Time | BP (mm/ Hg) | BP Position/ Site | MAP (mm/ Hg) | Heart Rate | Pulse Site | Resp | Temp (°C) | Temp (°F) | SPO2% | O2 L/ min | FiO2 | O2 Device | Blood Sugar | Pain Score | Height (cm) | Height (in) | Weight (kg) | Weight (lbs/ ozs) | Scale | BMI | BSA | Head Cir (cm) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/21/2024 11:30 | 114/86 | Sitting/ Right Arm | 95 | 93 | Pulse Ox | 18 | 36.7 Temporal Scanning | 98.1 Temporal Scanning | 97 % | | | | | | 175.3 cm | 69 in | 86.64 kg | 191 lbs | Floor Scale | 28.21 | 2.05 | |

**Chief Complaint:** REFILLS
**Home Meds List:** No Home Medications Available
**Immunization List:** No Immunizations Available

**HPI:**
47 year old male who presents to the clinic for medication refills.

Anxiety- Reports compliance with Xanax. States that last dose was this morning. States that this works well. Denies any s/e.

Patient also reports that his Trulicity needs a refill. States that he is doing fair on this medication.

---

**Subjective DATA:**

**Const: Denies fever, Denies fatigue, Denies chills**

Skin: Denies rash, Denies itching, Denies pain

ENT: Denies sore throat, Denies sinus congestion, Denies chest congestion, Denies ear pain, Denies nasal drainage

Eyes: Denies pain, Denies itching, Denies drainage

**CVS: Denies chest pain, Denies chest pressure, Denies heart palpitation, Denies edema**

**Resp: Denies SOB, Denies cough, Denies wheezing**

Gastro: Denies pain, Denies nausea, Denies diarrhea, Denies vomiting

Genito: Denies dysuria, Denies frequency, Denies urgency

Neuro: Denies headache, Denies dizziness, Denies numbness, Denies tingling

**Psych: Reports anxiety that is controlled with medication. Denies suicidal ideation**

Msk: Denies joint pain, Denies back pain, Denies tenderness

---

**Objective DATA:**

**General:** Awake, alert, and oriented. No acute distress noted. Well developed, hydrated, and nourished. VS stable.

**CVS:** Heart rate regular. Heart tones s1, s2 present. No murmurs, gallops auscultated.

**Resp:** Chest wall symmetrical. No signs of respiratory distress. Lung sounds clear in all lobes bilaterally without rhonchi, rales, or wheezing.

**Neuro:** Awake, alert, and oriented. Normal speech. Cranial nerves 1-12 grossly intact. No gait abnormalities noted.

**Psych:** Calm in room. Appropriate mood, and affect. Good judgement and insight.

**PLAN:**
Continue current medication. Will order a more detailed drug screen. This hasn't been showing up in previous drug screens.

| Lab Results: This Visit | | | | | | |
|---|---|---|---|---|---|---|
| Test | Results | Units | Reference Range | Ordered | Collected | Status |
| COCAINE | NEGATIVE | NEGATIVE | NORMAL: <300 ng/mL | 03/21/2024 07:33 | 03/22/2024 07:33 | final |
| METHAMPHET | NEGATIVE | NEGATIVE | NORMAL: <300 ng/mL | 03/21/2024 07:33 | 03/22/2024 07:33 | final |
| AMPHETAMINES | NEGATIVE | NEGATIVE | NORMAL: <1000 ng/mL | 03/21/2024 07:33 | 03/22/2024 07:33 | final |
| THC | NEGATIVE | NEGATIVE | NORMAL: <50 ng/mL | 03/21/2024 07:33 | 03/22/2024 07:33 | final |
| OPIATES 300 | NEGATIVE | NEGATIVE | NORMAL: <300 ng/mL | 03/21/2024 07:33 | 03/22/2024 07:33 | final |

Electronically signed by: SELENA ARMSTRONG, FNP, 03/27/2024 08:37 CDT

Page 1 of 2

**MRH MED GRP VERONA**
5024 RAYMOND AVE, TUPELO, MS 388018671 - 0

**Patient Name:** BARRY MCMILLIAN
**MRN:** 1001837
**Note Type:** Clinic Note

**DOB:** 10/26/1976
**Account #:** U0389805

| Lab Results: This Visit | | | | | | |
|---|---|---|---|---|---|---|
| **Test** | **Results** | **Units** | **Reference Range** | **Ordered** | **Collected** | **Status** |
| OXYCODONE | NEGATIVE | NEGATIVE | NORMAL: <300 ng/mL | 03/21/2024 07:33 | 03/22/2024 07:33 | final |
| BARBITURATES | NEGATIVE | NEGATIVE | NORMAL: <200 ng/mL | 03/21/2024 07:33 | 03/22/2024 07:33 | final |
| BENZO | NEGATIVE | NEGATIVE | NORMAL: <200 ng/mL | 03/21/2024 07:33 | 03/22/2024 07:33 | final |
| BUPRENORPHINE | NEGATIVE | NEGATIVE | NORMAL: <5 ng/mL | 03/21/2024 07:33 | 03/22/2024 07:33 | final |
| NITRITE-UA | NEGATIVE | NEGATIVE | NORMAL: NEGATIVE | 03/21/2024 07:33 | 03/22/2024 07:33 | final |
| OXIDANTS | NORMAL | NORMAL | NORMAL: NEGATIVE | 03/21/2024 07:33 | 03/22/2024 07:33 | final |
| SPEC GRAVITY | 1.025 A | 1.025 | NORMAL: 1.003-1.025 | 03/21/2024 07:33 | 03/22/2024 07:33 | final |
| pH | 6.0 | 6.0 | NORMAL: 4.0-9.9 | 03/21/2024 07:33 | 03/22/2024 07:33 | final |
| TEMP | NA | NA | | 03/21/2024 07:33 | 03/22/2024 07:33 | final |

**Problem List**
Diabetes 2
Anxiety

**Discharge Medications**
Trulicity 0.75MG/0.5ML Subcutaneous Solution
Xanax 1MG Oral Tablet

**TEACHINGS:**
Take medications as prescribed.
S/ sx worsening: RTC or go to the nearest ER.
Medications (use/side effects): Reviewed with patient.

**REFERRAL:**

**FOLLOW UP: 1 month**

**MRH MED GRP VERONA**
5024 RAYMOND AVE, TUPELO, MS 388018671 - 0

**Patient Name:** BARRY MCMILLIAN
**MRN:** 1001837
**Note Type:** Clinic Note

**DOB:** 10/26/1976
**Account #:** U0384846

---

**Date of Service:** 03/07/2024
**Patient Name:** MCMILLIAN, BARRY, DOB: 10/26/1976, Age: 47 years

PMP Reviewed:Yes

**Allergy List**
No Known Drug Allergies, Medication

| Date/Time | BP (mm/Hg) | BP Position/Site | MAP (mm/Hg) | Heart Rate | Pulse Site | Resp | Temp (°C) | Temp (°F) | SPO2% | O2 L/min | FiO2 | O2 Device | Blood Sugar | Pain Score | Height (cm) | Height (in) | Weight (kg) | Weight (lbs/ozs) | Scale | BMI | BSA | Head Cir (cm) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/07/2024 10:30 | 114/82 | Sitting/ Right Arm | 93 | 100 | Pulse Ox | 18 | 36.9 Temporal Scanning | 98.4 Temporal Scanning | 99 % | | | | | | 172.7 cm | 68 in | 87.09 kg | 192 lbs | Floor Scale | 29.19 | 2.04 | |

**Chief Complaint:** SEE PROVIDER
**Home Meds List:** No Home Medications Available
**Immunization List:** No Immunizations Available

**HPI:**
47 year old male who presents to the clinic for medication refills.

Anxiety- Reports that medication is working well. States that last dose was several days ago.

Patient does report that he has been taking Percocet d/t having tooth pulled.

HLD- Reports compliance with medication. Denies myalgias.

Allergies- Reports that singulair works well.

Patient reports that he is doing well on Trulicity. States that farxiga and ozempic were not covered by insurance.

---

**Subjective DATA:**

Const: Denies fever, Denies fatigue, Denies chills

Skin: Denies rash, Denies itching, Denies pain

ENT: Denies sore throat, Denies sinus congestion, Denies chest congestion, Denies ear pain, Denies nasal drainage

Eyes: Denies pain, Denies itching, Denies drainage

CVS: Denies chest pain, Denies chest pressure, Denies heart palpitation, Denies edema

Resp: Denies SOB, Denies cough, Denies wheezing

Gastro: Denies pain, Denies nausea, Denies diarrhea, Denies vomiting

Genito: Denies dysuria, Denies frequency, Denies urgency

Neuro: Denies headache, Denies dizziness, Denies numbness, Denies tingling

Psych: Denies depression, Denies anxiety, Denies insomnia, Denies suicidal ideation

Msk: Denies joint pain, Denies back pain, Denies tenderness

---

**Objective DATA:**

General: Awake, alert, and oriented. No acute distress noted. Well developed, hydrated, and nourished. VS stable.

CVS: Heart rate regular. Heart tones s1, s2 present. No murmurs, gallops auscultated.

Resp: Chest wall symmetrical. No signs of respiratory distress. Lung sounds clear in all lobes bilaterally without rhonchi, rales, or wheezing.

Psych: Hyperactive but calm in room. Appropriate mood and affect.

**PLAN;**
Patient's drug screen was negative for xanax at last visit. He had not had medicine in a week or so last time and it has been several days this time. Informed patient that I would only write two weeks medication today. If drug screen is negative for xanax at next visit, will be unable to continue to write this.

Will refill rosuvastatin and singulair. Patient was due for labs but he wanted to wait until 2 weeks to have these drawn.

Continue Trulicity. If this ineffective, we will try again for farxiga and ozempic.

---

**Problem List**
Hyperlipidemia

Electronically signed by: SELENA ARMSTRONG, FNP, 03/11/2024 10:19 CDT

Page 1 of 2

**MRH MED GRP VERONA**
5024 RAYMOND AVE, TUPELO, MS 388018671 - 0

Patient Name: BARRY MCMILLIAN
MRN: 1001837
Note Type: Clinic Note

DOB: 10/26/1976
Account #: U0384846

Diabetes 2
Anxiety
Long-term current use of benzodiazepine
Encounter for therapeutic drug level monitoring

Discharge Medications
Xanax 1MG Oral Tablet
Rosuvastatin 20MG Oral Tablet
Singulair 10MG Oral Tablet
Protonix 40 MG Oral Tablet, Delayed Release

TEACHINGS:
Take medications as prescribed.
S/ sx worsening: RTC or go to the nearest ER.
Medications (use/side effects): Reviewed with patient.

REFERRAL:

FOLLOW UP: 2 weeks

**MRH MED GRP VERONA**
5024 RAYMOND AVE, TUPELO, MS 388018671 - 0

**Patient Name:** BARRY MCMILLIAN
**MRN:** 1001837
**Note Type:** Clinic Note

**DOB:** 10/26/1976
**Account #:** U0374103

---

**Date of Service:** 02/08/2024
**Patient Name:** MCMILLIAN, BARRY, **DOB:** 10/26/1976, **Age:** 47 years

PMP Reviewed:Yes

**Allergy List**
No Known Drug Allergies, Medication

| | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | **Vital Signs: This Visit** | | | | | | | | | | | | | | |
| Date/Time | BP (mm/ Hg) | BP Position/ Site | MAP (mm/ Hg) | Heart Rate | Pulse Site | Resp | Temp (°C) | Temp (°F) | SPO2% | O2 L/ min | FiO2 | O2 Device | Blood Sugar | Pain Score | Height (cm) | Height (in) | Weight (kg) | Weight (lbs/ ozs) | Scale | BMI | BSA | Head Cir (cm) |
| 02/08/2024 10:22 | 112/72 | Sitting/ Right Arm | 85 | 85 | Pulse Ox | 18 | 36.8 Temporal Scanning | 98.2 Temporal Scanning | 97 % | | | Room Air 21% | | | 177.8 cm | 70 in | 86 kg | 189.6 lbs | Floor Scale | 27.2 | 2.06 | |

**Chief Complaint:** refill on xanax and singulair-MRH
**Home Meds List:** No Home Medications Available
**Immunization List:** No Immunizations Available

**HPI:**
47 year old male who presents to the clinic for medication refills.

Anxiety- Reports that last dose of Xanax was Monday or Tuesday morning. Reports that medication works well. Denies any s/e of medication.

HLD- Reports compliance with medication. Denies myalgias.

Allergies- Reports that medication is working well. Denies any complications with this.

Patient also reports that he never received the Ozempic. He requests that this be sent again.

Patient also reports that his ears are always dry and itchy.

**Subjective DATA:**

**Const: Denies fever, Denies fatigue, Denies chills**

Skin: Denies rash, Denies itching, Denies pain

**ENT: Denies sore throat, Denies sinus congestion, Denies chest congestion, Denies ear pain, Denies nasal drainage**

Eyes: Denies pain, Denies itching, Denies drainage

**CVS: Denies chest pain, Denies chest pressure, Denies heart palpitation, Denies edema**

**Resp: Denies SOB, Denies cough, Denies wheezing**

Gastro: Denies pain, Denies nausea, Denies diarrhea, Denies vomiting

Genito: Denies dysuria, Denies frequency, Denies urgency

Neuro: Denies headache, Denies dizziness, Denies numbness, Denies tingling

**Psych: Reports anxiety that is controlled with medication.**

Msk: Denies joint pain, Denies back pain, Denies tenderness

**Objective DATA:**

**General: Awake, alert, and oriented. No acute distress noted. Well developed, hydrated, and nourished. VS stable.**

**ENT: Mild erythema and dry bilateral ears. Bilateral TM gray with normal cone of light.**

**CVS: Heart rate regular. Heart tones s1, s2 present. No murmurs, gallops auscultated.**

**Resp: Chest wall symmetrical. No signs of respiratory distress. Lung sounds clear in all lobes bilaterally without rhonchi, rales, or wheezing.**

**Neuro: Awake, alert, and oriented. Normal speech. Cranial nerves 1-12 grossly intact. No gait abnormalities noted.**

**Psych: Calm in room. Appropriate mood, and affect.**

**PLAN:**
Continue current medications. Will continue to monitor.

Will send drops for otitis externa.

| Lab Results: This Visit | | | | | | |
|---|---|---|---|---|---|---|
| Test | Results | Units | Reference Range | Ordered | Collected | Status |
| COCAINE | NEGATIVE | NEGATIVE | NORMAL: <300 ng/mL | 02/08/2024 16:11 | 02/09/2024 07:52 | final |

**MRH MED GRP VERONA**
5024 RAYMOND AVE, TUPELO, MS 388018671 - 0

Patient Name: BARRY MCMILLIAN
MRN: 1001837
Note Type: Clinic Note

DOB: 10/26/1976
Account #: U0374103

| | | | Lab Results: This Visit | | | |
|---|---|---|---|---|---|---|
| **Test** | **Results** | **Units** | **Reference Range** | **Ordered** | **Collected** | **Status** |
| METHAMPHET | NEGATIVE | NEGATIVE | NORMAL: <300 ng/mL | 02/08/2024 16:11 | 02/09/2024 07:52 | final |
| AMPHETAMINES | NEGATIVE | NEGATIVE | NORMAL: <1000 ng/mL | 02/08/2024 16:11 | 02/09/2024 07:52 | final |
| THC | NEGATIVE | NEGATIVE | NORMAL: <50 ng/mL | 02/08/2024 16:11 | 02/09/2024 07:52 | final |
| OPIATES 300 | NEGATIVE | NEGATIVE | NORMAL: <300 ng/mL | 02/08/2024 16:11 | 02/09/2024 07:52 | final |
| OXYCODONE | NEGATIVE | NEGATIVE | NORMAL: <300 ng/mL | 02/08/2024 16:11 | 02/09/2024 07:52 | final |
| BARBITURATES | NEGATIVE | NEGATIVE | NORMAL: <200 ng/mL | 02/08/2024 16:11 | 02/09/2024 07:52 | final |
| BENZO | NEGATIVE | NEGATIVE | NORMAL: <200 ng/mL | 02/08/2024 16:11 | 02/09/2024 07:52 | final |
| BUPRENORPHINE | NEGATIVE | NEGATIVE | NORMAL: <5 ng/mL | 02/08/2024 16:11 | 02/09/2024 07:52 | final |
| NITRITE-UA | NEGATIVE | NEGATIVE | NORMAL: NEGATIVE | 02/08/2024 16:11 | 02/09/2024 07:52 | final |
| OXIDANTS | NORMAL | NORMAL | NORMAL: NEGATIVE | 02/08/2024 16:11 | 02/09/2024 07:52 | final |
| SPEC GRAVITY | 1.025 A | 1.025 | NORMAL: 1.003-1.025 | 02/08/2024 16:11 | 02/09/2024 07:52 | final |
| pH | 5.0 A | 5.0 | NORMAL: 4.0-9.9 | 02/08/2024 16:11 | 02/09/2024 07:52 | final |
| TEMP | NA | NA | | 02/08/2024 16:11 | 02/09/2024 07:52 | final |

| | | | Ordered & Completed Meds Table | | |
|---|---|---|---|---|---|
| **Ordered Medication** | **Start Date/Time** | **Dosage** | **Route** | **Frequency** | **Status** |
| Xanax 1MG Oral Tablet | 02/08/2024 00:00 | 1 TABLET | BY MOUTH | TWICE A DAY | active |
| Rosuvastatin 20MG Oral Tablet | 02/08/2024 00:00 | 1 TABLET | BY MOUTH | AT BEDTIME | active |
| Singulair 10MG Oral Tablet | 02/08/2024 00:00 | 1 TABLET | BY MOUTH | AT BEDTIME | active |
| Ozempic 0.25 MG or 0.5 MG Doses 2 MG/3 ML Subcutaneous Solution | 02/08/2024 00:00 | 0.25 MILLIGRAMS | SUBCUTANEOUS | ONCE A WEEK | active |
| Acetic Acid/Hc 2%-1% Otic Solution | 02/08/2024 00:00 | | OTIC | THREE TIMES A DAY | active |

**Problem List**
Hyperlipidemia
Diabetes 2
Anxiety
Long-term current use of benzodiazepine
Encounter for therapeutic drug level monitoring
Long-term use of medication
Bilateral otitis externa

**Discharge Medications**
Xanax 1MG Oral Tablet
Rosuvastatin 20MG Oral Tablet
Singulair 10MG Oral Tablet
Ozempic 0.25 MG or 0.5 MG Doses 2 MG/3 ML Subcutaneous Solution
Acetic Acid/Hc 2%-1% Otic Solution

**TEACHINGS:**
**Take medications as prescribed.**
**S/ sx worsening: RTC or go to the nearest ER.**
**Medications (use/side effects): Reviewed with patient.**

**REFERRAL:**

**FOLLOW UP: 1 month**

**MRH MED GRP VERONA**
5024 RAYMOND AVE, TUPELO, MS 388018671 - 0

**Patient Name:** BARRY MCMILLIAN
**MRN:** 1001837
**Note Type:** Clinic Note

**DOB:** 10/26/1976
**Account #:** U0364019

Date of Service: 01/08/2024
Patient Name: MCMILLIAN, BARRY, DOB: 10/26/1976, Age: 47 years

PMP Reviewed:Yes

**Allergy List**
No Known Drug Allergies, Medication

| | | | | | | | Vital Signs: This Visit | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Date/Time | BP (mm/Hg) | BP Position/Site | MAP (mm/Hg) | Heart Rate | Pulse Site | Resp | Temp (°C) | Temp (°F) | SPO2% | O2 L/min | FiO2 | O2 Device | Blood Sugar | Pain Score | Height (cm) | Height (in) | Weight (kg) | Weight (lbs/ozs) | Scale | BMI | BSA | Head Cir (cm) |
| 01/08/2024 10:33 | 111/78 | Sitting/Right Arm | 89 | 96 | Pulse Ox | 18 | 37.4 Temporal Scanning | 99.4 Temporal Scanning | 100 % | | | Room Air 21% | | | 172.7 cm | 68 in | 83.46 kg | 184 lbs | Floor Scale | 27.98 | 2 | |

**Chief Complaint:** NEEDS MEDICINE FOR FLU, REFILL ON XANAX-MRH
**Home Meds List:** No Home Medications Available
**Immunization List:** No Immunizations Available

**HPI:**
47 year old male who presents to the clinic for medication refills.

Anxiety- Reports that last dose of medication was Thursday. Reports that this is working well. Denies palpitations.

Patient also reports that he went to the ER last night for fever, chills, nasal congestion/drainage, a cough with green sputum production, and body aches that started on Thursday. Reports that he tested positive for flu b and covid. States that he was given paxlovid but the pharmacies don't have this medication.

**Subjective DATA:**

**Const:** Reports fever, chills.

Skin: Denies rash, Denies itching, Denies pain

**ENT:** Reports nasal drainage/congestion. Denies sore throat.

Eyes: Denies pain, Denies itching, Denies drainage

CVS: Denies chest pain, Denies chest pressure, Denies heart palpitation, Denies edema

**Resp:** Reports productive cough. Denies SOB, Denies wheezing

Gastro: Denies pain, Denies nausea, Denies diarrhea, Denies vomiting

Genito: Denies dysuria, Denies frequency, Denies urgency

Neuro: Denies headache, Denies dizziness, Denies numbness, Denies tingling

**Psych:** Reports anxiety that is controlled with medication.

**Msk:** Reports myalgias.

**Objective DATA:**

**General:** Awake, alert, and oriented. No acute distress noted. Well developed, hydrated, and nourished. VS stable.

**ENT:** Bilateral TM pearly gray, with normal landmarks. Cone of light present. Nasal mucosa pink, moist. Nares patent bilaterally. Posterior pharynx mildly erythematous. Bilateral maxillary and frontal sinus tenderness.

**CVS:** Heart rate regular. Heart tones s1, s2 present. No murmurs, gallops auscultated.

**Resp:** Chest wall symmetrical. No signs of respiratory distress. Lung sounds clear in all lobes bilaterally without rhonchi, rales, or wheezing.

**Psych:** Calm in room. Appropriate mood, and affect. Good judgement and insight.

**PLAN:**
Will refill xanax. Take as prescribed.

Will send tamiflu. Informed patient that this may not be effective since his symptoms have been going on longer than 48 hours. Do not take tamiflu and paxlovid together. Will also send zyrtec. Rotate Tylenol/Ibuprofen for pain/fever. Increase fluid and electrolyte intake.

Will also send refills on Wellbutrin and Farxiga.

| Ordered & Completed Meds Table | | | | | |
|---|---|---|---|---|---|
| Ordered Medication | Start Date/Time | Dosage | Route | Frequency | Status |
| ZyrTEC 10MG Oral Tablet | 01/08/2024 00:00 | 1 TABLET | BY MOUTH | ONCE A DAY | active |

**MRH MED GRP VERONA**
5024 RAYMOND AVE, TUPELO, MS 388018671 - 0

Patient Name: BARRY MCMILLIAN
MRN: 1001837
Note Type: Clinic Note

DOB: 10/26/1976
Account #: U0364019

| Ordered & Completed Meds Table | | | | | |
|---|---|---|---|---|---|
| Ordered Medication | Start Date/Time | Dosage | Route | Frequency | Status |
| Tamiflu 75MG Oral Capsule | 01/08/2024 00:00 | 1 CAPSULE | BY MOUTH | TWICE A DAY | active |
| Xanax 1MG Oral Tablet | 01/08/2024 00:00 | 1 TABLET | BY MOUTH | TWICE A DAY | active |
| Parxiga 10MG Oral Tablet | 01/08/2024 00:00 | 1 TABLET | BY MOUTH | ONCE A DAY | active |
| Wellbutrin SR 100MG Oral Tablet, Extended Release, 12 HR | 01/08/2024 00:00 | 1 TABLET | BY MOUTH | ONCE A DAY | active |

**Problem List**
Anxiety
Acute COVID-19
Influenza B
Cough
Fever

**Discharge Medications**
ZyrTEC 10MG Oral Tablet
Tamiflu 75MG Oral Capsule
Xanax 1MG Oral Tablet
Parxiga 10MG Oral Tablet
Wellbutrin SR 100MG Oral Tablet, Extended Release, 12 HR

**TEACHINGS:**
Take medications as prescribed.
S/ sx worsening: RTC or go to the nearest ER.
Medications (use/side effects): Reviewed with patient.

**REFERRAL:**

FOLLOW UP: 1 week if no improvement, 1 month for refills

**MRH MED GRP VERONA**
5024 RAYMOND AVE, TUPELO, MS 388018671 - 0

**Patient Name:** BARRY MCMILLIAN
**MRN:** 1001837
**Note Type:** Clinic Note

**DOB:** 10/26/1976
**Account #:** U0353538

**Date of Service:** 12/06/2023
**Patient Name:** MCMILLIAN, BARRY, **DOB:** 10/26/1976, **Age:** 47 years

PMP Reviewed:Y

**Allergy List**
No Known Drug Allergies, Medication

| | | | | | | | Vital Signs: This Visit | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Date/Time | BP (mm/Hg) | BP Position/ Site | MAP (mm/Hg) | Heart Rate | Pulse Site | Resp | Temp (°C) | Temp (°F) | SPO2% | O2 L/ min | FiO2 | O2 Device | Blood Sugar | Pain Score | Height (cm) | Height (in) | Weight (kg) | Weight (lbs/ ozs) | Scale | BMI | BSA | Head Cir (cm) |
| 12/06/2023 12:57 | 113/81 | Sitting/ Right Arm | 92 | 93 | Pulse Ox | 18 | 37 Temporal Scanning | 98.6 Temporal Scanning | 97 % | | | Room Air 21% | | | 177.8 cm | 70 in | 84.82 kg | 187 lbs | Floor Scale | 26.83 | 2.05 | |

**Chief Complaint:** REFILL ON MEDICATIONS-MRH
**Home Meds List:** No Home Medications Available
**Immunization List:** No Immunizations Available

HPI:47 Y/O MALE PRESENTS TO THE CLINIC FOR REFILLS ON MEDICATIONS. PT TOLERATES MEDS WELL WITHOUT ANY ADVERSE SIDE EFFECTS. PT WAS DUE LABS, BUT WASNT FASTING. WILL GET LABS ON NEXT VISIT.

---

**Subjective DATA:**

Const: Denies fever, Denies fatigue, Denies chills

Skin: Denies rash, Denies itching, Denies pain

ENT: Denies sore throat, Denies sinus congestion, Denies chest congestion, Denies ear pain, Denies nasal drainage   upper left tooth pain

Eyes: Denies pain, Denies itching, Denies drainage

CVS: Denies chest pain, Denies chest pressure, Denies heart palpitation, Denies edema

Resp: Denies SOB, Denies cough, Denies wheezing, Denies congestion,

Gastro: Denies pain, Denies nausea, Denies diarrhea, Denies vomiting

Genito: Denies dysuria, Denies frequency, Denies urgency

Neuro: Denies headache, Denies dizziness, Denies numbness, Denies tingling

Psych: +depression, + anxiety, Denies insomnia, Denies suicidal ideation

Msk: Denies joint pain, Denies back pain, Denies tenderness

---

**Objective DATA:**

**General:** Awake, alert, and oriented. No acute distress noted. Well developed, hydrated, and nourished. Pt is pleasant in office today

Skin: Warm, dry, and intact. No rashes, lesions. Color appropriate for ethnicity. Nailbeds pink.

Head: Normocephalic, atraumatic, without tenderness. NO visible or palpable masses.

ENT: TM pearly gray, with normal landmarks. Cone of light present. Nasal mucosa pink, moist. Nares patent bilaterally. Posterior pharynx pink, no erythema, swelling, or exudate.

Eyes: Conjunctiva clear, no exudate. EOM intact. Sclera non-icteric. Eyelids without swelling.

Neck: supple without adenopathy. No thyroid masses palpated. No carotid bruit. No JVD.

CVS: Heart rate regular. Heart tones s1, s2 present. No murmurs, gallops auscultated.

Resp: Chest wall symmetrical. No signs of respiratory distress. Lung sounds clear in all lobes bilaterally without rhonchi, rales, or wheezing.

Gastro: Abdomen soft, non tender. Bowel sounds present in all 4 quadrants, normoactive.

Genito: No CVAT tenderness noted.

Neuro: Awake, alert, and oriented. Normal speech. Cranial nerves 1-12 grossly intact. No gait abnormalities noted.

Psych: Appropriate mood, and affect. Good judgement and insight. No auditory or visual hallucinations noted. No suicidal or homicidal ideation.

Msk: Upper and lower extremities atraumatic in appearance. No tenderness noted. No swelling or erythema. Full range of motion of all extremities.

---

**Lab Results: This Visit:** No Labs Available

---

**MRH MED GRP VERONA**
5024 RAYMOND AVE, TUPELO, MS 388018671 - 0

**Patient Name:** BARRY MCMILLIAN
**MRN:** 1001837
**Note Type:** Clinic Note

**DOB:** 10/26/1976
**Account #:** U0353538

| Ordered & Completed Meds Table | | | | | |
|---|---|---|---|---|---|
| **Ordered Medication** | **Start Date/Time** | **Dosage** | **Route** | **Frequency** | **Status** |
| Wellbutrin SR 100MG Oral Tablet, Extended Release, 12 HR | 12/06/2023 00:00 | 1 TABLET | BY MOUTH | ONCE A DAY | active |
| Vraylar 1.5MG Oral Capsule | 12/06/2023 00:00 | 1 CAPSULE | BY MOUTH | ONCE A DAY | active |

**Problem List**
Hyperlipidemia
Erectile dysfunction
Diabetes 2
GERD
Major depressive disorder, recurrent, moderate
Anxiety
Dental pain
Dental abscess
Vitamin D deficiency
Lumbar arthritis
Constipation
Long-term current use of benzodiazepine
Encounter for therapeutic drug level monitoring
Long-term use of medication

**Discharge Medications**
Vitamin D 50000IU Oral Capsule, Liquid Filled
Ozempic 0.25 MG or 0.5 MG Doses 2 MG/3 ML Subcutaneous Solution
Biaxin 500MG Oral Tablet
Ed A-Hist DM 4MG-10MG-10MG Oral Tablet
Flonase 0.05MG/1Actuation Nasal Spray
Protonix 40 MG Oral Tablet, Delayed Release
Ondansetron 4MG Oral Tablet, Disintegrating
Singulair 10MG Oral Tablet
Diclofenac Sodium 75MG Oral Tablet, Enteric Coated
Robaxin 500MG Oral Tablet
Viagra 100MG Oral Tablet
Farxiga 10MG Oral Tablet
Xanax 1MG Oral Tablet
Rosuvastatin 20MG Oral Tablet
Glucophage XR 500MG Oral Tablet, Extended Release
Wellbutrin SR 100MG Oral Tablet, Extended Release, 12 HR
Vraylar 1.5MG Oral Capsule

**TEACHINGS:**
Take medications as prescribed.
S/ sx worsening: RTC or go to the nearest ER.
Medications (use/side effects): Reviewed with patient.

Pmp and uds review today   Refill pt chronic medications.  Discussed with pt about improvement for mood.  Advise there are much better ways to treat anxiety.  Pt had tried SSRI before and had stated he felt "like a zombie".

Start on Welbutrin   Advise pt to stop taking if he experiences increased anger, anxiety or thoughts of harm to self or others.

In addition to welbutrin  Start Vraylar as an add-on.   Due to anxiety pt may not tolerate larger doses of Welbutrin and he does not tolerate SSRI.  Keep Welbutrin at lower dose range and add Vraylar.

Labs due at next visit

**REFERRAL:**


**FOLLOW UP: 1 month**

**MRH MED GRP VERONA**
5024 RAYMOND AVE, TUPELO, MS 388018671 -

**Patient Name:** BARRY MCMILLIAN
**MRN:** 1001837
**Note Type:** Clinic Note

**DOB:** 10/26/1976
**Account #:** U0344580

---

**Date of Service:** 11/09/2023
**Patient Name:** MCMILLIAN, BARRY, **DOB:** 10/26/1976, **Age:** 47 years

PMP Reviewed:Yes

**Allergy List**
No Known Drug Allergies, medication

| | | | | | | | Vital Signs: This Visit | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Date/Time | BP (mm/Hg) | BP Position/ Site | MAP (mm/Hg) | Heart Rate | Resp | Temp (°C) | Temp (°F) | SPO2% | O2 Device | Blood Sugar (mg/dL) | Pain Score | Height (cm) | Height (in) | Weight (kg) | Weight (lbs/ozs) | BMI | Head Cir (cm) |
| 11/09/2023 11:14 | 112/82 | Sitting/ Right Arm | 92 | 108 | 18 | 36.3 Temporal Scanning | 97.3 Temporal Scanning | 98 % | Room Air 21% | | | 177.8 cm | 70 in | 85.73 kg | 189 lbs | 27.12 | |

**Chief Complaint:** refill xanax, viagra, warts something for sinuses-mrh
**Home Meds List:** No Home Medications Available
**Immunization List:** No Immunizations Available

**HPI:**
47 year old female who presents to the clinic for medication refills.

**Anxiety-** Reports that medication is working well. Denies heart palpitations. Reports that his last dose was yesterday morning.

**Allergies-** Reports that singulair works well. Denies any complications with this.

**ED-** Reports that current medication works well. Denies any s/e.

**Diabetes-** Reports that he has been unable to get the ozempic yet. He is waiting on insurance to approve this. He reports that he has been taking 1 tablet of metformin a day but reports that this is causing him to have nausea, vomiting, and diarrhea.

**Subjective DATA:**

**Const: Denies fever, Denies fatigue, Denies chills**

Skin: Denies rash, Denies itching, Denies pain

**ENT: Denies sore throat, Denies sinus congestion, Denies chest congestion, Denies ear pain, Denies nasal drainage**

Eyes: Denies pain, Denies itching, Denies drainage

**CVS: Denies chest pain, Denies chest pressure, Denies heart palpitation, Denies edema**

**Resp: Denies SOB, Denies cough, Denies wheezing**

**Gastro: Reports n/v/d. Denies pain.**

Genito: Denies dysuria, Denies frequency, Denies urgency

Neuro: Denies headache, Denies dizziness, Denies numbness, Denies tingling

**Psych: Reports anxiety that is controlled with medication. Denies depression, Denies insomnia, Denies suicidal ideation**

Msk: Denies joint pain, Denies back pain, Denies tenderness

**Objective DATA:**

**General:** Awake, alert, and oriented. No acute distress noted. Well developed, hydrated, and nourished. VS stable.

**ENT:** Bilateral TM pearly gray, with normal landmarks. Cone of light present. Mild serous fluid to left TM. Nasal mucosa pink, moist. Nares patent bilaterally. Posterior pharynx pink, no erythema, swelling, or exudate.

**CVS:** Heart rate regular. Heart tones s1, s2 present. No murmurs, gallops auscultated.

**Resp:** Chest wall symmetrical. No signs of respiratory distress. Lung sounds clear in all lobes bilaterally without rhonchi, rales, or wheezing.

**Neuro:** Awake, alert, and oriented. Normal speech. Cranial nerves 1-12 grossly intact. No gait abnormalities noted.

---

Electronically signed by: SELENA ARMSTRONG FNP, 11/09/2023 12:49 CST

**MRH MED GRP VERONA**
5024 RAYMOND AVE, TUPELO, MS 388018671 -

**Patient Name:** BARRY MCMILLIAN
**MRN:** 1001837
**Note Type:** Clinic Note

**DOB:** 10/26/1976
**Account #:** U0344580

Psych: Calm in room. Appropriate mood, and affect. Good judgement and insight.

**PLAN:**
Diabetes- Will try to get farxiga covered. Continue metformin until we get another medication approved. We will also continue to work on Ozempic because your A1C has increased to 9.9. Will obtain fasting labs at next months visit.

Anxiety- Continue current medication. Will obtain drug screen in 2 months.

ED- Continue medication.

Allergies- Continue medication.

| Lab Results: This Visit | | | | | | |
|---|---|---|---|---|---|---|
| Test | Results | Units | Reference Range | Ordered | Collected | Status |
| HGB A1C | 9.9 H | % | L=4.6 H=6.0 | 11/09/2023 11:43 | 11/09/2023 12:31 | final |

**Problem List**
Erectile dysfunction
Diabetes 2
Anxiety
Allergic rhinitis

**Discharge Medications**
Xanax 1MG Oral Tablet
Ondansetron 4MG Oral Tablet, Disintegrating
Singulair 10MG Oral Tablet
Viagra 100MG Oral Tablet
Farxiga 10MG Oral Tablet

**TEACHINGS:**
Take medications as prescribed.
S/ sx worsening: RTC or go to the nearest ER.
Medications (use/side effects): Reviewed with patient.

**REFERRAL:**

**FOLLOW UP: 1 month**

Electronically signed by: SELENA ARMSTRONG, FNP, 11/09/2023 12:49 CST

Page 2 of 2

**MRH MED GRP VERONA**

5024 RAYMOND AVE, TUPELO, MS 388018671 -

**Patient Name:** BARRY MCMILLIAN
**MRN:** 1001837
**Note Type:** Clinic Note

**DOB:** 10/26/1976
**Account #:** U0334078

**Date of Service:** 10/10/2023
**Patient Name:** MCMILLIAN, BARRY, **DOB:** 10/26/1976, **Age:** 46 years

PMP Reviewed:Yes

**Allergy List**
No Known Drug Allergies, medication

| | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | **Vital Signs: This Visit** | | | | | | | | | | | | |
| Date/Time | BP (mm/ Hg) | BP Position/ Site | MAP (mm/ Hg) | Heart Rate | Resp | Temp (°C) | Temp (°F) | SPO2% | O2 Device | Blood Sugar (mg/ dL) | Pain Score | Height (cm) | Height (in) | Weight (kg) | Weight (lbs/ ozs) | BMI | Head Cir (cm) |
| 10/10/2023 16:11 | 118/70 | Sitting/ Right Arm | 86 | 105 | 18 | 36.9 Temporal Scanning | 98.4 Temporal Scanning | 96 % | | | | 177.8 cm | 70 in | 87.09 kg | 192 lbs | 27.55 | |

**Chief Complaint:** PATIENT WANTS TO LEAVE A UDS
**Home Meds List:** No Home Medications Available
**Immunization List:** No Immunizations Available

**HPI:**
46 year old male who presents to the clinic for medication refills.

Anxiety- Patient reports that this medication works well. Last dose was Thursday. Denies palpitations or s/e from medication.

**Subjective DATA:**

**Const: Denies fever, Denies fatigue, Denies chills**

Skin: Denies rash, Denies itching, Denies pain

**ENT: Denies sore throat, Denies sinus congestion, Denies chest congestion, Denies ear pain, Denies nasal drainage**

Eyes: Denies pain, Denies itching, Denies drainage

**CVS: Denies chest pain, Denies chest pressure, Denies heart palpitation, Denies edema**

**Resp: Denies SOB, Denies cough, Denies wheezing**

Gastro: Denies pain, Denies nausea, Denies diarrhea, Denies vomiting

Genito: Denies dysuria, Denies frequency, Denies urgency

Neuro: Denies headache, Denies dizziness, Denies numbness, Denies tingling

**Psych: Reports anxiety that is controlled with medication. Denies depression, Denies insomnia, Denies suicidal ideation**

Msk: Denies joint pain, Denies back pain, Denies tenderness

**Objective DATA:**

**General: Awake, alert, and oriented. No acute distress noted. Well developed, hydrated, and nourished. VS stable.**

**CVS: Tachycardia with regular rhythm. Heart tones s1, s2 present. No murmurs, gallops auscultated.**

**Resp: Chest wall symmetrical. No signs of respiratory distress. Lung sounds clear in all lobes bilaterally without rhonchi, rales, or wheezing.**

**Psych: Calm in room. Appropriate mood.**

**PLAN:**
I was not going to continue to write patient's xanax after his last visit d/t him not leaving a urine sample. After further review, I realized that patient doesn't have a controlled substance contract. Obtained a contract today and a urine drug screen. Reviewed this with patient and informed him that his medication has to be in his system going forward. If he doesn't have the medication in his system or if he tests positive for any illegal substance or prescription, I will not continue to write this. He voiced understanding.

Electronically signed by: SELENA ARMSTRONG, FNP, 10/12/2023 12:56 CDT

**MRH MED GRP VERONA**

5024 RAYMOND AVE, TUPELO, MS 388018671 -

**Patient Name:** BARRY MCMILLIAN
**MRN:** 1001837
**Note Type:** Clinic Note

**DOB:** 10/26/1976
**Account #:** U0334078

| Test | Results | Units | Reference Range | Ordered | Collected | Status |
|------|---------|-------|-----------------|---------|-----------|--------|
| DRUG CONFIRM 22 PLUS | | | | 10/10/2023 16:03 | 10/11/2023 09:40 | registered |
| COCAINE | NEGATIVE | | NORMAL: <300 ng/mL | 10/10/2023 16:56 | 10/10/2023 16:48 | final |
| METHAMPHET | NEGATIVE | | NORMAL: <300 ng/mL | 10/10/2023 16:56 | 10/10/2023 16:48 | final |
| AMPHETAMINES | NEGATIVE | | NORMAL: <1000 ng/mL | 10/10/2023 16:56 | 10/10/2023 16:48 | final |
| THC | NEGATIVE | | NORMAL: <50 ng/mL | 10/10/2023 16:56 | 10/10/2023 16:48 | final |
| OPIATES 300 | NEGATIVE | | NORMAL: <300 ng/mL | 10/10/2023 16:56 | 10/10/2023 16:48 | final |
| OXYCODONE | NEGATIVE | | NORMAL: <300 ng/mL | 10/10/2023 16:56 | 10/10/2023 16:48 | final |
| BARBITURATES | NEGATIVE | | NORMAL: <200 ng/mL | 10/10/2023 16:56 | 10/10/2023 16:48 | final |
| BENZO | NEGATIVE | | NORMAL: <200 ng/mL | 10/10/2023 16:56 | 10/10/2023 16:48 | final |
| BUPRENORPHINE | NEGATIVE | | NORMAL: <5 ng/mL | 10/10/2023 16:56 | 10/10/2023 16:48 | final |
| NITRITE-UA | NEGATIVE | | NORMAL: NEGATIVE | 10/10/2023 16:56 | 10/10/2023 16:48 | final |
| OXIDANTS | NORMAL | | NORMAL: NEGATIVE | 10/10/2023 16:56 | 10/10/2023 16:48 | final |
| SPEC GRAVITY | 1.020 | | NORMAL: 1.003-1.025 | 10/10/2023 16:56 | 10/10/2023 16:48 | final |
| pH | 8.0 A | | NORMAL: 4.0-9.9 | 10/10/2023 16:56 | 10/10/2023 16:48 | final |
| TEMP | NA | | | 10/10/2023 16:56 | 10/10/2023 16:48 | final |

**Problem List**
Anxiety
Long-term use of medication

**Discharge Medications**
Xanax 1MG Oral Tablet

**TEACHINGS:**
**Take medications as prescribed.**
**S/ sx worsening: RTC or go to the nearest ER.**
**Medications (use/side effects): Reviewed with patient.**

**REFERRAL:**

**FOLLOW UP: One month**

**MRH MED GRP VERONA**
5024 RAYMOND AVE, TUPELO, MS 388018671 -

**Patient Name:** BARRY MCMILLIAN
**MRN:** 1001837
**Note Type:** Clinic Note

**DOB:** 10/26/1976
**Account #:** U0322882

**Date of Service:** 09/08/2023
**Patient Name:** MCMILLIAN, BARRY, **DOB:** 10/26/1976, **Age:** 46 years

PMP Reviewed:Yes

**Allergy List**
No Known Drug Allergies, medication

| | | | | | | | | | | | | | | | | | Vital Signs: This Visit |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Date/Time | BP (mm/ Hg) | BP Position/ Site | MAP (mm/ Hg) | Heart Rate | Resp | Temp (°C) | Temp (°F) | SPO2% | O2 Device | Blood Sugar (mg/ dL) | Pain Score | Height (cm) | Height (in) | Weight (kg) | Weight (lbs/ ozs) | BMI | Head Cir (cm) |
| 09/08/2023 14:30 | 116/82 | Sitting/ Right Arm | 93 | 95 | 18 | 36.7 Temporal Scanning | 98 Temporal Scanning | 96 % | Room Air 21% | | | 177.8 cm | 70 in | 86.45 kg | 190.6 lbs | 27.35 | |

**Chief Complaint:** REFILLS ON MEDICATIONS-MRH
**Home Meds List:** No Home Medications Available
**Immunization List:** No Immunizations Available

**HPI:**
46 year old male who presents to the clinic for medication refills.

Anxiety- Reports that Xanax is working well. States that last dose was Tuesday. Denies palpitations.

DM2- Patient states that he hasn't been taking ozempic or metformin. States that he thought his blood sugar was improved. States that he couldn't take metformin BID because it caused him to have diarrhea and nausea.

HLD- Reports compliance with medication. Denies myalgias.

**Subjective DATA:**

**Const: Denies fever, Denies fatigue, Denies chills**

Skin: Denies rash, Denies itching, Denies pain

**ENT: Denies sore throat, Denies sinus congestion, Denies chest congestion, Denies ear pain, Denies nasal drainage**

Eyes: Denies pain, Denies itching, Denies drainage

**CVS: Denies chest pain, Denies chest pressure, Denies heart palpitation, Denies edema**

**Resp: Denies SOB, Denies cough, Denies wheezing**

Gastro: Denies pain, Denies nausea, Denies diarrhea, Denies vomiting

Genito: Denies dysuria, Denies frequency, Denies urgency

Neuro: Denies headache, Denies dizziness, Denies numbness, Denies tingling

**Psych: Reports anxiety that is controlled with medication. Denies depression, Denies insomnia, Denies suicidal ideation**

Msk: Denies joint pain, Denies back pain, Denies tenderness

**Objective DATA:**

**General: Awake, alert, and oriented. No acute distress noted. Well developed, hydrated, and nourished. VS stable.**

**Neck: No carotid bruit.**

**CVS: Heart rate regular. Heart tones s1, s2 present. No murmurs, gallops auscultated.**

**Resp: Chest wall symmetrical. No signs of respiratory distress. Lung sounds clear in all lobes bilaterally without rhonchi, rales, or wheezing.**

**Psych: Calm in room. Appropriate mood, and affect.**

**MRH MED GRP VERONA**

5024 RAYMOND AVE, TUPELO, MS 388018671 -

**Patient Name:** BARRY MCMILLIAN
**MRN:** 1001837
**Note Type:** Clinic Note

**DOB:** 10/26/1976
**Account #:** U0322882

**PLAN:**
DM2- A1C has increased to 7.4 at last visit. Will restart Ozempic. Will also start metformin 500 mg once a day. Check fasting glucose daily.Bring a log into clinic. Educated about diet.

Continue all other medications. Continue rosuvastatin. Educated about low fat diet as well.

Drug screen has been negative for Xanax for the past several labs. Will do a comprehensive drug screen this time. Last dose of medicine was Tuesday.

| Lab Results: This Visit | | | | | | |
|---|---|---|---|---|---|---|
| Test | Results | Units | Reference Range | Ordered | Collected | Status |
| READY SCREEN IN-HOUSE | | | | 09/08/2023 16:12 | | registered |

**Problem List**
Hyperlipidemia
Diabetes 2
Anxiety
Long-term current use of benzodiazepine
Encounter for therapeutic drug level monitoring

**Discharge Medications**
Xanax 1MG Oral Tablet
Glucophage XR 500MG Oral Tablet, Extended Release
Rosuvastatin 20MG Oral Tablet

**TEACHINGS:**
Take medications as prescribed.
S/ sx worsening: RTC or go to the nearest ER.
Medications (use/side effects): Reviewed with patient.

**REFERRAL:**

**FOLLOW UP: 1 month**

Electronically signed by: SELENA ARMSTRONG, FNP, 09/14/2023 10:59 CDT                    Page 2 of 2

**MRH MED GRP VERONA**

5024 RAYMOND AVE, TUPELO, MS 388018671 -

**Patient Name:** BARRY MCMILLIAN
**MRN:** 1001837
**Note Type:** Clinic Note

**DOB:** 10/26/1976
**Account #:** U0312249

**Patient Name:** MCMILLIAN, BARRY, **DOB:** 10/26/1976, **Age:** 46 years

PMP Reviewed:yes

**Allergy List**
No Known Drug Allergies, medication

| Vital Signs: This Visit | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Date/Time | BP (mm/ Hg) | BP Position/ Site | MAP (mm/ Hg) | Heart Rate | Resp | Temp (°C) | Temp (°F) | SPO2% | O2 Device | Blood Sugar (mg/ dL) | Pain Score | Height (cm) | Height (in) | Weight (kg) | Weight (lbs/ ozs) | BMI | Head Cir (cm) |
| 08/07/2023 16:36 | 118/84 | Sitting/ Right Arm | 95 | 82 | 18 | 36.5 Temporal Scanning | 97.7 Temporal Scanning | 96 % | Room Air 21% | | | 177.8 cm | 70 in | 86.64 kg | 191 lbs | 27.41 | |

**Chief Complaint:** REFILL ON MEDICATIONS-MRH PHARMACY
**Home Meds List:** No Home Medications Available
**Immunization List:** No Immunizations Available

**Subjective DATA:**

Const: (**N**) Fever, fatigue, chills:

Skin: (**N**) rash, itch, pain:

ENT: (**N**) sore throat, sinus/chest congestion, ear pain, drainage, color of drainage: clear/yellow/green/ other:

Eyes: (**N**) pain, itchy, drainage:

CVS: (**N**) pain/pressure, palpitation, edema:

Resp:(**N**) SOB, cough, dry/productive, wheezing, sputum color: clear/ yellow/ green/ frothy:

Gastro: (**N**) pain, N/V/D, heartburn, dysphagia, constipation:

Genito: (**N**) dysuria, frequency, urgency, nocturia:

Neuro: (**N**) headache, pounding, dizzy, numbness, tingling:

Psych: (**N**) depressed, anxious, insomnia, suicide, myalgia:

Msk: (**N**) pain, radiation, swelling myalgia

**Objective DATA:**

Skin: (**N**) rash, papules, vesicles, erythema:

ENT: (N) TM: pink/ red/ serous/ perforated/ retracted, cerumen:

PND, Adenopathy, color of pharynx: pink/red, turbinates, erythematous, edematous:

Eyes: (N) color of sclera: red/jaundice, fundi N, EOMI, PERRL:

CVS: (**N**) HT: irregular/regular, murmur, edema, carotid, bruits, pedal pulses: N/ABN:

Resp: (**N**) RR: irregular/regular, SOB, wheezing, rhonchi, rales, coarse:

Gastro: (N) pain, hernia, B/S hyper/hypo, tenderness:

Genito: (N) CVAT, pain:

Neuro: (N) cranial nerves: 1,2,3,4,5,6,7,8,9,10,11,12, sensation, Gait N/ABN:

Psych: (**N**) depressed, anxious: **pleasant, calm.**

Msk: (**N**) tenderness, swelling, ROM:

**MRH MED GRP VERONA**

5024 RAYMOND AVE, TUPELO, MS 388018671 -

**Patient Name:** BARRY MCMILLIAN
**MRN:** 1001837
**Note Type:** Clinic Note

**DOB:** 10/26/1976
**Account #:** U0312249

| | | | Lab Results: This Visit | | | |
|---|---|---|---|---|---|---|
| **Test** | **Results** | **Units** | **Reference Range** | **Ordered** | **Collected** | **Status** |
| HGB A1C | 7.4 H | % | L=4.6 H=6.0 | 08/07/2023 16:54 | 08/08/2023 08:55 | final |
| WBC | 4.3 L | x10^3ul | L=4.5 H=10.5 | 08/07/2023 16:54 | 08/08/2023 08:10 | final |
| RBC | 4.73 | x10^6ul | L=4.00 H=6.00 | 08/07/2023 16:54 | 08/08/2023 08:10 | final |
| HEMOGLOBIN | 14.2 | g/dL | L=14.0 H=18.0 | 08/07/2023 16:54 | 08/08/2023 08:10 | final |
| HEMATOCRIT | 39.7 L | % | L=42.0 H=52.0 | 08/07/2023 16:54 | 08/08/2023 08:10 | final |
| MCV | 83.9 | fL | L=80.0 H=99.0 | 08/07/2023 16:54 | 08/08/2023 08:10 | final |
| MCH | 30 | pg | L=27.0 H=31.0 | 08/07/2023 16:54 | 08/08/2023 08:10 | final |
| MCHC | 35 | g/dL | L=33 H=37 | 08/07/2023 16:54 | 08/08/2023 08:10 | final |
| RDW | 10.9 L | % | L=11.5 H=14.5 | 08/07/2023 16:54 | 08/08/2023 08:10 | final |
| PLATELETS | 196 | x10^6ul | L=150 H=450 | 08/07/2023 16:54 | 08/08/2023 08:10 | final |
| MPV | 8.8 | fL | L=7.4 H=10.4 | 08/07/2023 16:54 | 08/08/2023 08:10 | final |
| %NEUT | 52.3 | % | L=30.0 H=70.0 | 08/07/2023 16:54 | 08/08/2023 08:10 | final |
| %LYMPH | 37.3 | % | L=20.0 H=50.0 | 08/07/2023 16:54 | 08/08/2023 08:10 | final |
| %MONO | 10.4 H | % | L=2.0 H=10.0 | 08/07/2023 16:54 | 08/08/2023 08:10 | final |
| %EOS | | | L=0.0 H=5.0 | 08/07/2023 16:54 | 08/08/2023 08:10 | final |
| %BASO | | | L=0.0 H=3.0 | 08/07/2023 16:54 | 08/08/2023 08:10 | final |
| #NEUT | 2.2 | K/uL | L=1.3 H=7.4 | 08/07/2023 16:54 | 08/08/2023 08:10 | final |
| #LYMPH | 1.6 | K/uL | L=0.9 H=5.3 | 08/07/2023 16:54 | 08/08/2023 08:10 | final |
| #MONO | 0.5 | K/uL | L=0.1 H=1.1 | 08/07/2023 16:54 | 08/08/2023 08:10 | final |
| #EOS | | | L=0.0 H=0.3 | 08/07/2023 16:54 | 08/08/2023 08:10 | final |
| #BASO | | | L=0.0 H=0.1 | 08/07/2023 16:54 | 08/08/2023 08:10 | final |
| MANUAL DIFF | | | | 08/07/2023 16:54 | 08/08/2023 08:10 | final |

**Ordered & Completed Meds Table**: No Current Medications Available

**Rx**: No Discharge Medications Available
**Diagnosis Today**: No Problems Available

**NARRATIVE:**
Pt states he is here for refills on Ozempic, Viagra, and Xanax. He has been taking meds as rx'd and tolerating them well. He has no further complaints today. PMP reviewed. We discussed rx fill date for the Xanax. He verbalized understanding.

**TEACHINGS:**

S/ sx worsening:

**Medications (use/side effects):**

Strep/ flu hygiene:

Wound care :location-

S / sx infection:

Diet::

Smoking cessation:

**REFERRAL:**

**MRH MED GRP VERONA**
5024 RAYMOND AVE, TUPELO, MS 388018671 -

**Patient Name:** BARRY MCMILLIAN
**MRN:** 1001837
**Note Type:** Clinic Note

**DOB:** 10/26/1976
**Account #:** U0303667

**Date of Service:** 07/10/2023
**Patient Name:** MCMILLIAN, BARRY, **DOB:** 10/26/1976, **Age:** 46 years

PMP Reviewed:Yes

**Allergy List**
No Known Drug Allergies, medication

| | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | Vital Signs: This Visit | | | | | | | | |
| Date/Time | BP (mm/ Hg) | BP Position/ Site | MAP (mm/ Hg) | Heart Rate | Resp | Temp (°C) | Temp (°F) | SPO2% | O2 Device | Blood Sugar (mg/ dL) | Pain Score | Height (cm) | Height (in) | Weight (kg) | Weight (lbs/ ozs) | BMI | Head Cir (cm) |
| 07/10/2023 16:25 | 122/84 | Sitting/ Right Arm | 97 | 95 | 18 | 36.7 Temporal Scanning | 98 Temporal Scanning | 97 % | Room Air 21% | | | 175.3 cm | 69 in | 87.09 kg | 192 lbs | 28.35 | |

**Chief Complaint:** REFILLS ON XANAX, VIAGRA, VITAMIN D-MRH PHARMACY
**Home Meds List:** No Home Medications Available
**Immunization List:** No Immunizations Available

**HPI:**
**46 year old male who presents to the clinic for medication refills.**

**Anxiety- Reports that current medication is working well. States that his last dose was Saturday evening. Denies taking more than prescribed.**

**Allergies- Reports that singulair is working well. Denies any complications with this.**

**Patient states that he is scheduled to have his gallbladder removed on July 27th.**

**Subjective DATA:**

**Const: Denies fever, Denies fatigue, Denies chills**

Skin: Denies rash, Denies itching, Denies pain

**ENT: Denies sore throat, Denies sinus congestion, Denies chest congestion, Denies ear pain, Denies nasal drainage**

Eyes: Denies pain, Denies itching, Denies drainage

**CVS: Denies chest pain, Denies chest pressure, Denies heart palpitation, Denies edema**

**Resp: Denies SOB, Denies cough, Denies wheezing**

Gastro: Denies pain, Denies nausea, Denies diarrhea, Denies vomiting

Genito: Denies dysuria, Denies frequency, Denies urgency

Neuro: Denies headache, Denies dizziness, Denies numbness, Denies tingling

**Psych:Reports anxiety that is controlled with medication. Denies depression, Denies insomnia, Denies suicidal ideation**

Msk: Denies joint pain, Denies back pain, Denies tenderness

**Objective DATA:**

**General: Awake, alert, and oriented. No acute distress noted. Well developed, hydrated, and nourished. VS stable.**

**CVS: Heart rate regular. Heart tones s1, s2 present. No murmurs, gallops auscultated.**

**Resp: Chest wall symmetrical. No signs of respiratory distress. Lung sounds clear in all lobes bilaterally without rhonchi, rales, or wheezing.**

**Neuro: Awake, alert, and oriented. Normal speech. Cranial nerves 1-12 grossly intact. No gait abnormalities noted.**

**Psych: Calm in room. Appropriate mood, and affect. Good judgement and insight.**

**MRH MED GRP VERONA**

5024 RAYMOND AVE, TUPELO, MS 388018671 –

**Patient Name:** BARRY MCMILLIAN
**MRN:** 1001837
**Note Type:** Clinic Note

**DOB:** 10/26/1976
**Account #:** U0303667

---

**PLAN:**
Continue medications at current doses. Continue to take as prescribed. Labs are not due until next month. Will check fasting labs then.

---

**Problem List**
Anxiety
Vitamin D deficiency
Allergic rhinitis

**Discharge Medications**
Xanax 1MG Oral Tablet
Singulair 10MG Oral Tablet
Vitamin D 50000IU Oral Capsule, Liquid Filled

**TEACHINGS:**
Take medications as prescribed.
S/ sx worsening: RTC or go to the nearest ER.
Medications (use/side effects): Reviewed with patient.

---

**REFERRAL:**

**FOLLOW UP: 1 month for fasting labs and refills**

---

**MRH MED GRP VERONA**
5024 RAYMOND AVE, TUPELO, MS 388018671 -

**Patient Name:** BARRY MCMILLIAN
**MRN:** 1001837
**Note Type:** Clinic Note

**DOB:** 10/26/1976
**Account #:** U0293704

**Date of Service:** 06/05/2023
**Patient Name:** MCMILLIAN, BARRY, **DOB:** 10/26/1976, **Age:** 46 years

PMP Reviewed:Yes

**Allergy List**
No Known Drug Allergies, medication

| | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Vital Signs: This Visit** | | | | | | | | | | | | | | | | | | |
| Date/Time | BP (mm/ Hg) | BP Position/ Site | MAP (mm/ Hg) | Heart Rate | Resp | Temp (°C) | Temp (°F) | SPO2% | O2 Device | Blood Sugar (mg/ dL) | Pain Score | Height (cm) | Height (in) | Weight (kg) | Weight (lbs/ ozs) | BMI | Head Cir (cm) |
| 06/05/2023 16:07 | 122/84 | Sitting/ Right Arm | 97 | 96 | 18 | 36.6 Temporal Scanning | 97.8 Temporal Scanning | 97 % | Room Air 21% | | | 170.2 cm | 67 in | 85.28 kg | 188 lbs | 29.44 | |

**Chief Complaint:** REFILL ON XANAX AND VIAGRA-MRH PHARMACY
**Home Meds List:** No Home Medications Available
**Immunization List:** No Immunizations Available

<u>**HPI:46 Y/O MALE PRESENTS TO THE CLINIC FOR REFILLS ON XANAX AND VIAGRA**</u>

**Anxiety- Reports that xanax is working well. Denies chest pain or palpitations. Last dose was this AM. Denies taking more than prescribed.**

**ED- Reports that current medication is working well. Denies any complications.**

**Patient also reports that he has been having poor appetite and weight loss since his hernia surgery. Denies abdominal pain, nausea, vomiting, or diarrhea. States that he can only eat small amounts of food and then he is full.**

**States that he was also unable to get his Ozempic last month d/t the cost of the medication.**

<u>Subjective DATA:</u>

**Const: Reports weight loss. Denies fever, Denies fatigue, Denies chills**

Skin: Denies rash, Denies itching, Denies pain

**ENT: Denies sore throat, Denies sinus congestion, Denies chest congestion, Denies ear pain, Denies nasal drainage**

Eyes: Denies pain, Denies itching, Denies drainage

CVS: Denies chest pain, Denies chest pressure, Denies heart palpitation, Denies edema

Resp: Denies SOB, Denies cough, Denies wheezing, Denies congestion,

**Gastro: Reports poor appetite. Denies pain, Denies nausea, Denies diarrhea, Denies vomiting**

**Genito: Reports ED that is controlled with medication. Denies dysuria, Denies frequency, Denies urgency**

Neuro: Denies headache, Denies dizziness, Denies numbness, Denies tingling

**Psych: Reports anxiety that is controlled with medication. Denies depression, Denies insomnia, Denies suicidal ideation**

Msk: Denies joint pain, Denies back pain, Denies tenderness

<u>Objective DATA:</u>

**General: Awake, alert, and oriented. No acute distress noted. Well developed, hydrated, and nourished. VS stable.**

**CVS: Heart rate regular. Heart tones s1, s2 present. No murmurs, gallops auscultated.**

**Resp: Chest wall symmetrical. No signs of respiratory distress. Lung sounds clear in all lobes bilaterally without rhonchi, rales, or wheezing.**

**Neuro: Awake, alert, and oriented. Normal speech. Cranial nerves 1-12 grossly intact. No gait abnormalities noted.**

**MRH MED GRP VERONA**
5024 RAYMOND AVE, TUPELO, MS 388018671 –

**Patient Name:** BARRY MCMILLIAN
**MRN:** 1001837
**Note Type:** Clinic Note

**DOB:** 10/26/1976
**Account #:** U0293704

---

Psych: Calm in room. Appropriate mood, and affect. Good judgement and insight.

**PLAN:**
Continue medications as prescribed.

Will try periactin for appetite. Ozempic could be affecting his appetite as well. Will D/C this medication since he couldn't afford this. If we need to start an injection back, we will start Victoza.

---

**Problem List**
Impotence
Anxiety
Decrease in appetite
Unintentional weight loss

**Discharge Medications**
Viagra 100MG Oral Tablet
Cyproheptadine HCl 4MG Oral Tablet
Xanax 1MG Oral Tablet

---

**TEACHINGS:**
Take medications as prescribed.
S/ sx worsening: RTC or go to the nearest ER.
Medications (use/side effects): Reviewed with patient.

---

**REFERRAL:**

**FOLLOW UP: 1 month**

---

Electronically signed by: SELENA ARMSTRONG, FNP, 06/07/2023 16:21 CDT

Page 2 of 2

## MRH MED GRP VERONA
5024 RAYMOND AVE, TUPELO, MS 388018671 -

**Patient Name:** BARRY MCMILLIAN
**MRN:** 1001837
**Note Type:** Clinic Note

**DOB:** 10/26/1976
**Account #:** U0285264

**Patient Name:** MCMILLIAN, BARRY, **DOB:** 10/26/1976, **Age:** 46 years

PMP Reviewed:yes

**Allergy List**
No Known Drug Allergies, medication

| | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Vital Signs: This Visit** | | | | | | | | | | | | | | | | | |
| Date/Time | BP (mm/Hg) | BP Position/ Site | MAP (mm/Hg) | Heart Rate | Resp | Temp (°C) | Temp (°F) | SPO2% | O2 Device | Blood Sugar (mg/dL) | Pain Score | Height (cm) | Height (in) | Weight (kg) | Weight (lbs/ozs) | BMI | Head Cir (cm) |
| 05/05/2023 14:41 | 128/82 | Sitting/ Right Arm | 97 | 100 | 18 | 37 Temporal Scanning | 98.6 Temporal Scanning | 96 % | Room Air 21% | | | 177.8 cm | 70 in | 86.64 kg | 191 lbs | 27.41 | |

**Chief Complaint:** REFILL ON XANAX, SORETHROAT-MRH PHARMACY
**Home Meds List:** No Home Medications Available
**Immunization List:** No Immunizations Available

### Subjective DATA:

Const: (**N**) Fever, fatigue, chills:

Skin: (**N**) rash, itch, pain:

ENT: (N) **sore throat,** sinus/chest congestion, ear pain, drainage, color of drainage: clear/yellow/green/ other: **allergies**

Eyes: (**N**) pain, itchy, drainage:

CVS: (**N**) pain/pressure, palpitation, edema:

Resp:(N) SOB, **cough,** dry/productive, wheezing, sputum color: clear/ yellow/ green/ frothy:

Gastro: (**N**) pain, N/V/D, heartburn, dysphagia, constipation:

Genito: (**N**) dysuria, frequency, urgency, nocturia:

Neuro: (**N**) headache, pounding, dizzy, numbness, tingling:

Psych: (**N**) depressed, anxious, insomnia, suicide, myalgia:

Msk: (**N**) pain, radiation, swelling myalgia

### Objective DATA:

Skin: (**N**) rash, papules, vesicles, erythema:

ENT: (N) TM: **pink**/ red/ serous/ perforated/ retracted, cerumen:

PND, Adenopathy, color of pharynx: **pink**/red, turbinates, erythematous, edematous:

Eyes: (**N**) color of sclera: red/jaundice, fundi N, EOMI, PERRL:

CVS: (**N**) HT: irregular/regular, murmur, edema, carotid, bruits, pedal pulses: N/ABN:

Resp: (**N**) RR: irregular/regular, SOB, wheezing, rhonchi, rales, coarse:

Gastro: (N) pain, hernia, B/S hyper/hypo, tenderness:

Genito: (N) CVAT, pain:

Neuro: (**N**) cranial nerves: 1,2,3,4,5,6,7,8,9,10,11,12, sensation, Gait N/ABN:

Psych: (**N**) depressed, anxious:

Msk: (**N**) tenderness, swelling, ROM:

**MRH MED GRP VERONA**

5024 RAYMOND AVE, TUPELO, MS 388018671 -

**Patient Name:** BARRY MCMILLIAN
**MRN:** 1001837
**Note Type:** Clinic Note

**DOB:** 10/26/1976
**Account #:** U0285264

| Test | Results | Units | Reference Range | Ordered | Collected | Status |
|---|---|---|---|---|---|---|
| **Lab Results: This Visit** | | | | | | |
| WBC | 5.1 | x10^3ul | L=4.5 H=10.5 | 05/05/2023 15:13 | 05/05/2023 15:13 | final |
| RBC | 5.15 | x10^6ul | L=4.00 H=6.00 | 05/05/2023 15:13 | 05/05/2023 15:13 | final |
| HEMOGLOBIN | 14.5 | g/dL | L=14.0 H=18.0 | 05/05/2023 15:13 | 05/05/2023 15:13 | final |
| HEMATOCRIT | 43.5 | % | L=42.0 H=52.0 | 05/05/2023 15:13 | 05/05/2023 15:13 | final |
| MCV | 84.5 | fL | L=80.0 H=99.0 | 05/05/2023 15:13 | 05/05/2023 15:13 | final |
| MCH | 28.2 | pg | L=27.0 H=31.0 | 05/05/2023 15:13 | 05/05/2023 15:13 | final |
| MCHC | 33 | g/dL | L=33 H=37 | 05/05/2023 15:13 | 05/05/2023 15:13 | final |
| RDW | 11.2 L | % | L=11.5 H=14.5 | 05/05/2023 15:13 | 05/05/2023 15:13 | final |
| PLATELETS | 161 | x10^6ul | L=150 H=450 | 05/05/2023 15:13 | 05/05/2023 15:13 | final |
| MPV | 9.8 | fL | L=7.4 H=10.4 | 05/05/2023 15:13 | 05/05/2023 15:13 | final |
| %NEUT | 48.4 | % | L=30.0 H=70.0 | 05/05/2023 15:13 | 05/05/2023 15:13 | final |
| %LYMPH | 41.4 | % | L=20.0 H=50.0 | 05/05/2023 15:13 | 05/05/2023 15:13 | final |
| %MONO | 10.2 H | % | L=2.0 H=10.0 | 05/05/2023 15:13 | 05/05/2023 15:13 | final |
| %EOS | | | L=0.0 H=5.0 | 05/05/2023 15:13 | 05/05/2023 15:13 | final |
| %BASO | | | L=0.0 H=3.0 | 05/05/2023 15:13 | 05/05/2023 15:13 | final |
| #NEUT | 2.4 | K/uL | L=1.3 H=7.4 | 05/05/2023 15:13 | 05/05/2023 15:13 | final |
| #LYMPH | 2.1 | K/uL | L=0.9 H=5.3 | 05/05/2023 15:13 | 05/05/2023 15:13 | final |
| #MONO | 0.6 | K/uL | L=0.1 H=1.1 | 05/05/2023 15:13 | 05/05/2023 15:13 | final |
| #EOS | | | L=0.0 H=0.3 | 05/05/2023 15:13 | 05/05/2023 15:13 | final |
| #BASO | | | L=0.0 H=0.1 | 05/05/2023 15:13 | 05/05/2023 15:13 | final |
| MANUAL DIFF | | | | 05/05/2023 15:13 | 05/05/2023 15:13 | final |
| WBC | | | | 05/05/2023 14:50 | 05/05/2023 15:11 | cancelled |
| RBC | | | | 05/05/2023 14:50 | 05/05/2023 15:11 | cancelled |
| HEMOGLOBIN | | | | 05/05/2023 14:50 | 05/05/2023 15:11 | cancelled |
| HEMATOCRIT | | | | 05/05/2023 14:50 | 05/05/2023 15:11 | cancelled |
| MCV | | | | 05/05/2023 14:50 | 05/05/2023 15:11 | cancelled |
| MCH | | | | 05/05/2023 14:50 | 05/05/2023 15:11 | cancelled |
| MCHC | | | | 05/05/2023 14:50 | 05/05/2023 15:11 | cancelled |
| RDW | | | | 05/05/2023 14:50 | 05/05/2023 15:11 | cancelled |
| PLATELETS | | | | 05/05/2023 14:50 | 05/05/2023 15:11 | cancelled |
| MPV | | | | 05/05/2023 14:50 | 05/05/2023 15:11 | cancelled |
| %NEUT | | | | 05/05/2023 14:50 | 05/05/2023 15:11 | cancelled |
| %LYMPH | | | | 05/05/2023 14:50 | 05/05/2023 15:11 | cancelled |
| %MONO | | | | 05/05/2023 14:50 | 05/05/2023 15:11 | cancelled |
| %EOS | | | | 05/05/2023 14:50 | 05/05/2023 15:11 | cancelled |
| %BASO | | | | 05/05/2023 14:50 | 05/05/2023 15:11 | cancelled |
| #NEUT | | | | 05/05/2023 14:50 | 05/05/2023 15:11 | cancelled |
| #LYMPH | | | | 05/05/2023 14:50 | 05/05/2023 15:11 | cancelled |
| #MONO | | | | 05/05/2023 14:50 | 05/05/2023 15:11 | cancelled |
| #EOS | | | | 05/05/2023 14:50 | 05/05/2023 15:11 | cancelled |
| #BASO | | | | 05/05/2023 14:50 | 05/05/2023 15:11 | cancelled |
| MANUAL DIFF | | | | 05/05/2023 14:50 | 05/05/2023 15:11 | cancelled |

**Ordered & Completed Meds Table**: No Current Medications Available

**Rx**: No Discharge Medications Available

Electronically signed by: MELISSA NOLAN, FNPC, 05/09/2023 11:53 CDT

**MRH MED GRP VERONA**
5024 RAYMOND AVE, TUPELO, MS 388018671 -

**Patient Name:** BARRY MCMILLIAN
**MRN:** 1001837
**Note Type:** Clinic Note

**DOB:** 10/26/1976
**Account #:** U0285264

---

**Diagnosis Today:** Anxiety, Allergic Rhinitis, Cough

---

**NARRATIVE:**
Pt states he noticed symptoms starting 2 days ago. He reports he has taken two leftover doses of Augmentin before coming to the clinic. CBC results discussed. Meds discussed. Refills sent for Singulair, written rx for Xanax, and Ed a Hist added today. Pt agrees with plan.

---

**TEACHINGS:**

S/ sx worsening:

Medications (use/side effects):

Strep/ flu hygiene:

Wound care :location-

S / sx infection:

Diet::

Smoking cessation:

---

**REFERRAL:**

**F/U:**
2-3 Days     10 Days     1 week     2 weeks     1 month     3 months     PRN     Other :

---

## MRH MED GRP VERONA

5024 RAYMOND AVE, TUPELO, MS 388018671 -

**Patient Name:** BARRY MCMILLIAN
**MRN:** 1001837
**Note Type:** Clinic Note

**DOB:** 10/26/1976
**Account #:** U0276120

**Date of Service:** 04/06/2023
**Patient Name:** MCMILLIAN, BARRY **DOB:** 10/26/1976, **Age:** 46 years

PMP Reviewed:Yes

**Allergy List**
No Known Drug Allergies, medication

| | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Vital Signs: This Visit** | | | | | | | | | | | | | | | | | |
| Date/Time | BP (mm/Hg) | BP Position/ Site | Heart Rate | Resp | Temp (°C) | Temp (°F) | SPO2% | O2 Device | Blood Sugar (mg/dL) | Pain Score | Height (cm) | Height (in) | Weight (kg) | Weight (lbs/ozs) | BMI | Head Cir (cm) |
| 04/06/2023 11:04 | 120/86 | Sitting/ Right Arm | 89 | 18 | 36.6 Temporal Scanning | 97.8 Temporal Scanning | 98 % | Room Air 21% | | | 175.3 cm | 69 in | 86.64 kg | 191 lbs | 28.21 | |

**Chief Complaint:** REFILLS ON XANAX, VIAGRA, SINGULAIR, OZEMPIC-MRH PHARMACY
**Home Meds List:** No Home Medications Available
**Immunization List:** No Immunizations Available

**HPI: Pt** is here today for follow-up and refills for chronic conditions. Pt states that he has had a difficult time lately due to loss of family and recent job loss. Pt is stable at this time and he denies any thought of harm to self or others. Pt also denies chest pain, sob or stroke like sx. Pt is doing well since his surgery and reports weight loss of over 20 pounds. Pt feels well and is stable. No other complaints.

---

**Subjective DATA:**

Const: Denies fever, Denies fatigue, Denies chills

Skin: Denies rash, Denies itching, Denies pain

ENT: Denies sore throat, Denies sinus congestion, Denies chest congestion, Denies ear pain, Denies nasal drainage

Eyes: Denies pain, Denies itching, Denies drainage

CVS: Denies chest pain, Denies chest pressure, Denies heart palpitation, Denies edema

Resp: Denies SOB, Denies cough, Denies wheezing, Denies congestion,

Gastro: Denies pain, Denies nausea, Denies diarrhea, Denies vomiting

Genito: Denies dysuria, Denies frequency, Denies urgency

Neuro: Denies headache, Denies dizziness, Denies numbness, Denies tingling

Psych: *+depression, + anxiety,* Denies insomnia, Denies suicidal ideation

Msk: Denies joint pain, Denies back pain, Denies tenderness

---

**Objective DATA:**

**General:** Awake, alert, and oriented. No acute distress noted. Well developed, hydrated, and nourished. Pt did appear anxious at times during the visit, however he was very pleasant.

Skin: Warm, dry, and intact. No rashes, lesions. Color appropriate for ethnicity. Nailbeds pink. Surgical wounds healing appropriatly

Head: Normocephalic, atraumatic, without tenderness. NO visible or palpable masses.

ENT: TM pearly gray, with normal landmarks. Cone of light present. Nasal mucosa pink, moist. Nares patent bilaterally. Posterior pharynx pink, no erythema, swelling, or exudate.

---

**MRH MED GRP VERONA**

5024 RAYMOND AVE, TUPELO, MS 388018671 -

**Patient Name:** BARRY MCMILLIAN
**MRN:** 1001837
**Note Type:** Clinic Note

**DOB:** 10/26/1976
**Account #:** U0276120

---

Eyes: Conjunctiva clear, no exudate. EOM intact. Sclera non-icteric. Eyelids without swelling.

Neck: supple without adenopathy. No thyroid masses palpated. No carotid bruit. No JVD.

CVS: Heart rate regular. Heart tones s1, s2 present. No murmurs, gallops auscultated.

Resp: Chest wall symmetrical. No signs of respiratory distress. Lung sounds clear in all lobes bilaterally without rhonchi, rales, or wheezing.

Gastro: Abdomen soft, non tender. Bowel sounds present in all 4 quadrants, normoactive.

Genito: No CVAT tenderness noted.

Neuro: Awake, alert, and oriented. Normal speech. Cranial nerves 1-12 grossly intact. No gait abnormalities noted.

Psych: Appropriate mood, and affect. Good judgement and insight. No auditory or visual hallucinations noted. No suicidal or homicidal ideation. Pt was anxious in office, but very pleasant and cooperative.

Msk: Upper and lower extremities atraumatic in appearance. No tenderness noted. No swelling or erythema. Full range of motion of all extremities.

| Lab Results: This Visit | | | | | | |
|---|---|---|---|---|---|---|
| **Test** | **Results** | **Units** | **Reference Range** | **Ordered** | **Collected** | **Status** |
| WBC | 3.6 L | x10^3ul | L=4.5 H=10.5 | 04/06/2023 11:20 | 04/06/2023 11:29 | final |
| RBC | 4.52 | x10^6ul | L=4.00 H=6.00 | 04/06/2023 11:20 | 04/06/2023 11:29 | final |
| HEMOGLOBIN | 12.9 L | g/dL | L=14.0 H=18.0 | 04/06/2023 11:20 | 04/06/2023 11:29 | final |
| HEMATOCRIT | 37.3 L | % | L=42.0 H=52.0 | 04/06/2023 11:20 | 04/06/2023 11:29 | final |
| MCV | 82.4 | fL | L=80.0 H=99.0 | 04/06/2023 11:20 | 04/06/2023 11:29 | final |
| MCH | 28.5 | pg | L=27.0 H=31.0 | 04/06/2023 11:20 | 04/06/2023 11:29 | final |
| MCHC | 34 | g/dL | L=33 H=37 | 04/06/2023 11:20 | 04/06/2023 11:29 | final |
| RDW | 11.1 L | % | L=11.5 H=14.5 | 04/06/2023 11:20 | 04/06/2023 11:29 | final |
| PLATELETS | 185 | x10^6ul | L=150 H=450 | 04/06/2023 11:20 | 04/06/2023 11:29 | final |
| MPV | 9.1 | fL | L=7.4 H=10.4 | 04/06/2023 11:20 | 04/06/2023 11:29 | final |
| %NEUT | 51 | % | L=30.0 H=70.0 | 04/06/2023 11:20 | 04/06/2023 11:29 | final |
| %LYMPH | 40.7 | % | L=20.0 H=50.0 | 04/06/2023 11:20 | 04/06/2023 11:29 | final |
| %MONO | 8.3 | % | L=2.0 H=10.0 | 04/06/2023 11:20 | 04/06/2023 11:29 | final |
| %EOS | | | L=0.0 H=5.0 | 04/06/2023 11:20 | 04/06/2023 11:29 | final |
| %BASO | | | L=0.0 H=3.0 | 04/06/2023 11:20 | 04/06/2023 11:29 | final |
| #NEUT | 1.8 | K/uL | L=1.3 H=7.4 | 04/06/2023 11:20 | 04/06/2023 11:29 | final |
| #LYMPH | 1.4 | K/uL | L=0.9 H=5.3 | 04/06/2023 11:20 | 04/06/2023 11:29 | final |
| #MONO | 0.4 | K/uL | L=0.1 H=1.1 | 04/06/2023 11:20 | 04/06/2023 11:29 | final |
| #EOS | | | L=0.0 H=0.3 | 04/06/2023 11:20 | 04/06/2023 11:29 | final |
| #BASO | | | L=0.0 H=0.1 | 04/06/2023 11:20 | 04/06/2023 11:29 | final |
| MANUAL DIFF | | | | 04/06/2023 11:20 | 04/06/2023 11:29 | final |
| HGB A1C | 6.7 H | % | L=4.6 H=6.0 | 04/06/2023 11:20 | 04/06/2023 11:26 | final |

**Ordered & Completed Meds Table:** No Current Medications Available

**Problem List**
Hyperlipidemia
Erectile dysfunction
Diabetes 2
Major depressive disorder, recurrent, moderate

---

Electronically signed by: BRENT HALLMARK, FNP-C, 04/06/2023 13:09 CDT

**MRH MED GRP VERONA**
5024 RAYMOND AVE, TUPELO, MS 388018671 -

**Patient Name:** BARRY MCMILLIAN
**MRN:** 1001837
**Note Type:** Clinic Note

**DOB:** 10/26/1976
**Account #:** U0276120

Anxiety
Vitamin D deficiency
Lumbar arthritis
Z13.9
Long-term current use of benzodiazepine
Encounter for therapeutic drug level monitoring

**Discharge Medications**
Viagra 100MG Oral Tablet
Vitamin D 50000IU Oral Capsule, Liquid Filled
Ozempic 0.25 MG or 0.5 MG Doses 2MG/1.5ML Subcutaneous Solution
Rosuvastatin Calcium 10MG Oral Tablet
Singulair 10MG Oral Tablet
Xanax 1MG Oral Tablet

**TEACHINGS:**
Take medications as prescribed.
S/ sx worsening: RTC or go to the nearest ER.
Medications (use/side effects): Reviewed with patient.

Plan:Followup and refills
Patient doing well since surgery. Wounds look great and are in the later stages of healing.
Pt has lost over 20 pounds and his A1C is now 6.7. Pt remains on ozempic, but is not taking metformin after the surgery. We did not get a lipid panel today, but previous levels were good. I did advise pt to continue statin therapy due to significant family history and due to more stringent recomendations from cardiology specialists. Pt bp is great today. Pt does remain stable on other chronic conditions.

I did refill xanax today because he has been on long term therapy with this medication. UDS and PMP indicated that he is taking his medication properly within the terms of his contract.

I advised our patient that he would need to see one of the previous providers for continuation of xanax in that amount. I would enjoy our customer as a pt, but I would have intentions of slowly lowering his xanax and eventually attempting to replace this medication. He has tried SSRI, Buspar and Vistiril before. Pt does have significant uncontrolled anxiety and he is able to function and work in his current status. Any change would be controlled and deliberate.

Patient not currently taking the following medications since hernia and gastric sleeve.
 Protonix 40 MG Oral Tablet, Delayed Release
Pepcid 40MG Oral Tablet
Carafate 1GM Oral Tablet
Glucophage XR 500MG Oral Tablet, Extended Release

**REFERRAL:**

**FOLLOW UP: 1 month**

## MRH MED GRP VERONA
5024 RAYMOND AVE, TUPELO, MS 388018671 -

**Patient Name:** BARRY MCMILLIAN
**MRN:** 1001837
**Note Type:** Clinic Note

**DOB:** 10/26/1976
**Account #:** U0257445

---

**Date of Service:** 02/06/2023
**Patient Name:** MCMILLIAN, BARRY, **DOB:** 10/26/1976, **Age:** 46 years

PMP Reviewed: yes

**Allergy List**
No Known Drug Allergies, medication

| | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | **Vital Signs: This Visit** | | | | | | | | | | | |
| Date/Time | BP (mm/Hg) | BP Position/Site | Heart Rate | Resp | Temp (°C) | Temp (°F) | SPO2% | O2 Device | Blood Sugar (mg/dL) | Pain Score | Height (cm) | Height (in) | Weight (kg) | Weight (lbs/ozs) | BMI | Head Cir (cm) |
| 02/06/2023 10:27 | 136/84 | Sitting/ Right Arm | 106 | 18 | 36.6 Temporal Scanning | 97.8 Temporal Scanning | 96 % | Room Air 21% | | | 177.8 cm | 70 in | 87.09 kg | 192 lbs | 27.55 | |

**Chief Complaint:** REFILLS ON MEDICINE-CURRYS ABERDEEN
**Home Meds List:** No Home Medications Available
**Immunization List:** No Immunizations Available

**HPI:**
**46 yo male presents to the clinic for medication refills.**

**Anxiety- Reports that current medication is working well. Denies taking more than prescribed. Denies any complications. Last dose was last Friday. He states that he did take a few extra d/t being anxious about the surgery.**

**ED- Reports current medication is working well. Denies any complications with this.**

**Patient reports that he is also having nasal congestion/drainage, a frequent non-productive cough, and body aches. That symptoms started after surgery last Tuesday. Reports taking singulair in the past and states that this works well for him. Denies fever, sob, wheezing, or n/v/d.**

**Reports having hiatal hernia surgery last Tuesday. States he also had a stretched esophagus procedure done on last tuesday as well. Reports that he was given Lortab, Tylenol #3, and morphine.**

---

**Subjective DATA:**

**Const: Denies fever, Denies fatigue, Denies chills**

Skin: Denies rash, Denies itching, Denies pain

**ENT: Reports nasal drainage/congestion. Denies sore throat or ear pain.**

Eyes: Denies pain, Denies itching, Denies drainage

CVS: Denies chest pain, Denies chest pressure, Denies heart palpitation, Denies edema

Resp: Reports cough. Denies sob or wheezing.

Gastro: Denies pain, Denies nausea, Denies diarrhea, Denies vomiting

Genito: Denies dysuria, Denies frequency, Denies urgency

Neuro: Denies headache, Denies dizziness, Denies numbness, Denies tingling

**Psych: Reports anxiety that is controlled with medication. Denies depression, Denies insomnia, Denies suicidal ideation**

Msk: Reports myalgias.

---

**Objective DATA:**

**General: Awake, alert, and oriented. No acute distress noted. Well developed, hydrated, and nourished. VS stable.**

---

**MRH MED GRP VERONA**

5024 RAYMOND AVE, TUPELO, MS 388018671 -

**Patient Name:** BARRY MCMILLIAN
**MRN:** 1001837
**Note Type:** Clinic Note

**DOB:** 10/26/1976
**Account #:** U0257445

---

**Skin:** Multiple surgical lacerations to mid-lower abdomen. These areas are well approximated with glue in place. No erythema or drainage noted.

**ENT:** Peeling skin noted to right ear canal. Bilateral TM pearly gray, with normal landmarks. Cone of light present. Nasal mucosa pink, moist. Nares patent bilaterally. Posterior pharynx pink. Bilateral maxillary sinus tenderness.

**CVS:** Heart rate regular. Heart tones s1, s2 present. No murmurs, gallops auscultated.

**Resp:** Chest wall symmetrical. No signs of respiratory distress. Lung sounds clear in all lobes bilaterally without rhonchi, rales, or wheezing.

**Neuro:** Awake, alert, and oriented. Normal speech. Cranial nerves 1-12 grossly intact. No gait abnormalities noted.

**Psych:** Calm in room. Appropriate mood, and affect. Good judgement and insight.

**PLAN:**
Will refill Xanax. Do not take extra of this medication.
Will refill Viagra.
Will send singulair for allergies.

---

**Problem List**
Erectile dysfunction
Anxiety
Dental pain
Allergic rhinitis
Cough, unspecified

**Discharge Medications**
Viagra 100MG Oral Tablet
Singulair 10MG Oral Tablet
Xanax 1MG Oral Tablet

---

**TEACHINGS:**
Take medications as prescribed.
S/ sx worsening: RTC or go to the nearest ER.
Medications (use/side effects): Reviewed with patient.

---

**REFERRAL:**

**FOLLOW UP: One month**

---

Electronically signed by: SELENA ROBERTS, FNP, 02/09/2023 12:55 CST

Page 2 of 2

## MRH MED GRP VERONA
5024 RAYMOND AVE, TUPELO, MS 388018671 -

**Patient Name:** BARRY MCMILLIAN
**MRN:** 1001837
**Note Type:** Clinic Note

**DOB:** 10/26/1976
**Account #:** U0248641

**Date of Service:** 01/10/2023
**Patient Name:** MCMILLIAN, BARRY, **DOB:** 10/26/1976, **Age:** 46 years

PMP Reviewed:YES

**Allergy List**
No Known Drug Allergies, medication

| Vital Signs: This Visit | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Date/Time | BP (mm/ Hg) | BP Position/ Site | Heart Rate | Resp | Temp (°C) | Temp (°F) | SPO2% | O2 Device | Blood Sugar (mg/ dL) | Pain Score | Height (cm) | Height (in) | Weight (kg) | Weight (lbs/ ozs) | BMI | Head Cir (cm) |
| 01/10/2023 15:57 | 128/82 | Sitting/ Right Arm | 99 | 16 | 36.8 Temporal Scanning | 98.2 Temporal Scanning | 100 % | Room Air 21% | | | 177.8 cm | 70 in | 90.36 kg | 199.2 lbs | 28.58 | |

**Chief Complaint:** REFILLS
**Home Meds List:** No Home Medications Available
**Immunization List:** No Immunizations Available

**HPI:**
**46 year old male who presents to the clinic for medication refills.**

**Anxiety- Patient reports that Xanax is working well. Denies chest pain or heart palpitations. Denies taking more than prescribed. Last dose was yesterday.**

**ED- Patient reports that viagra is working well. Denies any complications with this.**

**Subjective DATA:**

**Const: Denies fever, Denies fatigue, Denies chills**

Skin: Denies rash, Denies itching, Denies pain

**ENT: Denies sore throat, Denies sinus congestion, Denies chest congestion, Denies ear pain, Denies nasal drainage**

Eyes: Denies pain, Denies itching, Denies drainage

**CVS: Denies chest pain, Denies chest pressure, Denies heart palpitation, Denies edema**

Resp: Denies SOB, Denies cough, Denies wheezing, Denies congestion,

Gastro: Denies pain, Denies nausea, Denies diarrhea, Denies vomiting

**Genito: Reports ED that is controlled with medication. Denies dysuria, Denies frequency, Denies urgency**

Neuro: Denies headache, Denies dizziness, Denies numbness, Denies tingling

**Psych: Reports anxiety that is controlled with medication. Denies depression, Denies insomnia, Denies suicidal ideation**

Msk: Denies joint pain, Denies back pain, Denies tenderness

**Objective DATA:**

**General: Awake, alert, and oriented. No acute distress noted. Well developed, hydrated, and nourished. VS stable.**

**CVS: Heart rate regular. Heart tones s1, s2 present. No murmurs, gallops auscultated.**

**Resp: Chest wall symmetrical. No signs of respiratory distress. Lung sounds clear in all lobes bilaterally without rhonchi, rales, or wheezing.**

**Neuro: Awake, alert, and oriented. Normal speech. Cranial nerves 1-12 grossly intact. No gait abnormalities noted.**

## MRH MED GRP VERONA

5024 RAYMOND AVE, TUPELO, MS 388018671 -

**Patient Name:** BARRY MCMILLIAN
**MRN:** 1001837
**Note Type:** Clinic Note

**DOB:** 10/26/1976
**Account #:** U0248641

Psych: Calm in room. Appropriate mood, and affect. Good judgement and insight.

**PLAN:**
Will refill current medications. Continue taking as prescribed.

| Lab Results: This Visit | | | | | | |
|---|---|---|---|---|---|---|
| **Test** | **Results** | **Units** | **Reference Range** | **Ordered** | **Collected** | **Status** |
| DRUG CONFIRM 22 PLUS | | | | 01/10/2023 15:19 | 01/11/2023 09:27 | registered |
| COCAINE | NEGATIVE | | NORMAL: <300 ng/mL | 01/10/2023 16:28 | 01/11/2023 07:44 | final |
| METHAMPHET | NEGATIVE | | NORMAL: <300 ng/mL | 01/10/2023 16:28 | 01/11/2023 07:44 | final |
| AMPHETAMINES | NEGATIVE | | NORMAL: <1000 ng/mL | 01/10/2023 16:28 | 01/11/2023 07:44 | final |
| THC | NEGATIVE | | NORMAL: <50 ng/mL | 01/10/2023 16:28 | 01/11/2023 07:44 | final |
| OPIATES 300 | NEGATIVE | | NORMAL: <300 ng/mL | 01/10/2023 16:28 | 01/11/2023 07:44 | final |
| OXYCODONE | NEGATIVE | | NORMAL: <300 ng/mL | 01/10/2023 16:28 | 01/11/2023 07:44 | final |
| BARBITURATES | NEGATIVE | | NORMAL: <200 ng/mL | 01/10/2023 16:28 | 01/11/2023 07:44 | final |
| BENZO | NEGATIVE | | NORMAL: <200 ng/mL | 01/10/2023 16:28 | 01/11/2023 07:44 | final |
| BUPRENORPHINE | NEGATIVE | | NORMAL: <5 ng/mL | 01/10/2023 16:28 | 01/11/2023 07:44 | final |
| NITRITE-UA | NEGATIVE | | NORMAL: NEGATIVE | 01/10/2023 16:28 | 01/11/2023 07:44 | final |
| OXIDANTS | NORMAL | | NORMAL: NEGATIVE | 01/10/2023 16:28 | 01/11/2023 07:44 | final |
| SPEC GRAVITY | 1.020 | | NORMAL: 1.003-1.025 | 01/10/2023 16:28 | 01/11/2023 07:44 | final |
| pH | 5.0 A | | NORMAL: 4.0-9.9 | 01/10/2023 16:28 | 01/11/2023 07:44 | final |
| TEMP | NA | | | 01/10/2023 16:28 | 01/11/2023 07:44 | final |

**Problem List**
Erectile dysfunction
Anxiety
Long-term current use of benzodiazepine

**Discharge Medications**
Viagra 100MG Oral Tablet
Xanax 1MG Oral Tablet

**TEACHINGS:**
Take medications as prescribed.
S/ sx worsening: RTC or go to the nearest ER.
Medications (use/side effects): Reviewed with patient.

Electronically signed by: SELENA ROBERTS, FNP, 01/12/2023 09:11 CST

**MRH MED GRP VERONA**
5024 RAYMOND AVE, TUPELO, MS 388018671 -

**Patient Name:** BARRY MCMILLIAN
**MRN:** 1001837
**Note Type:** Clinic Note

**DOB:** 10/26/1976
**Account #:** U0248641

---

**REFERRAL:**

**FOLLOW UP: one month or sooner if needed**

---

## MRH MED GRP VERONA

5024 RAYMOND AVE, TUPELO, MS 388018671 -

**Patient Name:** BARRY MCMILLIAN
**MRN:** 1001837
**Note Type:** Clinic Note

**DOB:** 10/26/1976
**Account #:** U0239158

**Date of Service:** 12/08/2022
**Patient Name:** MCMILLIAN, BARRY, **DOB:** 10/26/1976, **Age:** 46 years

PMP Reviewed:Yes

**Allergy List**
No Known Drug Allergies, medication

| | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Vital Signs: This Visit** | | | | | | | | | | | | | | | | | |
| Date/Time | BP (mm/ Hg) | BP Position/ Site | Heart Rate | Resp | Temp (°C) | Temp (°F) | SPO2% | O2 Device | Blood Sugar (mg/ dL) | Pain Score | Height (cm) | Height (in) | Weight (kg) | Weight (lbs/ ozs) | BMI | Head Cir (cm) |
| 12/08/2022 16:34 | 122/84 | Sitting/ Right Arm | 100 | 18 | 36.5 Temporal Scanning | 97.7 Temporal Scanning | 96 % | Room Air 21% | | | 177.8 cm | 70 in | 90.26 kg | 199 lbs | 28.55 | |

**Chief Complaint:** REFILL ON XANAX-CURRIES ABERDEEN
**Home Meds List:** No Home Medications Available
**Immunization List:** No Immunizations Available

**HPI:**
46 year old male who presents to the clinic for medication refills.

DM2- States that he is not taking metformin d/t GI s/e. States that he is still taking Ozempic and reports that this is working well. Denies checking blood sugar at home.

GERD- States that protonix and pepcid work fair. He states that he still has burning at times. Reports that he has an appt with GI for an EGD and repair of a hernia.

Anxiety- Patient reports that xanax is working well. Denies taking more than prescribed. States last dose was Saturday.

HLD- Reports that current medication is working well. Denies myalgias with this.

**Subjective DATA:**

Const: Denies fever, Denies fatigue, Denies chills

Skin: Denies rash, Denies itching, Denies pain

ENT: Denies sore throat, Denies sinus congestion, Denies chest congestion, Denies ear pain, Denies nasal drainage

Eyes: Denies pain, Denies itching, Denies drainage

CVS: Denies chest pain, Denies chest pressure, Denies heart palpitation, Denies edema

Resp: Denies SOB, Denies cough, Denies wheezing, Denies congestion,

Gastro: Reports GERD that is fairly controlled with medications. Denies pain, Denies nausea, Denies diarrhea, Denies vomiting

Genito: Denies dysuria, Denies frequency Denies urgency

Neuro: Denies headache, Denies dizziness, Denies numbness, Denies tingling

Psych: Reports anxiety that is controlled with medication. Denies depression, Denies insomnia, Denies suicidal ideation

Msk: Denies joint pain, Denies back pain, Denies tenderness

**Objective DATA:**

General: Awake, alert, and oriented. No acute distress noted. Well developed, hydrated, and nourished. VS stable.

CVS: Heart rate regular. Heart tones s1, s2 present. No murmurs, gallops auscultated.

## MRH MED GRP VERONA
### 5024 RAYMOND AVE, TUPELO, MS 388018671 -

**Patient Name:** BARRY MCMILLIAN
**MRN:** 1001837
**Note Type:** Clinic Note

**DOB:** 10/26/1976
**Account #:** U0239158

---

**Resp:** Chest wall symmetrical. No signs of respiratory distress. Lung sounds clear in all lobes bilaterally without rhonchi, rales, or wheezing.

**Psych:** Calm in room. Appropriate mood, and affect. Good judgement and insight.


**PLAN:**
Continue taking medications as prescribed. Will obtain fasting labs at next visit.
Keep GI appointment.

---

**Problem List**
Diabetes 2
GERD
Anxiety
Hyperlipidemia


**Discharge Medications**
Ozempic 0.25 MG or 0.5 MG Doses 2MG/1.5ML Subcutaneous Solution
Rosuvastatin Calcium 10MG Oral Tablet
Protonix 40 MG Oral Tablet, Delayed Release
Xanax 1MG Oral Tablet
Pepcid 40MG Oral Tablet

---

**TEACHINGS:**
Take medications as prescribed.
S/ sx worsening: RTC or go to the nearest ER.
Medications (use/side effects): Reviewed with patient.

---

**REFERRAL:**


**FOLLOW UP:** One month

---

**MRH MED GRP EAST MAIN**

1424 E MAIN ST, TUPELO, MS 388042956 -

**Patient Name:** BARRY MCMILLIAN
**MRN:** 1001837
**Note Type:** Clinic Note

**DOB:** 10/26/1976
**Account #:** U0215407

**Date of Service:** 10/03/2022
**Patient Name:** MCMILLIAN, BARRY, **DOB:** 10/26/1976, **Age:** 45 years

PMP Reviewed: yes

**Allergy List**
No Known Drug Allergies, medication

| | | | | | | | Vital Signs: This Visit | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Date/Time | BP (mm/Hg) | BP Position/ Site | Heart Rate | Resp | Temp (°C) | Temp (°F) | SPO2% | O2 Device | Blood Sugar (mg/dL) | Pain Score | Height (cm) | Height (in) | Weight (kg) | Weight (lbs/ ozs) | BMI | Head Cir (cm) |
| 10/03/2022 15:22 | 127/97 | Sitting/ Right Arm | 88 | 18 | 36.5 Temporal Scanning | 97.7 Temporal Scanning | 97 % | Room Air 21% | | | 177.8 cm | 70 in | 87.45 kg | 192.8 lbs | 27.66 | |

**Chief Complaint:** REFILLS
**Home Meds List:** No Home Medications Available
**Immunization List:** No Immunizations Available

**HPI:**
45 yo male presents today with request for refill on xanax. States she has been prescribed this at this clinic, and medication is working to keep his anxiety under control. Also request refill on viagra. Staes he has a place on his scalp that has been itching for greater than one month, and has noticed hair loss to the area. States he has been using head and shoulders shampoo with little relief.

**Subjective DATA:**

Const: Denies fever, Denies fatigue, Denies chills

Skin: Denies rash, Denies itching, Denies pain, ADMITS hair loss to specific area on scalp with Itching.

CVS: Denies chest pain, Denies chest pressure, Denies heart palpitation, Denies edema

Resp: Denies SOB, Denies cough, Denies wheezing, Denies congestion,

Gastro: Denies pain, Denies nausea, Denies diarrhea, Denies vomiting

Genito: Denies dysuria, Denies frequency, Denies urgency, ADMITS erectile dysfunction.

Neuro: Denies headache, Denies dizziness, Denies numbness, Denies tingling

Psych: Denies depression, ADMITS controlled anxiety, Denies insomnia, Denies suicidal ideation

**Objective DATA:**

**General:** Awake, alert, and oriented. No acute distress noted. Well developed, hydrated, and nourished.

Skin: Warm, dry, and intact. Annular rash to scalp with hair loss, flourescent with Wood's lamp.

Head: Normocephalic, atraumatic.

CVS: Heart rate regular. Heart tones s1, s2 present. No murmurs, gallops auscultated.

Resp: Chest wall symmetrical. No signs of respiratory distress. Lung sounds clear in all lobes bilaterally without rhonchi, rales, or wheezing.

Neuro: Awake, alert, and oriented. Normal speech. ct. No gait abnormalities noted.

Psych: Appropriate mood, and affect. Good judgement and insight. No auditory or visual hallucinations noted. No suicidal or homicidal ideation.

## MRH MED GRP EAST MAIN

1424 E MAIN ST, TUPELO, MS 388042956 -

**Patient Name:** BARRY MCMILLIAN
**MRN:** 1001837
**Note Type:** Clinic Note

**DOB:** 10/26/1976
**Account #:** U0215407

| Test | Results | Units | Reference Range | Ordered | Collected | Status |
|---|---|---|---|---|---|---|
| SOURCE- | POS URINE CONFIRM | | | 10/03/2022 13:10 | 10/04/2022 09:02 | final |
| 25I-NBOMe | 0 | ng/mL | L=0 H=10 | 10/03/2022 13:10 | 10/04/2022 09:02 | final |
| 2-HYDROXYETHYLFL | 0 | ng/mL | L=0 H=20 | 10/03/2022 13:10 | 10/04/2022 09:02 | final |
| 6-MAM | 0 | ng/mL | L=0 H=10 | 10/03/2022 13:10 | 10/04/2022 09:02 | final |
| 7-AMINOCLONAZEPAM | 0 | ng/mL | L=0 H=20 | 10/03/2022 13:10 | 10/04/2022 09:02 | final |
| Acetaminophen | 0 | ng/mL | L=0 H=1000 | 10/03/2022 13:10 | 10/04/2022 09:02 | final |
| ALPHA-HDXYALPRAZOLAM | 0 | ng/mL | L=0 H=20 | 10/03/2022 13:10 | 10/04/2022 09:02 | final |
| ALPHA-HDXYMIDAZOLAM | 0 | ng/mL | L=0 H=20 | 10/03/2022 13:10 | 10/04/2022 09:02 | final |
| ALPHA-HDXYTRIAZOLAM | 0 | ng/mL | L=0 H=20 | 10/03/2022 13:10 | 10/04/2022 09:02 | final |
| ALPRAZOLAM | 0 | ng/mL | L=0 H=20 | 10/03/2022 13:10 | 10/04/2022 09:02 | final |
| AMM2201 4-HDXYPENTL | 0 | | | 10/03/2022 13:10 | 10/04/2022 09:02 | final |
| AMINOREX | 0 | ng/mL | L=0 H=20 | 10/03/2022 13:10 | 10/04/2022 09:02 | final |
| AMITRIPTYLINE | 0 | ng/mL | L=0 H=15 | 10/03/2022 13:10 | 10/04/2022 09:02 | final |
| AMPHETAMINE | 0 | ng/mL | L=-0.1000 H=40 | 10/03/2022 13:10 | 10/04/2022 09:02 | final |
| ARIPIPRAZOLE | 0 | ng/mL | L=0 H=50 | 10/03/2022 13:10 | 10/04/2022 09:02 | final |
| BACLOFEN | 0 | ng/mL | L=0 H=20 | 10/03/2022 13:10 | 10/04/2022 09:02 | final |
| BENZOYLECGONINE | 0 | ng/mL | L=0 H=15 | 10/03/2022 13:10 | 10/04/2022 09:02 | final |
| Buprenorphine | 0 | ng/mL | L=0 H=5 | 10/03/2022 13:10 | 10/04/2022 09:02 | final |
| BUPROPION | 0 | ng/mL | L=0 H=20 | 10/03/2022 13:10 | 10/04/2022 09:02 | final |
| BUSPIRONE | 0 | ng/mL | L=0 H=20 | 10/03/2022 13:10 | 10/04/2022 09:02 | final |
| BUTYLONE | 0 | ng/mL | L=0 H=20 | 10/03/2022 13:10 | 10/04/2022 09:02 | final |
| Carbamazepine | 0 | ng/mL | L=0 H=20 | 10/03/2022 13:10 | 10/04/2022 09:02 | final |
| CARISOPRODOL | 0 | ng/mL | L=0 H=30 | 10/03/2022 13:10 | 10/04/2022 09:02 | final |
| CITALOPRAM | 0 | ng/mL | L=0 H=10 | 10/03/2022 13:10 | 10/04/2022 09:02 | final |
| CLONAZEPAM | 0 | ng/mL | L=0 H=20 | 10/03/2022 13:10 | 10/04/2022 09:02 | final |
| CODEINE | 0 | ng/mL | L=0 H=20 | 10/03/2022 13:10 | 10/04/2022 09:02 | final |
| COTININE | 0 | ng/mL | L=0 H=30 | 10/03/2022 13:10 | 10/04/2022 09:02 | final |
| CYCLOBENZAPRINE | 0 | ng/mL | L=0 H=20 | 10/03/2022 13:10 | 10/04/2022 09:02 | final |
| DESIPRAMINE | 0 | ng/mL | L=0 H=20 | 10/03/2022 13:10 | 10/04/2022 09:02 | final |
| DEXTRORPHAN | 0 | ng/mL | L=0 H=20 | 10/03/2022 13:10 | 10/04/2022 09:02 | final |
| DIAZEPAM | 0 | ng/mL | L=0 H=20 | 10/03/2022 13:10 | 10/04/2022 09:02 | final |
| DOXEPIN | 0 | ng/mL | L=0 H=20 | 10/03/2022 13:10 | 10/04/2022 09:02 | final |
| EDDP | 0 | ng/mL | L=0 H=20 | 10/03/2022 13:10 | 10/04/2022 09:02 | final |
| EPHEDRINE | 0 | ng/mL | L=0 H=20 | 10/03/2022 13:10 | 10/04/2022 09:02 | final |
| ETIZOLAM | 0 | ng/mL | L=0 H=20 | 10/03/2022 13:10 | 10/04/2022 09:02 | final |
| FENTANYL | 0 | ng/mL | L=0 H=5 | 10/03/2022 13:10 | 10/04/2022 09:02 | final |
| FLUNITRAZEPAM | 0 | ng/mL | L=0 H=20 | 10/03/2022 13:10 | 10/04/2022 09:02 | final |
| FLUOXETINE | 0 | ng/mL | L=0 H=20 | 10/03/2022 13:10 | 10/04/2022 09:02 | final |
| FLURAZEPAM | 0 | ng/mL | L=0 H=20 | 10/03/2022 13:10 | 10/04/2022 09:02 | final |

Electronically signed by: KRISTEN LODEN, FNP, 10/08/2022 17:43 CDT

**MRH MED GRP EAST MAIN**
1424 E MAIN ST, TUPELO, MS 388042956 -

**Patient Name:** BARRY MCMILLIAN
**MRN:** 1001837
**Note Type:** Clinic Note

**DOB:** 10/26/1976
**Account #:** U0215407

| Lab Results: This Visit | | | | | | |
|---|---|---|---|---|---|---|
| Test | Results | Units | Reference Range | Ordered | Collected | Status |
| GABAPENTIN | 0 | ng/mL | L=0 H=500 | 10/03/2022 13:10 | 10/04/2022 09:02 | final |
| HYDROCODONE | 0 | ng/mL | L=0 H=20 | 10/03/2022 13:10 | 10/04/2022 09:02 | final |
| HYDROMORPHONE | 0 | ng/mL | L=0 H=20 | 10/03/2022 13:10 | 10/04/2022 09:02 | final |
| IMIPRAMINE | 0 | ng/mL | L=0 H=20 | 10/03/2022 13:10 | 10/04/2022 09:02 | final |
| JWH18 4-HDXYPENTYL | 0 | ng/mL | L=0 H=5 | 10/03/2022 13:10 | 10/04/2022 09:02 | final |
| JWH18 PENTANOIC ACID | 0 | ng/mL | L=0 H=5 | 10/03/2022 13:10 | 10/04/2022 09:02 | final |
| JWH250 4-HDXYPENTYL | 0 | ng/mL | L=0 H=5 | 10/03/2022 13:10 | 10/04/2022 09:02 | final |
| JWH73 3-HDXYBUTYL | 0 | ng/mL | L=0 H=5 | 10/03/2022 13:10 | 10/04/2022 09:02 | final |
| JWH73 4-BUTANOIC ACD | 0 | ng/mL | L=0 H=5 | 10/03/2022 13:10 | 10/04/2022 09:02 | final |
| KETAMINE | 0 | ng/mL | L=0 H=10 | 10/03/2022 13:10 | 10/04/2022 09:02 | final |
| LISDEXAMPHETAMIN | 0 | ng/mL | L=0 H=5 | 10/03/2022 13:10 | 10/04/2022 09:02 | final |
| LORAZEPAM | 0 | ng/mL | L=0 H=20 | 10/03/2022 13:10 | 10/04/2022 09:02 | final |
| LSD | 0 | ng/mL | L=0 H=5 | 10/03/2022 13:10 | 10/04/2022 09:02 | final |
| mCPP | 0 | ng/mL | L=0 H=20 | 10/03/2022 13:10 | 10/04/2022 09:02 | final |
| MDA | 0 | ng/mL | L=0 H=20 | 10/03/2022 13:10 | 10/04/2022 09:02 | final |
| MDMA | 0 | ng/mL | L=0 H=10 | 10/03/2022 13:10 | 10/04/2022 09:02 | final |
| MEPERIDINE | 0 | ng/mL | L=0 H=10 | 10/03/2022 13:10 | 10/04/2022 09:02 | final |
| MEPHEDRONE | 0 | ng/mL | L=0 H=20 | 10/03/2022 13:10 | 10/04/2022 09:02 | final |
| MEPROBAMATE | 0 | ng/mL | L=0 H=250 | 10/03/2022 13:10 | 10/04/2022 09:02 | final |
| METAXOLONE | 0 | ng/mL | L=0 H=20 | 10/03/2022 13:10 | 10/04/2022 09:02 | final |
| Methadone | 0 | ng/mL | L=0 H=20 | 10/03/2022 13:10 | 10/04/2022 09:02 | final |
| METHAMPHETAMINE | 0 | ng/mL | L=0 H=40 | 10/03/2022 13:10 | 10/04/2022 09:02 | final |
| METHYLONE | 0 | ng/mL | L=0 H=20 | 10/03/2022 13:10 | 10/04/2022 09:02 | final |
| METHYLPHENIDATE | 0 | ng/mL | L=0 H=20 | 10/03/2022 13:10 | 10/04/2022 09:02 | final |
| MIDAZOLAM | 0 | ng/mL | L=0 H=20 | 10/03/2022 13:10 | 10/04/2022 09:02 | final |
| MIRTAZAPINE | 0 | ng/mL | L=0 H=20 | 10/03/2022 13:10 | 10/04/2022 09:02 | final |
| MITRAGYNINE | 0 | ng/mL | L=0 H=5 | 10/03/2022 13:10 | 10/04/2022 09:02 | final |
| MORPHINE | 0 | ng/mL | L=0 H=20 | 10/03/2022 13:10 | 10/04/2022 09:02 | final |
| NALOXONE | 0 | ng/mL | L=0 H=5 | 10/03/2022 13:10 | 10/04/2022 09:02 | final |
| NALTREXONE | 0 | ng/mL | L=0 H=15 | 10/03/2022 13:10 | 10/04/2022 09:02 | final |
| NAPHYRONE | 0 | ng/mL | L=0 H=20 | 10/03/2022 13:10 | 10/04/2022 09:02 | final |
| NORBUPRENORPHINE | 0 | ng/mL | L=0 H=10 | 10/03/2022 13:10 | 10/04/2022 09:02 | final |
| NORDIAZEPAM | 0 | ng/mL | L=0 H=20 | 10/03/2022 13:10 | 10/04/2022 09:02 | final |
| NORFENTANYL | 0 | ng/mL | L=0 H=5 | 10/03/2022 13:10 | 10/04/2022 09:02 | final |
| NORHYDROCODONE | 0 | ng/mL | L=0 H=20 | 10/03/2022 13:10 | 10/04/2022 09:02 | final |
| NOROXYCODONE | 0 | ng/mL | L=0 H=20 | 10/03/2022 13:10 | 10/04/2022 09:02 | final |
| NORTILIDINE | 0 | ng/mL | L=0 H=20 | 10/03/2022 13:10 | 10/04/2022 09:02 | final |
| NORTRIPTYLINE | 0 | ng/mL | L=0 H=20 | 10/03/2022 13:10 | 10/04/2022 09:02 | final |
| OXAZEPAM | 0 | ng/mL | L=0 H=20 | 10/03/2022 13:10 | 10/04/2022 09:02 | final |
| OXYCODONE | 0 | | L=0 H=0 | 10/03/2022 13:10 | 10/04/2022 09:02 | final |

**MRH MED GRP EAST MAIN**

1424 E MAIN ST, TUPELO, MS 388042956 -

**Patient Name:** BARRY MCMILLIAN
**MRN:** 1001837
**Note Type:** Clinic Note

**DOB:** 10/26/1976
**Account #:** U0215407

| | | | Lab Results: This Visit | | | |
|---|---|---|---|---|---|---|
| **Test** | **Results** | **Units** | **Reference Range** | **Ordered** | **Collected** | **Status** |
| OXYMORPHONE | 0 | ng/mL | L=0 H=20 | 10/03/2022 13:10 | 10/04/2022 09:02 | final |
| PAROXETINE | 0 | ng/mL | L=0 H=10 | 10/03/2022 13:10 | 10/04/2022 09:02 | final |
| PCP | 0 | ng/mL | L=0 H=5 | 10/03/2022 13:10 | 10/04/2022 09:02 | final |
| PENTYLONE | 0 | ng/mL | L=0 H=20 | 10/03/2022 13:10 | 10/04/2022 09:02 | final |
| PHENTERMINE | 0 | ng/mL | L=0 H=40 | 10/03/2022 13:10 | 10/04/2022 09:02 | final |
| PREGABALIN | 0 | ng/mL | L=0 H=500 | 10/03/2022 13:10 | 10/04/2022 09:02 | final |
| PROMETHAZINE | 0 | ng/mL | L=0 H=20 | 10/03/2022 13:10 | 10/04/2022 09:02 | final |
| PROPOXYPHENE | 0 | ng/mL | L=0 H=20 | 10/03/2022 13:10 | 10/04/2022 09:02 | final |
| RISPERIDONE | 0 | ng/mL | L=0 H=5 | 10/03/2022 13:10 | 10/04/2022 09:02 | final |
| SERTRALINE | 0 | ng/mL | L=0 H=50 | 10/03/2022 13:10 | 10/04/2022 09:02 | final |
| TAPENTADOL | 0 | ng/mL | L=0 H=20 | 10/03/2022 13:10 | 10/04/2022 09:02 | final |
| TEMAZEPAM | 0 | ng/mL | L=0 H=20 | 10/03/2022 13:10 | 10/04/2022 09:02 | final |
| TRAMADOL | 0 | ng/mL | L=0 H=40 | 10/03/2022 13:10 | 10/04/2022 09:02 | final |
| ZALEPLON | 0 | ng/mL | L=0 H=20 | 10/03/2022 13:10 | 10/04/2022 09:02 | final |
| ZOLPIDEM | 0 | ng/mL | L=0.0 H=2.5 | 10/03/2022 13:10 | 10/04/2022 09:02 | final |
| ZOPICLONE | 0 | ng/mL | L=0 H=5 | 10/03/2022 13:10 | 10/04/2022 09:02 | final |
| COCAINE | NEGATIVE | | NORMAL: <300 ng/mL | 10/03/2022 17:05 | 10/04/2022 06:42 | final |
| METHAMPHET | NEGATIVE | | NORMAL: <300 ng/mL | 10/03/2022 17:05 | 10/04/2022 06:42 | final |
| AMPHETAMINES | NEGATIVE | | NORMAL: <1000 ng/mL | 10/03/2022 17:05 | 10/04/2022 06:42 | final |
| THC | NEGATIVE | | NORMAL: <50 ng/mL | 10/03/2022 17:05 | 10/04/2022 06:42 | final |
| OPIATES 300 | NEGATIVE | | NORMAL: <300 ng/mL | 10/03/2022 17:05 | 10/04/2022 06:42 | final |
| OXYCODONE | NEGATIVE | | NORMAL: <300 ng/mL | 10/03/2022 17:05 | 10/04/2022 06:42 | final |
| BARBITURATES | NEGATIVE | | NORMAL: <200 ng/mL | 10/03/2022 17:05 | 10/04/2022 06:42 | final |
| BENZO | NEGATIVE | | NORMAL: <200 ng/mL | 10/03/2022 17:05 | 10/04/2022 06:42 | final |
| BUPRENORPHINE | NEGATIVE | | NORMAL: <5 ng/mL | 10/03/2022 17:05 | 10/04/2022 06:42 | final |
| NITRITE-UA | NEGATIVE | | NORMAL: NEGATIVE | 10/03/2022 17:05 | 10/04/2022 06:42 | final |
| OXIDANTS | NORMAL | | NORMAL: NEGATIVE | 10/03/2022 17:05 | 10/04/2022 06:42 | final |
| SPEC GRAVITY | 1.020 | | NORMAL: 1.003-1.025 | 10/03/2022 17:05 | 10/04/2022 06:42 | final |
| pH | 5.0 A | | NORMAL: 4.0-9.9 | 10/03/2022 17:05 | 10/04/2022 06:42 | final |
| TEMP | NA | | | 10/03/2022 17:05 | 10/04/2022 06:42 | final |

**Ordered & Completed Meds Table:** No Current Medications Available

**Problem List**
Erectile dysfunction

Electronically signed by: KRISTEN LODEN, FNP, 10/08/2022 17:43 CDT

**MRH MED GRP EAST MAIN**
1424 E MAIN ST, TUPELO, MS 388042956 -

**Patient Name:** BARRY MCMILLIAN
**MRN:** 1001837
**Note Type:** Clinic Note

**DOB:** 10/26/1976
**Account #:** U0215407

Major depressive disorder, recurrent, moderate
Anxiety
Tinea of scalp
Long-term current use of benzodiazepine

**Discharge Medications**
Viagra 100MG Oral Tablet
Ketoconazole 2% Topical application Cream
Xanax 1MG Oral Tablet

**TEACHINGS:**
Take medications as prescribed.
S/ sx worsening: RTC or go to the nearest ER.
Medications (use/side effects): Reviewed with patient.

**REFERRAL:**

**FOLLOW UP: one month**

## MRH MED GRP EAST MAIN
1424 E MAIN ST, TUPELO, MS 388042956 -

**Patient Name:** BARRY MCMILLIAN
**MRN:** 1001837
**Note Type:** Clinic Note

**DOB:** 10/26/1976
**Account #:** U0207850

---

**Date of Service:** 09/08/2022
**Patient Name:** MCMILLIAN, BARRY **DOB:** 10/26/1976, **Age:** 45 years

PMP Reviewed:yes

**Allergy List**
No Known Drug Allergies, medication

| | | | | | | | Vital Signs: This Visit | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Date/Time | BP (mm/Hg) | BP Position/Site | Heart Rate | Resp | Temp (°C) | Temp (°F) | SPO2% | O2 Device | Blood Sugar (mg/dL) | Pain Score | Height (cm) | Height (in) | Weight (kg) | Weight (lbs/ozs) | BMI | Head Cir (cm) |
| 09/08/2022 12:59 | 122/87 | Sitting/Right Arm | 85 | 18 | 36.8 Temporal Scanning | 98.2 Temporal Scanning | 100 % | Room Air 21% | | | 177.8 cm | 70 in | 85.33 kg | 188.12 lbs | 26.99 | |

**Chief Complaint:** REFILLS
**Home Meds List:** No Home Medications Available
**Immunization List:** No Immunizations Available

### HPI:

45 yo male presents to the clinic for a follow up visit and refill of medication. Patient states that he needs a refill of his xanax. Reports having anxiety. States this medication works well for him. Reports last taking the medication this morning. Denies any other problems or concerns this visit.

---

### Subjective DATA:

Const: Denies fever, Denies fatigue, Denies chills

CVS: Denies chest pain, Denies chest pressure, Denies heart palpitation.

Resp: Denies SOB, Denies cough, Denies wheezing, Denies congestion,

Neuro: Denies headache, Denies dizziness, Denies numbness, Denies tingling

Psych: Denies depression, Reports anxiety, Denies insomnia, Denies suicidal ideation

---

### Objective DATA:

**General:** Awake, alert, and oriented. No acute distress noted. Well developed, hydrated, and nourished.

Skin: Warm, dry, and intact. No rashes, lesions. Color appropriate for ethnicity. Nailbeds pink.
CVS: Heart rate regular. Heart tones s1, s2 present. No murmurs.

Resp: Chest wall symmetrical. No signs of respiratory distress. Lung sounds clear in all lobes bilaterally without rhonchi, rales, or wheezing.

Neuro: Awake, alert, and oriented. Normal speech.

Psych: Appropriate mood, and affect.

| Lab Results: This Visit | | | | | | |
|---|---|---|---|---|---|---|
| Test | Results | Units | Reference Range | Ordered | Collected | Status |
| DRUG CONFIRM 22 PLUS | | | | 09/08/2022 12:15 | 09/09/2022 09:39 | registered |
| COCAINE | NEGATIVE | | NORMAL: <300 ng/mL | 09/08/2022 18:24 | 09/09/2022 07:21 | final |

Electronically signed by: ERIN WARD, NP, 09/09/2022 11:01 CDT

## MRH MED GRP EAST MAIN
1424 E MAIN ST, TUPELO, MS 388042956 -

**Patient Name:** BARRY MCMILLIAN
**MRN:** 1001837
**Note Type:** Clinic Note

**DOB:** 10/26/1976
**Account #:** U0207850

| Lab Results: This Visit | | | | | | |
|---|---|---|---|---|---|---|
| **Test** | **Results** | **Units** | **Reference Range** | **Ordered** | **Collected** | **Status** |
| METHAMPHET | NEGATIVE | | NORMAL: <300 ng/mL | 09/08/2022 18:24 | 09/09/2022 07:21 | final |
| AMPHETAMINES | NEGATIVE | | NORMAL: <1000 ng/mL | 09/08/2022 18:24 | 09/09/2022 07:21 | final |
| THC | NEGATIVE | | NORMAL: <50 ng/mL | 09/08/2022 18:24 | 09/09/2022 07:21 | final |
| OPIATES 300 | NEGATIVE | | NORMAL: <300 ng/mL | 09/08/2022 18:24 | 09/09/2022 07:21 | final |
| OXYCODONE | NEGATIVE | | NORMAL: <300 ng/mL | 09/08/2022 18:24 | 09/09/2022 07:21 | final |
| BARBITURATES | NEGATIVE | | NORMAL: <200 ng/mL | 09/08/2022 18:24 | 09/09/2022 07:21 | final |
| BENZO | NEGATIVE | | NORMAL: <200 ng/mL | 09/08/2022 18:24 | 09/09/2022 07:21 | final |
| BUPRENORPHINE | NEGATIVE | | NORMAL: <5 ng/mL | 09/08/2022 18:24 | 09/09/2022 07:21 | final |
| NITRITE-UA | NEGATIVE | | NORMAL: NEGATIVE | 09/08/2022 18:24 | 09/09/2022 07:21 | final |
| OXIDANTS | NORMAL | | NORMAL: NEGATIVE | 09/08/2022 18:24 | 09/09/2022 07:21 | final |
| SPEC GRAVITY | 1.010 | | NORMAL: 1.003-1.025 | 09/08/2022 18:24 | 09/09/2022 07:21 | final |
| pH | 6.5 | | NORMAL: 4.0-9.9 | 09/08/2022 18:24 | 09/09/2022 07:21 | final |
| TEMP | | | | 09/08/2022 18:24 | 09/09/2022 07:21 | final |

UDS/PMP
**Ordered & Completed Meds Table:** No Current Medications Available

**Problem List**
Hyperlipidemia
Anxiety

**Discharge Medications**
Xanax 1MG Oral Tablet

**TEACHINGS:**
Take medications as prescribed.
S/ sx worsening: RTC or go to the nearest ER.
Medications (use/side effects): Reviewed with patient.

Plan:
Obtain PMP and UDS this visit
Refill medication for current regimen
FU in 1 month or sooner if needed

**REFERRAL:**

Electronically signed by: ERIN WARD, NP, 09/09/2022 11:01 CDT

Page 2 of 3

**MRH MED GRP EAST MAIN**
1424 E MAIN ST, TUPELO, MS 388042956 -

**Patient Name:** BARRY MCMILLIAN
**MRN:** 1001837
**Note Type:** Clinic Note

**DOB:** 10/26/1976
**Account #:** U0207850

## FOLLOW UP:

1 month

**MRH MED GRP EAST MAIN**

1424 E MAIN ST, TUPELO, MS 388042956 -

**Patient Name:** BARRY MCMILLIAN
**MRN:** 1001837
**Note Type:** Clinic Note

**DOB:** 10/26/1976
**Account #:** U0198455

---

**Date of Service:** 08/08/2022
**Patient Name:** MCMILLIAN, BARRY, **DOB:** 10/26/1976, **Age:** 45 years

PMP Reviewed:YES

**Allergy List**
No Known Drug Allergies, medication

| | | | | | | | | | Vital Signs: This Visit | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Date/Time | BP (mm/ Hg) | BP Position/ Site | Heart Rate | Resp | Temp (°C) | Temp (°F) | SPO2% | O2 Device | Blood Sugar (mg/ dL) | Pain Score | Height (cm) | Height (in) | Weight (kg) | Weight (lbs/ ozs) | BMI | Head Cir (cm) |
| 08/08/2022 19:26 | 127/84 | Sitting/ Right Arm | 95 | 16 | 36.6 Temporal Scanning | 97.8 Temporal Scanning | 97 % | Room Air 21% | | | 177.8 cm | 70 in | 89.9 kg | 198.2 lbs | 28.44 | |

**Chief Complaint:** REFILLS
**Home Meds List:** No Home Medications Available
**Immunization List:** No Immunizations Available

**HPI:**
**45 year old male who presents to the clinic for medication refills.**

Patient states that Ozempic and glipizide are working well. States that he checks his blood glucose once day and states that his fasting BS is usually 140s-160s. Denies any GI upset.

States that xanax is working well at treating anxiety. States that his last dose was Wednesday. Denies taking more than prescribed.

Patient also states that he is having a sore throat, nasal congestion/drainage that started on Saturday. Denies known COVID exposure. Denies fever, cough, sob, wheezing.

---

**Subjective DATA:**

**Const: Denies fever, Denies fatigue, Denies chills**

Skin: Denies rash, Denies itching, Denies pain

**ENT: Reports sore throat, nasal congestion/drainage**

Eyes: Denies pain, Denies itching, Denies drainage

**CVS: Denies chest pain, Denies chest pressure, Denies heart palpitation, Denies edema**

**Resp: Denies SOB, Denies cough, Denies wheezing.**

**Gastro: Denies pain, Denies nausea, Denies diarrhea, Denies vomiting**

Genito: Denies dysuria, Denies frequency, Denies urgency

Neuro: Denies headache, Denies dizziness, Denies numbness, Denies tingling

Psych: Denies depression, Denies anxiety, Denies insomnia, Denies suicidal ideation

Msk: Denies joint pain, Denies back pain, Denies tenderness

---

**Objective DATA:**

**General: Awake, alert, and oriented. No acute distress noted. Well developed, hydrated, and nourished. VS stable.**

**ENT: Serous fluid to left TM. Right TM pearly gray, with normal landmarks. Cone of light present. Nasal mucosa pink, moist. Nares patent bilaterally. Posterior pharynx pink, no erythema, swelling, or exudate.**

**CVS: Heart rate regular. Heart tones s1, s2 present. No murmurs, gallops auscultated.**

---

**MRH MED GRP EAST MAIN**

1424 E MAIN ST, TUPELO, MS 388042956 -

**Patient Name:** BARRY MCMILLIAN
**MRN:** 1001837
**Note Type:** Clinic Note

**DOB:** 10/26/1976
**Account #:** U0198455

---

**Resp:** Chest wall symmetrical. No signs of respiratory distress. Lung sounds clear in all lobes bilaterally without rhonchi, rales, or wheezing.

**Psych:** Calm in room. Appropriate mood, and affect. Good judgement and insight.

**PLAN:**
Add zyrtec for allergy symptoms.
Add rosuvastatin for cholesterol.
Patient states that he hasn't been taking metformin. Will trial the extended release to see if he can tolerate this.
Refill current medications. Continue taking as prescribed.

| | | | Lab Results: This Visit | | | |
|---|---|---|---|---|---|---|
| **Test** | **Results** | **Units** | **Reference Range** | **Ordered** | **Collected** | **Status** |
| SODIUM | 137 | mmol/L | L=136 H=145 | 08/09/2022 17:10 | 08/09/2022 18:48 | final |
| POTASSIUM | 3.7 | mmol/L | L=3.5 H=5.1 | 08/09/2022 17:10 | 08/09/2022 18:48 | final |
| CHLORIDE | 101 | mmol/L | L=98 H=107 | 08/09/2022 17:10 | 08/09/2022 18:48 | final |
| CO2 | 26 | mEq/L | L=21 H=32 | 08/09/2022 17:10 | 08/09/2022 18:48 | final |
| TOTAL BILI | 0.2 | mg/dL | L=0.2 H=1.0 | 08/09/2022 17:10 | 08/09/2022 18:48 | final |
| TOTAL PROTEIN | 8 | g/dL | L=6.4 H=8.2 | 08/09/2022 17:10 | 08/09/2022 18:48 | final |
| ALKALINE PHOS | 67 | U/L | L=16 H=116 | 08/09/2022 17:10 | 08/09/2022 18:48 | final |
| SGOT/AST | 16 | U/L | L=15 H=37 | 08/09/2022 17:10 | 08/09/2022 18:48 | final |
| SGPT/ALT | 33 | U/L | L=12 H=78 | 08/09/2022 17:10 | 08/09/2022 18:48 | final |
| ALBUMIN | 4.6 | g/dL | L=3.4 H=5.0 | 08/09/2022 17:10 | 08/09/2022 18:48 | final |
| GLUCOSE | 153 H | mg/dL | L=74 H=106 | 08/09/2022 17:10 | 08/09/2022 18:48 | final |
| CALCIUM | 8.9 | mg/dL | L=8.5 H=10.1 | 08/09/2022 17:10 | 08/09/2022 18:48 | final |
| BUN | 15 | mg/dL | L=7 H=18 | 08/09/2022 17:10 | 08/09/2022 18:48 | final |
| CREATININE | 1.03 | mg/dL | L=0.60 H=1.30 | 08/09/2022 17:10 | 08/09/2022 18:48 | final |
| AGE | 45 | yrs | | 08/09/2022 17:10 | 08/09/2022 18:48 | final |
| AFR AMER GFR | 100 | mL/min | | 08/09/2022 17:10 | 08/09/2022 18:48 | final |
| NON-AA GFR | 83 | mL/min | | 08/09/2022 17:10 | 08/09/2022 18:48 | final |
| TSH | 0.591 | uIU/mL | L=0.350 H=4.500 | 08/09/2022 17:10 | 08/09/2022 18:48 | final |
| WBC | 4.1 L | x10^3ul | L=4.5 H=10.5 | 08/08/2022 19:09 | 08/08/2022 19:24 | final |
| RBC | 4.95 | x10^6ul | L=4.00 H=6.00 | 08/08/2022 19:09 | 08/08/2022 19:24 | final |
| HEMOGLOBIN | 14 | g/dL | L=14.0 H=18.0 | 08/08/2022 19:09 | 08/08/2022 19:24 | final |
| HEMATOCRIT | 42.1 | % | L=42.0 H=52.0 | 08/08/2022 19:09 | 08/08/2022 19:24 | final |
| MCV | 85.1 | fL | L=80.0 H=99.0 | 08/08/2022 19:09 | 08/08/2022 19:24 | final |
| MCH | 28.4 | pg | L=27.0 H=31.0 | 08/08/2022 19:09 | 08/08/2022 19:24 | final |
| MCHC | 33 | g/dL | L=33 H=37 | 08/08/2022 19:09 | 08/08/2022 19:24 | final |
| RDW | 11.1 L | % | L=11.5 H=14.5 | 08/08/2022 19:09 | 08/08/2022 19:24 | final |
| PLATELETS | 191 | x10^6ul | L=150 H=450 | 08/08/2022 19:09 | 08/08/2022 19:24 | final |
| MPV | 9.4 | fL | L=7.4 H=10.4 | 08/08/2022 19:09 | 08/08/2022 19:24 | final |
| %NEUT | 53.4 | % | L=30.0 H=70.0 | 08/08/2022 19:09 | 08/08/2022 19:24 | final |
| %LYMPH | 38.5 | % | L=20.0 H=50.0 | 08/08/2022 19:09 | 08/08/2022 19:24 | final |
| %MONO | 8.1 | % | L=2.0 H=10.0 | 08/08/2022 19:09 | 08/08/2022 19:24 | final |
| %EOS | | | L=0.0 H=5.0 | 08/08/2022 19:09 | 08/08/2022 19:24 | final |
| %BASO | | | L=0.0 H=3.0 | 08/08/2022 19:09 | 08/08/2022 19:24 | final |

## MRH MED GRP EAST MAIN
1424 E MAIN ST, TUPELO, MS 388042956 -

**Patient Name:** BARRY MCMILLAN  
**MRN:** 1001837  
**Note Type:** Clinic Note

**DOB:** 10/26/1976  
**Account #:** U0198455

| Test | Results | Units | Reference Range | Ordered | Collected | Status |
|---|---|---|---|---|---|---|
| #NEUT | 2.2 | K/uL | L=1.3 H=7.4 | 08/08/2022 19:09 | 08/08/2022 19:24 | final |
| #LYMPH | 1.5 | K/uL | L=0.9 H=5.3 | 08/08/2022 19:09 | 08/08/2022 19:24 | final |
| #MONO | 0.4 | K/uL | L=0.1 H=1.1 | 08/08/2022 19:09 | 08/08/2022 19:24 | final |
| #EOS | | | L=0.0 H=0.3 | 08/08/2022 19:09 | 08/08/2022 19:24 | final |
| #BASO | | | L=0.0 H=0.1 | 08/08/2022 19:09 | 08/08/2022 19:24 | final |
| MANUAL DIFF | | | | 08/08/2022 19:09 | 08/08/2022 19:24 | final |
| SPEC SOURCE: | Clean Catch | | | 08/08/2022 19:09 | 08/08/2022 19:23 | final |
| COLOR | Lt Yellow | | NORMAL: Yellow | 08/08/2022 19:09 | 08/08/2022 19:23 | final |
| CLARITY | Sl Hazy | | NORMAL: Clear | 08/08/2022 19:09 | 08/08/2022 19:23 | final |
| SPEC GRAVITY | 1.030 A | | 1.005 - 1.020 | 08/08/2022 19:09 | 08/08/2022 19:23 | final |
| pH | 6.0 | | 5.5 - 7.5 | 08/08/2022 19:09 | 08/08/2022 19:23 | final |
| GLUCOSE | 2+ A | | NORMAL: Negative | 08/08/2022 19:09 | 08/08/2022 19:23 | final |
| BILIRUBIN | Negative | | NORMAL: Negative | 08/08/2022 19:09 | 08/08/2022 19:23 | final |
| KETONE | Negative | | NORMAL: Negative | 08/08/2022 19:09 | 08/08/2022 19:23 | final |
| PROTEIN | Negative | | NORMAL: Negative | 08/08/2022 19:09 | 08/08/2022 19:23 | final |
| NITRITE | Negative | | NORMAL: Negative | 08/08/2022 19:09 | 08/08/2022 19:23 | final |
| BLOOD | Negative | | NORMAL: Negative | 08/08/2022 19:09 | 08/08/2022 19:23 | final |
| LEUK EST | Negative | | NORMAL: Negative | 08/08/2022 19:09 | 08/08/2022 19:23 | final |
| UROBILINOGEN | 0.2 | | 0.2 - 1.0 mg/dL | 08/08/2022 19:09 | 08/08/2022 19:23 | final |
| CHOLESTEROL | 192 | mg/dL | L=0 H=200 | 08/08/2022 19:10 | 08/08/2022 19:22 | final |
| HDL | 37 L | mg/dL | L=40 H=60 | 08/08/2022 19:10 | 08/08/2022 19:22 | final |
| TRIGLYCERIDES | 253 H | mg/dL | L=30 H=150 | 08/08/2022 19:10 | 08/08/2022 19:22 | final |
| LDL | 104 H | mg/dL | L=0 H=99 | 08/08/2022 19:10 | 08/08/2022 19:22 | final |
| VLDL | 154 H | mg/dL | L=5 H=40 | 08/08/2022 19:10 | 08/08/2022 19:22 | final |
| RISK FACTOR | 5.1 | | L=3.7 H=6.7 | 08/08/2022 19:10 | 08/08/2022 19:22 | final |
| HGB A1C | 8.7 H | % | L=4.6 H=6.0 | 08/08/2022 19:09 | 08/08/2022 19:18 | final |

**Problem List**  
Hyperlipidemia  
Diabetes 2  
Anxiety  
Allergic Rhinitis

**Discharge Medications**  
Xanax 1MG Oral Tablet  
Glucophage XR 500MG Oral Tablet, Extended Release  
Ozempic 0.25 MG or 0.5 MG Doses 2MG/1.5ML Subcutaneous Solution  
Rosuvastatin Calcium 10MG Oral Tablet

**TEACHINGS:**  
**Take medications as prescribed.**

**MRH MED GRP EAST MAIN**

1424 E MAIN ST, TUPELO, MS 388042956 -

**Patient Name:** BARRY MCMILLIAN
**MRN:** 1001837
**Note Type:** Clinic Note

**DOB:** 10/26/1976
**Account #:** U0198455

---

S/ sx worsening: RTC or go to the nearest ER.
Medications (use/side effects): Reviewed with patient.

---

**REFERRAL:**

**FOLLOW UP: 3 months**

---

## MRH MED GRP EAST MAIN
1424 E MAIN ST, TUPELO, MS 388042956 -

**Patient Name:** BARRY MCMILLIAN
**MRN:** 1001837
**Note Type:** Clinic Note

**DOB:** 10/26/1976
**Account #:** U0189132

**Date of Service:** 07/08/2022
**Patient Name:** MCMILLIAN, BARRY, **DOB:** 10/26/1976, **Age:** 45 years

PMP Reviewed: Yes

**Allergy List**
No Known Drug Allergies, medication

| | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Vital Signs: This Visit** | | | | | | | | | | | | | | | | |
| Date/Time | BP (mm/Hg) | BP Position/ Site | Heart Rate | Resp | Temp (°C) | Temp (°F) | SPO2% | O2 Device | Blood Sugar (mg/dL) | Pain Score | Height (cm) | Height (in) | Weight (kg) | Weight (lbs/ozs) | BMI | Head Cir (cm) |
| 07/08/2022 08:57 | 123/78 | Sitting/ Right Arm | 97 | 18 | 36.8 Tympanic | 98.2 Tympanic | 100 % | | | | 177.8 cm | 70 in | 85.28 kg | 188 lbs | 26.97 | |

**Chief Complaint:** refills
**Home Meds List:** No Home Medications Available
**Immunization List:** No Immunizations Available

**HPI:**
**45 year old male who presents to the clinic for medication refills.**

**Patient reports that xanax is working fair to treat his anxiety. He states that he thinks that this could be increased. He states that his last dose was last week. Denies taking more than prescribed.**

**Patient reports that he has been having increased heartburn, acid reflux, and belching for the past 2-3 days. He states that he has also had lower abdominal pain and diarrhea. Denies fever or vomiting.**

**Subjective DATA:**

**Const: Denies fever, Denies fatigue, Denies chills**

Skin: Denies rash, Denies itching, Denies pain

ENT: Denies sore throat, Denies sinus congestion, Denies chest congestion, Denies ear pain, Denies nasal drainage

Eyes: Denies pain, Denies itching, Denies drainage

**CVS: Denies chest pain, Denies chest pressure, Denies heart palpitation, Denies edema**

**Resp: Denies SOB, Denies cough, Denies wheezing.**

**Gastro: Reports heartburn, reflux, lower abdominal pain, diarrhea, and belching. Denies nausea or vomiting.**

Genito: Denies dysuria, Denies frequency, Denies urgency

Neuro: Denies headache, Denies dizziness, Denies numbness, Denies tingling

**Psych: Reports anxiety that is fairly controlled with medication. Denies depression, Denies insomnia, Denies suicidal ideation**

Msk: Denies joint pain, Denies back pain, Denies tenderness

**Objective DATA:**

**General: Awake, alert, and oriented. No acute distress noted. Well developed, hydrated, and nourished. VS stable.**

**CVS: Heart rate regular. Heart tones s1, s2 present. No murmurs, gallops auscultated.**

**Resp: Chest wall symmetrical. No signs of respiratory distress. Lung sounds clear in all lobes bilaterally without rhonchi, rales, or wheezing.**

**Gastro: Abdomen soft. TTP to RUQ, rates a 7/10. Mild TTP to lower abdomen. Bowel sounds present in all 4 quadrants, normoactive.**

**MRH MED GRP EAST MAIN**

1424 E MAIN ST, TUPELO, MS 388042956 -

**Patient Name:** BARRY MCMILLIAN
**MRN:** 1001837
**Note Type:** Clinic Note

**DOB:** 10/26/1976
**Account #:** U0189132

---

Psych: Calm in room. Appropriate mood, and affect. Good judgement and insight.

Increasing patient's Xanax to 1 mg. Informed him that he could take a 1/2 tablet in the morning and at noon and a whole tablet at night to see if this worked better.

Patient was negative for H.Pylori. Continue omeprazole. Adding Pepcid at night. Informed patient that if his symptoms do not improve in the next week or if they become worse, we would order an US/HIDA to evaluate his gallbladder.

Patient's PMP showed oxycodone but he states that he was given this when he had a tooth pulled but states that he has finished this.

| Lab Results: This Visit | | | | | | |
|---|---|---|---|---|---|---|
| **Test** | **Results** | **Units** | **Reference Range** | **Ordered** | **Collected** | **Status** |
| SOURCE- | POS URINE CONFIRM | | | 07/08/2022 08:20 | 07/11/2022 11:50 | final |
| 25I-NBOMe | 0 | ng/mL | L=0 H=10 | 07/08/2022 08:20 | 07/11/2022 11:50 | final |
| 2-HYDROXYETHYLFL | 0 | ng/mL | L=0 H=20 | 07/08/2022 08:20 | 07/11/2022 11:50 | final |
| 6-MAM | 0 | ng/mL | L=0 H=10 | 07/08/2022 08:20 | 07/11/2022 11:50 | final |
| 7-AMINOCLONAZEPAM | 0 | ng/mL | L=0 H=20 | 07/08/2022 08:20 | 07/11/2022 11:50 | final |
| Acetaminophen | 0 | ng/mL | L=0 H=1000 | 07/08/2022 08:20 | 07/11/2022 11:50 | final |
| ALPHA-HDXYALPRAZOLAM | 0 | ng/mL | L=0 H=20 | 07/08/2022 08:20 | 07/11/2022 11:50 | final |
| ALPHA-HDXYMIDAZOLAM | 0 | ng/mL | L=0 H=20 | 07/08/2022 08:20 | 07/11/2022 11:50 | final |
| ALPHA-HDXYTRIAZOLAM | 0 | ng/mL | L=0 H=20 | 07/08/2022 08:20 | 07/11/2022 11:50 | final |
| ALPRAZOLAM | 0 | ng/mL | L=0 H=20 | 07/08/2022 08:20 | 07/11/2022 11:50 | final |
| AMM2201 4-HDXYPENTL | 0 | | | 07/08/2022 08:20 | 07/11/2022 11:50 | final |
| AMINOREX | 0 | ng/mL | L=0 H=20 | 07/08/2022 08:20 | 07/11/2022 11:50 | final |
| AMITRIPTYLINE | 0 | ng/mL | L=0 H=15 | 07/08/2022 08:20 | 07/11/2022 11:50 | final |
| AMPHETAMINE | 0 | ng/mL | L=-0.1000 H=40 | 07/08/2022 08:20 | 07/11/2022 11:50 | final |
| ARIPIPRAZOLE | 0 | ng/mL | L=0 H=50 | 07/08/2022 08:20 | 07/11/2022 11:50 | final |
| BACLOFEN | 0 | ng/mL | L=0 H=20 | 07/08/2022 08:20 | 07/11/2022 11:50 | final |
| BENZOYLECGONINE | 0 | ng/mL | L=0 H=15 | 07/08/2022 08:20 | 07/11/2022 11:50 | final |
| Buprenorphine | 0 | ng/mL | L=0 H=5 | 07/08/2022 08:20 | 07/11/2022 11:50 | final |
| BUPROPION | 0 | ng/mL | L=0 H=20 | 07/08/2022 08:20 | 07/11/2022 11:50 | final |
| BUSPIRONE | 0 | ng/mL | L=0 H=20 | 07/08/2022 08:20 | 07/11/2022 11:50 | final |
| BUTYLONE | 0 | ng/mL | L=0 H=20 | 07/08/2022 08:20 | 07/11/2022 11:50 | final |
| Carbamazepine | 0 | ng/mL | L=0 H=20 | 07/08/2022 08:20 | 07/11/2022 11:50 | final |
| CARISOPRODOL | 0 | ng/mL | L=0 H=30 | 07/08/2022 08:20 | 07/11/2022 11:50 | final |
| CITALOPRAM | 0 | ng/mL | L=0 H=10 | 07/08/2022 08:20 | 07/11/2022 11:50 | final |
| CLONAZEPAM | 0 | ng/mL | L=0 H=20 | 07/08/2022 08:20 | 07/11/2022 11:50 | final |
| CODEINE | 0 | ng/mL | L=0 H=20 | 07/08/2022 08:20 | 07/11/2022 11:50 | final |
| COTININE | 0 | ng/mL | L=0 H=30 | 07/08/2022 08:20 | 07/11/2022 11:50 | final |
| CYCLOBENZAPRINE | 0 | ng/mL | L=0 H=20 | 07/08/2022 08:20 | 07/11/2022 11:50 | final |
| DESIPRAMINE | 0 | ng/mL | L=0 H=20 | 07/08/2022 08:20 | 07/11/2022 11:50 | final |
| DEXTRORPHAN | 0 | ng/mL | L=0 H=20 | 07/08/2022 08:20 | 07/11/2022 11:50 | final |
| DIAZEPAM | 0 | ng/mL | L=0 H=20 | 07/08/2022 08:20 | 07/11/2022 11:50 | final |

**MRH MED GRP EAST MAIN**
1424 E MAIN ST, TUPELO, MS 388042956 -

**Patient Name:** BARRY MCMILLIAN
**MRN:** 1001837
**Note Type:** Clinic Note

**DOB:** 10/26/1976
**Account #:** U0189132

| Lab Results: This Visit | | | | | | |
|---|---|---|---|---|---|---|
| Test | Results | Units | Reference Range | Ordered | Collected | Status |
| DOXEPIN | 0 | ng/mL | L=0 H=20 | 07/08/2022 08:20 | 07/11/2022 11:50 | final |
| EDDP | 0 | ng/mL | L=0 H=20 | 07/08/2022 08:20 | 07/11/2022 11:50 | final |
| EPHEDRINE | 0 | ng/mL | L=0 H=20 | 07/08/2022 08:20 | 07/11/2022 11:50 | final |
| ETIZOLAM | 0 | ng/mL | L=0 H=20 | 07/08/2022 08:20 | 07/11/2022 11:50 | final |
| FENTANYL | 0 | ng/mL | L=0 H=5 | 07/08/2022 08:20 | 07/11/2022 11:50 | final |
| FLUNITRAZEPAM | 0 | ng/mL | L=0 H=20 | 07/08/2022 08:20 | 07/11/2022 11:50 | final |
| FLUOXETINE | 0 | ng/mL | L=0 H=20 | 07/08/2022 08:20 | 07/11/2022 11:50 | final |
| FLURAZEPAM | 0 | ng/mL | L=0 H=20 | 07/08/2022 08:20 | 07/11/2022 11:50 | final |
| GABAPENTIN | 0 | ng/mL | L=0 H=500 | 07/08/2022 08:20 | 07/11/2022 11:50 | final |
| HYDROCODONE | 0 | ng/mL | L=0 H=20 | 07/08/2022 08:20 | 07/11/2022 11:50 | final |
| HYDROMORPHONE | 0 | ng/mL | L=0 H=20 | 07/08/2022 08:20 | 07/11/2022 11:50 | final |
| IMIPRAMINE | 0 | ng/mL | L=0 H=20 | 07/08/2022 08:20 | 07/11/2022 11:50 | final |
| JWH18 4-HDXYPENTYL | 0 | ng/mL | L=0 H=5 | 07/08/2022 08:20 | 07/11/2022 11:50 | final |
| JWH18 PENTANOIC ACID | 0 | ng/mL | L=0 H=5 | 07/08/2022 08:20 | 07/11/2022 11:50 | final |
| JWH250 4-HDXYPENTYL | 0 | ng/mL | L=0 H=5 | 07/08/2022 08:20 | 07/11/2022 11:50 | final |
| JWH73 3-HDXYBUTYL | 0 | ng/mL | L=0 H=5 | 07/08/2022 08:20 | 07/11/2022 11:50 | final |
| JWH73 4-BUTANOIC ACD | 0 | ng/mL | L=0 H=5 | 07/08/2022 08:20 | 07/11/2022 11:50 | final |
| KETAMINE | 0 | ng/mL | L=0 H=10 | 07/08/2022 08:20 | 07/11/2022 11:50 | final |
| LISDEXAMPHETAMIN | 0 | ng/mL | L=0 H=5 | 07/08/2022 08:20 | 07/11/2022 11:50 | final |
| LORAZEPAM | 0 | ng/mL | L=0 H=20 | 07/08/2022 08:20 | 07/11/2022 11:50 | final |
| LSD | 0 | ng/mL | L=0 H=5 | 07/08/2022 08:20 | 07/11/2022 11:50 | final |
| mCPP | 0 | ng/mL | L=0 H=20 | 07/08/2022 08:20 | 07/11/2022 11:50 | final |
| MDA | 0 | ng/mL | L=0 H=20 | 07/08/2022 08:20 | 07/11/2022 11:50 | final |
| MDMA | 0 | ng/mL | L=0 H=10 | 07/08/2022 08:20 | 07/11/2022 11:50 | final |
| MEPERIDINE | 0 | ng/mL | L=0 H=10 | 07/08/2022 08:20 | 07/11/2022 11:50 | final |
| MEPHEDRONE | 0 | ng/mL | L=0 H=20 | 07/08/2022 08:20 | 07/11/2022 11:50 | final |
| MEPROBAMATE | 0 | ng/mL | L=0 H=250 | 07/08/2022 08:20 | 07/11/2022 11:50 | final |
| METAXOLONE | 0 | ng/mL | L=0 H=20 | 07/08/2022 08:20 | 07/11/2022 11:50 | final |
| Methadone | 0 | ng/mL | L=0 H=20 | 07/08/2022 08:20 | 07/11/2022 11:50 | final |
| METHAMPHETAMINE | 0 | ng/mL | L=0 H=40 | 07/08/2022 08:20 | 07/11/2022 11:50 | final |
| METHYLONE | 0 | ng/mL | L=0 H=20 | 07/08/2022 08:20 | 07/11/2022 11:50 | final |
| METHYLPHENIDATE | 0 | ng/mL | L=0 H=20 | 07/08/2022 08:20 | 07/11/2022 11:50 | final |
| MIDAZOLAM | 0 | ng/mL | L=0 H=20 | 07/08/2022 08:20 | 07/11/2022 11:50 | final |
| MIRTAZAPINE | 0 | ng/mL | L=0 H=20 | 07/08/2022 08:20 | 07/11/2022 11:50 | final |
| MITRAGYNINE | 0 | ng/mL | L=0 H=5 | 07/08/2022 08:20 | 07/11/2022 11:50 | final |
| MORPHINE | 0 | ng/mL | L=0 H=20 | 07/08/2022 08:20 | 07/11/2022 11:50 | final |
| NALOXONE | 0 | ng/mL | L=0 H=5 | 07/08/2022 08:20 | 07/11/2022 11:50 | final |
| NALTREXONE | 0 | ng/mL | L=0 H=15 | 07/08/2022 08:20 | 07/11/2022 11:50 | final |
| NAPHYRONE | 0 | ng/mL | L=0 H=20 | 07/08/2022 08:20 | 07/11/2022 11:50 | final |
| NORBUPRENORPHINE | 0 | ng/mL | L=0 H=10 | 07/08/2022 08:20 | 07/11/2022 11:50 | final |
| NORDIAZEPAM | 0 | ng/mL | L=0 H=20 | 07/08/2022 08:20 | 07/11/2022 11:50 | final |

## MRH MED GRP EAST MAIN
1424 E MAIN ST, TUPELO, MS 388042956 -

**Patient Name:** BARRY MCMILLIAN
**MRN:** 1001837
**Note Type:** Clinic Note

**DOB:** 10/26/1976
**Account #:** U0189132

| Lab Results: This Visit | | | | | | |
|---|---|---|---|---|---|---|
| **Test** | **Results** | **Units** | **Reference Range** | **Ordered** | **Collected** | **Status** |
| NORFENTANYL | 0 | ng/mL | L=0 H=5 | 07/08/2022 08:20 | 07/11/2022 11:50 | final |
| NORHYDROCODONE | 0 | ng/mL | L=0 H=20 | 07/08/2022 08:20 | 07/11/2022 11:50 | final |
| NOROXYCODONE | 0 | ng/mL | L=0 H=20 | 07/08/2022 08:20 | 07/11/2022 11:50 | final |
| NORTILIDINE | 0 | ng/mL | L=0 H=20 | 07/08/2022 08:20 | 07/11/2022 11:50 | final |
| NORTRIPTYLINE | 0 | ng/mL | L=0 H=20 | 07/08/2022 08:20 | 07/11/2022 11:50 | final |
| OXAZEPAM | 0 | ng/mL | L=0 H=20 | 07/08/2022 08:20 | 07/11/2022 11:50 | final |
| OXYCODONE | 0 | | L=0 H=0 | 07/08/2022 08:20 | 07/11/2022 11:50 | final |
| OXYMORPHONE | 0 | ng/mL | L=0 H=20 | 07/08/2022 08:20 | 07/11/2022 11:50 | final |
| PAROXETINE | 0 | ng/mL | L=0 H=10 | 07/08/2022 08:20 | 07/11/2022 11:50 | final |
| PCP | 0 | ng/mL | L=0 H=5 | 07/08/2022 08:20 | 07/11/2022 11:50 | final |
| PENTYLONE | 0 | ng/mL | L=0 H=20 | 07/08/2022 08:20 | 07/11/2022 11:50 | final |
| PHENTERMINE | 0 | ng/mL | L=0 H=40 | 07/08/2022 08:20 | 07/11/2022 11:50 | final |
| PREGABALIN | 0 | ng/mL | L=0 H=500 | 07/08/2022 08:20 | 07/11/2022 11:50 | final |
| PROMETHAZINE | 0 | ng/mL | L=0 H=20 | 07/08/2022 08:20 | 07/11/2022 11:50 | final |
| PROPOXYPHENE | 0 | ng/mL | L=0 H=20 | 07/08/2022 08:20 | 07/11/2022 11:50 | final |
| RISPERIDONE | 0 | ng/mL | L=0 H=5 | 07/08/2022 08:20 | 07/11/2022 11:50 | final |
| SERTRALINE | 0 | ng/mL | L=0 H=50 | 07/08/2022 08:20 | 07/11/2022 11:50 | final |
| TAPENTADOL | 0 | ng/mL | L=0 H=20 | 07/08/2022 08:20 | 07/11/2022 11:50 | final |
| TEMAZEPAM | 0 | ng/mL | L=0 H=20 | 07/08/2022 08:20 | 07/11/2022 11:50 | final |
| TRAMADOL | 0 | ng/mL | L=0 H=40 | 07/08/2022 08:20 | 07/11/2022 11:50 | final |
| ZALEPLON | 0 | ng/mL | L=0 H=20 | 07/08/2022 08:20 | 07/11/2022 11:50 | final |
| ZOLPIDEM | 0 | ng/mL | L=0.0 H=2.5 | 07/08/2022 08:20 | 07/11/2022 11:50 | final |
| ZOPICLONE | 0 | ng/mL | L=0 H=5 | 07/08/2022 08:20 | 07/11/2022 11:50 | final |
| H. PYLORI | NEGATIVE | | NORMAL: NEGATIVE | 07/08/2022 09:46 | 07/08/2022 09:47 | final |
| COCAINE | NEGATIVE | | NORMAL: <300 ng/mL | 07/08/2022 17:46 | 07/08/2022 09:33 | final |
| METHAMPHET | NEGATIVE | | NORMAL: <300 ng/mL | 07/08/2022 17:46 | 07/08/2022 09:33 | final |
| AMPHETAMINES | NEGATIVE | | NORMAL: <1000 ng/mL | 07/08/2022 17:46 | 07/08/2022 09:33 | final |
| THC | NEGATIVE | | NORMAL: <50 ng/mL | 07/08/2022 17:46 | 07/08/2022 09:33 | final |
| OPIATES 300 | NEGATIVE | | NORMAL: <300 ng/mL | 07/08/2022 17:46 | 07/08/2022 09:33 | final |
| OXYCODONE | NEGATIVE | | NORMAL: <300 ng/mL | 07/08/2022 17:46 | 07/08/2022 09:33 | final |
| BARBITURATES | NEGATIVE | | NORMAL: <200 ng/mL | 07/08/2022 17:46 | 07/08/2022 09:33 | final |
| BENZO | NEGATIVE | | NORMAL: <200 ng/mL | 07/08/2022 17:46 | 07/08/2022 09:33 | final |
| BUPRENORPHINE | NEGATIVE | | NORMAL: <5 ng/mL | 07/08/2022 17:46 | 07/08/2022 09:33 | final |
| NITRITE-UA | NEGATIVE | | NORMAL: NEGATIVE | 07/08/2022 17:46 | 07/08/2022 09:33 | final |
| OXIDANTS | NORMAL | | NORMAL: NEGATIVE | 07/08/2022 17:46 | 07/08/2022 09:33 | final |

## MRH MED GRP EAST MAIN
1424 E MAIN ST, TUPELO, MS 388042956 -

**Patient Name:** BARRY MCMILLIAN
**MRN:** 1001837
**Note Type:** Clinic Note

**DOB:** 10/26/1976
**Account #:** U0189132

| Lab Results: This Visit | | | | | | |
|---|---|---|---|---|---|---|
| Test | Results | Units | Reference Range | Ordered | Collected | Status |
| SPEC GRAVITY | 1.020 | | NORMAL: 1.003-1.025 | 07/08/2022 17:46 | 07/08/2022 09:33 | final |
| pH | 6.0 | | NORMAL: 4.0-9.9 | 07/08/2022 17:46 | 07/08/2022 09:33 | final |
| TEMP | na | | | 07/08/2022 17:46 | 07/08/2022 09:33 | final |

**Problem List**
GERD
Anxiety
RUQ abdominal pain
Vitamin D deficiency

**Discharge Medications**
Xanax 1MG Oral Tablet
Pepcid 20MG Oral Tablet
Vitamin D 50000IU Oral Capsule, Liquid Filled
Omeprazole 20 MG Oral Tablet, Delayed Release

**TEACHINGS:**
**Take medications as prescribed.**
**S/ sx worsening: RTC or go to the nearest ER.**
**Medications (use/side effects): Reviewed with patient.**

**REFERRAL:**

**FOLLOW UP:**
**F/U in one week**

Electronically signed by: SELENA ROBERTS, FNP, 07/14/2022 16:02 CDT

# MRH MEDICAL GRP CHESTNUT

502 JACKSON ST,SUITE 6, ABERDEEN, MS 397303300 - 662-369-9500

**Patient Name:** BARRY MCMILLIAN
**MRN:** 1001837
**Note Type:** Clinic Note

**DOB:** 10/26/1976
**Account #:** U0169826

---

### MRH Medical Group, Chestnut Clinic

**Patient Name:** MCMILLIAN, BARRY, **DOB:** 10/26/1976, **Age:** 45 years
**Date of Service:** 05/02/2022
**Primary Care Physician:** JAMES EASTER

**Chief Complaint:** CL NERVES PROBLEM WITH STOMACH Pt was started on Prozac for anxiety and depression x 2 weeks ago and says he is worse with depression and anxiety. Curries

| All Allergies (Active and Inactive) | | | | |
|---|---|---|---|---|
| **Allergen** | **Type** | **Reaction** | **Severity** | **Status** |
| No Known Drug Allergies | medication | | | active |

| Vital Signs: Today | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Date/Time | BP (mm/ Hg) | BP Position/ Site | Heart Rate | Resp | Temp (°C) | Temp (°F) | SPO2% | O2 Device | Blood Sugar (mg/ dL) | Pain Score | Height (cm) | Height (in) | Weight (kg) | Weight (lbs/ ozs) | BMI | Head Cir (cm) |
| 05/02/2022 10:43 | 136/100 | Sitting/ Right Arm | 98 | 16 | 36.5 Tympanic | 97.7 Tympanic | 97 % | | | | 177.8 cm | 70 in | 88.9 kg | 196 lbs | 28.12 | |

**Family History List**
FH of diabetes mellitus type 2, FATHER
FH of diabetes mellitus type 2, MOTHER
FH: Hypertension, MOTHER

**Surgery List**
None,

| Active Home Meds | | | | | | |
|---|---|---|---|---|---|---|
| **Medication** | **Dosage** | **Route** | **Frequency** | **Last Dose Date** | **Prescribing MD** | **Special Instructions** |
| Viagra 100MG Oral Tablet | 1 TABLET | By mouth | As needed | | MAHON CARLY | Existing Prescription |
| hydrOXYzine HCl 25MG Oral Tablet | 1 TABLET | BY MOUTH | THREE TIMES A DAY AS NEEDED | | MAHON CARLY | Existing Prescription |
| PROzac 20MG Oral Capsule | 1 CAPSULE | BY MOUTH | ONCE A DAY | | MAHON CARLY | Existing Prescription |
| Ozempic 0.25 MG or 0.5 MG Doses 2MG/1.5ML Subcutaneous Solution | 0.5 MILLILITER | SUBCUTANEOUS | ONCE A WEEK | | EASTER JAMES A | Existing Prescription |
| Omeprazole 20 MG Oral Tablet, Delayed Release | 1 TABLET | By mouth | Daily | | EASTER JAMES A | Existing Prescription |
| metFORMIN HCl 500MG Oral Tablet | 2 TABLET | BY MOUTH | TWICE A DAY | | EASTER JAMES A | Existing Prescription |

**Discharge Medications**
metFORMIN HCl 500MG Oral Tablet
Omeprazole 20 MG Oral Tablet, Delayed Release
Ozempic 0.25 MG or 0.5 MG Doses 2MG/1.5ML Subcutaneous Solution
Viagra 100MG Oral Tablet
Lexapro 20MG Oral Tablet
Xanax 0.5MG Oral Tablet

---

Electronically signed by: JAMES EASTER, FNP, 05/02/2022 13:19 CDT

## MRH MEDICAL GRP CHESTNUT

502 JACKSON ST,SUITE 6, ABERDEEN, MS 397303300 - 662-369-9500

**Patient Name:** BARRY MCMILLIAN
**MRN:** 1001837
**Note Type:** Clinic Note

**DOB:** 10/26/1976
**Account #:** U0169826

---

**HPI:** Pt was started on Prozac for anxiety and depression x 2 weeks ago and says he is worse with depression and anxiety. He has a thyroid issue and was awaiting T3 and T4 and a possible Endocrinology referral

---

**Review of symptoms:**

**General:** Denies
**Endo:** Denies
**Cardiovascular:** Denies
**Respiratory:** Denies
**Gastrointestinal:** Denies
**Genitourinary:** Denies
**Musculoskeletal:** Denies
**Skin:** Denies
**Neuro:** Denies
**EENT:** Denies
**Psych:** Depression, anxiety
**Physical Exam**

---

**General:** Well developed, well nourished, normotensive, in no acute distress
**Head:** Normocephalic, no lesions
**Eyes:** PERRLA, EOMs full, conjunctivae clear
**Ears:** EAC's clear, TM intact, normal light reflex, no bulging or redness, landmarks identified
**Nose:** Mucosa normal, no obstruction, no lesions
**Throat:** Clear, no exudates, no lesions
**Neck:** Supple, no masses, no thyromegally, no adenopathy
**Chest:** Lungs CTA Bilaterally, no rales, no rhonchi, no wheezes
**Heart:** RRR, no murmurs, no rubs, no gallops, no bruits, PMI not displaced
**Abdomen:** Soft, nontender, no masses, BS normal, No guarding, no rigidity, no rebound tenderness, negative Murphy's sign
**GU:** Normal, no lesions, no discharge, no hernias noted
**Back:** Normal curvature, no tenderness
**Extremities:** FROM, no deformities, no edema, no erythema
**Endo:** DM2, reviewed labs, I will repeat labs today and possible refer to ENDOCRINOLOGY
**Neuro:** No localizing findings, cranial nerves II through XII grossly intact. Muscle strength is graded 5/5 in the upper and lower extremities bilaterally. Sensation to pain and touch normal. Strength symmetrical.
**Psych:** The patient is oriented x 4. Mood and affect are appropriate. Memory is intact with good short-term and long-term memory recall. Judgment and insight appear normal.

---

**Diagnosis**

**Problem List**
Hyperlipidemia, E78.5, 03/02/2022
Erectile dysfunction, N52.9, 04/21/2022
Diabetes 2, E11.9, 03/02/2022
GERD, K21.9, 03/02/2022
Abnormal findings, R68.89, 03/30/2022
Major depressive disorder, recurrent, moderate, F33.1, 04/21/2022
Anxiety, F41.9, 04/21/2022

| Rx | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Medication** | **Dosage** | **Route** | **Frequency** | **Start Date** | **Stop Date** | **Prescribing MD** | **Special Instructions** |
| Lexapro 20MG Oral Tablet | 1 TABLET | BY MOUTH | ONCE A DAY | 05/02/2022 | | EASTER JAMES A | 1 TABLET BY MOUTH ONCE A DAY |
| Xanax 0.5MG Oral Tablet | 1 TABLET | BY MOUTH | ONCE A DAY | 05/02/2022 | | EASTER JAMES A | 0.5-1 tablet po TID prn |

| Lab Results: This Visit | | | | | | |
|---|---|---|---|---|---|---|
| **Test** | **Results** | **Units** | **Reference Range** | **Ordered** | **Collected** | **Status** |
| CBC | | | | 05/02/2022 11:36 | 05/02/2022 12:55 | registered |
| COMPREHENSIVE METAB PROFI | | | | 05/02/2022 11:36 | 05/02/2022 12:55 | registered |

Electronically signed by: JAMES EASTER, FNP, 05/02/2022 13:19 CDT

## MRH MEDICAL GRP CHESTNUT
502 JACKSON ST,SUITE 6, ABERDEEN, MS 397303300 - 662-369-9500

**Patient Name:** BARRY MCMILLIAN
**MRN:** 1001837
**Note Type:** Clinic Note

**DOB:** 10/26/1976
**Account #:** U0169826

| Lab Results: This Visit | | | | | | |
|---|---|---|---|---|---|---|
| **Test** | **Results** | **Units** | **Reference Range** | **Ordered** | **Collected** | **Status** |
| HEMOGLOBIN A1C GLYCATED | | | | 05/02/2022 11:36 | 05/02/2022 12:55 | registered |
| LIPID PANEL | | | | 05/02/2022 11:36 | 05/02/2022 12:55 | registered |
| THIODOTHYROMINE T3 FREE | | | | 05/02/2022 11:36 | 05/02/2022 12:55 | registered |
| THYROID STIMULATING HORMO | | | | 05/02/2022 11:36 | 05/02/2022 12:55 | registered |
| THYROXINE FREE | | | | 05/02/2022 11:36 | 05/02/2022 12:55 | registered |
| VIT D 25 HYDROXY | | | | 05/02/2022 11:36 | 05/02/2022 12:55 | registered |

**Ordered & Completed Meds Table**: No Current Medications Available

**Plan**
**Repeat LAbs**
**Endocrinology referral**
**Stop Prozac and Vistaril**
**Change to Lexapro and Xanax - discussed the sequlea of addiction to Benzos, use this medication only as needed, will taper off**

**PRESCRIPTION MEDICATIONS:** Take all of your medications as directed. Any medications prescribed today are listed below.

**CARING FOR YOURSELF:** If you have any questions, please call our office number listed above.

**EMERGENCY CARE:** If new or existing symptoms develop or worsen and you feel like they are potentially life-threatening, concerning, or an emergency, call 911 or go to the nearest emergency department.

**Education re:** Diagnosis and Treatment
New medication action and expected side effects
Patient was able to verbalize understanding and agrees with plan

## MRH MEDICAL GRP CHESTNUT

502 JACKSON ST,SUITE 6, ABERDEEN, MS 397303300 - 662-369-9500

**Patient Name:** BARRY MCMILLIAN
**MRN:** 1001837
**Note Type:** Clinic Note

**DOB:** 10/26/1976
**Account #:** U0169826

---

### MRH Medical Group, Chestnut Clinic

**Patient Name:** MCMILLIAN, BARRY, **DOB:** 10/26/1976, **Age:** 45 years
**Date of Service:** 05/02/2022
**Primary Care Physician:** JAMES EASTER

**Chief Complaint:** CL NERVES PROBLEM WITH STOMACH Pt was started on Prozac for anxiety and depression x 2 weeks ago and says he is worse with depression and anxiety. Curries

| All Allergies (Active and Inactive) | | | | |
|---|---|---|---|---|
| **Allergen** | **Type** | **Reaction** | **Severity** | **Status** |
| No Known Drug Allergies | medication | | | active |

| Vital Signs: Today | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Date/Time | BP (mm/Hg) | BP Position/Site | Heart Rate | Resp | Temp (°C) | Temp (°F) | SPO2% | O2 Device | Blood Sugar (mg/dL) | Pain Score | Height (cm) | Height (in) | Weight (kg) | Weight (lbs/ozs) | BMI | Head Cir (cm) |
| 05/02/2022 10:43 | 136/100 | Sitting/ Right Arm | 98 | 16 | 36.5 Tympanic | 97.7 Tympanic | 97 % | | | | 177.8 cm | 70 in | 88.9 kg | 196 lbs | 28.12 | |

**Family History List**
FH of diabetes mellitus type 2, FATHER
FH of diabetes mellitus type 2, MOTHER
FH: Hypertension, MOTHER

**Surgery List**
None,

| Active Home Meds | | | | | | |
|---|---|---|---|---|---|---|
| **Medication** | **Dosage** | **Route** | **Frequency** | **Last Dose Date** | **Prescribing MD** | **Special Instructions** |
| Viagra 100MG Oral Tablet | 1 TABLET | By mouth | As needed | | MAHON CARLY | Existing Prescription |
| hydrOXYzine HCl 25MG Oral Tablet | 1 TABLET | BY MOUTH | THREE TIMES A DAY AS NEEDED | | MAHON CARLY | Existing Prescription |
| PROzac 20MG Oral Capsule | 1 CAPSULE | BY MOUTH | ONCE A DAY | | MAHON CARLY | Existing Prescription |
| Ozempic 0.25 MG or 0.5 MG Doses 2MG/1.5ML Subcutaneous Solution | 0.5 MILLILITER | SUBCUTANEOUS | ONCE A WEEK | | EASTER JAMES A | Existing Prescription |
| Omeprazole 20 MG Oral Tablet, Delayed Release | 1 TABLET | By mouth | Daily | | EASTER JAMES A | Existing Prescription |
| metFORMIN HCl 500MG Oral Tablet | 2 TABLET | BY MOUTH | TWICE A DAY | | EASTER JAMES A | Existing Prescription |

**Discharge Medications**
metFORMIN HCl 500MG Oral Tablet
Omeprazole 20 MG Oral Tablet, Delayed Release
Ozempic 0.25 MG or 0.5 MG Doses 2MG/1.5ML Subcutaneous Solution
Viagra 100MG Oral Tablet
Lexapro 20MG Oral Tablet
Xanax 0.5MG Oral Tablet

---

## MRH MEDICAL GRP CHESTNUT

502 JACKSON ST,SUITE 6, ABERDEEN, MS 397303300 - 662-369-9500

**Patient Name:** BARRY MCMILLIAN
**MRN:** 1001837
**Note Type:** Clinic Note

**DOB:** 10/26/1976
**Account #:** U0169826

**HPI:** Pt was started on Prozac for anxiety and depression x 2 weeks ago and says he is worse with depression and anxiety. He has a thyroid issue and was awaiting T3 and T4 and a possible Endocrinology referral

**Review of symptoms:**

**General:** Denies
**Endo:** Denies
**Cardiovascular:** Denies
**Respiratory:** Denies
**Gastrointestinal:** Denies
**Genitourinary:** Denies
**Musculoskeletal:** Denies
**Skin:** Denies
**Neuro:** Denies
**EENT:** Denies
**Psych:** Depression, anxiety
**Physical Exam**

**General:** Well developed, well nourished, normotensive, in no acute distress
**Head:** Normocephalic, no lesions
**Eyes:** PERRLA, EOMs full, conjunctivae clear
**Ears:** EAC's clear, TM intact, normal light reflex, no bulging or redness, landmarks identified
**Nose:** Mucosa normal, no obstruction, no lesions
**Throat:** Clear, no exudates, no lesions
**Neck:** Supple, no masses, no thyromegally, no adenopathy
**Chest:** Lungs CTA Bilaterally, no rales, no rhonchi, no wheezes
**Heart:** RRR, no murmurs, no rubs, no gallops, no bruits, PMI not displaced
**Abdomen:** Soft, nontender, no masses, BS normal, No guarding, no rigidity, no rebound tenderness, negative Murphy's sign
**GU:** Normal, no lesions, no discharge, no hernias noted
**Back:** Normal curvature, no tenderness
**Extremities:** FROM, no deformities, no edema, no erythema
**Endo:** DM2, reviewed labs, I will repeat labs today and possible refer to ENDOCRINOLOGY
**Neuro:** No localizing findings, cranial nerves II through XII grossly intact. Muscle strength is graded 5/5 in the upper and lower extremities bilaterally. Sensation to pain and touch normal. Strength symmetrical.
**Psych:** The patient is oriented x 4. Mood and affect are appropriate. Memory is intact with good short-term and long-term memory recall. Judgment and insight appear normal.

**Diagnosis**

**Problem List**
Hyperlipidemia, E78.5, 03/02/2022
Erectile dysfunction, N52.9, 04/21/2022
Diabetes 2, E11.9, 03/02/2022
GERD, K21.9, 03/02/2022
Abnormal findings, R68.89, 03/30/2022
Major depressive disorder, recurrent, moderate, F33.1, 04/21/2022
Anxiety, F41.9, 04/21/2022

| Rx | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Medication** | **Dosage** | **Route** | **Frequency** | **Start Date** | **Stop Date** | **Prescribing MD** | **Special Instructions** |
| Lexapro 20MG Oral Tablet | 1 TABLET | BY MOUTH | ONCE A DAY | 05/02/2022 | | EASTER JAMES A | 1 TABLET BY MOUTH ONCE A DAY |
| Xanax 0.5MG Oral Tablet | 1 TABLET | BY MOUTH | ONCE A DAY | 05/02/2022 | | EASTER JAMES A | 0.5-1 tablet po TID prn |

| Lab Results: This Visit | | | | | | |
|---|---|---|---|---|---|---|
| **Test** | **Results** | **Units** | **Reference Range** | **Ordered** | **Collected** | **Status** |
| CBC | | | | 05/02/2022 11:36 | 05/02/2022 12:55 | registered |
| COMPREHENSIVE METAB PROFI | | | | 05/02/2022 11:36 | 05/02/2022 12:55 | registered |

## MRH MEDICAL GRP CHESTNUT
502 JACKSON ST,SUITE 6, ABERDEEN, MS 397303300 - 662-369-9500

**Patient Name:** BARRY MCMILLIAN
**MRN:** 1001837
**Note Type:** Clinic Note

**DOB:** 10/26/1976
**Account #:** U0169826

| Lab Results: This Visit | | | | | | |
|---|---|---|---|---|---|---|
| **Test** | **Results** | **Units** | **Reference Range** | **Ordered** | **Collected** | **Status** |
| HEMOGLOBIN A1C GLYCATED | | | | 05/02/2022 11:36 | 05/02/2022 12:55 | registered |
| LIPID PANEL | | | | 05/02/2022 11:36 | 05/02/2022 12:55 | registered |
| THIODOTHYROMINE T3 FREE | | | | 05/02/2022 11:36 | 05/02/2022 12:55 | registered |
| THYROID STIMULATING HORMO | | | | 05/02/2022 11:36 | 05/02/2022 12:55 | registered |
| THYROXINE FREE | | | | 05/02/2022 11:36 | 05/02/2022 12:55 | registered |
| VIT D 25 HYDROXY | | | | 05/02/2022 11:36 | 05/02/2022 12:55 | registered |

**Ordered & Completed Meds Table:** No Current Medications Available

**Plan**
**Repeat LAbs**
**Endocrinology referral**
**Stop Prozac and Vistaril**
**Change to Lexapro and Xanax - discussed the sequlea** of addiction to Benzos, use this medication only as needed, will taper off

**PRESCRIPTION MEDICATIONS:** Take all of your medications as directed. Any medications prescribed today are listed below.

**CARING FOR YOURSELF:** If you have any questions, please call our office number listed above.

**EMERGENCY CARE:** If new or existing symptoms develop or worsen and you feel like they are potentially life-threatening, concerning, or an emergency, call 911 or go to the nearest emergency department.

**Education re:** Diagnosis and Treatment
New medication action and expected side effects
Patient was able to verbalize understanding and agrees with plan