

Charles Scott, *Mayor*
Nicholas Holliday, *Alderman Ward 1*
Lady B. Garth, *Alderwoman Ward 2*
Edward Haynes, Jr., *Alderman Ward 3*
Carolyn Odom, *Alderwoman Ward 4*
John S. Cain, *Alderman Ward 5*

Melissa Moore, *City Clerk*
Karen Crump, *City Comptroller*
Roy Haynes, *City Inspector*
Quinell Shumpert, *Chief of Police*
Fred Hodges, *Fire Chief*
Walter H. Zinn, Jr., *City Attorney*

## CITY OF ABERDEEN

December 4, 2023

Dear Mr. McMillian,

It has come to my attention regarding the discrepancies concerning you following company policy as it relates to employee clocking in and out at the time clock. Due to concerns with employee hour and the severity of the situation, you're being sent home and asked to meet with the Board of Aldermen on Tuesday, December 5, 2023 to further discuss this matter.

Sincerely,

Mayor Charles Scott

DOCKET NO: (b)(6), (b)(7)(C)
EMP. EXHIBIT NO: 1

EXHIBIT GG

125 West Commerce Street • Aberdeen, MS 39730 • 662-369-4165 • Fax 662-369-4118