REGULAR BOARD MEETING
CITY HALL BOARD ROOM
December 5, 2023
5:00 P.M.

BE IT REMEMBERED THAT THE MAYOR AND BOARD OF ALDERMEN/ALDERWOMEN MET IN THE ABERDEEN CITY HALL BOARD ROOM WITH THE FOLLOWING MEMBERS PRESENT:

MAYOR CHARLES SCOTT, ALDERMAN NICHOLAS HOLLIDAY, ALDERWOMAN LADY B. GARTH, ALDERMAN EDWARD HAYNES, ALDERWOMAN CAROLYN ODOM, ALDERMAN JOHN CAIN, MELISSA MOORE, CITY CLERK AND WALTER H. ZINN, JR., CITY ATTORNEY.

Invocation: Mr. Ray Van Dusen

ROLL CALL

A motion was made by Alderman Cain seconded by Alderwoman Odom to approve the Agenda. On a roll call vote, Alderman Holliday, Alderwoman Garth and Alderman Cain voted "Nay". Alderman Haynes and Alderwoman Odom voted "Aye".

A motion was made by Alderman Cain, seconded by Alderwoman Garth to approve the proposed Minutes dated November 21, 2023. On a roll call vote, Alderwoman Garth, Alderman Haynes, Alderwoman Odom and Alderman Cain voted "Aye". Alderman Holliday voted "Nay".

A motion was made by Alderman Cain, seconded by Alderman Haynes to pay all bills submitted by proper vendors as recorded on the Docket of Claims dated December 5, 2023. . On a roll call vote, Alderwoman Garth, Alderman Haynes, Alderwoman Odom and Alderman Cain voted "Aye". Alderman Holliday voted "Nay".

A motion was made by Alderman Cain, seconded by Alderwoman Odom to award the lowest Bid to Burns Dirt Construction, Inc., in the amount of $130,000.00 for the Port of Aberdeen Dock Infrastructure Improvements Phase 2 Site Improvements. On a roll call vote, all present voted "Aye".

A motion was made by Alderman Cain seconded by Alderman Holliday to authorize City Attorney Walter Zinn, Jr. to do a Title Search on the Big Star Building (PPIN: 32344 / PARCEL ID: 107E-26-008-002.01). On a roll call vote, all present voted "Aye".

A motion was made by Alderman Holliday, seconded by Alderman Haynes to approve Employment Enhancement and pay all necessary charges according to state guidelines for Tyler Nelson to attend the Lineman Apprentice Lab 3 Training, Hunstville, Alabama / December 11-15, 2023. On a roll call vote, all present voted "Aye".

A motion was made by Alderman Cain, seconded by Alderman Holliday to approve the 2023-2024 Wind & Hail Buy-Down Policy (City Property Insurance) quoted from The Policy Center, Inc., Jackson, MS in the amount of $5,993.13. On a roll call vote, all present voted "Aye".

A motion was made by Alderman Cain, seconded by Alderman Holliday to approve the BBI Software Support Annual Renewal Maintenance Agreement from January 1, 2024 – December 31, 2024 in the amount of $1,200.00. On a roll call vote, all present voted "Aye".



EXHIBIT
13
CAIN 02/26/26

DOCKET NO: (b)(6), (b)(7)(C)
EMP. EXHIBIT NO: 4

EXHIBIT II

REGULAR BOARD MEETING
December 5, 2023
Page 2

A motion was made by Alderman Cain, seconded by Alderman Holliday to Table the RACCD Ordinance until a later date. On a roll call vote, all present voted "Aye".

A motion was made by Alderman Cain, seconded by Alderman Holliday to approve the Garage and Yard Sales Ordinance for the City of Aberdeen with an effective date of one month after passage. On a roll call vote, all present voted "Aye".

A motion was made by Alderman Haynes, seconded by Alderman Cain to approve the **SOLID WASTE DISPOSAL SERVICE AGREEMENT BETWEEN THREE RIVERS SOLID WASTE MANAGEMENT AUTHORITY AND CITY OF ABERDEEN, MISSISSIPPI.** On a roll call vote, all present voted "Aye".

A motion was made by Alderman Holliday, seconded by Alderman Cain to approve hiring of Dontavious Letrell Lyons as a fire fighter for the Fire Department at a rate of pay of $10.00 per hour. On a roll call vote, all present voted "Aye".

A motion was made by Alderman Cain, seconded by Alderwoman Odom to approve an accept the lowest Bid given by Jesse Barnett, Amory, MS in the amount of $7,500.00 to replace vent panels and trim awnings on the corner of Meridian and Commerce Street. On a roll call vote, all present voted "Aye".

**Mayor Report:** Mayor Scott invited Mr. William Sanford, Project Manager w/Neel-Schaffer to update the Board on projects within the City of Aberdeen:

1. Port Rail Spur Project – waiting on the MARAD Agency to approve the grant.
2. Port Dock infrastructure Improvements – Dolphin Rehabilitation; Site Improvements
3. Port of Aberdeen Dock Infrastructure Improvements Phase 2 – Site Improvements. The following Bids received were as follow: Burns Construction, Inc. / $130,000.00 / McKee Construction, Inc. / $245,777.00 / Phillips Contracting Company, Inc. / $139,692.50
4. Drainage Improvements Project (Short Street, South James Street, South Hickory Street) Bid date set for December 12, 2023
5. Walters Drive and Chestnut / Park Drainage Repairs – received two contractor quotes (Phillips Contracting – $71,875.00 / Weathers Construction = $89,500.00), both are higher than expected. Need to continue soliciting quotes
6. Matubba Street Sink Hole – Perma Corp to send a crew with mini excavator to investigate for the Blue Bluff waterline project. Estimated cost: $6,500.00

Mayor Scott invited Monroe Regional Hospital Administrator Chris Chandler to the Board to share the exciting things happening at the hospital: Financial, Interesting stats, New Providers, Independent Living and Assisted Living and Hospital Upgrades.

Mayor Scott invited Mr. Dustin Dabbs, Dabbs Corporation to the Board to provide updates on projects within the City of Aberdeen:

1. Magnolia Project
2. M.D.O.T.
3. Zoning Ordinances

Mayor Scott shared with the Board the information of the Big Star Building (PPIN: 32344 / PARCEL ID: 107E-26-008-002.01), and asked the Board to allow City Attorney Zinn, Jr., to do a Title Search and verify all owners before proceeding to the next step.

Mayor Scott shared with the Board the training information given to him by General Manager LaMarcus Thompson regarding Lineman Apprentice Training for Tyler Nelson.

DOCKET NO: (b)(6), (b)(7)(C)

EMP. EXHIBIT NO: 5

REGULAR BOARD MEETING
December 5, 2023
Page 3

Aldermen/Alderwomen Input:

**Alderman Holliday:** Alderman Holliday thanked Public Works Director Richard Boone and his crew, and Water Department Interim Supervisor Marcus Collins and his crew for their hard work throughout the City of Aberdeen.

**Alderwoman Garth:** Alderwoman Garth yielded the floor to Aberdeen Fire Chief Fred Hodges to ask the Board to hire Dontavious Letrell Lyons as a Fire Fighter for the Fire Department. Alderwoman Garth asked Ms. Moore to contact the Secretary of State's Office and have training scheduled for the Election Commissioners. Alderwoman Garth stated if Attorney Zinn doesn't receive his payroll check and signed in a timely manner, she will bring names to the table for dismissal.

**Alderman Haynes:** Alderman Haynes didn't have anything to report at this time.

**Alderwoman Odom:** Alderwoman Odom didn't have anything to report at this time.

**Alderman Cain:** Alderman Cain stated he received a call from Mr. Jimmy Autry, Plant Manager at Westlake Chemical, and the State of Mississippi has approved their Well. Alderman Cain stated that City Inspector Roy Haynes received a quote from Scott & Sons to repair the awnings on Main Street. Alderman Cain stated he reached out to Jesse Barnett and Luker's Welding & Repair for Bids to repair the awnings. Mr. Barnett Bid was $7,500.00 and Luker's Welding & Repair Bid was $11,239.52. Alderman Cain asked for the lowest Bid to be accepted. Alderman Cain thanked Marcus Collins and the water Department for repairing the fountain water pump, and Mr. Boone for keeping the streets clean.

Citizen's Input:
No Citizen Input at this time.

A motion was made by Alderman Holliday to enter into a closed determination to determine whether to go into Executive Session.

A motion was made by Alderman Holliday, seconded by Alderwoman Garth to go into Executive Session to discuss personnel issues concerning City employees Triron Brown and Barry McMillian Workplace behavior. On a roll call vote, Alderman Holliday, Alderwoman Garth, Alderwoman Odom and Alderman Cain voted "Aye". Alderman Haynes voted "Nay".

The Mayor and Board announced to the public that the Board was entering into Executive Session to discuss personnel issues concerning City employees Triron Brown and Barry McMillian Workplace behavior. Alderwoman Garth Recused herself from Closed Determination and Executive Session.

A motion was made by Alderman Cain seconded by Alderman Holliday to come out of Executive Session. On a roll call vote, Alderman Holliday, Alderman Haynes, Alderwoman Odom and Alderman Cain voted "Aye". Alderwoman Garth voted "Recuse".

A motion was made by Alderman Holliday, seconded by Alderman Haynes to suspend City employee Triron Brown three days with no pay. The days are December 1st, 4th and 5th, 2023. On a roll call vote, Alderman Holliday, Alderman Haynes, Alderwoman Odom and Alderman Cain voted "Aye".

DOCKET NO: (b)(6); (b)(7)(C)
EMP. EXHIBIT NO: 6

**REGULAR BOARD MEETING**
December 5, 2023
Page 4

A motion was made by Alderman Cain, seconded by Alderwoman Odom to terminate City employee Barry McMillian immediately. On a roll call vote, Alderman Haynes, Alderwoman Odom and Alderman Cain voted "Aye". Alderman Holliday voted "Nay"

A motion was made by Alderman Cain seconded by Alderman Holliday to adjourn until the December 19, 2023 Board Meeting. On a roll call vote, Alderman Holliday, Alderwoman Odom and Alderman Cain voted "Aye". Alderman Haynes voted "Nay".

Charles Scott, Mayor

Attest:

Melissa Moore, City Clerk

DOCKET NO: (b)(6), (b)(7)(C)
EMP. EXHIBIT NO: 1