| BOR | **Mississippi Department of Employment Security | M | D | E | S |**<br>**BOARD OF REVIEW DECISION** | |
|---|---|---|

Date Mailed: 03/16/2024                                                    Docket Number: ▮▮▮▮

## PARTIES INVOLVED

**APPELLANT**

MDES EAN: ▮▮▮▮▮▮▮▮

CITY OF ABERDEEN
BATON ROUGE LA 70821

**OPPONENT**

Claimant SSN: ***-**-1641

BARRY MCMILLIAN
▮▮▮▮▮▮▮▮
ABERDEEN MS 39730

## CASE HISTORY

This matter came before the Board of Review for consideration of an appeal filed on 02/27/2024, regarding the decision of 02/20/2024 by an Administrative Law Judge of the Mississippi Department of Employment Security.

## DECISION

On 03/08/2024, after careful review and consideration of all the evidence, the Board of Review adopts the Findings of Fact and Opinion of the Administrative Law Judge and hereby affirms the decision.

SO ORDERED AND ADJUDGED, THIS THE 8TH DAY OF MARCH, 2024

## APPEAL RIGHTS

An appeal may be filed in the Circuit Court in the county in which you reside by **04/05/2024**, which is 20 calendar days from the date this decision was mailed. Appeals filed by individuals or organizations not residing in Mississippi should be filed in the county where the employer resides, where the cause of action occurred, or in the county of employment.

Please send a copy of your appeal to:

MDES Legal Department, PO Box 1699, Jackson MS 39215-1699.

**Claimant Instructions:** Should an appeal be filed and you remain unemployed, you should continue to file weekly certifications until you receive a decision from the court. In the event the court rules in your favor, benefits will be paid only for those weeks you have filed, if otherwise eligible.

Dated and mailed on 03/16/2024

EXHIBIT JJ

Mississippi Department of Employment Security is an equal opportunity employer
Auxiliary aids and services are available upon request to individuals with disabilities



43138161
R-11/2021



EXHIBIT

14

PLAINTIFF 02/25/26