Jriven Brown statement of emotion

I clocked Mr. Barry Mcmillian In and out 7:00 : 1530       Jriven Brown 11-30-23

EXHIBIT KK



EXHIBIT
21
T. Brown