| No: 11 | | Name: TBROWN | | | | Dept: WATER | | Shift: WATER | | Daily totals | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Date | Week | (IN) | (OUT) | (IN) | (OUT) | (IN) | (OUT) | (IN) | (OUT) | Regular Hours | OT Hours | Other Hours | Notes |
| 11/15 | WED | 7:02 | 15:30 | | | | | | | 8.47 | | | |
| 11/16 | THU | 7:03 | 15:30 | | | | | | | 8.45 | | | |
| 11/17 | FRI | 7:10 | 15:30 | | | | | | | 8.33 | | | |
| 11/18 | SAT | | | | | | | | | | | | Scheduled Off |
| 11/19 | SUN | | | | | | | | | | | | Scheduled Off |
| 11/20 | MON | 7:02 | 15:30 | | | | | | | 8.47 | | | |
| 11/21 | TUE | 7:08 | | | | | | | | MP | | | |
| 11/22 | WED | 7:12 | | | | | | | | MP | | | |
| 11/23 | THU | | | | | | | | | | | | Absent |
| 11/24 | FRI | | | | | | | | | | | | Absent |
| 11/25 | SAT | | | | | | | | | | | | Scheduled Off |
| 11/26 | SUN | | | | | | | | | | | | Scheduled Off |
| 11/27 | MON | 6:59 | | | | | | | | MP | | | |
| 11/28 | TUE | 7:04 | 15:30 | | | | | | | 8.43 | | | |
| | | | | | | | | TOTAL: | 42.15 | | | | |

| Work Total (hrs): | Overtime (hrs) | Other (hrs): | Total (hrs): |
|---|---|---|---|
| | | | |

Employee Signature:                     Manager Signature:                     Date:

Exhibit LL

DEF-01937