**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION**

**BARRY MCMILLIAN**                                                    **PLAINTIFF**

**vs.**                                           **CIVIL ACTION NO.: 1:24-CV-199-GHD-RP**

**CITY OF ABERDEEN, MISSISSIPPI
AND JOHN DOES 1-20**                                          **DEFENDANTS**

<u>**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY**</u>

Defendant the City of Aberdeen submits this unopposed request for a seven (7) day extension of time to file its Reply in Support of Motion for Summary Judgment:

1.      Defendant moved for summary judgment [110] on May 8, 2026.

2.      Following a two-week extension of time, Plaintiff Barry McMillian responded in opposition [117] on June 5, 2026.

3.      Defendant's reply brief is therefore currently due on June 12, 2026.

4.      Defendant requests a seven (7) day extension of time to file its reply, which would extend the reply deadline to June 19, 2026.

5.      This extension is needed due to undersigned counsel's obligations in other matters, including a settlement conference on June 10 in *Burks v. City of Carthage*, No. 3:25-CV-537-TSL-MTP (S.D. Miss.) and depositions on June 12 in *Hammons v. City of Columbia*, No. 2:25-CV-62-TBM-RPM (S.D. Miss.).

6.      Undersigned counsel contacted Plaintiff's counsel, and Plaintiff do not oppose the requested extension.

7.      Given the nature of this motion, Defendant requests the Court excuse it from the requirement to file a supporting memorandum of authorities.

For these reasons, Defendant the City of Aberdeen requests that the deadline to file its reply brief be extended seven (7) days, until June 19, 2026.

This, the 9th day of June, 2026.

Respectfully submitted,

**PHELPS DUNBAR, LLP**

BY: _/s/ Loden P. Walker_

G. Todd Butler, MB #102907
Loden P. Walker, MSB #105996
1905 Community Bank Way, Suite 200
Flowood, Mississippi 39232
Post Office Box 320159
Flowood, Mississippi 39232
Telephone: 601-352-2300
Telecopier: 601-360-9777
todd.butler@phelps.com
loden.walker@phelps.com

**ATTORNEYS FOR DEFENDANTS**

2

## <u>CERTIFICATE OF SERVICE</u>

I, Loden P. Walker, do hereby certify that I electronically filed the above and foregoing UNOPPOSED MOTION using the CM/ECF system, which sent notification of such filing to all counsel of record.

This, the 9th day of June, 2026.

/s/ *Loden P. Walker*
Loden P. Walker

3

PD.62190537.1