IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

BARRY MCMILLIAN                                                    PLAINTIFF

v.                                              Civil No. 1:24-CV-199-GHD-RP

CITY OF ABERDEEN, MISSISSIPPI
AND JOHN DOES 1-20                                              DEFENDANTS

## ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME

Presently before the Court is Defendant City of Aberdeen's ("Defendant") Unopposed Motion for Extension of Time [Doc. No. 118] to file a reply in support of its pending Motion for Summary Judgment [110]. Upon due consideration, the Court finds the Motion for Extension of Time [118] should be granted.

**IT IS THEREFORE** hereby **ORDERED** the Defendant's Unopposed Motion for Extension of Time [43] to file a reply in support of its Motion for Summary Judgment [110] is **GRANTED**. Defendant **SHALL** file its reply in support of the subject motion on or before June 19, 2026.

**SO ORDERED**, this, the ___10___ day of June, 2026.

_____
SENIOR U.S. DISTRICT JUDGE