IN THE UNITED STATES DISTRCIT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

BARRY MCMILLIAN                                          PLAINTIFF

VS.                                          CIVIL ACTION NO.: 1:24-CV-199-GHD-RP

THE CITY OF ABERDEEN
AND JOHN DOES 1-20                                          DEFENDANTS

**PLAINTIFF'S AMENDED NOTICE OF ERRATA REGARDING RESPONSE
MEMORANDUM TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

COMES NOW the Plaintiff, Barry McMillian, by and through his undersigned counsel, and respectfully files this Notice of Errata to address minor, non-substantive clerical, technical, and citation items contained within Document [117], which is *Plaintiff's Amended Memorandum in Opposition to Defendant's Motion for Summary Judgment*. For absolute transparency, Plaintiff advises the Court that following an internal review, Counsel utilized the vLex Fastcase legal database to physically audit, cross-reference, and manually verify every single citation, quotation, and legal authority contained within the revised memorandum. Plaintiff has attached a fully revised and corrected copy of the opposition memorandum as **Exhibit A** to this Notice. Plaintiff explicitly directs the Court and opposing counsel to the following page-specific textual adjustments, which are incorporated into the attached copy to preserve the original legal arguments while ensuring accuracy:

1. **Correction on Page 7 (Direct Evidence Rule Clarification):**

   *Fabela v. Socorro Independent School Dist.*, 329 F.3d 409 (5th Cir. 2003) was added to line 22 to establish the standard Title VII direct evidence framework. For transparency, Plaintiff clarifies that while *Fabela* was subsequently overruled on alternate grounds regarding mixed-motive causation (*See Smith v. Xerox Corp.*, 602 F.3d 320, 328, 330), its

foundational definition regarding direct evidence and the *McDonnell Douglas* bypass threshold remains binding, good law in the Fifth Circuit of Appeals.

2. **Correction on Page 13 (Cat's Paw Liability Standard):**

The citation to *Zamir v. Air France*, 101 F.3d 700 (5th Cir. 1996) on line 16 is non-existent and was included in error due to a generative artificial intelligence software citation hallucination, and is hereby withdrawn from the record. In its place, Plaintiff relies upon controlling Fifth Circuit Cat's Paw precedents: *Gee v. Principi*, 289 F.3d 342, 346 (5th Cir. 2002) and *Long v. Eastfield College*, 88 F.3d 300, 306 (5th Cir. 1996), both of which were already cited and established within the original Document [117], *Plaintiff's Amended Memorandum in Opposition to Defendant's Motion for Summary Judgment*.

3. **Correction on Page 25 (Economic Retaliation Standard):**

The citation to *Turner v. Baylor Richardson Med. Ctr.*, 476 F.3d 337, 345 (5th Cir. 2007) on lines 13–14 is hereby withdrawn and replaced with controlling Fifth Circuit authority governing the denial of overtime opportunities as an actionable adverse employment action: *Outley v. Luke & Associates, Inc.*, 840 F.3d 212, 217 (5th Cir. 2016).

4. **Correction on Page 32 (Factual Damage Disclosures):**

The record citation evaluating Plaintiff's sworn interrogatory responses is amended to properly include Interrogatory No. 18 within Exhibit DD. The parenthetical citation block spanning across lines 7 and 8 of the first paragraph is corrected to read: *"(See Exhibit C, Barry McMillian Dep. at pg. 35; Interrogatory No. 8, 17, & 18 within Exhibit DD)."*

The underlying factual assertions, record exhibits, and remaining structural arguments of Plaintiff's Response Memorandum remain completely unaltered. For the convenience of the

Court and chambers, the fully corrected memorandum is provided in its entirety as **Exhibit A**.

Plaintiff regrets any inconvenience these typographical adjustments may have caused.

    RESPECTFULLY SUBMITTED, this the 16th day of June, 2026.

By:   /s/ DeMoreo Reddick, Esq.      
       DEMOREO REDDICK, ESQ.
       COUNSEL FOR THE PLAINTIFF

OF COUNSEL:

DEMOREO REDDICK, ESQ.
MS BAR NO.: 103747
P.O. BOX 465
OKOLONA, MS 38860
PH: 662-436-4641
FAX: 662-256-3582

## <u>CERTIFICATE OF SERVICE</u>

I, DeMoreo Reddick, attorney for the Plaintiff, hereby certify that the foregoing document has been delivered to all counsel of record, either by depositing a copy of same in the United States mail, first class postage prepaid, by hand delivery, or electronic delivery, this the 16th day of June, 2026.

/s/ DeMoreo Reddick, Esq.
DEMOREO REDDICK, ESQ.