## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
## ABERDEEN DIVISION

**BARRY MCMILLIAN**                                                    **PLAINTIFF**

**vs.**                          **CIVIL ACTION NO.: 1:24-CV-199-GHD-RP**

**CITY OF ABERDEEN, MISSISSIPPI**
**AND JOHN DOES 1-20**                                       **DEFENDANTS**

### UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY

Defendant the City of Aberdeen submits this unopposed request for a seven (7) day extension of time to file its Reply in Support of Motion for Summary Judgment:

1. Defendant moved for summary judgment [110] on May 8, 2026.

2. Following a two-week extension of time, Plaintiff Barry McMillian responded in opposition [117] on June 5, 2026.

3. On June 10, 2026, the Court granted Defendant a seven-day extension of time, extending the reply deadline to June 19, 2026. Order [119].

4. Six days later, on June 16, 2026, Plaintiff filed a Notice of Errata [120] and Amended Notice of Errata [121] addressing the use of artificial intelligence in drafting his oppositional response. For example, the Amended Notice of Errata identifies cases that were either "included in error due to a generative artificial intelligence software hallucination" or "withdrawn and replaced with controlling Fifth Circuit authority."

5. Plaintiff's counsel subsequently contacted undersigned counsel about the Notices of Errata and advised of his intent to seek leave to file an amended memorandum in opposition to Defendant's motion for summary judgment.

6.      In light of these developments, and in anticipation of Plaintiff's forthcoming motion for leave, Defendant respectfully requests a final seven (7) day extension of time to file its reply, extending the deadline from June 19, 2026 to June 26, 2026.

7.      This extension is necessary to allow Plaintiff to seek leave and request entry of his amended memorandum in response to Defendant's motion for summary judgment.

8.      Undersigned counsel contacted Plaintiff's about the instant motion, and Plaintiff does not oppose the requested extension.

9.      Given the nature of this motion, Defendant requests the Court excuse it from the requirement to file a supporting memorandum of authorities.

For these reasons, Defendant the City of Aberdeen requests that the deadline to file its reply brief be extended seven (7) days, until June 26, 2026.

This, the 18th day of June, 2026.

Respectfully submitted,

**PHELPS DUNBAR, LLP**


BY:   */s/ Loden P. Walker*
          G. Todd Butler, MB #102907
          Loden P. Walker, MSB #105996
          1905 Community Bank Way, Suite 200
          Flowood, Mississippi 39232
          Post Office Box 320159
          Flowood, Mississippi  39232
          Telephone: 601-352-2300
          Telecopier: 601-360-9777
          todd.butler@phelps.com
          loden.walker@phelps.com

**ATTORNEYS FOR DEFENDANTS**

2

PD.62190537.1

## CERTIFICATE OF SERVICE

I, Loden P. Walker, do hereby certify that I electronically filed the above and foregoing UNOPPOSED MOTION using the CM/ECF system, which sent notification of such filing to all counsel of record.

This, the 18th day of June, 2026.

/s/ *Loden P. Walker*
Loden P. Walker

3