**IN THE UNITED STATES DISTRCIT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**ABERDEEN DIVISION**

| | |
|---|---|
| **BARRY MCMILLIAN** | **PLAINTIFF** |
| **VS.** | **CIVIL ACTION NO.: 1:24-CV-199-GHD-RP** |
| **THE CITY OF ABERDEEN** | |
| **AND JOHN DOES 1-20** | **DEFENDANTS** |

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE AN AMENDED**
**MEMORANDUM IN OPPOSITION TO THE CITY OF ABERDEEN'S MOTION FOR**
**SUMMARY JUDGMENT**

COMES NOW Plaintiff, Barry McMillian, by and through undersigned counsel, DeMoreo Reddick, and respectfully files this *Unopposed Motion for Leave to File an Amended Memorandum in Opposition to the City of Aberdeen's Motion for Summary Judgment*.  In support of this motion, I, DeMoreo Reddick, state as follows:

1.  Defendant moved for summary judgment [110] on May 8, 2026.  Following a two-week extension of time, Plaintiff Barry McMillian responded in opposition to said motion on June 5, 2026 [117].

2.  Subsequent to that filing, I, DeMoreo Reddick, on my own accord, conducted a personal review of the filed memorandum on the docket, see Document [117].  Upon my review of the filed memorandum, see Document [117], I discovered non-existent case law, certain inaccurate legal citations, and other errors within the document.

3.  I, DeMoreo Reddick, candidly acknowledge to the Court that the initial memorandum in opposition to the City of Aberdeen's motion for summary judgment was drafted utilizing artificial intelligence software.  I deeply regret that I failed to properly verify and authenticate these legal citations before filing my initial memorandum.

4. I, DeMoreo Reddick, extend my sincere and profound apology to this Court, to opposing counsel, Loden Walker, and to my client, Mr. Barry McMillian, for this embarrassing situation that included my oversight and for the inclusion of non-existent case law and certain inaccurate legal citations within the original filed memorandum.

5. On June 16, 2026, I filed a Notice of Errata [120] and Amended Notice of Errata [121] addressing the use of artificial intelligence in drafting my oppositional response. For example, the Amended Notice of Errata identifies cases that were either "included in error due to a generative artificial intelligence software hallucination" or "withdrawn and replaced with controlling Fifth Circuit authority." Also, upon doing, so I informed opposing counsel, Loden Walker about this matter.

6. Immediately upon identifying these errors during my review of the filed memorandum, I verified line by line each citation and in order to provide the correct citation to properly rectify the record by using VLex Fastcase.

7. I have now prepared a revised *Amended Memorandum in Opposition to the City of Aberdeen's Motion for Summary Judgment* that relies strictly on authentic verified legal case law that was verified using VLex Fastcase.

8. I bring this motion in good faith, and in keeping my strict duty of candor to this Court, and it is not intended for the purpose of delay or harassment.

9. Granting this motion will ensure the Court has an accurate and reliable record before making a ruling on the merits of the Case.

10. I have attached a proposed *Amended Memorandum in Opposition to the City of Aberdeen Motion for Summary Judgment*, which is attached to this motion as Exhibit "A", which cures any deficiencies in the original memorandum that was filed. Opposing counsel, Loden Walker, has provided me with permission to file this motion unopposed.

Additionally, opposing counsel, Loden Walker, asked that if the Court grants the filing of the amended memorandum that he be given seven (7) days from the date of that filing to give a response and the Plaintiff's counsel stated that he had no objection to that request.

11. Given the nature of this motion, the Plaintiff requests that this Court excuse him from the requirement to file a supporting memorandum of authorities.

WHEREFORE, I respectfully request that this Court enter an Order granting leave to file the attached *Amended Memorandum in Opposition to the City of Aberdeen's Motion for Summary Judgment* and to give opposing counsel seven (7) days to respond from the date of the new filing of the Amended Memorandum in Opposition to the City of Aberdeen's Motion for Summary Judgment.

RESPECTFULLY SUBMITTED, this the 19th day of June, 2026.

By:    /s/ DeMoreo Reddick, Esq.
       DEMOREO REDDICK, ESQ.
       COUNSEL FOR THE PLAINTIFF

OF COUNSEL:

DEMOREO REDDICK, ESQ.
MS BAR NO.: 103747
P.O. BOX 465
OKOLONA, MS 38860
PH: 662-436-4641
FAX: 662-256-3582

**<u>CERTIFICATE OF SERVICE</u>**

I, DeMoreo Reddick, attorney for the Plaintiff, hereby certify that the foregoing document has been delivered to all counsel of record, either by depositing a copy of same in the United States mail, first class postage prepaid, by hand delivery, or electronic delivery, this the 19th day of June, 2026.

/s/ DeMoreo Reddick, Esq.
DEMOREO REDDICK, ESQ.