**IN THE UNITED STATES DISTRCIT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**ABERDEEN DIVISION**

| | |
|---|---|
| **BARRY MCMILLIAN** | **PLAINTIFF** |
| **VS.** | **CIVIL ACTION NO.: 1:24-CV-199-GHD-RP** |
| **THE CITY OF ABERDEEN** | |
| **AND JOHN DOES 1-20** | **DEFENDANTS** |

## ORDER GRANTING MOTION FOR LEAVE

BEFORE THE COURT is the P*laintiff's Unopposed Motion for Leave to File an Amended Memorandum in Opposition to the City of Aberdeen's Motion for Summary Judgment*, *See* Document [123]. The Court, having considered the motion, the record, and the fact that the Defendant has no objection to the request, this Court finds that the motion is well-taken and should be **GRANTED.**

**IT IS, THEREFORE, ORDERED** that:

1. Plaintiff's Unopposed Motion for Leave to File an Amended Memorandum [123] is hereby **GRANTED.**

2. Defendant, the City of Aberdeen, is granted **seven (7) days** from the date of the new filing to file a reply to the newly filed Amended Memorandum.

**SO ORDERED AND ADJUDGED,** this the 22nd day of June, 2026.

_____
SENIOR U.S. DISTRICT JUDGE