## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
## ABERDEEN DIVISION

**BARRY MCMILLIAN**                                                          **PLAINTIFF**

**vs.**                                              **CIVIL ACTION NO.: 1:24-CV-199-GHD-RP**

**CITY OF ABERDEEN, MISSISSIPPI**
**AND JOHN DOES 1-20**                                                      **DEFENDANTS**

## ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME

THIS MATTER is before the Court on Defendant the City of Aberdeen's Unopposed

Motion [122] for Extension of Time to File Reply in support of Motion for Summary Judgment

[110]. In the Motion, the Defendant requests a seven-day extension of time to file its reply brief

in support of its pending motion for summary judgment [110]. Having reviewed the Motion and

considered the reasons for extending the reply deadline, the Court is of the opinion that the Motion

should be GRANTED.

THEREFORE, it is hereby ORDERED that the Defendant City of Aberdeen's unopposed

motion [122] for an extension of time to file a reply brief in support of its motion for summary

judgment [110] is GRANTED. The Defendant may file any reply brief in support of the subject

motion by June 29, 2026.

SO ORDERED, this, the ⟋⟍⟍ day of June, 2026.

_____
SENIOR U.S. DISTRICT JUDGE