**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**ABERDEEN DIVISION**

**BARRY MCMILLIAN** **PLAINTIFF**

**VS.** **CIVIL ACTION NO.: 1:24-CV-199-GHD-RP**

**CITY OF ABERDEEN, MISSISSIPPI**
**AND JOHN DOES 1-20** **DEFENDANTS**

# MOTION IN LIMINE

Defendant the City of Aberdeen respectfully requests that the Court grant Defendant's in limine request and preclude Plaintiff from requesting a specific amount of non-economic damages at trial.

For the reasons articulated in the supporting memorandum, Defendant the City of Aberdeen respectfully ask this Court to grant the in limine request in full.

Dated: August 28, 2026.

Respectfully submitted,

**PHELPS DUNBAR LLP**

BY: */s/ Loden P. Walker*

G. Todd Butler, MB #102907
Loden P. Walker, MB #105996
1905 Community Bank Way, Suite 200
Flowood, Mississippi 39232-1220
Post Office Box 320159
Flowood, Mississippi 39236-0159
Telephone: 601-352-2300
Telecopier: 601-360-9777
Email: todd.butler@phelps.com
loden.walker@phelps.com

**ATTORNEYS FOR DEFENDANT CITY OF ABERDEEN**

## CERTIFICATE OF SERVICE

I, Loden P. Walker, do hereby certify that I have this date electronically filed the above and foregoing *MEMORANDUM IN SUPPORT* with the Clerk of the Court using the CM/ECF system which gave notice to all counsel of record, including:

DeMoreo Reddick
Reddick Law Firm, PLLC
P.O. Box 465
Okolona, MS 38860
662-436-4641
reddicklawfirm@yahoo.com

***Attorney for Plaintiff Barry McMillian***

So certified, this the 28th day of August, 2026.

*/s/ Loden P. Walker*
Loden P. Walker