**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF
MISSISSIPPI
ABERDEEN DIVISION**

**BARRY MCMILLIAN** **PLAINTIFF**

**VS.** **CIVIL ACTION NO.: 1:24-CV-199-GHD-RP**

**CITY OF ABERDEEN, MISSISSIPPI
AND JOHN DOES 1-20** **DEFENDANTS**

**THE PLAINTIFF'S RESPONSE IN OPPOSITION TO THE DEFENDANT'S MOTION IN LIMINE**

The Plaintiff respectfully requests that the Court deny Defendant's in limine request [Doc 128].

For the reasons articulated in the supporting memorandum, the Plaintiff respectfully asks this Court to deny the Defendant's in limine request in full.

Respectfully submitted, this the 11th day, of September, 2026.

By: /s/ DeMoreo Reddick, Esq.
DEMOREO REDDICK, ESQ.
COUNSEL FOR THE
PLAINTIFF

OF COUNSEL:

REDDICK LAW FIRM, PLLC
DEMOREO REDDICK, ESQ.
MS BAR NO.: 103747
P.O. BOX 465
OKOLONA, MS 38860
PH: 662-436-4641
FAX: 662-256-3582

**CERTIFICATE OF SERVICE**

I, DeMoreo Reddick, attorney for the Plaintiff, hereby certify that the foregoing document has been delivered to all counsel of record, either by delivering a copy of same through the United States mail, first class postage prepaid, hand delivery, or electronic delivery, this the 11th day of September, 2026.

/s/ DeMoreo Reddick, Esq.
DEMOREO REDDICK, ESQ.