UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

BARRY MCMILLIAN PLAINTIFF

V. CIVIL ACTION NO. 1:24-CV-199-GHD-RP

CITY OF ABERDEEN; et al. DEFENDANTS

ORDER

Pursuant to an opinion issued this day, it is hereby ORDERED that the Defendant's Motion for Summary Judgment [110] is GRANTED IN PART and DENIED IN PART.

Plaintiff's FMLA retaliation and interference claims are hereby dismissed *with prejudice*. His retaliation claims based on denial of overtime pursuant to the FMLA and Title VII are hereby dismissed *with prejudice*.

Plaintiff will be permitted to proceed to trial on his Title VII and Section 1981 retaliation claims, which are based on his termination.

SO ORDERED, this the 15th day of September, 2026.

Glen H. Davidson
SENIOR U.S. DISTRICT JUDGE