AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Northern District of Mississippi

BARRY MCMILLIAN
*Plaintiff*
v.
CITY OF ABERDEEN, MISSISSIPPI
*Defendant*

Case No. 1:24-cv-199-GHD-RP

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

City of Aberdeen, Mississippi .

Date: 09/18/2026

*/s/ Channing J. Curtis*
*Attorney's signature*

CHANNING J. CURTIS, MB #106637
*Printed name and bar number*

PHELPS DUNBAR, LLP
1905 COMMUNITY BANK WAY, SUITE 200
FLOWOOD, MISSISSIPPI 39232
*Address*

channing.curtis@phelps.com
*E-mail address*

(601) 352-2300
*Telephone number*

(601) 360-9777
*FAX number*