**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**ABERDEEN DIVISION**

**CIVIL MINUTES**

Case No 1:24-CV-199-GHD-RP Held: OXFORD
Style: MCMILLIAN v. THE CITY OF ABERDEEN
Date/Time Began 09/18/25 at 10:00 a.m. Date/Time Ended: 09/18/26 at 11:55 a.m.

Total Time: 1 hour and 55 minutes

PRESENT: **HONORABLE ROY PERCY, MAGISTRATE JUDGE**

______________________ ______________________
Deputy Clerk Court Reporter

Attorneys for Plaintiff(s):
DeMoreo Reddick

Attorneys for Defendant(s):
Todd Butler
Loden Walker

PROCEEDINGS: Final Pretrial Conference
Held X Not Held_________ Canceled _______ Reset ___________

Docket Entry:

Settlement conference held. Case did not settle. Pretrial conference held. Plaintiff to provide defendant with revised exhibit list by 9-22-26. Parties to provide revised pretrial order with counsel's signatures by 9-25-26.

DANIEL B. MCHUGH, CLERK

/s/ Rebekah Capps
By:___________________________
Courtroom Clerk