# UNITED STATES DISTRICT COURT

for the
Northern District of Mississippi
Aberdeen Division

| | | |
|---|---|---|
| BARRY McMILLIAN | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 1:24-CV-199-GHD-RP |
| CITY OF ABERDEEN, MISSISSIPPI AND JOHN DOES 1-20 | ) ) | |
| *Defendants* | ) | |

## NOTICE OF APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant, City of Aberdeen, Mississippi

Date: 09/24/2026

*/s/ W. Thomas Siler, Jr.*
*Attorney's Signature*

W. THOMAS SILER, JR., MB #6791
*Printed name and bar number*

1905 Community Bank Way, Suite 200
Flowood, MS 39232
*Address*

Tommy.siler@phelps.com
*E-mail address*

(601) 352-2300
*Telephone number*

(601) 360-9777
*FAX number*

**CERTIFICATE OF SERVICE**

I certify that on September 24, 20266, I electronically filed the above and foregoing *NOTICE OF ENTRY OF APPEARANCE OF COUNSEL* with the Clerk of the Court using the CM/ECF system which sent notification of such filing all counsel of record.

*/s/ W. Thomas Siler, Jr.*
W. THOMAS SILER, JR.