IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

BARRY MCMILLIAN — PLAINTIFF

VS. — CIVIL ACTION NO.: 1:24-CV-199-GHD-RP

CITY OF ABERDEEN, MISSISSIPPI
AND JOHN DOES 1-20 — DEFENDANTS

# NOTICE OF INTENT TO SERVE SUBPOENA DUCES TECUM

**NOTICE** is hereby given that Defendant the City of Aberdeen, Mississippi intends to have a Subpoena *Duces Tecum* issued and served upon the following entity:

**AT&T Mobility LLC**
c/o C T Corporation System, Registered Agent
645 Lakeland East Drive, Suite 101
Flowood, Mississippi 39232

A copy of the Subpoena *Duces Tecum* is attached as Exhibit "A." The Subpoena *Duces Tecum* requires said entity to provide copies of certain documents and materials to be produced on or before October 9, 2026.

September 28, 2026
Date

*/s/ Channing J. Curtis*
Signature

CHANNING J. CURTIS, MB #106637
Typed Name & Bar Number

Attorney for: City of Aberdeen

W. Thomas Siler, Jr., MB#6791
G. Todd Butler, MB #102907
Loden P. Walker, MB #105996
Channing J. Curtis, MB#106637
1905 Community Bank Way, Suite 200
Flowood, Mississippi 39232-1220
Post Office Box 320159
Flowood, Mississippi 39236-0159
Telephone: 601-352-2300
Telecopier: 601-360-9777
Email: tommy.siler@phelps.com
todd.butler@phelps.com
loden.walker@phelps.com
channing.curtis@phelps.com
**ATTORNEYS FOR DEFENDANT CITY OF ABERDEEN**

**CERTIFICATE OF SERVICE**

I, Channing J. Curtis, do hereby certify that I have this date electronically filed the above and foregoing *NOTICE OF INTENT TO SERVE SUBPOENA DUCES TECUM* with the Clerk of the Court using the CM/ECF system which gave notice to all counsel of record.

So certified, this the 28th day of September, 2026.

*/s/ Channing J. Curtis*
Channing J. Curtis