**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**
**ABERDEEN DIVISION**

**NOTICE**

**BARRY MCMILLIAN** **PLAINTIFF**

**v.** **CIVIL ACTION NO. 1:24CV199-GHD**

**MASSACHUSETTS MUTUAL**
**INSURANCE COMPANY, et al** **DEFENDANTS**

---

**TAKE NOTICE** that a proceeding in this case has been reset for the date and time set forth below:

---

*Place*

U.S. FEDERAL BUILDING
Oxford, MS 38655

*Room No.*

*Date and Time*
Wednesday, September 30, 2026 10:00 a.m.

---

*Type of Proceeding*

**TELEPHONIC STATUS CONFERENCE BEFORE**
**UNITED STATES MAGISTRATE JUDGE ROY PERCY**

**Parties are instructed to call the conference line at 662-305-1900, Conference ID 893 630 365**

DANIEL MCHUGH, Clerk of Court

By: /s/Brooke Driskell
Courtroom Deputy

Date: September 30, 2026

**CONTACT REBEKAH CAPPS AT 662-234-3114 IF YOU HAVE ANY QUESTIONS.**