**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**OXFORD DIVISION**

**CIVIL MINUTES**

CASE NO: 1:24cv199-GHD Held: OXFORD

Style: McMillan v. Aberdeen

Date/Time Began: 9/302026 at 10:00 am Date/Time Ended: 9/30/2026 at 10:09 am

TOTAL TIME: 7 minutes

PRESENT: ROY PERCY, UNITED STATES MAGISTRATE JUDGE

Brooke Driskell
Deputy Clerk

Court Reporter

Attorneys for Plaintiff(s):

DeMoreo Reddick

Attorneys for Defendant(s):

Channing Curtis
Loden Walker

PROCEEDINGS: Status Conference

Held X Not Held ____ Cancelled ____ Reset ____

ENTRY TO BE MADE ON DOCKET: Status Conference held re: defendant's notice of intent so serve subpoena (ECF 138). Any motion to quash to be filed by October 10, 2026; any response to be filed by October 6, 2026; no reply allowed.

DANIEL MCHUGH, CLERK

/s/ Brooke Driskell
Courtroom Deputy