**IN THE UNITED STATES DISTRCIT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**ABERDEEN DIVISION**

**BARRY MCMILLIAIN** **PLAINTIFF**

**VS.** **CIVIL ACTION NO.: 1:24-CV-199-GHD**

**THE CITY OF ABERDEEN**
**AND JOHN DOES 1-20** **DEFENDANTS**

---

## NOTICE TO SERVE SUBPOENA

---

TO: ALL COUNSEL OF RECORD

**PLEASE TAKE NOTICE** that Barry McMillian, Plaintiff in the above-referenced case, by and through counsel, will issue a Subpoena to:

**Carolyn Odom**
**1021 Murphree Circle**
**Aberdeen, MS 39730**

a copy of which is attached hereto as Exhibit "A".

Respectfully submitted this, the 30th day of September, 2026.

By: /s/ DeMoreo Reddick, Esq.
DEMOREO REDDICK, ESQ.
COUNSEL FOR THE PLAINTIFF

OF COUNSEL:

REDDICK LAW FIRM, PLLC
DEMOREO REDDICK, ESQ.
MS BAR NO.: 103747
P.O. BOX 465
OKOLONA, MS 38860

PH: 662-436-4641
FAX: 662-256-3582

**CERTIFICATE OF SERVICE**

I, DeMoreo Reddick, attorney for the Plaintiff, hereby certify that the foregoing document has been delivered to all counsel of record, either by depositing a copy of same in the United States mail, first class postage prepaid, by hand delivery, or electronic delivery, this the 30th day of September, 2026.

/s/ DeMoreo Reddick, Esq.
DEMOREO REDDICK, ESQ.