# Re: McMillian vs. City of Aberdeen, Urgent / Meet and Confer: Untimely Rule 45 Subpoena for Witnesses' Phone Records

From: Moreo Reddick (reddicklawfirm@yahoo.com)

To: channing.curtis@phelps.com

Cc: tommy.siler@phelps.com; todd.butler@phelps.com; loden.walker@phelps.com

Date: Tuesday, September 29, 2026 at 10:51 AM CDT

Thanks for letting me know. We look forward to trying the case as well.

-Moreo

On Tuesday, September 29, 2026, 10:26 AM, Channing Curtis <Channing.Curtis@phelps.com> wrote:

Thanks for your email, Moreo. Looking forward to trying this case. Respectfully, we will respond to any such motion that you file.

Thanks,

Channing

**Channing J. Curtis**
Associate
Phelps Dunbar LLP
1905 Community Bank Way
Suite 200
Flowood, MS 39232
Direct: 601-360-9340
Mobile: 601-218-4791
Fax: 601-360-9777
Email: channing.curtis@phelps.com

CONFIDENTIALITY NOTICE - This e-mail message, including any attachments, is private communication sent by a law firm, Phelps Dunbar LLP, and may contain confidential, legally privileged information meant solely for the intended recipient. If you are not the intended recipient, any use, distribution, or copying of this communication is strictly prohibited. Please notify the sender immediately by replying to this message, then delete the e-mail and any attachments from your system. Thank you.

EXHIBIT "A"

**From:** Moreo Reddick <reddicklawfirm@yahoo.com>
**Sent:** Tuesday, September 29, 2026 9:49 AM
**To:** Loden Walker <Loden.Walker@phelps.com>; Channing Curtis <Channing.Curtis@phelps.com>
**Subject:** McMillian vs. City of Aberdeen, Urgent / Meet and Confer: Untimely Rule 45 Subpoena for Witnesses' Phone Records

To all Counsel,

Good morning. I am writing regarding the Rule 45 subpoena duces tecum you issued yesterday targeting the personal phone records of Triron Brown and Willa Garth Brown.

As you are aware, the court-ordered discovery window in this matter is closed. Furthermore, this subpoena was issued just hours after the parties' Final Pretrial Order was filed by the Court, and with our trial being set for **October 19, 2026.**

A Rule 45 subpoena is a discovery device and cannot be used to bypass closed scheduling deadlines. Please confirm by **2:00 P.M. today** that you will immediately withdraw this untimely subpoena. If you do not withdraw it, we will file an emergency motion for a protective order and to quash, and we will present the timeline of this filing directly to the Court. Please advise. Thanks.

-Moreo