**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**ABERDEEN DIVISION**

**BARRY MCMILLIAN** **PLAINTIFF**

**vs.** **CIVIL ACTION NO.: 1:24-CV-199-GHD-RP**

**CITY OF ABERDEEN, MISSISSIPPI**
**AND JOHN DOES 1-20** **DEFENDANTS**

**NOTICE**

Defendant the City of Aberdeen provides Notice that, on October 2, 2026, it served an Offer of Judgment pursuant to Federal Rule of Civil Procedure 68 on Plaintiff Barry McMillian. The offer was sent to Plaintiff's counsel via email and overnight delivery through UPS Next Day Air.

October 2, 2026
Date

*/s/ Loden P. Walker*
Signature

Loden P. Walker, MB #105996
Typed Name & Bar Number
Attorney for: Defendant

W. Thomas Siler, Jr., MB #6791
G. Todd Butler, MB #102907
Loden P. Walker, MSB #105996
Channing J. Curtis, MB #106637
1905 Community Bank Way, Suite 200
Flowood, Mississippi 39232
Telephone: 601-352-2300
Telecopier: 601-360-9777
tommy.siler@phelps.com
todd.butler@phelps.com
loden.walker@phelps.com
channing.curtis@phelps.com

**CERTIFICATE OF SERVICE**

I, Loden P. Walker, do hereby certify that I have this date electronically filed the above and foregoing *NOTICE* with the Clerk of the Court which gave notice to the following:

DeMoreo Reddick
Reddick Law Firm, PLLC
P.O. Box 465
Okolona, MS 38860
662-436-4641 (t)
reddicklawfirm@yahoo.com

***Attorney for Plaintiff Barry McMillian***

So certified, this the 2nd day of October, 2026.

*/s/ Loden P. Walker*
Loden P. Walker