**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**ABERDEEN DIVISION**

**BARRY MCMILLIAN** **PLAINTIFF**

**VS.** **CIVIL ACTION NO.: 1:24-CV-199-GHD-RP**

**CITY OF ABERDEEN, MISSISSIPPI**
**AND JOHN DOES 1-20** **DEFENDANTS**

**DEFENDANT CITY OF ABERDEEN'S RESPONSE IN OPPOSITION TO**
**PLAINTIFF'S MOTION TO QUASH SUBPOENA AND FOR PROTECTIVE ORDER**

Defendant City of Aberdeen, Mississippi (the "City"), by and through undersigned counsel, hereby responds in opposition to Plaintiff's Motion to Quash Subpoena and for Protective Order and respectfully requests that the Court deny the motion.

The grounds for the City's opposition are set forth fully in the accompanying Memorandum Brief filed contemporaneously herewith and incorporated herein by reference. The subpoena is proper, the requested records are relevant to anticipated trial testimony, and Plaintiff has failed to demonstrate that the subpoena should be quashed or that a protective order should issue.

Accordingly, the City respectfully requests that the Court deny Plaintiff's Motion to Quash Subpoena and for Protective Order and grant such other and further relief as the Court deems just and proper.

Dated: October 5, 2026.

Respectfully submitted,

**PHELPS DUNBAR, LLP**

BY: */s/ Channing J. Curtis*

W. Thomas Siler, Jr., MB #6791
G. Todd Butler, MB #102907
Loden P. Walker, MB #105996
Channing J. Curtis, MB #106637
1905 Community Bank Way, Suite 200
Flowood, Mississippi 39232
Post Office Box 320159
Flowood, Mississippi 39232
Telephone: 601-352-2300
Telecopier: 601-360-9777
tommy.siler@phelps.com
todd.butler@phelps.com
loden.walker@phelps.com
channing.curtis@phelps.com

**ATTORNEYS FOR DEFENDANT CITY OF ABERDEEN**

**CERTIFICATE OF SERVICE**

I, Channing J. Curtis, do hereby certify that I have this date electronically filed the above and foregoing *RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION TO QUASH SUBPOENA AND FOR PROTECTIVE ORDER* with the Clerk of the Court using the CM/ECF system which gave notice to all counsel of record:

So certified, this the 5th day of October, 2026.

*/s/ Channing J. Curtis*
CHANNING J. CURTIS