IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

BARRY MCMILLIAN — PLAINTIFF

VS. — CIVIL ACTION NO.: 1:24-CV-199-GHD-RP

CITY OF ABERDEEN, MISSISSIPPI
AND JOHN DOES 1-20 — DEFENDANTS

# NOTICE OF INTENT TO SERVE TRIAL SUBPOENA

NOTICE IS HEREBY GIVEN that Plaintiffs, Jackson Municipal Airport Authority, through counsel, have issued a trial subpoena and plan to serve the subpoena upon the following non-party:

**Triron Brown**
**513 Oak Dr.**
**Aberdeen, Mississippi 39730**

A copy of the above-referenced subpoena is attached hereto as Exhibit A.

Dated: October 5, 2026.

Respectfully submitted,

**PHELPS DUNBAR, LLP**
BY: */s/ Channing J. Curtis*
W. Thomas Siler, Jr., MB #6791
G. Todd Butler, MB #102907
Loden P. Walker, MB #105996
Channing J. Curtis, MB #106637
1905 Community Bank Way, Suite 200
Flowood, Mississippi 39232
Post Office Box 320159
Flowood, Mississippi 39232
Telephone: 601-352-2300
Telecopier: 601-360-9777
tommy.siler@phelps.com
todd.butler@phelps.com
loden.walker@phelps.com
channing.curtis@phelps.com

**ATTORNEYS FOR DEFENDANT CITY OF ABERDEEN**

**CERTIFICATE OF SERVICE**

I, Channing J. Curtis, do hereby certify that I have this date electronically filed the above and foregoing *NOTICE OF INTENT TO SERVE TRIAL SUBPOENA* with the Clerk of the Court using the CM/ECF system which gave notice to all counsel of record.

So certified, this the 5th day of October, 2026.

*/s/ Channing J. Curtis*
Channing J. Curtis