**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**ABERDEEN DIVISION**

| | |
|---|---|
| **BARRY MCMILLIAN** | **PLAINTIFF** |
| **VS.** | **CIVIL ACTION NO.: 1:24-CV-199-GHD-RP** |
| **CITY OF ABERDEEN, MISSISSIPPI AND JOHN DOES 1-20** | **DEFENDANTS** |

**AMENDED NOTICE OF INTENT TO SERVE SUBPOENA DUCES TECUM**

**NOTICE** is hereby given that Defendant the City of Aberdeen, Mississippi intends to have a Subpoena *Duces Tecum* issued and served upon the following entity:

**AT&T Mobility LLC**
c/o C T Corporation System, Registered Agent
645 Lakeland East Drive, Suite 101
Flowood, Mississippi 39232

A copy of the Subpoena *Duces Tecum* is attached as Exhibit "A." This notice merely amends the Subpoena *Duces Tecum* to include an additional phone number associated with Triron Brown from Exhibit D-7. It is not intended to moot Plaintiff's pending motion to quash and is subject to the Court's disposition of that motion. The Subpoena *Duces Tecum* requires said entity to provide copies of certain documents and materials to be produced on or before October 9, 2026.

October 7, 2026
Date

*/s/ Channing J. Curtis*
Signature

CHANNING J. CURTIS, MB #106637
Typed Name & Bar Number

Attorney for: City of Aberdeen

W. Thomas Siler, Jr., MB#6791
G. Todd Butler, MB #102907
Loden P. Walker, MB #105996
Channing J. Curtis, MB#106637
1905 Community Bank Way, Suite 200
Flowood, Mississippi 39232-1220
Post Office Box 320159
Flowood, Mississippi 39236-0159
Telephone: 601-352-2300
Telecopier: 601-360-9777
Email: tommy.siler@phelps.com
todd.butler@phelps.com
loden.walker@phelps.com
channing.curtis@phelps.com

**ATTORNEYS FOR DEFENDANT CITY OF ABERDEEN**

**CERTIFICATE OF SERVICE**

I, Channing J. Curtis, do hereby certify that I have this date electronically filed the above and foregoing *AMENDED NOTICE OF INTENT TO SERVE SUBPOENA DUCES TECUM* with the Clerk of the Court using the CM/ECF system which gave notice to all counsel of record.

So certified, this the 7th day of October 2026.

*/s/ Channing J. Curtis*
Channing J. Curtis