**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF
MISSISSIPPI
ABERDEEN DIVISION**

**BARRY MCMILLIAN** **PLAINTIFF**

**VS.** **CIVIL ACTION NO.: 1:24-CV-199-GHD**

**CITY OF ABERDEEN, MISSISSIPPI
AND JOHN DOES 1-20** **DEFENDANTS**

---

**PLAINTIFF'S NOTICE TO ATTEND TRIAL**

---

**TO:** Defendant City of Aberdeen, Mississippi

**BY AND THROUGH:** Counsel of Record,
Loden Walker,
G. Todd Butler, Channing J. Curtis,
W. Thomas Siler, Jr.,
Phelps Dunbar, LLP
1905 Community Bank Way, Suite 200
Flowood, Mississippi 39232

**PLEASE TAKE NOTICE** that pursuant to the Federal Rules of Civil Procedure, the applicable Local Rules, and the finalized Pretrial Order entered in this matter, Plaintiff Barry McMillian, by and through his attorney, hereby requests and demands that Defendant City of Aberdeen, Mississippi, produce the following municipal officers and employees to appear, stand, and testify at the trial of this cause:

1. **Shea Cain** (Alderman / Board Member, City of Aberdeen)
2. **Marcus Collins** (Water Department Leadman / Employee, City of Aberdeen)
3. **Melissa Moore** (City Clerk / Employee, City of Aberdeen)

Said individuals are commanded to appear at the **United States District Courthouse for the Northern District of Mississippi, Aberdeen Division, located at 301 West Commerce Street, Aberdeen, Mississippi 39730**, on **October 19, 2026, at 9:00 A.M.**, and to remain in attendance from day to day thereafter until the completion of their trial testimony or until excused by the Court or counsel for the Plaintiff.

This Notice is served upon Defendant's counsel of record pursuant to Federal Rule of Civil Procedure: Rule 5. Because Shea Cain is a current sitting officer of the municipal board, and Marcus Collins and Melissa. Moore are current municipal employees, Defendant is under an affirmative legal obligation to secure their attendance at trial without the necessity of a formal third-party Federal Rule of Civil Procedure: Rule 45 Subpoena.

Respectfully submitted, this the 13th day, of October, 2026.

By: /s/ DeMoreo Reddick, Esq.
DEMOREO REDDICK, ESQ.
COUNSEL FOR THE
PLAINTIFF

OF COUNSEL:

REDDICK LAW FIRM, PLLC
DEMOREO REDDICK, ESQ.
MS BAR NO.: 103747
P.O. BOX 465
OKOLONA, MS 38860
PH: 662-436-4641
FAX: 662-256-3582

**CERTIFICATE OF SERVICE**

I, DeMoreo Reddick, attorney for the Plaintiff, hereby certify that the foregoing document has been delivered to all counsel of record, either by delivering a copy of same through the United States mail, first class postage prepaid, hand delivery, or electronic delivery, this the 13th day of October, 2026.

/s/ DeMoreo Reddick, Esq.
DEMOREO REDDICK, ESQ.