IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

# CIVIL MINUTES - TRIAL

**Case No. 1:24cv199**-GHD

**Place Held:** ABERDEEN, MISSISSIPPI

**Style: BARRY McMILLIAN v. CITY OF ABERDEEN**

**Date & Time Began:** 10/19/2026, 9:50 AM.
**Date & Time Ended:** 10/21/2026, 3:58 P.M.
**Total Time – 11 hours, 15 minutes**

10/19/2026 -9:50 a.m. – 4:20 p.m. (4 hours, 22 minutes)
10/20/2026 -8:52 a.m. – 3:33 p.m. (4 hours, 4 minutes)
10/21/2026- 8:53 a.m. – 3:58 p.m. (2 hours, 49 minutes)

---

**PRESENT: HONORABLE GLEN H. DAVIDSON, SENIOR JUDGE**

Terrie L. Reed
**Courtroom Deputy Clerk**

Phyllis McLarty
**Official Court Reporter**

**Attorneys for Plaintiff:**
DeMoreo Reddick

**Attorneys for Defendants:**
Channing J. Curtis
William T. Siler, Jr.

---

Verdict for Plaintiff:
Deliberations Began: 10/21/2026, 12:02 p.m.
Deliberations Ended: 10/21/2026, 3:45 p.m.
Exhibits Introduced: YES

Verdict for Defendant(s): YES
Witnesses: YES

---

**REMARKS:** Voir Dire conducted; jury impaneled. Plaintiff presented case, 10/19/2026. Witnesses testified, exhibits introduced. Plaintiff rests. 10/20/2026 @ 3:31 p.m. Defendant made an oral Rule 50 Motion for Judgment as a matter of law. Court denied for reasons stated on the record. Defendant elected not to present any evidence in their case in chief. Defendant renewed an oral Rule 50 Motion for Judgment as a matter of law. Court denied for reasons stated on the record. Defense rested 10/21/2026 @ 8:53 a.m. Jury deliberations began 10/21/2026 @ 12:02 p.m. Civil Allen Charge read to the jury @ 3:10 p.m. Verdict returned.

---

**DANIEL B. McHUGH, CLERK**

By: /s/ Terrie L. Reed
Courtroom Deputy Clerk