**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**ABERDEEN DIVISION**

**BARRY McMILLIAN** — **PLAINTIFF**

**V.** — **CIVIL ACTION NO. 1:24-CV-199-GHD**

**CITY of ABERDEEN and**
**John Does 1-20** — **DEFENDANTS**

---

**WITNESS LIST – (JURY TRIAL)**

**PLAINTIFF:** **DEFENDANTS:**

| | | |
|---|---|---|
| Triron Brown | 10/19/2026 | |
| Carolyn Odom – adverse witness | 10/19/2026 | |
| Edward Haynes | 10/19/2026 | |
| Marcus Collins –adverse witness | 10/20/2026 | |
| Melissa Moore –adverse witness | 10/20/2026 | |
| Shea Cain | 10/20/2026 | |
| Lequavise McMillian | 10/20/2026 | |
| Barry McMillian | 10/20/2026 | |
| | | |
| | | |
| | | |
| | | |
| | | |

PLAINTIFF RESTS: 10/20/2026 @ 3:31 p.m.
DEFENDANTS RESTS: 10/21/2026 @ 8:53 a.m.