lIN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

BARRY McMILLIAN PLAINTIFF

V. CIVIL ACTION NO: 1:24-CV-199-GHD

CITY OF ABERDEEN and JOHN DOES 1-20 DEFENDANT(S)

EXHIBIT LIST

| | | |
|---|---|---|
| **Presiding Judge:**<br>**Glen H. Davidson** | **Attorney for Plaintiff:**<br>**DeMoreo Reddick** | **Attorneys for Defendants:**<br>**Channing J. Curtis**<br>**William T. Siler, Jr.** |
| **JURY TRIAL**<br>10/19/26-10/21/26 | **Court Reporter:**<br>**Phyllis McLarty** | **Courtroom Deputy:**<br>**Terrie L. Reed** |

| Pl. | Dft. | Date offered | M | A | Description of Exhibits |
|---|---|---|---|---|---|
| **P-3** | | 10/20/26 | X | X | Formal Sentencing Order for Marcus Collins' Prior Embezzlement Conviction |
| **P-11** | | 10/20/26 | X | X | Plaintiff's Original March 7, 2022 EEOC Charge of Discrimination (No. 423-2022-00047) |
| **P-12** | | 10/20/26 | X | X | Telecommunication Logs / Cell Phone Records tracking Plaintiff's 6:24 AM call to Marcus Collins |
| **P-13** | | 10/20/26 | X | X | Formal Written Disciplinary Report/Notice of Termination issued to the Plaintiff |
| **P-14** | | 10/20/26 | X | X | Municipal Master Time Sheet 1 / Clock Ledger Electronic Audit Trail |
| **P-15** | | 10/20/26 | X | X | Master Daily Ledger / Time Sheet Number 2 containing handwritten "No pay per Mayor" directive |
| **P-16** | | 10/19/26 | X | X | Signed Voluntary Donation of Time Slip executed by coworker Triron Brown |
| **P-18** | | 10/20/26 | X | X | Plaintiff Barry McMillian's Formal Request Document for Sick Leave |

| Pl. | Dft. | Date offered | M | A | Description of Exhibits |
|---|---|---|---|---|---|
| **P-20** * | | 10/20/2026 | X | | Signed Written Statement by Acting Supervisor Johnny McMillian **ID ONLY** |
| **P-21** ** | | 10/19/26 | | | Original Administrative Order and Merits Ruling from the Mississippi Department of Employment Security (MDES) **ID ONLY** |
| **P-23** ** | | 10/20/2026 | | | Formal EEOC Position Statement executed and submitted by City Attorney Walter H. Zinn, Jr. **ID ONLY** |
| **P-24** | | 10/20/26 | X | X | Signed Executive Veto Document by Mayor Charles Scott disapproving Triron Brown's donation of time |
| **P-25** | | 10/20/26 | X | X | Written Verification of McMillian's Request for Sick Leave being denied by Mayor Charles Scott |
| **P-26** | | 10/20/26 | X | X | Official Response to the EEOC Brief submitted by City Attorney Walter Zinn, Jr. |
| **P-27** | | 10/19/26 | X | X | The City of Aberdeen Employee Handbook pgs. 39-40 detailing the Progressive Disciplinary Policy |
| **P-28** ** | | 10/19/26 | | | Redacted text message to Tiron Brown that came from the EEOC records. **ID ONLY** |
| **P-31** ** | | 10/20/2026 | | | Plaintiff's Medical Records showing that the City caused him to have to anxiety medication **ID ONLY** |
| **P-34A** | | 10/19/2026 | X | X | Signed Official Municipal Board Minutes from the City of Aberdeen's December 5, 2023 Executive Meeting and with attachment letter from Mayor Charles Scott. |
| **P-36** | | 10/19/2026 | X | X | Coerced Initial Written Fact Statement signed by coworker Triron Brown |
| **P-37** | | 10/20/2026 | X | X | Electronic Time Card Punches and Missing Punch ("MP") Records for Triron Brown |
| **P-42C** *** | | 10/19/2026 | X | X | Portion of Audio Files from the Mississippi Department of Employment Security; Play mark 45:01 and 2 hour mark ###**STORED ELECTRONICALLY** |
| **P-43** | | 10/20/2026 | X | XX | Plaintiff's Contract with the City of Columbus |
| **P-44** | | 10/20/2026 | X | X | Plaintiff's PERS with the City of Aberdeen |
| **P-45** | | 10/20/26 | X | X | Plaintiff's Check History with the City of Aberdeen |
| **P-46** | | 10/20/26 | X | X | Plaintiff's W2's |
| **P-47** | | 10/20/2026 | X | X | Plaintiff's Flight Itinerary for November 26, 2024 |

| | | | | | |
|---|---|---|---|---|---|
| **P-48** | | 10/20/26 | X | X | Plaintiff's Plane Ticket for November 27, 2024 |
| **P-51** * | | 10/20/26 | X | | The Defendant's clocking in and clocking out instructions for the Water Department **ID ONLY** |
| **P-52A** | | 10/19/26 | X | X | Text message to Tiron Brown that came from the EEOC |
| **P-52B** | | 10/20/26 | X | X | Partial records of MDES records |
| | **D-1** | 10/19/26 | X | X | September 21, 2021 Board Minutes; DEF-00001 to DEF-00005 |
| | **D-6** | 10/20/26 | X | X | Employee Handbook; DEF-00053 to DEF-00106 |

***ID ONLY**
****ID ONLY as per direction of the Court**
*****STORED ELECTRONICALLY**