IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

BARRY MCMILLIAN PLAINTIFF

V. NO. 1:24-cv-00199-GHD-RP

THE CITY OF ABERDEEN DEFENDANT

**VERDICT FORM**

**1.** Do you find in favor of the Plaintiff Barry McMillian on his claim of retaliation?

YES__________ NO X

If you answered "NO" to Question 1, go directly to the signature section at the end of this verdict form and inform the bailiff that you have reached a verdict.

If you answered "YES" to Question No. 1 above, please answer Questions 2a and 2b below.

**2.**

a. What amount, if any, of actual damages do you award the Plaintiff for lost income from December 5, 2023, until the present date?

$ 0

b. What amount, if any, of damages do you award Plaintiff for mental anxiety and stress?

$ 0

[signature]
Foreperson's Signature

10-21-26
Date