IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

BARRY MCMILLIAN — PLAINTIFF

V. — NO. 1:24-cv-00199-GHD-RP

THE CITY OF ABERDEEN — DEFENDANT

**FINAL JUDGMENT**

A jury tried the claims pending in this civil action with the undersigned judge presiding, and the jury rendered a verdict on October 21, 2026.

In accordance with the jury verdict rendered in this case, judgment on the Plaintiff Barry McMillian's Title VII and 42 U.S.C. §1981 claim is hereby entered in favor of the Defendant City of Aberdeen against the Plaintiff Barry McMillian. Costs are assessed against the Plaintiff.

SO ORDERED, this the 21st day of October, 2026.

[signature]

SENIOR U.S. DISTRICT JUDGE