**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**ABERDEEN DIVISION**

**BARRY MCMILLIAN** **PLAINTIFF**

**v.** **CASE NO. 1:24-cv-00199-GHD-RP**

**CITY OF ABERDEEN, MISSISSIPPI** **DEFENDANT**

---

**PLAINTIFF'S MOTION FOR A NEW TRIAL PURSUANT TO RULE 59 OF THE FEDERAL RULES OF CIVIL PROCEDURE**

---

COMES NOW the Plaintiff, Barry McMillian, by and through his attorney of record, DeMoreo Reddick, and respectfully moves this Court to set aside the jury verdict and Final Judgment entered on October 22, 2026 (Doc. #186), and grant a new trial pursuant to Rule 59 of the Federal Rules of Civil Procedure. In support thereof, Plaintiff states as follows:

1. Plaintiff is entitled to a new trial pursuant to Rule 59 of the Federal Rules of Civil Procedure due to the prejudicial errors and courtroom management issues that occurred during the trial of this matter, as fully set forth in Plaintiff's supporting memorandum.
2. Plaintiff is filing contemporaneously herewith *Plaintiff's Memorandum in Support of His Motion for a New Trial Pursuant to Rule 59 of the Federal Rules of Civil Procedure*, which is incorporated herein by reference.

WHEREFORE, PREMISES CONSIDERED, the Plaintiff, Barry McMillian, respectfully requests that this Court grant this Motion, set aside the jury verdict and Final Judgment entered on October 22, 2026 (Doc. #186), and enter an Order scheduling a new trial in this matter.

Respectfully submitted on this the 17th day of November, 2026.

By: /s/ DeMoreo Reddick, Esq.
DEMOREO REDDICK, ESQ.
COUNSEL FOR THE PLAINTIFF,
BARRY MCMILLIAN

OF COUNSEL:

REDDICK LAW FIRM, PLLC
DEMOREO REDDICK, ESQ.
MS BAR NO.: 103747
P.O. BOX 465
OKOLONA, MS 38860
PH: 662-436-4641
FAX: 662-256-3582

**CERTIFICATE OF SERVICE**

I, DeMoreo Reddick, Attorney for the Plaintiff, hereby certify that the foregoing document has been delivered to all counsel of record, either by depositing a copy of same in the United States mail, first class postage prepaid, by hand delivery, or electronic delivery, this the 17th day of November, 2026.

/s/ DeMoreo Reddick, Esq.
DEMOREO REDDICK, ESQ.