AO 133 (Rev. 07/24) Bill of Costs

# UNITED STATES DISTRICT COURT

for the

Northern District of Mississippi

BARRY McMILLIAN )
v. ) Case No.: 1:24-CV-199-GHD-RP
CITY OF ABERDEEN, MS, ET AL. )

## BILL OF COSTS

Judgment having been entered in the above entitled action on 10/22/2026 (*Date*) against BARRY McMILLIAN, the Clerk is requested to tax the following as costs:

| | |
|---|---|
| Fees of the Clerk | $ |
| Fees for service of summons and subpoena | |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case | 1,728.90 |
| Fees and disbursements for printing | 525.25 |
| Fees for witnesses *(itemize on page two)* | 209.80 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case | |
| Docket fees under 28 U.S.C. § 1923 | |
| Costs as shown on Mandate of Court of Appeals | |
| Compensation of court-appointed experts | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. § 1828 | |
| Other costs *(please itemize)* | 675.00 |
| TOTAL | $ 3,138.95 |

*SPECIAL NOTE:* Attach to your bill an itemization and documentation for requested costs in all categories.

## Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

☑ Electronic service ☐ First class mail, postage prepaid

☐ Other:

s/ Attorney: Channing J. Curtis

Name of Attorney: Channing J. Curtis

For: Defendant, City of Aberdeen, MS (*Name of Claiming Party*) Date: 11/18/2026

## Taxation of Costs

Costs are taxed in the amount of ______________________ and included in the judgment.

______________________ By: ______________________ ______________

*Clerk of Court* *Deputy Clerk* *Date*

AO 133 (Rev. 07/24) Bill of Costs

# UNITED STATES DISTRICT COURT

## Witness Fees (computation, cf. 28 U.S.C. § 1821 for statutory fees)

| NAME , CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | TRAVEL | | Total Cost Each Witness |
|---|---|---|---|---|---|---|---|
| | Days | Total Cost | Days | Total Cost | Expenses/ Miles | Total Cost | |
| Willa Garth | 1 | 40.00 | | | 2 | 1.52 | $41.52 |
| Nicholas Holiday | 1 | 40.00 | | | 3 | 2.55 | $42.55 |
| Triron Brown | 1 | 40.00 | | | 4 | 3.04 | $43.04 |
| Lady Garth | 1 | 40.00 | | | 1 | 0.76 | $40.76 |
| Undrea Trevon Hogan | 1 | 40.00 | | | 3 | 1.93 | $41.93 |
| | | | | | | | $0.00 |
| | | | | | TOTAL | | $209.80 |

### NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."

"Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
"A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
RULE 54(d)(1)

Costs Other than Attorneys' Fees.

Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 days' notice. On motion served within the next 7 days, the court may review the clerk's action.

RULE 6

(d) Additional Time After Certain Kinds of Service. When a party may or must act within a specified time after being served and service is made under Rule 5(b)(2)(C) (mail), (D) (leaving with the clerk), or (F) (other means consented to), 3 days are added after the period would otherwise expire under Rule 6(a).

RULE 58(e)

Cost or Fee Awards:

Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2), the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

Print Save As... Reset

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**ABERDEEN DIVISION**

**BARRY MCMILLIAN** — **PLAINTIFF**

**VS.** — **CIVIL ACTION NO.: 1:24-CV-199-GHD-RP**

**CITY OF ABERDEEN, MISSISSIPPI**
**AND JOHN DOES 1-20** — **DEFENDANTS**

**AFFIDAVIT OF CHANNING J. CURTIS**

STATE OF MISSISSIPPI
COUNTY OF RANKIN

Personally appeared before me, the undersigned authority in and for the jurisdiction aforesaid, Channing J. Curtis, who after being by me first duly sworn, stated the following:

1. That he is the attorney of record for Defendant, City of Aberdeen, Mississippi, in the above styled lawsuit.

2. That the attached Bill of Costs has been prepared pursuant to the Judgment entered by the Court in the instant case.

3. It is my belief that the amounts appearing on the attached Bill of Costs are correct and have been necessarily incurred and that the services for which fees have been charged were actually and necessarily performed.

Further affiant sayeth not.

Channing J. Curtis

Channing J. Curtis, Attorney for Defendant, City of Aberdeen, Mississippi

SWORN TO AND SUBSCRIBED BEFORE ME, this the 18th day of November, 2026.

Natalie Barfield

NOTARY PUBLIC

My Commission Expires:

STATE OF MISSISSIPPI
NOTARY PUBLIC
ID# 102360
NATALIE BARFIELD
Commission Expires
May 24, 2028
MADISON COUNTY



PD.64768943.1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

BARRY MCMILLIAN PLAINTIFF

VS. CIVIL ACTION NO.: 1:24-CV-199-GHD-RP

CITY OF ABERDEEN, MISSISSIPPI
AND JOHN DOES 1-20 DEFENDANTS

## BILL OF COSTS ITEMIZATION

### INTERNAL COPIES:

| DATE | DISCOVERY DOCUMENT | PAGES |
|---|---|---|
| 12/19/2024 | Pre-Discovery Disclosures of Core Information | 31 |
| 12/08/2025 | Responses to Plaintiff's First Set of Interrogatories and Requests for Production of Documents | 496 |
| 01/05/2026 | First Supplemental Disclosures of Core Information | 1,291 |
| 02/27/2026 | Second Supplemental Disclosures of Core Information | 169 |
| 04/09/2026 | Third Supplemental Disclosures of Core Information | 114 |
| | **2,101 pages x .25 = 525.25** | |
| | **TOTAL** | **$525.25** |

**OTHER EXPENSES:**

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/17/2025 | Monroe Regional Hospital – Copy of Plaintiff's Medical Records | $10.00 |
| 12-19-2025 | Baptist Memorial Hospital – Copy of Plaintiff's Medical Records | $144.15 |
| 12/26/2026 | Mississippi Department of Employment Security – Copy of Plaintiff's Records | $94.20 |
| 01/02/2026 | Datavant, LLC – Surgery Clinic of Tupelo – Copy of Plaintiff's Medical Records | $161.65 |
| 10/12/2026 | Steve Gann – Service of Process – Trial Subpoena to Nicholas Holiday, Lady Garth, and Willa Garth | $175.00 |
| 10/12/2026 | Monroe County Sheriff's Office – Service of Process – Trial Subpoenas to Triron Brown and Undrea Trevon Hogan | $90.00 |
| | | |
| | **TOTAL** | **$675.00** |

**DEPOSITION TRANSCRIPTS:**

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/11/2026 | Gena Mattison Glenn, Court Reporting (Copy of deposition transcript of Melissa Moore and Barry McMillian) | $733.90 |
| 03/20/2026 | Reporting by Dana (Copy of deposition transcript of Marcus Collins, Johnny McMillian and Shea Cain) | $583.25 |
| 03/16/2026 | Valera Knight, CCR (Copy of deposition transcripts of Triron Brown, Carolyn Odom, and Edward Haynes) | $411.75 |
| | | |
| | **TOTAL** | **$1,728.90** |

**FEES FOR WITNESSES:**

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/06/2026 | Willa Garth – Witness Fee + mileage | $41.52 |
| 10/06/2026 | Nicholas Holiday – Witness Fee + mileage | $42.55 |
| 10/06/2026 | Triron Brown – Witness Fee + mileage | $43.04 |
| 10/06/2026 | Lady Garth – Witness Fee + mileage | $40.76 |
| 10/06/2026 | Undrea Trevon Hogan – Witness Fee + mileage | $41.93 |
| | | |
| | **TOTAL** | **$209.80** |
| | | |
| **TOTAL COSTS** | | **$3,138.95** |

12/19/24
31 Pgs
DEF 01-31

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

BARRY MCMILLIAN — PLAINTIFF

vs. — CIVIL ACTION NO.: 1:24-CV-199-SA-RP

CITY OF ABERDEEN, MISSISSIPPI
AND JOHN DOES 1-20 — DEFENDANTS

**DEFENDANT'S PRE-DISCOVERY DISCLOSURES OF CORE INFORMATION**

Defendant the City of Aberdeen, pursuant to Rule 26 of the Federal Rules of Civil Procedure and Rule 26.1 of the Uniform Local Rules of the Northern and Southern Districts of Mississippi, provide the following Pre-Discovery Disclosures of Core Information. The City expressly reserves the right to supplement and/or amend these disclosures as the litigation progresses.

A. The name, and if known, the address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support their claims or defenses, unless the use would be solely for impeachment.

1. Barry McMillian
   Plaintiff
   Knowledge: Allegations contained in complaint

2. Mayor Charles Scott
   Knowledge: Allegations contained in complaint
   May be contacted through counsel

3. Alderman Nicholas Holliday
   Knowledge: Allegations contained in complaint
   May be contacted through counsel

4. Alderwoman Lady Garth
   Knowledge: Allegations contained in complaint
   May be contacted through counsel



PD.47871877.1

12/8/25
496 pgs
DEF 32-528

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**ABERDEEN DIVISION**

**BARRY MCMILLIAN** **PLAINTIFF**

**vs.** **CIVIL ACTION NO.: 1:24-CV-199-GHD-RP**

**CITY OF ABERDEEN, MISSISSIPPI**
**AND JOHN DOES 1-20** **DEFENDANTS**

**NOTICE OF SERVICE OF DISCOVERY**

Notice is hereby given that, on the date entered below, Defendant the City of Aberdeen responded to Plaintiff Barry McMillian's Interrogatories and Requests for Production.

December 8, 2025
Date

*/s/ Loden P. Walker*
Signature

Loden P. Walker, MB #105996
Typed Name & Bar Number
Attorney for: Defendant

G. Todd Butler, MB #10297
Loden P. Walker, MB #105996
1905 Community Bank Way, Suite 200
Flowood, Mississippi 39232
Post Office Box 320159
Flowood, Mississippi 39232
Telephone: 601-352-2300
Telecopier: 601-360-9777
todd.butler@phelps.com
loden.walker@phelps.com

1/5/26
1,291 pgs
DEF 529-1820

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**BARRY MCMILLIAN** **PLAINTIFF**

**vs.** **CIVIL ACTION NO.: 1:24-CV-199-SA-RP**

**CITY OF ABERDEEN, MISSISSIPPI**
**AND JOHN DOES 1-20** **DEFENDANTS**

**DEFENDANT'S SUPPLEMENTAL PRE-DISCOVERY DISCLOSURES OF CORE INFORMATION**

Defendant the City of Aberdeen, pursuant to Rule 26 of the Federal Rules of Civil Procedure and Rule 26.1 of the Uniform Local Rules of the Northern and Southern Districts of Mississippi, provides the following Supplemental Pre-Discovery Disclosures of Core Information. The City expressly reserves the right to supplement and/or amend these disclosures as the litigation progresses.

A. The name, and if known, the address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support their claims or defenses, unless the use would be solely for impeachment.

12. Jaycie L. Hart
Medical Records Custodian, Baptist Memorial Hospital
Knowledge: Information contained in plaintiff's medical records

13. Pamela Lollar
Medical Records Custodian, Monroe Regional Hospital
Knowledge: Information contained in plaintiff's medical records

14. K. Andrews
Medical Records Custodian, Rehab Solutions
Knowledge: Information contained in plaintiff's medical records



PD.60175550.1

2/27/26
169 pgs
OEF 1821 - 1868

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION**

**BARRY MCMILLIAN** **PLAINTIFF**

**vs.** **CIVIL ACTION NO.: 1:24-CV-199-GHD-RP**

**CITY OF ABERDEEN, MISSISSIPPI
AND JOHN DOES 1-20** **DEFENDANTS**

**DEFENDANT'S SUPPLEMENTAL DISCLOSURES OF CORE INFORMATION**

Defendant the City of Aberdeen, pursuant to Rule 26 of the Federal Rules of Civil Procedure and Rule 26.1 of the Uniform Local Rules of the Northern and Southern Districts of Mississippi, provides the following Supplemental Pre-Discovery Disclosures of Core Information. The City expressly reserves the right to supplement and/or amend these disclosures as the litigation progresses.

A. The name, and if known, the address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support their claims or defenses, unless the use would be solely for impeachment.

18. Andre Hogan
Knowledge: Triron Brown's Cousin who allegedly asked Triron to clock him in on November 27, 2023

19. Willa Garth
410 Burnett Street, Aberdeen, MS 39730
Knowledge: Triron Brown's grandmother

19. Any other individual identified by any party during discovery.

B. A copy, or description by category and location, of all unprivileged documents, data compilations, and tangible items in possession, custody, or control of the disclosing party that may be used to support its claims or defenses:



PD.60896900.1

4/9/26
114 pages

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**BARRY MCMILLIAN** **PLAINTIFF**

**vs.** **CIVIL ACTION NO.: 1:24-CV-199-GHD-RP**

**CITY OF ABERDEEN, MISSISSIPPI**
**AND JOHN DOES 1-20** **DEFENDANTS**

**NOTICE OF SERVICE OF SUPPLEMENTAL DISCLOSURES**

Notice is hereby given that, on the date entered below, Defendant City of Aberdeen, Mississippi disclosed to Plaintiff Barry McMillian information required by L.U.Civ.R. 26(a), including DEF-01875 to DEF-01990.

April 9, 2026
Date

*/s/ Loden P. Walker*
Signature

Loden P. Walker, MB #105996
Typed Name & Bar Number
Attorney for: Defendant
G. Todd Butler, MB #102907
Loden P. Walker, MSB #105996
1905 Community Bank Way, Suite 200
Flowood, Mississippi 39232
Telephone: 601-352-2300
Telecopier: 601-360-9777
todd.butler@phelps.com
loden.walker@phelps.com

phelps

365 Canal St, #2000
New Orleans, LA 70130

Payee Name : Monroe Regional Hospital

Check Amount : $10.00

| Check Date | Check No. | Invoice No. | Amount | File Number | Description |
|---|---|---|---|---|---|
| 12/17/2025 | 1860 | 1412 | $10.00 | 04969-1477 | 04969-1477 - Plaintiff's medical records from Monroe Regional Hospital |

phelps

THE FACE OF THIS CHECK HAS A SECURITY VOID BACKGROUND PATTERN - DO NOT CASH IF THE WORD VOID IS VISIBLE

Hancock Whitney Bank
New Orleans, LA 70139

Phelps Dunbar LLP
365 Canal Street
Suite 2000
New Orleans, LA 70130

84-15/654

Check No.1860

Check Date: 12/17/2025

Amount

Ten and 00/100 Dollar(s) ONLY ****************************************

$10.00

PAY TO THE ORDER:
MRH/Medical Records
400 Chestnut Street
Aberdeen, MS 39730

VOID AFTER 180 DAYS

JACKSON OPERATING ACCOUNT

Authorized Signature

⑈1860⑈ ⑆065400153⑆ 006484866⑈

THE ORIGINAL DOCUMENT HAS A REFLECTIVE WATERMARK ON THE BACK. HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.

# Invoice No. 1412

MONROE REGIONAL HOSPITAL

**MAIL TO:**
MONROE REGIONAL
HOSPITAL
400 CHESTNUT ST.
ABERDEEN, MS 39730

PLEASE MAKE CHECKS PAYABLE
TO: MRH/MEDICAL RECORDS
CREDIT CARD PAYMENTS ACCEPTED
662-369-2455

| Quantity | Description | Unit Price | Total |
|---|---|---|---|
| 1 | RECORDS FOR: MCMILLIAN BARRY | $10.00 | $10.00 |
| | DOB: 10/26/1976 | | |
| | SSN# XXX-XX-1641 | | |
| | | | |
| | Subtotal | | $10.00 |
| | Total Due | | **$10.00** |

Due upon receipt

Thank you for your business!

phelps

365 Canal St, #2000
New Orleans, LA 70130

**Payee Name** : Datavant, LLC

**Check Amount** : $144.15

| Check Date | Check No. | Invoice No. | Amount | File Number | Description |
|---|---|---|---|---|---|
| 12/19/2025 | 1862 | 0535703215 | $144.15 | 04969-1477 | 04969-1477 - Plaintiff's Baptist Memorial Hospital medical records |

phelps

THE FACE OF THIS CHECK HAS A SECURITY VOID BACKGROUND PATTERN - DO NOT CASH IF THE WORD VOID IS VISIBLE

**Hancock Whitney Bank**
New Orleans, LA 70139

Phelps Dunbar LLP
365 Canal Street
Suite 2000
New Orleans, LA 70130

84-15/654

**Check No.1862**

Check Date: 12/19/2025

**Amount**

**One Hundred Forty-Four and 15/100 Dollar(s) ONLY** * * * * * * * * * * * * * * * * * * * * * * * * *

**$144.15**

VOID AFTER 180 DAYS

**PAY TO THE ORDER:**
Datavant, LLC
PO Box 409740
Atlanta, GA 30384

**JACKSON OPERATING ACCOUNT**

Authorized Signature

⑈1862⑈ ⑆065400153⑆ 006484866⑈

THE ORIGINAL DOCUMENT HAS A REFLECTIVE WATERMARK ON THE BACK. HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.

**Datavant-PAYMENTS ONLY**
P.O. Box 409740
Atlanta, Georgia 30384-9740
Fed Tax ID 58 - 2659941
1-800-367-1500

datavant
**INVOICE**

Invoice #: **0535703215**
Date: **12/11/2025**
Customer #: **3019791**

| Ship to: | Bill to: | Records from: |
|---|---|---|
| DEBRA HARDWICK<br>PHELPS DUNBAR ATTYS AT LAW<br>1905 COMMUNITY BANK WAY<br>STE 200<br>FLOWOOD,MS 39232-1249 | DEBRA HARDWICK<br>PHELPS DUNBAR ATTYS AT LAW<br>1905 COMMUNITY BANK WAY<br>STE 200<br>FLOWOOD,MS 39232-1249 | BAPTIST MEMORIAL HOSPITAL<br>GOLD<br>2520 5TH STREET NORTH<br>COLUMBUS,MS 39705 |

**Requested By:** PHELPS DUNBAR LLP **DOB :** 10/26/1976
**Patient Name:** MCMILLIAN BERRY

| Description | Quantity | Unit Price | Amount |
|---|---|---|---|
| Basic Fee | | | 20.00 |
| Retrieval Fee | | | 0.00 |
| Per Page Copy (Paper) 3 | 20 | 0.00 | 0.00 |
| Per Page Copy (Paper) 2 | 80 | 1.00 | 80.00 |
| Per Page Copy (Paper) 1 | 4 | 0.50 | 2.00 |
| Shipping | | | 17.15 |
| Certification Fee | | | 25.00 |
| Subtotal | | | 144.15 |
| Sales Tax | | | 0.00 |
| Invoice Total | | | 144.15 |
| Balance Due | | | 144.15 |

**Terms: Net 30 days** **Please remit this amount : $144.15(USD)**

---

**Datavant-PAYMENTS ONLY**
P.O. Box 409740
Atlanta, Georgia 30384-9740
Fed Tax ID 58 - 2659941
1-800-367-1500

Invoice #: **0535703215**

Check #____________________

Payment Amount $________________

Ciox is now Datavant-www.Datavant.com

**Please return stub with payment.**
Please include invoice number on check.
To pay invoice online, please go to https://pay.datavant.com or call 800-367-1500.
Email questions to customerservice@datavant.com.

phelps

365 Canal St, #2000
New Orleans, LA 70130

Payee Name : Mississippi Department of Employment Security

Check Amount : $94.20

| Check Date | Check No. | Invoice No. | Amount | File Number | Description |
|---|---|---|---|---|---|
| 12/26/2025 | 1868 | 120225 | $94.20 | 04969-1477 | 04969-1477 |

phelps

THE FACE OF THIS CHECK HAS A SECURITY VOID BACKGROUND PATTERN - DO NOT CASH IF THE WORD VOID IS VISIBLE

Hancock Whitney Bank
New Orleans, LA 70139

Phelps Dunbar LLP
365 Canal Street
Suite 2000
New Orleans, LA 70130

Check No.1868

84-15/654

Check Date: 12/26/2025

Amount

Ninety-Four and 20/100 Dollar(s) ONLY ********************************** $94.20

VOID AFTER 180 DAYS

PAY TO THE ORDER:
Mississippi Department of Employment Security
P.O. Box 1699
Jackson, MS 39215-1699

JACKSON OPERATING ACCOUNT

Authorized Signature

⑈1868⑈ ⑆065400153⑆ 0064844866⑈

THE ORIGINAL DOCUMENT HAS A REFLECTIVE WATERMARK ON THE BACK. HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.

**MISSISSIPPI DEPARTMENT OF EMPLOYMENT SECURITY**
**OFFICE OF LEGAL AFFAIRS**
**ATTN: AMBER FOSTER**
**POST OFFICE BOX 1699**
**JACKSON, MISSISSIPPI 39215-1699**
**FEDERAL TAX ID NUMBER: 64-6000765**

DECEMBER 2, 2025

TO: PHELPS

**SCHEDULE OF CHARGES**

| | | |
|---|---|---|
| SEARCH FOR SOCIAL NO | 1@ 18.00 | $18.00 |
| TAPE | @ 0.00 | |
| PAGES | 86@.70 | $60.20 |
| CD | 1@16.00 | $16.00 |

**TOTAL AMOUNT DUE**
**$94.20**

**PLEASE SEND COPY OF INVOICE AND CHECK TO:**
MDES
OFFICE OF LEGAL AFFAIR
P.O. BOX 1699
JACKSON, MS 39215-1699

phelps

365 Canal St, #2000
New Orleans, LA 70130

Payee Name : Datavant, LLC

Check Amount : $161.65

| Check Date | Check No. | Invoice No. | Amount | File Number | Description |
|---|---|---|---|---|---|
| 01/02/2026 | 1878 | 536623001 | $161.65 | 04969-1477 | 04969-1477 - Plaintiff's medical records from Surgery Clinic of Tupelo |

phelps

THE FACE OF THIS CHECK HAS A SECURITY VOID BACKGROUND PATTERN - DO NOT CASH IF THE WORD VOID IS VISIBLE

Hancock Whitney Bank
New Orleans, LA 70139

Phelps Dunbar LLP
365 Canal Street
Suite 2000
New Orleans, LA 70130

84-15/654

Check No.1878

Check Date: 01/02/2026

Amount

One Hundred Sixty-One and 65/100 Dollar(s) ONLY ************************** $161.65

VOID AFTER 180 DAYS

PAY TO THE ORDER:
Datavant, LLC
PO Box 409740
Atlanta, GA 30384

JACKSON OPERATING ACCOUNT

Authorized Signature

⑈1878⑈ ⑆065400153⑆⑈ 006484486⑈

THE ORIGINAL DOCUMENT HAS A REFLECTIVE WATERMARK ON THE BACK. HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.

**Datavant-PAYMENTS ONLY**
P.O. Box 409740
Atlanta, Georgia 30384-9740
Fed Tax ID 58 - 2659941
1-800-367-1500

datavant
**INVOICE**

Invoice #: 0536623001
Date: 12/18/2025
Customer #: 3019791

Ship to:
DEBRA HARDWICK
PHELPS DUNBAR ATTYS AT LAW
1905 COMMUNITY BANK WAY
STE 200
FLOWOOD,MS 39232-1249

Bill to:
DEBRA HARDWICK
PHELPS DUNBAR ATTYS AT LAW
1905 COMMUNITY BANK WAY
STE 200
FLOWOOD,MS 39232-1249

Records from:
N MS MEDICAL TUPELO CLINICS
830 S GLOSTER ST
TUPELO,MS 38801

**Requested By:** PHELPS DUNBAR ATTYS AT LAW **DOB :** 10/26/1976
**Patient Name:** MCMILLIAN BARRY

| Description | Quantity | Unit Price | Amount |
|---|---|---|---|
| Basic Fee | | | 20.00 |
| Retrieval Fee | | | 0.00 |
| Per Page Copy (Paper) 1 | 39 | 0.50 | 19.50 |
| Per Page Copy (Paper) 3 | 20 | 0.00 | 0.00 |
| Per Page Copy (Paper) 2 | 80 | 1.00 | 80.00 |
| Shipping | | | 17.15 |
| Certification Fee | | | 25.00 |
| Subtotal | | | 161.65 |
| Sales Tax | | | 0.00 |
| Invoice Total | | | 161.65 |
| Balance Due | | | 161.65 |

Terms: Net 30 days **Please remit this amount : $161.65(USD)**

---

**Datavant-PAYMENTS ONLY**
P.O. Box 409740
Atlanta, Georgia 30384-9740
Fed Tax ID 58 - 2659941
1-800-367-1500

Ciox is now Datavant-www.Datavant.com

Invoice #: 0536623001

Check #____________________

Payment Amount $____________________

**Please return stub with payment.**
Please include invoice number on check.
To pay invoice online, please go to https://pay.datavant.com or call 800-367-1500.
Email questions to customerservice@datavant.com.

phelps

365 Canal St, #2000
New Orleans, LA 70130

**Payee Name** : Monroe County Sheriff's Office

**Check Amount** : $90.00

| Check Date | Check No. | Invoice No. | Amount | File Number | Description |
|---|---|---|---|---|---|
| 10/12/2026 | 2286 | 10122026 | $90.00 | 04969-1477 | 04969-1477 - Service of Process (Trial Subpoenas) - Triron Brown and Undrea Trevon Hogan |

phelps

Hancock Whitney Bank
New Orleans, LA 70139

Phelps Dunbar LLP
365 Canal Street
Suite 2000
New Orleans, LA 70130

84-15/654

**Check No.2286**

Check Date: 10/12/2026

Amount

Ninety and 00/100 Dollar(s) ONLY ***********************************

$90.00

VOID AFTER 180 DAYS

PAY TO THE ORDER:
Monroe County Sheriff's Office
700 N. Meridian Street
Aberdeen, MS 39730

JACKSON OPERATING ACCOUNT

Authorized Signature

⑈2286⑈ ⑆065400153⑆ 00648446⑈

phelps

365 Canal St, #2000
New Orleans, LA 70130

Payee Name : Steve Gann

Check Amount : $175.00

| Check Date | Check No. | Invoice No. | Amount | File Number | Description |
|---|---|---|---|---|---|
| 10/12/2026 | 2285 | 10082026 | $175.00 | 04969-1477 | 04969-1477 - Service of Process (Trial Subpoena) |

phelps

Hancock Whitney Bank
New Orleans, LA 70139

Phelps Dunbar LLP
365 Canal Street
Suite 2000
New Orleans, LA 70130

84-15/654

Check No.2285

Check Date: 10/12/2026

Amount

One Hundred Seventy-Five and 00/100 Dollar(s) ONLY ************************ $175.00

VOID AFTER 180 DAYS

PAY TO THE ORDER:
Steve Gann
925 Parish Drive
Tupelo, MS 38801

JACKSON OPERATING ACCOUNT

Authorized Signature

⑈2285⑈ ⑆065400153⑆ 006484866⑈

PHELPS DUNBAR 10/08/26

McMILLIAN v. CITY OF ABERDEEN, MS.

| | | | |
|---|---|---|---|
| 10/7/26 | SUBPOENA | NICHOLAS HOLIDAY | $45.00 |
| 10/7/26 | SUBPOENA | LADY B. GARTH | $45.00 |
| 10/7/26 | SUBPOENA | WILLA GARTH | $45.00 |
| 10/7/26 | SUBPOENA | UNDREA TREVON HOGAN | ~~0~~ |
| | UNABLE TO SERVE - NO LONGER LIVES AT THE SUBPOENA ADDRESS | | |
| 10/7/26 | SUBPOENA | TRIRON BROWN | ~~0~~ |
| | UNABLE TO SERVE - NO LONGER LIVES AT THE SUBPOENA ADDRESS | | |
| 10/7/26 | MILEAGE | TUPELO (LEE CO.) TO ABERDEEN (MONROE CO.) ROUND TRIP (80 MILES) | $40.00 |
| | | TOTAL | $175.00 |

STEVE GANN
925 PARISH DRIVE
TUPELO, MS. 38801

CONSTABLE — DAILY LOG

*GENA MATTISON GLENN, Court Reporter*
*P.O. Box 492*
*Amory, MS 38821*
*gena.glenn@gmail.com*

# Invoice

| DATE | INVOICE # |
|---|---|
| 4/11/2026 | 1692 |

| BILL TO |
|---|
| Loden P. Walker<br>Phelps Dunbar<br>densed Trasncript<br>Flowood, MS 39232 |

| DUE DATE |
|---|
| 5/11/2026 |

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| 1/2 Appearance Fee | | | 75.00 |
| Copy of Deposition of Melissa Moore | 49 | | 115.15 |
| Deposition of Barry McMillian | 125 | | 543.75 |
| Condensed Transcrxipt , Word Index and E-transcript - no charge | | | 0.00 |

Barry McMillian vs. City of Aberdeen

| | |
|---|---|
| Total | 733.90 |
| Balance Due | 733.90 |

REPORTING BY dana

# INVOICE

| Invoice # | Date |
|---|---|
| 26-8045 | 3/20/2026 |

**Due Date**
4/19/2026

**Terms**
Net 30

Post Office Box 1362
Brandon, MS 39043
DanaDMoulder@gmail.com
(601)-506-3440

**Case Style**

*Barry McMillian vs. The City of Aberdeen and John Does 1-20*

**Bill To:**

Loden P. Walker, Esq.
Phelps Dunbar, LLP
1905 Community Bank Way, Suite 200
Flowood, Mississippi 39232

| Reporter | Dana Gordon |
|---|---|

| Date Serviced | Description | Amount |
|---|---|---|
| 2/25/2026 | Copy Transcripts of Marcus Collins, Johnny McMillian + Shea Cain | 583.25 |

Tax ID 81-3518792

| Balance Due | $583.25 |
|---|---|

INVOICE DUE WITHIN 30 DAYS

Please remit payment to Reporting By Dana at the above address.

To pay with Venmo, PayPal or by credit card, please contact us at the above e-mail or phone number.

Thank you for your business!

# Invoice

VALERA KNIGHT, CCR
PO BOX 82
TAYLOR, MS 38673
Cell: (662) 816-9863
E-Mail: valeraknight@gmail.com

Date: March 16, 2026

**TO:**
LOGAN P. WALKER, ESQ.
PHELPS DUNBAR LLP
1905 Community Bank Way, Suite 200
Flowood, Mississippi 39232
Telephone: 601-352-2300
loden.walker@phelps.com

**STYLE:**
IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF
MISSISSIPPI
ABERDEEN DIVISION
BARRY MCMILLIAN PLAINTIFF
VS. CIVIL ACTION NO.:
1:24-CV-199-SA-RP
THE CITY OF ABERDEEN
AND JOHN DOES 1-20 DEFENDANTS

| Date Taken | Description of Service | PAGES | Price/Page | Amount |
|---|---|---|---|---|
| 2-26-26 | **COPY: DEPOSITION OF TRIRON BROWN** | 57 | 2.25 | 128.25 |
| | **COPY: DEPOSITION OF CAROLYN ODOM** | 56 | 2.25 | 126.00 |
| | **COPY: DEPOSITION OF EDWARD HAYNES** | 70 | 2.25 | 157.50 |
| | | | | |
| 5/2/26 | COULD YOU PLEASE CHECK ON THIS FOR ME. THANK YOU. | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Make all checks payable to: VALERA KNIGHT **TOTAL:** **$411.75**

**Thank you for your business!**

phelps

365 Canal St, #2000
New Orleans, LA 70130

Payee Name : Willa Garth

Check Amount : $41.52

| Check Date | Check No. | Invoice No. | Amount | File Number | Description |
|---|---|---|---|---|---|
| 10/06/2026 | 2277 | 100626 | $41.52 | 04969-1477 | 04969-1477 - Trial Subpoena - Witness & Mileage fee (1 day) |

phelps

THIS MULTI-TONE AREA OF THE DOCUMENT CHANGES COLOR GRADUALLY AND EVENLY FROM DARK TO LIGHT WITH DARKER AREAS BOTH TOP AND BOTTOM.

Hancock Whitney Bank
New Orleans, LA 70139

Phelps Dunbar LLP
365 Canal Street
Suite 2000
New Orleans, LA 70130

84-15/654

Check No.2277

Check Date: 10/06/2026

Amount

Forty-One and 52/100 Dollar(s) ONLY ************************************** $41.52

VOID AFTER 180 DAYS

PAY TO THE ORDER:
Willa Garth
410 Burnett Street
Aberdeen, MS 39730

JACKSON OPERATING ACCOUNT

Authorized Signature

⑈002277⑈ ⑆065400153⑆ 0064844866⑈

THE ORIGINAL DOCUMENT HAS A REFLECTIVE WATERMARK ON THE BACK. HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.

410 Burnett St
*to* 301 W Commerce St

**3 min** (1.13 miles)

*via* S Matubba St and US-145

Willa Garth
2 miles round trip (.76/mile)
$1.52 mileage
+ $40 witness fee
$41.52

Start
410 Burnett St

Head toward Burnett St on Treas Aly.

Go for 79 ft.

Turn right onto Burnett St.

Go for 0.2 mi.

Turn right onto S Matubba St.

Go for 0.6 mi.

Turn right onto W Commerce St (US-145 S).

Go for 0.3 mi.

End at
301 W Commerce St
Aberdeen, Mississippi 39730-2510

phelps

365 Canal St, #2000
New Orleans, LA 70130

Payee Name : Nicholas Holiday

Check Amount : $42.55

| Check Date | Check No. | Invoice No. | Amount | File Number | Description |
|---|---|---|---|---|---|
| 10/06/2026 | 2275 | 1062026 | $42.55 | 04969-1477 | 04969-1477 - Trial Subpoena - Witness & Mileage fee (1 day) |

phelps

THIS MULTI-TONE AREA OF THE DOCUMENT CHANGES COLOR GRADUALLY AND EVENLY FROM DARK TO LIGHT WITH DARKER AREAS BOTH TOP AND BOTTOM.

Hancock Whitney Bank
New Orleans, LA 70139

Phelps Dunbar LLP
365 Canal Street
Suite 2000
New Orleans, LA 70130

84-15/654

Check No.2275

Check Date: 10/06/2026

Amount

Forty-Two and 55/100 Dollar(s) ONLY ************************************* $42.55

VOID AFTER 180 DAYS

PAY TO THE ORDER:
Nicholas Holiday
320 Ewing Drive
Aberdeen, MS 39730

JACKSON OPERATING ACCOUNT

Authorized Signature

⑈2275⑈ ⑆065400153⑆ 00648448 66⑈

THE ORIGINAL DOCUMENT HAS A REFLECTIVE WATERMARK ON THE BACK. HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.

620 Ewing Dr
to 301 W Commerce St

**5 min** (1.68 miles)

*via* S Matubba St

Start
620 Ewing Dr

Head toward S Matubba St on Ewing Dr.

Go for 108 ft.

Turn right onto S Matubba St.

Go for 0.6 mi.

Continue on S Matubba St.

Go for 0.7 mi.

Turn right onto W Commerce St (US-145 S).

Go for 0.3 mi.

End at
301 W Commerce St
Aberdeen, Mississippi 39730-2510

Nicholas Holiday
3 miles roundtrip (.76/mile)
$ 2.55 mileage
$ 40 witness fee

$ 42.55

phelps

365 Canal St, #2000
New Orleans, LA 70130

Payee Name : Triron Brown

Check Amount : $43.04

| Check Date | Check No. | Invoice No. | Amount | File Number | Description |
|---|---|---|---|---|---|
| 10/06/2026 | 2276 | 100626 | $43.04 | 04969-1477 | 04969-1477 - Trial Subpoena - Witness & Mileage fee (1 day) |

phelps

THIS MULTITONE AREA OF THE DOCUMENT CHANGES COLOR GRADUALLY AND EVENLY FROM DARK TO LIGHT WITH DARKER AREAS BOTH TOP AND BOTTOM.

Hancock Whitney Bank
New Orleans, LA 70139

Phelps Dunbar LLP
365 Canal Street
Suite 2000
New Orleans, LA 70130

84-15/654

Check No.2276

Check Date: 10/06/2026

Amount

Forty-Three and 04/100 Dollar(s) ONLY ********************************** $43.04

VOID AFTER 180 DAYS

PAY TO THE ORDER:
Triron Brown
513 Oak Drive
Aberdeen, MS 39730

JACKSON OPERATING ACCOUNT

Authorized Signature

⑈2276⑈ ⑆065400153⑆⑈ 0064844866⑈

THE ORIGINAL DOCUMENT HAS A REFLECTIVE WATERMARK ON THE BACK. HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.

513 Oak Dr
*to* 301 W Commerce St

**4 min** (1.86 miles)

*via* US-145

Trivon Brown

4 miles round trip (.76/mile)
$3.04 mileage
+ $40 witness fee

$43.04

Start
513 Oak Dr

Head toward MS-45 N on Oak Dr.

Go for 0.2 mi.

Turn left onto MS-45 N (US-145).

Go for 0.9 mi.

Continue on W Commerce St (US-145).

Go for 0.8 mi.

End at
301 W Commerce St
Aberdeen, Mississippi 39730-2510

phelps

365 Canal St, #2000
New Orleans, LA 70130

Payee Name : Lady Garth

Check Amount : $40.76

| Check Date | Check No. | Invoice No. | Amount | File Number | Description |
|---|---|---|---|---|---|
| 10/06/2026 | 2274 | 10062026 | $40.76 | 04969-1477 | 04969-1477 - Trial Subpoena - Witness & Mileage fee (1 day) |

phelps

THIS MULTI-TONE AREA OF THE DOCUMENT CHANGES COLOR GRADUALLY AND EVENLY FROM DARK TO LIGHT WITH DARKER AREAS BOTH TOP AND BOTTOM.

Hancock Whitney Bank
New Orleans, LA 70139

Phelps Dunbar LLP
365 Canal Street
Suite 2000
New Orleans, LA 70130

84-15/654

Check No.2274

Check Date: 10/06/2026

Amount

Forty and 76/100 Dollar(s) ONLY ***********************************

$40.76

VOID AFTER 180 DAYS

PAY TO THE ORDER:
Lady Garth
301 S James Street
Aberdeen, MS 39730

JACKSON OPERATING ACCOUNT

Authorized Signature

⑈2274⑈ ⑆065400153⑆⑈ 006484866⑈

THE ORIGINAL DOCUMENT HAS A REFLECTIVE WATERMARK ON THE BACK. HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.

301 S James St
to 301 W Commerce St

Lady Garth

**1 min** (0.26 miles)

1 mile roundtrip $.96
+ $ 40
$40.96

via S Columbus St and W Jefferson St

Start
301 S James St

Head toward S Columbus St on W Jefferson St.

Go for 299 ft.

Turn right onto S Columbus St.

Go for 0.2 mi.

Turn right onto W Commerce St (US-145 S).

Go for 266 ft.

End at
301 W Commerce St
Aberdeen, Mississippi 39730-2510

phelps

365 Canal St, #2000
New Orleans, LA 70130

Payee Name : Undrea Trevon Hogan

Check Amount : $41.93

| Check Date | Check No. | Invoice No. | Amount | File Number | Description |
|---|---|---|---|---|---|
| 10/06/2026 | 2273 | 100626 | $41.93 | 04969-1477 | 04969-1477 - Trial Subpoena - Witness & Mileage fee (1 day) |

phelps

THIS MULTI-TONE AREA OF THE DOCUMENT CHANGES COLOR GRADUALLY AND EVENLY FROM DARK TO LIGHT WITH DARKER AREAS BOTH TOP AND BOTTOM.

Hancock Whitney Bank
New Orleans, LA 70139

Phelps Dunbar LLP
365 Canal Street
Suite 2000
New Orleans, LA 70130

84-15/654

Check No.2273

Check Date: 10/06/2026

Amount

Forty-One and 93/100 Dollar(s) ONLY ************************************ $41.93

VOID AFTER 180 DAYS

PAY TO THE ORDER:
Undrea Trevon Hogan
206 Tucker Place
Aberdeen, MS 39730

JACKSON OPERATING ACCOUNT

Authorized Signature

⑈002273⑈ ⑆065400153⑆ 0064844866⑈

THE ORIGINAL DOCUMENT HAS A REFLECTIVE WATERMARK ON THE BACK. HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.

206 Tucker Pl
*to* 301 W Commerce St

**5 min** (1.27 miles)

*via* S Meridian St

Undrea Trevon Hogan
2.5 miles roundtrip (.76/mile)
$ 1.93 mileage
+ $ 40 witness fee
$ 41.93

Start
206 Tucker Pl

Head toward S Chestnut St on Tucker Pl.
Go for 341 ft.

Turn right onto S Chestnut St.
Go for 354 ft.

Turn left onto E Whitfield St.
Go for 249 ft.

Turn right onto S Meridian St.
Go for 0.1 mi.

Continue on S Meridian St.
Go for 0.7 mi.

Turn left onto W Commerce St (US-145).
Go for 0.2 mi.

Make a U-Turn at N Columbus St onto W Commerce St (US-145 S).
Go for 312 ft.

End at